United States District Court
Southern District of Texas
FILED

JUL 1 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-03-125 |
| | * | |
| STAPLES THE OFFICE SUPERSTORE | * | |
| d/b/a STAPLES THE OFFICE | * | |
| SUPERSTORE EAST, INC. | * | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., Defendant in the above entitled and numbered cause, and files this its Notice of Removal of the present cause from the County Court at Law No. 3 of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court as follows:

1.  This cause was commenced in the County Court at Law No. 3 of Cameron County, Texas, on June 10, 2003, when Plaintiff's Original Petition was filed in Cause Number 2003-CCL-0573-C. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes to this Notice of Removal.

2.  Defendant was served with a copy of the Plaintiff's Original Petition through its registered agent, CT Corporation System, on June 16, 2003. A copy of the Citation served on Defendant indicating date of service is attached hereto and incorporated herein for all purposes.

3.  This is a civil action for injuries and damages allegedly incurred by Plaintiff on September 1, 2001 when Plaintiff allegedly collided with automatic sliding doors at

Defendant's local store. Plaintiff alleges causes of action against Defendant for negligence and premises liability.

4. Plaintiff alleges in Plaintiff's Original Petition that she is a resident of Brownsville, Cameron County, Texas. Plaintiff is therefore a citizen of Texas.

5. Defendant Staples is a foreign corporation, incorporated in the State of Delaware, with its principal place of business in Massachusetts.

6. For the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441, complete diversity of citizenship existed at the time this lawsuit was filed and now exists between the adverse parties in the present cause.

7. Defendant would further show the Court that Plaintiff's Original Petition seeks unspecified damages; however, based on the allegations and damages alleged in Plaintiff's pleadings, Plaintiff is seeking to recover from Defendant damages in excess of $75,000.00.

8. Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioners to Plaintiff and her counsel has been provided as required by law. A copy of this notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

9. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

10. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for removal of the above entitled and numbered cause from the County Court at Law No. 3 of Cameron County, Texas to this Honorable Court.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _Norton A. Colvin_
     Norton A. Colvin, Jr. *by permission McNicolas*
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
     Sarah A. Nicolas
State Bar No. 24013543
Federal Admissions No. 32122
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
STAPLES THE OFFICE SUPERSTORE d/b/a
STAPLES THE OFFICE SUPERSTORE EAST,
INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

     Reynaldo G. Garza III
     680 E. St. Charles, Suite 110
     Brownsville, Texas 78520
     Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 16th day of July, 2003.

_Norton A. Colvin_
Norton A. Colvin, Jr. *by permission McNicolas*

# CIVIL DOCKET

CASE NO. 2003-CCL-00573-C

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |||
|---|---|---|---|---|---|
| | | | MONTH | DAY | YEAR |
| | | | 06 | 10 | 03 |
| CLAUDIA GONZALEZ<br><br>VS<br><br>STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE | (00518301) REYNALDO G. GARZA, III (TREY) (02) | SUIT ON PERSONAL INJURY | JURY FEE $ **JURY FEE**<br>PAID BY |||

| DATE OF ORDERS | COURT'S DOCKETS | PAPERS FILED - (CLERK'S FILE DOCKET) |
|---|---|---|
| | | |

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | IN CAMERON COUNTY |
| | § | |
| V. | § | |
| | § | COURT AT LAW NO. ___ |
| STAPLES THE OFFICE SUPERSTORE | § | |
| d/b/a STAPLES THE OFFICE | § | |
| SUPERSTORE EAST, INC. | § | CAMERON COUNTY, TEXAS |

FILED FOR RECORD
AT ____ O'CLOCK ___ M
JUN 10 2003
JOE G. RIVERA
CAMERON COUNTY CLERK
By Mayra M____, Deputy

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **CLAUDIA GONZALEZ**, hereinafter referred to as Plaintiff, complaining of **STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC.**, hereinafter referred to as Defendant, and for such cause of action, would respectfully show unto the Court and the Jury as follows:

### A. DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.

### B. PARTIES

Plaintiff, **CLAUDIA GONZALEZ**, is an individual residing in Brownsville, Cameron County, Texas.

Defendant, **STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC.**, is a corporation authorized to conduct business in the State of Texas and may be served with process through its registered agent for service at CT Corporation System, 350 N. St. Paul St., Dallas, Texas 75201.

---

Plaintiff's Original Petition

2003-CCL-0573C

## C. VENUE

This Court has venue is this lawsuit in that the events made the basis of this suit occurred in substantial part or in whole in Cameron County.

## D. FACTS

On Saturday September 1, 2001, Plaintiff entered the premises of the Defendant located in Brownsville, Texas, at 2436 Pablo Kisel Blvd., to shop for and return items. The Plaintiff had visited with the customer service department and was exiting the store through the automatic doors located at the front of the store. As Plaintiff was exiting through the automatic sliding doors, the doors came off their rails, released a greasy substance and collided into Plaintiff.

## E. NEGLIGENCE

The occurrence made the basis of this suit and the resulting injuries and damages were proximately caused by the negligent conduct of Defendant. Defendant, its agents, servants, and employees negligently and willfully allowed the dangerous condition to remain and exist. On the occasion in question, Defendant and its agents, servants, and employees, who were at all times acting in the course and scope of their employment, committed negligence toward Plaintiff in the following respects:

   a. In failing to warn of the defective condition of the automatic sliding doors.

   b. By negligently or willfully failing to warn Plaintiff of the danger that could occur if the Plaintiff attempted to exit through the said automatic sliding doors.

   c. In failing to inspect the automatic sliding doors so as to discover the dangerous condition.

  d. In failing to correct a known dangerous condition that existed on the premises of the store.

Plaintiff further alleges that the condition of the sliding doors had continued for such a period of time that it should have been noticed and corrected if Defendant, its agents, servants, and employees had exercised ordinary care in the maintenance of the doors in question.

Each of the foregoing negligent acts or omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages which are in excess of the minimal jurisdictional limits of this court.

## F. PREMISES LIABILITY

By failing to properly maintain the automatic sliding doors and not warning Plaintiff of the dangers of said doors, Defendant breached its duty of care towards Plaintiff. Plaintiff held the legal status of an invitee as a shopper in the store. As such, Defendant had a duty to abate any danger posed by the automatic sliding doors, as Defendant knew, or through reasonable inspection should have known, that the automatic sliding doors presented an unreasonable danger to anyone entering or exiting the store. The failure of Defendant to exercise reasonable care in the reducing or eliminating the danger was the proximate cause of Plaintiff's injuries and damages.

## G. DAMAGES

As a direct and proximate result of Defendant's negligence, Plaintiff has suffered the following injuries and damages:

  1. Physical pain and suffering in the past;

2. Physical pain and suffering, which is probable for the future;

3. Mental anguish in the past;

4. Mental anguish, which is probable for the future;

5. Medical costs for the past;

6. Medical costs, which are probable for the future;

7. Damages for physical impairment;

8. Lost wages in the past;

9. Loss of wage earning capacity in the future;

10. Any other damages which Plaintiff can show herself entitled to receive.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, **CLAUDIA GONZALEZ**, prays that judgment be entered against the Defendant, **STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC.**, for and amount not to exceed the jurisdictional limits of this Court, plus interest thereon at the legal rate, for pre-judgment and post-judgment interest as allowed by law, for costs of court, and for such other relief, general or specific, legal or equitable, to which Plaintiff may show herself justly entitled.

Respectfully submitted,

BY: _____
Reynaldo G. Garza III (Trey)
Attorney At Law
State Bar No. 24008806
680 E. St. Charles, Suite 110
Brownsville, Texas 78520
(956) 574-9502 Tel.
(956) 574-9506 Fax.




CT System

Service of Process Transmittal Form
Dallas, Texas

06/16/2003

Via Federal Express (2nd Day)

TO: Jack A VanVoerkom Sr. VP & Gen Csl
Staples, Inc.
V#30352
500 Staples Drive
Framingham, MA 01702

Phone: (508) 253-5000 ex:
FAX: (508) 253-7805

RE: **PROCESS SERVED IN TEXAS**

FOR Staples the Office Superstore East, Inc. Domestic State: De

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| 1. TITLE OF ACTION: | Claudia Gonzalez vs Staples The Office Superstore dba Staples The Office Superstore East Inc |
| 2. DOCUMENT(S) SERVED: | Citation, Plaintiff's Original Petition, Letter |
| 3. COURT: | In the County Court at Law No. 3, Cameron Co TX<br>Case Number 2003CCL00573C |
| 4. NATURE OF ACTION: | Alleging personal Injuries and/or damages sustained while on Def's property, etc. |
| 5. ON WHOM PROCESS WAS SERVED: | CT Corporation System, Dallas, Texas |
| 6. DATE AND HOUR OF SERVICE: | By Certified mail on 06/16/2003 with Postmarked Date 06/12/2003 |
| 7. APPEARANCE OR ANSWER DUE: | 10:00 a.m. Monday next after expiration of 20 days |
| 8. ATTORNEY(S): | Reynaldo G Garza III<br>680 E. St Charles<br>Ste 110<br>Brownsville, TX 78520 |

9. REMARKS:

| | | | |
|---|---|---|---|
| CC: | Robert Molloy<br>Staples, Inc.<br>V#30352<br>500 Staples Drive<br>Framingham, MA 01702<br>EMAIL: ROBERT.MOLLOY@STAPLES.COM | SIGNED<br>PER<br>ADDRESS | CT Corporation System<br>Angela L. Kraft - Mays /DS<br>350 North St. Paul Street<br>Dallas, TX 75201<br>SOP WS 0005460790 |

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.



Citation for Personal Service  - GENERAL                     Lit. Seq. # 5.002.01

No. 2003-CCL-00573-C

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: STAPLES THE OFFICE SUPERSTORE
D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC.
BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM
350 N. ST. PAUL ST.
DALLAS, TEXAS 75201

the ____DEFENDANT____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by REYNALDO G. GARZA, III (TREY) (Attorney for Plaintiff or Plaintiff), whose address is 680 E. ST. CHARLES, SUITE 110 BROWNSVILLE, TEXAS 78520 on the 10th day of JUNE, A.D. 2003, in this case numbered 2003-CCL-00573-C on the docket of said court, and styled,

CLAUDIA GONZALEZ
vs.
STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's ORIGINAL PETITION accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 10th day of JUNE, A.D. 2003.

JOE G. RIVERA, County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: Mayra Medrano, Deputy
MAYRA MEDRANO

### RETURN OF OFFICER

Came to hand the 11th day of June, 6th, at 9:12 o'clock A.M., and executed (as requested) on the ___ day of _____ 2003 by delivering to by C/M # 7099-3270-0000-1379-6125 in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the ORIGINAL PETITION.

Cause of failure to execute this citation is: N/A

FEES serving 1 copy
Total....... $_____                  Sheriff/Constable  CAMERON  County, Texas
Fees paid by:_____                   By Andres Rodriguez, Deputy
                                       Civil Process Service
                                       3536 Warwick Glen
                                       Brownsville, TX 78521

CAUSE NO. 2003-CCL-0573-C

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NO. 3 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| d/b/a STAPLES THE OFFICE | § | |
| SUPERSTORE EAST, INC. | § | CAMERON COUNTY, TEXAS |



FILED FOR RECORD
AT ___ O'CLOCK ___ M
JUL 0 3 2003
JOE G. RIVERA
CAMERON COUNTY CLERK
By_____Deputy

## DEFENDANT'S ORIGINAL ANSWER AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., Defendant in the above entitled and numbered cause, and files this its Original Answer and Jury Demand in this cause, and in support thereof would show the Court as follows:

### I.

### GENERAL DENIAL

Defendant avails itself of the opportunity provided by Rule 92 of the Texas Rules of Civil Procedure to file a general denial herein; and in compliance with said Rule, Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's live pleading, and states that these are matters that should be proven by Plaintiff as required by law; and Defendant would require strict proof thereof.

### II.

### AFFIRMATIVE DEFENSES

2.01 For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiff's claims are barred, in whole or in part, due to the contributory negligence of Plaintiff in that she failed to exercise ordinary care, caution and prudence to avoid the incident and injuries at issue. Plaintiff's acts and

omissions, whether taken together or separately, proximately caused the injuries and damages to Plaintiff which are alleged in Plaintiff's petition.

2.02   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that if Plaintiff was damaged as alleged, which is not admitted but is expressly denied, such damages were the result of an unavoidable accident.

2.03   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that the act or omission of a person other than Defendants was the sole proximate cause of the accident in question.

2.04   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that if Plaintiff was injured as alleged, which is not admitted but is expressly denied, such injuries were caused or contributed to, in whole or in part, by a party for whom Defendant is not responsible.

2.05   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that the acts or omissions of Plaintiff or other third parties were the sole proximate cause or a new and independent cause of the accident and injuries complained of in this lawsuit.

2.06   For further answer if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to mitigate the effect of the alleged injuries and damages as required by law.

2.07   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that the damages in this case, if any, were proximately caused by the negligence of third parties and any recovery should be barred or diminished under the applicable provisions of the law.

2.08  For further answer, if such be necessary, and pleading in the alternative, Defendant further invokes the provisions of §33.001 of the Texas Civil Practice & Remedies Code. In this case, Defendants allege that the negligence of Plaintiff is fifty-one percent (51%) or greater, and therefore, no damages may be recovered from Defendants.

2.09  For further answer, if such be necessary, and pleading in the alternative, Defendant further specifically denies that it is liable for prejudgment interest in this cause of action as pled by Plaintiff.

### III.

### JURY DEMAND

Defendant hereby requests trial by jury and tenders the jury fee herewith.

WHEREFORE, PREMISES CONSIDERED, Defendant Staples The Office Superstore d/b/a Staples The Office Superstore East, Inc., prays that this Court deny the relief sought by Plaintiff herein; that Plaintiff's Original Petition be dismissed in its entirety; that Defendant have judgment thereon, recovering its attorney's fees; and for such other and further relief to which Defendant may show itself justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Norton A. Colvin, Jr. w/ permission
    State Bar No. 04632100
    Sarah A. Nicolas
    State Bar No. 24013543
    1201 East Van Buren
    Post Office Box 2155
    Brownsville, Texas 78522
    (956) 542-7441
    Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
STAPLES THE OFFICE SUPERSTORE d/b/a
STAPLES THE OFFICE SUPERSTORE EAST,
INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Original Answer and Jury Demand was served upon all counsel of record, to-wit:

    Reynaldo G. Garza III
    680 E. St. Charles, Suite110
    Brownsville, Texas 78520
    Attorneys for Plaintiff

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Texas Rules of Civil Procedure, on this 3rd day of July, 2003.

_____
Norton A. Colvin, Jr.

# CAUSE NO. 2003-CCL-0573-C

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NO. 3 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| d/b/a STAPLES THE OFFICE | § | |
| SUPERSTORE EAST, INC. | § | CAMERON COUNTY, TEXAS |

## NOTICE TO THE COUNTY CLERK OF FILING OF NOTICE OF REMOVAL

TO:  HONORABLE JOE G. RIVERA
     County Clerk, Cameron County
     Cameron County Courthouse
     974 East Harrison

You will please take notice that Defendant STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a notice of removal of the cause styled: <u>Claudia Gonzalez v. Staples The Office Superstore D/B/A Staples The Office Superstore East, Inc.</u>, originally filed in the County Court at Law No. 3, Cameron County, Texas, Cause Number 2003-CCL-0573-C, to the United States District Court for the Southern District of Texas, Brownsville Division, and that a true and correct copy of said Notice of Removal is being filed with the Clerk of the County Court at Law No. 3 to thereby effect a removal to said District Court of the United States, and that the State Court shall proceed no further, unless the cause is remanded. A copy of said notice of removal is attached to this notice.

WITNESS the signature of Defendant, through their attorney, on this the 16th day of July, 2003.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr. *of permission*
Attorney-in-Charge          *McFatall*
State Bar No. 04632100
Federal Admissions No. 1941
    Sarah A. Nicolas
State Bar No. 24013543
Federal Admissions No. 32122
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
STAPLES THE OFFICE SUPERSTORE d/b/a
STAPLES THE OFFICE SUPERSTORE EAST,
INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice to District Clerk of Filing of Notice of Removal was served upon all counsel of record, to-wit:

Reynaldo G. Garza III
680 E. St. Charles, Suite 110
Brownsville, Texas 78520
Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 16th day of July, 2003.

_____
Norton A. Colvin, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CLAUDIA GONZALEZ | * |
| | * |
| VS. | *   CIVIL ACTION NO. __B-03-125__ |
| | * |
| STAPLES THE OFFICE SUPERSTORE | * |
| d/b/a STAPLES THE OFFICE | * |
| SUPERSTORE EAST, INC. | * |

## NOTICE TO THE PLAINTIFF OF FILING
## OF NOTICE OF REMOVAL

TO:   CLAUDIA GONZALEZ, and her attorney:

Reynaldo G. Garza III
680 E. St. Charles, Suite110
Brownsville, Texas 78520

PURSUANT to Title 28 U.S.C., Section 1446(d), as amended, you are hereby notified that on the 16th day of July, 2003, in the above styled and numbered cause (being Cause Number 2003-CCL-0573-C in the County Court at Law No. 3 of Cameron County, Texas), STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. filed its Notice of Removal in the United States District Court for the Southern District of Texas, Brownsville Division. Copies of such Notice and other papers so filed are attached hereto.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr. *by permission*
Attorney-in-Charge      *NCNicolas*
State Bar No. 04632100
Federal Admissions No. 1941
   Sarah A. Nicolas
State Bar No. 24013543
Federal Admissions No. 32122

*NOTICE TO THE PLAINTIFF OF FILING OF NOTICE OF REMOVAL*                                  PAGE 1

Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
STAPLES THE OFFICE SUPERSTORE d/b/a
STAPLES THE OFFICE SUPERSTORE EAST,
INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. **B-03-125** |
| | * | |
| STAPLES THE OFFICE SUPERSTORE | * | |
| d/b/a STAPLES THE OFFICE | * | |
| SUPERSTORE EAST, INC. | * | |

## INDEX OF ATTORNEYS

1. Reynaldo G. Garza III
   State Bar No. 24008806
   680 E. St. Charles, Suite110
   Brownsville, Texas 78520
   (956) 574-9502
   Fax (956) 574-9506
   ATTORNEYS FOR PLAINTIFF CLAUDIA GONZALEZ

2. Norton A. Colvin, Jr.
   State Bar No. 04632100
   Federal Admissions No. 1941
   Sarah A. Nicolas
   State Bar No. 24013543
   Federal Admissions No. 32122
   Rodriguez, Colvin & Chaney, L.L.P.
   Post Office Box 2155
   Brownsville, Texas 78522
   (956) 542-7441
   Fax (956) 541-2170
   ATTORNEYS FOR DEFENDANT STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CLAUDIA GONZALEZ | * |
| | * |
| VS. | *   CIVIL ACTION NO. B-03-125 |
| | * |
| STAPLES THE OFFICE SUPERSTORE | * |
| d/b/a STAPLES THE OFFICE | * |
| SUPERSTORE EAST, INC. | * |

## INDEX OF DOCUMENTS FILED

1. Civil Cover Sheet

2. Notice of Removal with following attachments:

   a. State Court's Docket Sheet
   b. Plaintiff's Original Petition
   c. Citation served on Defendant
   d. Defendant's Original Answer and Jury Demand

3. Notice to Plaintiff of Filing of Notice of Removal

4. Notice to District Clerk of Filing of Notice of Removal

5. Index of Attorneys

6. Index of Documents Filed

7. Order for Conference and Disclosure of Interested Parties