

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CLAUDIA GONZALEZ | § |
| | § |
| VS. | § |
| | §   CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE | § |
| d/b/a STAPLES THE OFFICE | § |
| SUPERSTORE EAST, INC. | § |

## CERTIFICATION OF INTERESTED PARTIES

Plaintiff hereby certifies that the only names of interested parties which she knows of at this time are:

1.   Claudia Gonzalez - Plaintiff

2.   Staples the Office Superstore East, Inc. - Defendant

It is anticipated that through discovery additional parties may be discovered to have a financial interest in this litigation. This certificate will be amended in accordance with the Court's Order at that time.

_____
Reynaldo G. Garza, III

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing certificate of interested parties was served on all counsel of record via fax and certified mail return receipt requested on July 24, 2003.

_____
Reynaldo G. Garza, III