IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § | |

### MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CLAUDIA GONZALEZ, and asks this court to allow him to withdraw as attorney for Petitioner, CLAUDIA GONZALEZ, and for cause in said motion would respectfully show unto this Court as follows:

There is good cause for this Court to grant the motion to withdraw because Petitioner CLAUDIA GONZALEZ wishes to designate attorney RON W. ARMSTRONG to represent her in the above case. RON W. ARMSTRONG, will be substituted as attorney for REYNALDO G. GARZA, III, and his information is as follows.

> RON W. ARMSTRONG
> R.W. Armstrong & Associates
> 2600 Old Alice Road, Suite A
> Brownsville, Texas 78520
> Tel. No. (956) 546-5556

Attorney Ron W. Armstrong will be responsible for the suit and shall be the attorney to receive all communications from the court and from other parties. Notice of this Motion has been provided to the Respondent.

WHEREFORE, PREMISES CONSIDERED, REYNALDO G. GARZA, III, asks this Court

to grant this motion to withdraw and substitute, RON W. ARMSTRONG as attorney for CLAUDIA GONZALEZ, and for such other and further relief to which he may be entitled.

Respectfully submitted,

By: _____
REYNALDO G. GARZA, III
Attorney At Law
State Bar No. 24008806
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520
(956) 574-9502 Tel.
(956) 574-9506 Fax.

AGREED AS TO FORM AND CONTENT

By: _____
RON W. ARMSTRONG

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by via regular mail, to all counsel of record on this ___ day of August, 2003.

Hon. Ron W. Armstrong
R.W. Armstrong & Associates
2600 Old Alice Road
Brownsville, Texas 78521

Hon. Lisa Nichols
Attorney At Law.
Chapter 7 Trustee
10637 Leopard
Corpus Christi, Texas 78410

_____
REYNALDO G. GARZA, III