IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CLAUDIA GONZALEZ | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE | § |
| d/b/a STAPLES THE OFFICE | § |
| SUPERSTORE EAST, INC. | § |

## ORDER GRANTING MOTION
## TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL

On this day the Court considered Petitioners' Motion to Withdraw and for Substitution of Counsel (Docket No. 5). After considering the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore ORDERED that RON W. ARMSTRONG be substituted as the attorney of record for in place of REYNALDO G. GARZA, III. It is also ORDERED that THE LAW OFFICE OF REYNALDO G. GARZA, III are discharged from their representation of CLAUDIA GONZALEZ.

SIGNED on this 28th day of AUGUST, 2003.

_____
PRESIDING JUDGE

c.c.-
Hon. Reynaldo G. Garza, III, Attorney At Law, 680 E. St. Charles, Suite #110, Brownsville, Texas 78520
Hon. Ron W. Armstrong, R.W. Armstrong & Associates, 2600 Old Alice Road, Suite A, Brownsville, Texas 78521
Hon. Lisa Nichols, Attorney At Law, Chapter 7 Trustee, 10637 Leopard, Corpus Christi, Texas 78410