IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | |

## NOTICE OF APPEARANCE FOR ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., Defendant in the above-entitled and numbered cause, by and through its attorney of record, NORTON A. COLVIN, and files this its Notice of Appearance for Attorney in Charge and for cause would show the Court as follows:

I.

The undersigned hereby requests permission of this Honorable Court to allow SARAH A. NICOLAS of the firm of Rodriguez, Colvin & Chaney, L.L.P. to appear for the undersigned at the Status Conference set for October 23, 2003 at 1:30 p.m. due to the fact that the undersigned is unavailable.

II.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court accept its Notice and for such other and further relief to which it may show itself justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, LLP

By: _____
Norton A. Colvin, Jr.
State Bar No. 04632100
Federal Admissions No. 1918
Sarah A. Nicolas
State Bar No. 24013543
Federal Admissions No. 32122
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Ronald W. Armstrong
Law Offices of Ronald W. Armstrong
State Bar No. 01323500
2600 Old Alice Road, #A
Brownsville, Texas 78521
(956) 546-5556
Fax (956) 546-0470

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 21st day of October, 2003.

_____
Sarah A. Nicolas