THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

OCT 23 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-125           DATE & TIME:   10-23-03 AT 1:30 P.M.

CLAUDIA GONZALEZ                    PLAINTIFF(S)   RONALD ARMSTRONG
                                    COUNSEL

VS.

STAPLES THE OFFICE SUPERSTORE       DEFENDANT(S)   NORTON A. COLVIN, JR.
D/B/A STAPLES THE OFFICE            COUNSEL        SARAH NICOLAS

---

CSO: Richard Harrelson
ERO: Rebecca Pinales

    Attorneys Ronald Armstrong and Sarah Nicolas appeared.

    Parties agree that mediation is probable.

    Scheduling dates were selected. If trial is necessary it should last three or four days.