IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| D/B/A STAPLES THE OFFICE | § | |
| SUPERSTORE EAST, INC. | § | |

## ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)  Additional parties must be joined no later than **November 21, 2003.**

(2)  Plaintiff's must designate experts and submit expert reports to defendants' counsel no later than **February 9, 2004.**
Defendant's must designate experts and submit expert reports to plaintiff's counsel no later than **March 9, 2004.**

(3)  All discovery in this case must be completed by **May 28, 2004.** If additional time is required, a motion requesting such extension must be filed no later than **May 14, 2004.** Failure to file such motion shall preclude further discovery.

(4)  A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **July 14, 2004.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5)  A final pretrial and settlement conference is set for **August 4, 2004 at 1:30 p.m.** before Magistrate Judge John Wm. Black.

(6)  Final Pretrial is set for **August 10, 2004 at 1:30 P.M.** before Judge Andrew S. Hanen. Jury selection is set for **August 12, 2004 at 9:00 A.M.** before Judge Andrew S. Hanen.

(7)     Trial on the merits is set for **August, 2004**, docket call, before Judge Andrew S. Hanen.

DONE at Brownsville, Texas, on this 23rd day of October, 2003.

_____
John Wm. Black
United States Magistrate Judge