IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO JOIN THIRD PARTY DEFENDANT

CAME ON BEFORE THE COURT Defendant Staples The Office Superstore d/b/a Staples The Office Superstore East, Inc.'s Motion for Leave to Join Third Party Defendant, naming United Door Service as a third party defendant, and the Court finds that the same should be GRANTED.

IT IS THEREFORE, ORDERED Defendant Staples The Office Superstore d/b/a Staples The Office Superstore East, Inc.'s Motion for Leave to Join Third Party Defendant is GRANTED and the Third Party Petition is ORDERED to be filed by the Clerk.

SIGNED FOR ENTRY this 10TH day of NOVEMBER, 2003.

_____
JUDGE PRESIDING