IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| d/b/a STAPLES THE OFFICE SUPERSTORE | § | |

## CERTIFICATE OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, Claudia Gonzalez, Plaintiff in the above styled and numbered cause of action, and certifies that Plaintiff Claudia Gonzalez' **has today sent Plaintiff's Initial Disclosures** to Defendant's attorney via hand delivery on this the 26th day of January, 2004.

RESPECTFULLY SUBMITTED,

R. W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521-1450
Telephone: (956) 546-5556
Telecopier: (956) 546-0470

_____
R. W. ARMSTRONG
TBA#01323500
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Certificate of Discovery** was on this the 26th day of January, 2004, served via hand delivery to wit:

Hon. Sarah A. Nicolas
**Rodriguez, Colvin, & Chaney L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520

_____
R. W. Armstrong