IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | |
| VS. | § § | |
| UNITED DOOR SERVICE | § | |

THIRD PARTY DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, UNITED DOOR SERVICE, Third Party Defendant herein and files this its Original answer to Defendant's Original Third Party Petition and in support thereof would show unto the Court as follows:

I.

PARTIES, JURISDICTION AND VENUE

1.01   Third Party Defendant admits the allegations of Paragraphs 1.01, 1.02, 1.03, and 1.04 of Paragraph I. of Defendant's Original Third Party Petition.

II.

FACTS

2.01   Third Party Defendant admits the allegations of Paragraph 2.01 of Defendant's Original Third Party Petition.

2.02   Third Party Defendant has insufficient information at this time to admit or deny the allegations of Paragraph 2.02 of Defendant's Original Third Party Petition, and therefore the same are denied.

2.03   Third Party Defendant has insufficient information at this time to admit or deny the allegations of Paragraph 2.03 of Defendant's Original Third Party Petition, and therefore the same are denied.

### III.

### CAUSES OF ACTION

3.01   Third Party Defendant denies the allegations of Paragraph 3.01 of Defendant's Original Third Party Petition.

3.02   Third Party Defendant denies the allegations of Paragraph 3.02 of Defendant's Original Third Party Petition.

### IV.

### DAMAGES

4.01   Third Party Defendant denies the allegations of Paragraph 4.01 of Defendant's Original Third Party Petition.

### V.

### DEFENSES

5.01   For further answer herein, Third Party Defendant, UNITED DOOR SERVICE, would show that Defendant, and Third Party Plaintiff, STAPLES THE OFFICE SUPERSTORE, D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC., was guilty of one or more acts of negligence or breach of its premises liability duty of care toward Plaintiff, which solely, proximately caused, or which proximately caused the incident in question and the alleged

injuries and damages of Plaintiff so that, in the event that damages are awarded to Plaintiff herein, Third Party Defendant be granted judgment for contribution and/or indemnity against Defendant and Third Party Plaintiff, STAPLES, for damages in such amount as the jury may find.

5.02   For further answer herein, if same be required, Third Party Defendant would show that Plaintiff herself was guilty of one or more acts of contributory negligence which proximately caused, or which proximately contributed to cause, said accident and the damages allegedly sustained by the Plaintiff herein.

5.03   For further answer herein, if same be required, and in the alternative, Third Party Defendant says that in no event was Third Party Defendant guilty of negligence proximately causing said accident, and that if the same was not caused by negligence on the part of the Plaintiff or of negligence of the Plaintiff or Third Party Plaintiff, then same was an unavoidable accident.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Third Party Defendant, UNITED DOOR SERVICE prays that Third Party Plaintiff take nothing and that in the unlikely event of any recover against Third Party Defendant, that Third Party Defendant have judgment for contribution and/or indemnity against Defendant, STAPLES and for such other relief, general or special, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

KRENEK & HEINEMEYER, P.C.
9601 McAllister Freeway, Suite 1110
San Antonio, Texas 78216
(210) 342-1080 [Telephone]
(210) 342-1266 [Facsimile]

By: _[signature]_
MELVIN A. KRENEK
Texas State Bar No. 11725000
Federal Admissions No. 12242
ATTORNEY FOR THIRD PARTY DEFENDANT

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have served a true and correct copy of the above and foregoing instrument by Certified Mail, Return Receipt Requested, on all counsel of record, to-wit:

Mr. Reynaldo G. Garza, III.
Attorney at Law
680 E. St. Charles, Suite 110
Brownsville, Texas 78520
(956) 574-9502; FAX: (956) 541-2170
ATTORNEY FOR PLAINTIFF

Mr. Norton A. Colvin, Jr.
Ms. Sarah A. Nicolas
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441; FAX: (956) 541-2170
ATTORNEYS FOR DEFENDANT/
THIRD PARTY PLAINTIFF

on this the 17th day of _Feb._, 2004.

_[signature]_
MELVIN A. KRENEK