IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

ORDER

United States District Court
Southern District of Texas
ENTERED

APR 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLAUDIA GONZALEZ, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE | § | |
| SUPERSTORE d/b/a/ STAPLES THE | § | |
| OFFICE SUPERSTORE EAST, INC., | § | |
| Defendants. | § | |

TYPE OF CASE:        __x__ CIVIL        _____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANT'S MOTION TO COMPEL DISCOVERY BEFORE MAGISTRATE JUDGE JOHN WM. BLACK.

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNED PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TX

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

APRIL 15, 2004 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 7, 2004

TO:   RONALD ARMSTRONG
      REYNALDO G. GARZA III
      NORTON A. COLVIN, JR.
      SARAH ANN NICOLAS
      MELVIN A. KRENEK