20

United States District Court
Southern District of Texas
FILED

APR 1 5 2004

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANT'S MOTION TO COMPEL DISCOVERY

CIVIL ACTION NO. B-03-125         DATE & TIME: 04-15-04 AT 1:30 P.M.

CLAUDIA GONZALEZ                  PLAINTIFF(S)   RONALD ARMSTRONG
                                  COUNSEL

VS.

STAPLES THE OFFICE SUPERSTORE     DEFENDANT(S)  NORTON A. COLVIN, JR.
D/B/A STAPLES THE OFFICE          COUNSEL       SARAH NICOLAS
SUPERSTORE EAST, INC.

VS.

DOOR SERVICE                      THIRD PARTY   MELVIN A. KRENEK
                                  DEFENDANT

---

CSO: Willie Canant
ERO: Rosie D'Venturi

    Attorneys Norton Colvin and Sarah Nicolas appeared for the hearing on Defendant's Motion to Compel Discovery. Attorneys Ronald Armstrong and Melvin Krenek did not appear.

    Order was granted.