United States District Court
Southern District of Texas
ENTERED

APR 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | |

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY

CAME ON BEFORE THE COURT Defendant Staples The Office Superstore d/b/a Staples The Office Superstore East, Inc.'s Motion to Compel Discovery, and the Court finds that the same should be GRANTED.

IT IS THEREFORE, ORDERED Defendant Staples The Office Superstore d/b/a Staples The Office Superstore East, Inc.'s Motion to Compel Discovery is GRANTED and Plaintiff is hereby ordered to serve responses to Defendant's First Set of Interrogatories by the 30TH day of APRIL, 2004.

SIGNED FOR ENTRY this 15TH day of APRIL, 2004.

_____
JUDGE PRESIDING