

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE | § § § | |

## CERTIFICATE OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, Claudia Gonzalez, Plaintiff in the above styled and numbered cause of action, and certifies that Plaintiff Claudia Gonzalez' has today sent the following documents to the necessary attorneys of record:

*Plaintiff's Answers to the Third Party Defendant's Request for Disclosure*
*Plaintiff's Answers and Objections to Defendant First Set of Interrogatories*


RESPECTFULLY SUBMITTED,

**R. W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521-1450
Telephone: (956) 546-5556
Telecopier: (956) 546-0470

_____
R. W. ARMSTRONG

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Certificate of Discovery** was on this the 19th day of April, 2004, served via hand delivery to wit:

Hon. Norton Colvin
**RODRIGUEZ, COLVIN, & CHANEY L.L.P**
1201 East Van Buren
Brownsville, Texas 78520
(956) 541-2170

Hon. Melvin A. Krenek
**KRENEK & HEINMEYER P.C.**
9601 McAllister Freeway, Suite 1110
San Antonio, Texas 78216
(210) 342-1266

_____
R. W. Armstrong