IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CLAUDIA GONZALEZ | § § |
| VS. | § § |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § § | CIVIL ACTION NO. B-03-125
| VS. | § § |
| UNITED DOOR SERVICE | § § |

**PLAINTIFFS CLAUDIA GONZALEZ' MOTION FOR LEAVE
TO FILE PLAINTIFF'S FIRST AMENDED PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CLAUDIA GONZALEZ, Plaintiff in the above numbered and styled cause of action, and files this, her MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED PETITION, and for cause of action, would respectfully show the Court the following:

**I.**

**Procedural History**

1. Plaintiff Claudia Gonzalez filed this cause on June 10, 2003 . The original attorney Reynaldo G. Garza withdrew and this Court substituted R.W. Armstrong on or about August 28th, 2003.

2. Defendant STAPLES THE OFFICE SUPERTORE d/b/a STAPLES THE OFFICE SUPERTORE EAST, INC., filed their answer on the 3rd day of July 2003. On the 6th day of November 2003,

3. Defendant STAPLES THE OFFICE SUPERTORE d/b/a STAPLES THE OFFICE SUPERTORE EAST, INC., filed their Third Party Petition joining Third Party Defendant in the above numbered and styled cause of action.

## II.
## Grounds for Amendment

4. The Court should allow the filing of Plaintiff Claudia Gonzalez' First Amended Petition because Plaintiff Claudia Gonzalez' Original Petition was filed by previous counsel for Defendant, attorney Reynaldo G. Garza.

5. In addition, Plaintiff requests permission to file her Amended Petition for the sake of completeness in joining the Third Party Defendant to this cause, as they were added by the Defendant STAPLES THE OFFICE SUPERTORE d/b/a STAPLES THE OFFICE SUPERTORE EAST, INC.

6. Plaintiff Claudia Gonzalez is filing her Amended Petition contemporaneously with this Motion.

7. Defendant STAPLES THE OFFICE SUPERTORE d/b/a STAPLES THE OFFICE SUPERTORE EAST, INC. and Third Party Defendant UNITED DOOR SERVICE will not be surprised or prejudiced by Plaintiff Claudia Gonzalez Amended Petition because it does not allege causes of action that have not previously been raised and it merely seeks to clean up the Original Petition filed by prior counsel for the Plaintiff in an attempt to make this cause more consistent. Furthermore, Plaintiff Claudia Gonzalez Amended Petition seeks to add the Third Party Defendant UNITED DOOR SERVICE, which has been previously added by the Defendant

STAPLES THE OFFICE SUPERTORE d/b/a STAPLES THE OFFICE SUPERTORE EAST, INC..

### III.

### Prayer

8.  For these reasons, Plaintiff Claudia Gonzalez requests this Court to grant its Motion for Leave To File Plaintiff's First Amended Petition.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone: (956) 546-5556
Facsimile: (956) 546-0470
BY: _____
R.W. Armstrong
Texas Bar No. 01323500


### CERTIFICATE OF SERVICE

I hereby certify that **Plaintiff Claudia Gonzalez' Motion for Continuance** was on this the 21ST day of April, 2004, served via Certified Mail to:

Hon. Melvin A. Krenek
**Krenek & Heinmeyer, P.C.**
9601 McAllister Freeway, Suite 1110
San Antonio, Texas 78216


Hon. Sarah A. Nicolas
**Rodriguez, Colvin, & Chaney L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520

_____
R. W. Armstrong