IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 2 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | |

### ORDER

Plaintiffs "[sic]" Claudia Gonzalez' Motion for Leave to File Plaintiff's First Amended Petition (Docket No. 23) does not comply with the Local Rules for the Southern District of Texas.

It is therefore **ORDERED** stricken.

SIGNED at Brownsville, Texas, this 26th day of April, 2004.

_____
John Wm. Black
United States Magistrate Judge