IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 2 8 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE | § § § § | |

## CERTIFICATE OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, Claudia Gonzalez, Plaintiff in the above styled and numbered cause of action, and certifies that Plaintiff Claudia Gonzalez' has today, the 28th day of April 2004, sent the following documents in reference to the above numbered and styled cause of action to all attorneys of records via facsimile:

*Plaintiff Claudia Gonzalez' First Set of Requests for Production to Defendant Staples the Office Superstore; and*

*Plaintiff Claudia Gonzalez' First Set of Interrogatories to Defendant Staples the Office Superstore*

RESPECTFULLY SUBMITTED,

R. W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521-1450
Telephone: (956) 546-5556
Telecopier: (956) 546-0470

_____
R. W. Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Certificate of Discovery** was on this the 28th day of April, 2004, served via hand delivery and facsimile to wit:

Hon. Sarah Nicolas
**RODRIGUEZ, COLVIN, & CHANEY L.L.P**
1201 East Van Buren
Brownsville, Texas 78520
(956) 541-2170

Hon. Melvin A. Krenek
**KRENEK & HEINMEYER P.C.**
**9601 McAllister Freeway, Suite 1110**
San Antonio, Texas 78216
(210) 342-1266

_____
R. W. Armstrong