

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | |

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

TYPE OF CASE: __X__ CIVIL  ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON PLAINTIFF CLAUDIA GONZALEZ [sic] OPPOSED MOTION FOR CONTINUANCE AND TO EXTEND DISCOVERY DEADLINE AND TRIAL SETTING

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

MAY 13, 2004 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: MAY 7, 2004

TO: MR. RONALD ARMSTRONG
MR. NORTON COLVIN, JR.
MS. SARAH NICOLAS
MR. MELVIN KRENEK