IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CLAUDIA GONZALEZ | § |
| | § |
| VS. | § |
| | § |
| STAPLES THE OFFICE SUPERSTORE | § |
| D/B/A STAPLES THE OFFICE | §  CIVIL ACTION NO. B-03-125 |
| SUPERSTORE EAST, INC. | § |
| | § |
| VS. | § |
| | § |
| UNITED DOOR SERVICE | § |

### CERTIFICATE OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, Claudia Gonzalez, Plaintiff in the above styled and numbered cause of action, and certifies that Plaintiff Claudia Gonzalez' has today sent Plaintiff Claudia Gonzalez Supplemental Responses to Defendant Staples the Office Superstore d/b/a Staples the Office Superstore East, Inc.'s Requests for Production to Defendant's attorney via hand delivery and to counsel for the Third Party Defendant via US Mail on this the 10th day of May, 2004.

RESPECTFULLY SUBMITTED,

R. W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521-1450
Telephone: (956) 546-5556
Telecopier: (956) 546-0470

_____
R. W. ARMSTRONG
TBA#01323500
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Certificate of Discovery** was on this the 10th day of May, 2004, served via hand delivery or US Mail to wit:

Hon. Sarah Nicolas
**RODRIGUEZ, COLVIN, & CHANEY L.L.P**
1201 East Van Buren
Brownsville, Texas 78520
(956) 541-2170

Hon. Melvin A. Krenek
**KRENEK & HEINMEYER P.C.**
9601 McAllister Freeway, Suite 1110
San Antonio, Texas 78216
(210) 342-1266

_____
R. W. Armstrong