IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| d/b/a STAPLES THE OFFICE SUPERSTORE | § | |
| EAST, INC. | § | |

## MOTION FOR LEAVE TO APPEAR FOR ATTORNEY IN CHARGE AND NOTICE OF APPEARANCE FOR ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., Defendant in the above-entitled and numbered cause, by and through its attorney of record, NORTON A. COLVIN, and files this its Motion for Leave to Appear for Attorney in Charge and Notice of Appearance for Attorney in Charg,e and for cause would show the Court as follows:

I.

The undersigned hereby requests permission of this Honorable Court to allow MARJORY C. BATSELL of the firm of Rodriguez, Colvin, Chaney & Saenz, L.L.P. to appear for the undersigned at the Hearing on Plaintiff's Opposed Motion for Continuance and to Extend Discovery Deadline and Trial Setting, which is set for hearing on Thursday, May 13, 2004 at 1:30 p.m., due to the fact that the undersigned is unavailable. Norton Colvin, Jr. is already scheduled to be in Houston, Texas at the time of the hearing in this cause.

*Motion for Leave to Appear*                                                                                           Page 1

II.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court grant the Motion for Leave to Appear for Attorney in Charge and accept this Notice of Appearance for Attorney in Charge, and for such other and further relief to which it may show itself justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP

By: _____
Norton A. Colvin, Jr.
State Bar No. 04632100
Federal Admissions No. 1918
    Sarah A. Nicolas
State Bar No. 24013543
Federal Admissions No. 32122
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
**ATTORNEYS FOR DEFENDANT STAPLES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

> Ronald W. Armstrong
> Law Offices of Ronald W. Armstrong
> State Bar No. 01323500
> 2600 Old Alice Road, #A
> Brownsville, Texas 78521
>
> Melvin A. Krenek
> Krenek and Heinemeyer
> 9601 McAllister Freeway, Suite 110
> San Antonio, Texas 78216-4605

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 11th day of May, 2004.

_____
Sarah A. Nicolas