IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 19 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE
TO APPEAR FOR ATTORNEY IN CHARGE**

CAME ON BEFORE THE COURT Defendant Staples The Office Superstore d/b/a Staples The Office Superstore East, Inc.'s Motion for Leave to Appear for Attorney in Charge and Notice of Appearance for Attorney in Charge, and the Court finds that the same should be GRANTED.

IT IS THEREFORE, ORDERED Defendant Staples The Office Superstore d/b/a Staples The Office Superstore East, Inc.'s Motion for Leave to Appear for Attorney in Charge and Notice of Appearance for Attorney in Charge is hereby GRANTED, and Marjory C. Batsell is allowed to appear for the Attorney in Charge at the hearing scheduled May 13, 2004.

SIGNED FOR ENTRY this 13 day of May, 2004.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE