Case 1:03-cv-00125   Document 37   Filed in TXSD on 05/13/2004   Page 1 of 1

37

United States District Court
Southern District of Texas
FILED

MAY 1 3 2004

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON PLAINTIFF CLAUDIA GONZALEZ' OPPOSED MOTION FOR
CONTINUANCE AND TO EXTEND DISCOVERY DEADLINE AND TRIAL SETTINGS

| | |
|---|---|
| CIVIL ACTION NO. B-03-125 | DATE & TIME: 05/13/04 AT 1:30 P.M. |
| CLAUDIA GONZALEZ | PLAINTIFF(S) COUNSEL: RONALD ARMSTRONG |
| VS. | |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | DEFENDANT(S) COUNSEL: MARJORY BATSELL |
| VS. | |
| DOOR SERVICE | THIRD PARTY DEFENDANT: MELVIN A. KRENEK |

---

Plaintiff's counsel asked the court to extend trial court setting to November 2004 and requested an extension of deadlines in order to take depositions and conduct discovery.

Magistrate Judge John Wm Black denied Plaintiff's request to extend trial date. Original trial date indicated in the Court's Order (Docket No. 11), will remain set for August 2004.

The following deadlines will be extended:

    Plaintiff must designate expert and submit expert reports to defendant's counsel no later than June 1, 2004
    Defendant must designate expert and submit expert reports to plaintiff's counsel no later than June 10, 2004
    Deadline for joint pre-trial order will be July 22, 2004
    All discovery in this case must be completed by July 8, 2004.

Plaintiff's counsel to file order setting forth new deadlines.