IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

MAY 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CLAUDIA GONZALEZ<br>    Plaintiff, | §<br>§<br>§ |
| VS. | §<br>§   CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE<br>D/B/A STAPLES THE OFFICE<br>SUPERSTORE EAST, INC.<br>    Defendant. | §<br>§<br>§<br>§ |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION

CAME BEFORE THE COURT Plaintiff's Motion for Leave to File First Amended Petition (Docket No. 23) and the Court finds that the same should be GRANTED.

IT IS ORDERED that Plaintiff's motion be GRANTED.

DONE at Brownsville, Texas, this 17th of May, 2004.

John Wm. Black
United States Magistrate Judge