IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| D/B/A STAPLES THE OFFICE | § | CIVIL ACTION NO. B-03-125 |
| SUPERSTORE EAST, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |

**ORDER RESPECTING HEARING CONCERNING
PLAINTIFF CLAUDIA GONZALEZ'S MOTION FOR CONTINUANCE
AND TO EXTEND DISCOVERY DEADLINE AND TRIAL SETTING**

On the 13th day of May 2004 came on for hearing Claudia Gonzalez' Motion for Continuance and to Extend Discovery Deadline, all parties appeared by and through their respective attorneys of record. The court herewith **GRANTS** Plaintiff's Motion and ORDERS that:

1. Plaintiff Claudia Gonzalez shall have until **June 1, 2004** to designate experts and provide expert reports to Defendant and Third Party Defendants' attorneys.

2. Defendant Staples and Third Party Defendant United Door Service shall have until **June 10, 2004**, to designate experts and provide expert reports to Plaintiffs' attorney.

3. All discovery in this case must be completed by **July 8, 2004.**

4. A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **July 22, 2004.**

**THE PRE TRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITH THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

5. A final pretrial settlement conference is set for **August 4, 2004 at 1:30 p.m.** before Magistrate Judge John Wm Black.

01-451 ORDER GRANTING/C. GONZALEZ EXTEND TIME/rwa

6. Final pretrial is set for **August 10, 2004 at 1:30 p.m.** before Judge Andrew S. Hanen. Jury selection is set for **August 12, 2004 at 9:00 a.m.** before Judge Andrew S. Hanen.

7. Trial on the merits is set for **August 2004**, docket call, before Judge Andrew S. Hanen.

Done at Brownsville, Texas on this the 19TH day of May, 2004.

John Wm Black
United States Magistrate Judge