# Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAY 2 4 2004

Michael N. Milby
Clerk of Court

CLAUDIA GONZALEZ

VS.

STAPLES THE OFFICE SUPERSTORE
d/b/a STAPLES THE OFFICE
SUPERSTORE EAST, INC.

Vs.
UNITED DOOR SERVICE
TO:   RICHARDO BALLI

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: B-03-125

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| R.W. ARMSTRONG & ASSOCIATES P.C.<br>2600 OLD ALICE RD. SUITE A<br>BROWNSVILLE, TEXAS 78520 | MAY 26, 2004<br>@ 2:00 P.M. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>R.W. ARMSTRONG<br>ATTORNEY FOR PLAINTIFF | DATE<br>MAY 21, 2004 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
RON ARMSTRONG   2600 OLD ALICE RD. SUITE A
R.W. ARMSTRONG & ASSOCIATES, P.C.   BROWNSVILLE, TX 78520   (956) 546-5556

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| D/B/A STAPLES THE OFFICE | § | CIVIL ACTION NO. B-03-125 |
| SUPERSTORE EAST, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |

**PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE
ORAL AND VIDEOTAPED DEPOSITION OF RICARDO BALLI**

TO:  **DEFENDANT STAPLES THE OFFICE SUPERSTORE**, by and through their attorney of record,

Hon. Sarah Nicolas
Rodriguez, Colvin, Chaney, & Saenz L.L.P
1201 East Van Buren Street
Brownsville, Texas 78520
(956) 542-7441

**PLEASE TAKE NOTICE**, that the oral and videotaped deposition of **RICARDO BALLI**, will be taken pursuant to the Federal Rules of Civil Procedure. Said deposition will be taken at the Law Offices of R.W. Armstrong, 2600 Old Alice Road, Suite A, Brownville, Cameron County, Texas 78521, (956) 546-5556 beginning at **2:00p.m.** on the **26th day of May, 2004**.

It is hereby requested that the witness appear at such time and place for the purpose of giving their deposition in this cause, which deposition, when taken may be used in evidence during the trial of said cause, and will continue day by day until completed.

It is hereby requested that the witness appear at such time and place for the purpose of giving their deposition in this cause, which deposition, when taken may be used in evidence during the trial of said cause, and will continue day by day until completed.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**

2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone: (956) 546-5556
Facsimile: (956) 546-0470

BY: _____
R.W. Armstrong
Texas Bar No. 01323500

### CERTIFICATE OF SERVICE

I hereby certify that Plaintiff Claudia Gonzalez's **Notice of Intention to Take the Oral and Videotaped Deposition of Ricardo Balli** was on this the 21st day of May, 2004, served via facsimile to wit:

Hon. Melvin A. Krenek
**Krenek & Heinmeyer, P.C.**
9601 McAllister Freeway, Suite 1110
San Antonio, Texas 78216
(210) 342-1266

Hon. Sarah A. Nicolas
**Rodriguez, Colvin, & Chaney L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
(956) 541-2170

_____
R. W. Armstrong