# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | |

TYPE OF CASE:    __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON PLAINTIFF CLAUDIA GONZALEZ' MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED PETITION (DOCKET NO. 41)

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

JUNE 21, 2004 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 8, 2004

TO:   MR. RONALD ARMSTRONG
      MR. NORTON COLVIN, JR.
      MS. SARAH NICOLAS
      MR. MELVIN KRENEK