

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |

United States District Court
Southern District of Texas
FILED

JUN 21 2004

Michael N. Milby
Clerk of Court

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, UNITED DOOR SERVICE, Third Party Defendant in the above entitled cause, and files this, its Motion for Continuance of jury selection on August 12, 2004 and trial in August 2004 and for grounds would show unto the Court as follows:

I.

1. Plaintiff originally filed this cause on June 10, 2003 in the County Court at Law No. 3 of Cameron County, Texas;

2. The original Defendant, STAPLES THE OFFICE SUPERSTORE, D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC., filed its original answer on July 3, 2003;

3. On July 16, 2003, Defendant STAPLES filed Notice of Removal of the case to U.S. District Court for the Southern District of Texas, Brownsville, Division;

4. A Discovery/Case Management Plan was subsequently filed with disclosures to be made by October 27, 2003;

5. Defendant's Original Third Party Petition against UNITED DOOR SERVICE was filed on November 6, 2003;

6. After service of process, Third Party Defendant, UNITED DOOR SERVICE timely filed its Original Answer on February 17, 2004;

7. Plaintiff's First Amended Petition joining UNITED DOOR SERVICE as a party Defendant as well as Third Party Defendant, was filed April 19, 2004, but said First Amended Petition was ordered stricken by the Court on April 26, 2004, but Order granting Plaintiff's Motion for Leave to File First Amended Petition was entered on May 17, 2004.

After hearing on May 13, 2004, Plaintiff's Motion for Continuance and to Extend Discovery Deadline was granted and both Defendant STAPLES and Third Party Defendant UNITED DOOR SERVICE were required to designate experts and provide expert reports to Plaintiff's attorney by June 10, 2004, with all discovery to be completed by July 8, 2004.

II.

On May 27, 2004 Third Party Defendant was furnished a "Preliminary Report of Plaintiff's Expert" dated May 26, 2004, stating various opinions as to the cause of the accident in question. On June 17, 2004, Third Party Defendant received the report of the expert for STAPLES, Loren Slaybaugh, based upon his inspection of the doors at the STAPLES store on June 10, 2004, as well as other information furnished to him. In his report, Mr. Slaybaugh states that, on his inspection of the doors, some two and one half years after the accident in question, he found only a one half second time delay in closure after opening. He blames UNITED DOOR SERVICE for failing to detect this short time delay and adjust it

appropriately. This opinion is the first notice to UNITED DOOR SERVICE of such an allegation and will require an inspection of the premises and doors by Mr. Paul Durgin, the designated expert witness for UNITED DOOR SERVICE. Such inspection has been requested by Third Party Defendant, but the short period of time left before the scheduled jury selection on August 12, 2004 will make it difficult, if not impossible, for Mr. Durgin to inspect the door and prepare a report, other than the preliminary report already in preparation.

### III.

In addition to the foregoing, on June 18, 2004, Third Party Defendant received a letter from counsel for STAPLES, stating that they intend to proceed with the depositions of Warren F. Davis, Ph.D. of Newton, Massachusets, Paul Durgin of Dallas, Georgia, David Edwards, address unknown, Dr. Madhaven Pisharodi, currently in India but requested to be deposed by agreement after the July 8, 2004 discovery deadline and Mr. Loren Slaybaugh of Lake Placid, Florida, possibly by telephone.

### CERTIFICATE OF CONFERENCE

Third Party Defendant has conferred with counsel for both Plaintiff and Defendant and both counsel opposed the granting of a continuance, but both have agreed that this Motion might be heard on Monday June 21, 2004.

WHEREFORE, PREMISES CONSIDERED, Third Party Defendant requests that the Court continue the date of jury selection and trial of this cause from its scheduled date of August 12, 2004 to a date at least sixty days from August 12, 2004 and to extend the discovery

deadline from July 8, 2004 to September 15, 2004 or other convenient date, in order that Third Party Defendant have sufficient time to inspect the subject doors and obtain expert testimony concerning the same, as well as the cause of Plaintiff's injury and medical testimony regarding the diagnosis and prognosis of the same, plus such other relief, at law or in equity, to which Third Party Defendant may show itself justly entitled.

                                      Respectfully submitted,

                                      KRENEK & HEINEMEYER, P.C.
                                      9601 McAllister Freeway, Suite 1110
                                      San Antonio, Texas 78216
                                      (210) 342-1080 [Telephone]
                                      (210) 342-1266 [Facsimile]

                                      By: *[signature]*
                                      MELVIN A. KRENEK
                                      Texas State Bar No. 11725000
                                      Federal Admissions No. 12242
                                      ATTORNEY FOR THIRD PARTY
                                      DEFENDANT

## CERTIFICATE OF SERVICE

    I DO HEREBY CERTIFY that I have served a true and correct copy of the above and foregoing instrument by Certified Mail, Return Receipt Requested, on all counsel of record, to-wit:

Mr. Reynaldo G. Garza, III.
Attorney at Law
680 E. St. Charles, Suite 110
Brownsville, Texas 78520
(956) 574-9502; FAX: (956) 541-2170
ATTORNEY FOR PLAINTIFF

Mr. Norton A. Colvin, Jr.
Ms. Sarah A. Nicolas
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155

Brownsville, Texas 78522
(956) 542-7441; FAX: (956) 541-2170
ATTORNEYS FOR DEFENDANT/
THIRD PARTY PLAINTIFF

on this the 18th day of June, 2004.

_____
MELVIN A. KRENEK