46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 21 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| D/B/A STAPLES THE OFFICE | § | |
| SUPERSTORE EAST, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |

## NOTICE OF MOTION FOR CONTINUANCE

TO:   Mr. Ronald Armstrong, LAW OFFICE OF RONALD ARMSTRONG, 2600 Old Alice Road, #A, Brownsville, Texas 78521 Attorney for Plaintiff

PLEASE TAKE NOTICE that the undersigned will bring the above mentioned motion on for hearing before this Court in Room 204, United States District Court for the Southern District of Texas, Brownsville Division on the 21st day of June, 2004 at 1:30 p.m. or as soOn thereafter as the matter can be heard.

Dated: June 18, 2004

KRENEK & HEINEMEYER, P.C.
9601 McAllister Freeway, Suite 1110
San Antonio, Texas 78216
(210) 342-1080 [Telephone]
(210) 342-1266 [Facsimile]

By: /s/ Melvin A. Krenek
MELVIN A. KRENEK
Texas State Bar No. 11725000
Federal Admissions No. 12242
ATTORNEY FOR THIRD PARTY
DEFENDANT