United States District Court
Southern District of Texas
ENTERED

JUN 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | |
| VS. | § § | |
| UNITED DOOR SERVICE | § | |

ORDER

On this day came on to be heard Defendant's Motion for Continuance in the above-styled and numbered cause and the Court, after reviewing the papers on file and hearing the argument of counsel, is of the opinion that said motion is well taken and should in all things be granted.

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that the above-styled and numbered cause be and the same is hereby continued from its current trial setting of August 12, 2004 to _____.

SIGNED and ENTERED this 21 day of June, 2004.

_____
THE HONORABLE JOHN W. BLACK