50

United States District Court
Southern District of Texas
FILED

JUN 21 2004

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON PLAINTIFF CLAUDIA GONZALEZ'
MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED PETITION

| | |
|---|---|
| CIVIL ACTION NO. B-03-125 | DATE & TIME: 06-21-04 AT 1:30 P.M. |
| CLAUDIA GONZALEZ | PLAINTIFF(S) COUNSEL: RONALD ARMSTRONG |
| VS. | |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | DEFENDANT(S) COUNSEL: NORTON A. COLVIN, JR. SARAH NICOLAS |
| VS. | |
| DOOR SERVICE | THIRD PARTY DEFENDANT: MELVIN A. KRENEK |

---

CSO: Manuel Agado
ERO: Rosie D'Venturi

   Attorneys Ronald Armstrong, Norton Colvin, Sarah Nicolas and Melvin Krenek appeared.

   Plaintiff's counsel withdrew his Motion for Leave to File Plaintiff's Second Amended Petition. (Docket No. 41). Motion is Moot.

   Motion for Continuance will be granted.

   Parties are to select new scheduling dates and file a scheduling order.