# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

JUL 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that the dates set in the October 23, 2003 Scheduling Order (Docket No. 11) in this case are hereby PASSED.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 23, 2004

TO:     MR. RONALD ARMSTRONG
        MR. NORTON COLVIN, JR.
        MS. SARAH NICOLAS
        MR. MELVIN KRENEK