

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |

## ORDER

On this date came on to be heard Defendant/Third-Party Defendant's, UNITED DOOR SERVICE, Unopposed Motion for Leave to Join Third-Party Defendant in the above-entitled cause, and the Court, after ~~hearing argument of counsel and~~ reviewing the pleadings on file is of the opinion that said Motion should be granted.

It is THEREFORE, ORDERED, ADJUDGED and DECREED that Defendant/Third-Party Defendant's, UNITED DOOR SERVICE, Unopposed Motion for Leave to Join Third-Party Defendant is hereby granted.

SIGNED and ENTERED this 27TH day of July, 2004.

_____
JUDGE PRESIDING