

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |

**ORIGINAL ANSWER OF THIRD-PARTY DEFENDANT,
A-1 AUTO DOOR SYSTEMS, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now A-1 Auto Door Systems, Inc. (incorrectly named as A-1 Automatic Door), a third-party defendant in the above-styled and numbered cause, and in response to the Original Third-Party Petition filed herein by Third-Party Defendant / Third-Party Plaintiff, United Door Service, would respectfully show the Court the following:

<u>A. Admissions and Denials</u>

1. Third-Party Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 1.01 of the Original Third-Party Petition and, therefore, denies them.

2. Third-Party Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 1.02 of the Original Third-Party Petition and, therefore, denies them.

3. Third-Party Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 1.03 of the Original Third-Party Petition and, therefore, denies them.

4. Third-Party Defendant admits the allegations in Paragraph 1.04 of the Original Third-Party Petition.

5. Third-Party Defendant admits the allegations in Paragraph 1.05 of the Original Third-Party Petition.

6. Third-Party Defendant denies the allegations in Paragraph 2.01 of the Original Third-Party Petition.

7. Third-Party Defendant denies the allegations in Paragraph 2.02 of the Original Third-Party Petition.

8. Third-Party Defendant denies the allegations in Paragraph 3.01 of the Original Third-Party Petition.

9. Third-Party Defendant denies the allegations in Paragraph 3.02 of the Original Third-Party Petition.

10. Third-Party Defendant denies the allegations in Paragraph 4.01 of the Original Third-Party Petition.

### B. Affirmative Defenses

Further, pleading affirmatively and alternatively, Third-Party Defendant states as follows:

1. Third-Party Defendant alleges that Plaintiff, CLAUDIA GONZALEZ, was negligent in many particulars which proximately caused or contributed to cause Plaintiff's alleged damages. Third-Party Defendant pleads contributory negligence by way of defense. The negligence of Plaintiff constituted the sole cause of the accident in question, or in the alternative, was greater than the negligence, if any, of any party against whom recovery is sought. Plaintiff's

negligence is, therefore, a bar to her recovery. In the alternative, Plaintiff's damages should be reduced in proportion to her negligence.

2. Third-Party Defendant says the occurrence in question was the result of an unavoidable accident.

3. Third-Party Defendant says that the contribution claim made against Third-Party Defendant is barred because such claim is a derivative claim and the claim from which such claim derives is barred by the two-year statute of limitations.

WHEREFORE, PREMISES CONSIDERED, Third-Party Defendant, A-1 AUTO DOOR SYSTEMS, INC., prays that Third-Party Plaintiff, UNITED DOOR SERVICE, take nothing, that Third-Party Defendant recover its costs of court and for such other and further relief to which it may be justly entitled, whether at law or in equity.

Respectfully submitted,

ALLEN, STEIN & DURBIN, P.C.
6243 IH-10 West, 7th Floor
P. O. Box 101507
San Antonio, Texas 78201
Tel:   (210) 734-7488
Fax:   (210) 738-8036

By: _____
ROBERT A. ALLEN
State Bar No. 01051000
Federal Admission No. 13390
ATTORNEY FOR THIRD-PARTY DEFENDANT,
A-1 AUTO DOOR SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing ***Original Answer of Third-Party Defendant, A-1 Auto Door Systems, Inc.,*** was this the 20th day of August, 2004, forwarded via facsimile on:

Mr. Melvin A. Krenek
Krenek & Heinemeyer, P.C.
9601 McAllister Freeway, Suite 1110
San Antonio, Texas 78216
Fax No. (210) 342-1266

Mr. Ronald Armstrong
R. W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Fax No. (956) 546-0470

Mr. Norton A. Colvin, Jr.
Ms. Sarah A. Nicolas
Rodriquez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
Fax No. (956) 541-2170

_____
ROBERT A. ALLEN

#384542/1391-170

4