# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
RECEIVED

AUG 2 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | |
| VS. | § § § | |
| UNITED DOOR SERVICE | § | |

United States District Court
Southern District of Texas
ENTERED

AUG 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumad

TYPE OF CASE:     __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 14, 2004 at 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 27, 2004

TO:     MR. RONALD ARMSTRONG
        MR. NORTON COLVIN, JR.
        MS. SARAH NICOLAS
        MR. MELVIN KRENEK
        MR. ROBERT A. ALLEN