58

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CLAUDIA GONZALEZ | § |
| | § |
| VS. | §   CIVIL ACTION NO. B-03-125 |
| | § |
| STAPLES THE OFFICE SUPERSTORE | § |
| D/B/A STAPLES THE OFFICE | § |
| SUPERSTORE EAST, INC. | § |
| | § |
| VS. | § |
| | § |
| UNITED DOOR SERVICE | § |

TYPE OF CASE:        __X__ CIVIL                                  ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 14, 2004 at 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 27, 2004

TO:   MR. RONALD ARMSTRONG
      MR. NORTON COLVIN, JR.
      MS. SARAH NICOLAS
      MR. MELVIN KRENEK
      MR. ROBERT A. ALLEN