B-03-125

United States District Court
Southern District of Texas

• AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

| RETURN OF SERVICE | | AUG 3 0 2004 |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8-3-2004 | Michael N. Milby |
| NAME OF SERVER  ROBERT C. HILL | TITLE  PROCESS SERVER | Clerk of Court |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 110 BLANCO ROAD, SAN ANTONIO, TX BY SERVING TO THE REGISTERED AGENT, LARRY MANGUM

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury ~~under the laws~~ of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-3-2004
            Date            Signature of Server

P.O. Box 13742, San Antonio, TX 78213
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.