United States District Court
Southern District of Texas
FILED

SEP 1 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | C.A. NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| d/b/a STAPLES THE OFFICE | § | |
| SUPERSTORE EAST, INC., ET. AL. | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

This is to formally notify the Court and all parties that the Defendant Staples the Office Superstore d/b/a Staples The Office Superstore East, Inc., has retained the following additional attorney:

ROSAMARIA VILLAGOMEZ-VELA
State Bar No. 24008210
Federal Admissions No. 22983
1201 E. Van Buren Street
Brownsville, TX 78520
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

Ms. Villagomez-Vela will act as co-counsel with Mr. Norton A. Colvin, Jr. of RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP. Mr. Colvin will remain as lead trial counsel.

All notices, communications, and correspondence should be sent to Mr. Colvin. No additional service copies need to be forwarded to RosaMaria Villagomez-Vela.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY
& SAENZ L.L.P.

By: *[signature] Norton A. Colvin by pen RmV*
Norton A. Colvin, Jr.
State Bar No. 04632100
Federal Admissions No. 1918
RosaMaria Villagomez-Vela
State Bar No. 24008210
Federal Admissions No. 22983
1201 E. Van Buren Street
Brownsville, TX 78520
Telephone: 956-542-7441
Facsimile: 956-541-2170

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the ___10th___ day of September, 2004 on all counsel of record herein.

Ronald W. Armstrong
R.W. Armstrong & Associates
2600 Old Alice Road
Brownsville, Texas 78521
*Attorney for Plaintiff*

Robert A. Allen
P.O. Box 101507
San Antonio, Texas 78201
*Attorney for A-1 Auto Door Service*

Melvin A. Krenek
Melvin A. Krenek & Associates
9601 McAllister Fwy., Suite 1110
San Antonio, Texas 78216-4605
*Attorney for United Door Service*

*[signature]*
NORTON A. COLVIN, JR.