IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 14 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CLAUDIA GONZALEZ | § |
| | § |
| VS. | § CIVIL ACTION NO. B-03-125 |
| | § |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., ET. AL. | § |
| | § |
| VS. | § |
| | § |
| UNITED DOOR SERVICE | § |
| | § |
| VS. | § |
| | § |
| A-1 AUTO DOOR SYSTEMS, INC. | § |

## NOTICE OF APPEARANCE FOR ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. ET. AL., defendant in the above entitled and numbered cause, by and through its attorney of record, NORTON A. COLVIN, JR., and files this its Notice of Appearance for Attorney in Charge and for cause would show the court as follows:

I.

The undersigned hereby request permission of this Honorable Court to allow ROSAMARIA VILLAGOMEZ-VELA of the firm of Rodriguez, Colvin, Chaney & Saenz, L.L.P., to appear for the undersigned at the Status Conference set for September 14, 2004, at 1:30 p.m. due to the fact that NORTON A. COLVIN, JR. is unavailable.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court accept its Notice and for such other and further relief to which it may show itself justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ L.L.P.

By: _Norton A. Colvin, Jr. by pam Rmv_
Norton A. Colvin, Jr.
State Bar No. 04632100
Federal Admissions No. 1918
RosaMaria Villagomez-Vela
State Bar No. 24008210
Federal Admissions No. 22983
1201 E. Van Buren Street
Brownsville, TX 78520
Telephone: 956-542-7441
Facsimile: 956-541-2170

## CERTIFICATE OF SERVICE

This pleading was served in compliance with the Federal Rules of Civil Procedure on the 14th day of September, 2004 on all counsel of record herein.

Ronald W. Armstrong
R.W. Armstrong & Associates
2600 Old Alice Road
Brownsville, Texas 78521
*Attorney for Plaintiff*

Robert A. Allen
P.O. Box 101507
San Antonio, Texas 78201
*Attorney for A-1 Auto Door Service*

Melvin A. Krenek
Melvin A. Krenek & Associates
9601 McAllister Fwy., Suite 1110
San Antonio, Texas 78216-4605
*Attorney for United Door Service*

_Norton A. Colvin Jr by pen._
NORTON A. COLVIN, JR.