United States District Court
Southern District of Texas
FILED

SEP 14 2004

Michael N. Milby, Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-03-125 | DATE & TIME: 09-14-04 AT 1:30 P.M. |
| CLAUDIA GONZALEZ | PLAINTIFF(S) COUNSEL   RONALD ARMSTRONG |
| VS. | |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | DEFENDANT(S) COUNSEL   NORTON A. COLVIN, JR.   SARAH NICOLAS |
| VS. | |
| UNITED DOOR SERVICE A-1 AUTO DOOR SERVICE | THIRD PARTY DEFENDANT   MELVIN A. KRENEK   ROBERT A. ALLEN |

---

ERO: Bertha Vasquez
CSO: Willie Canant

    Attorneys Ronald Armstrong, RosaMaria Villagome-Vela in lieu of Norton Colvin and Sarah Nicolas, Melvin Krenek and Katherine Willis in lieu of Robert Allen appeared.

    No other parties are expected to be brought into the case.

    Parties will prepare a scheduling order to be filed with the court.