United States District Court
Southern District of Texas
FILED

SEP 1 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| D/B/A STAPLES THE OFFICE | § | |
| SUPERSTORE EAST, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |

**NOTICE OF APPEARANCE FOR ATTORNEY IN CHARGE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, A-1 AUTO DOOR SYSTEMS, INC. a third-party defendant in the above-entitled and numbered cause, by and through its attorney of record, ROBERT A. ALLEN, and files this its Notice of Appearance for Attorney in Charge and for cause would show the court as follows:

I.

The undersigned herby requests permission of this Honorable Court to allow KATHERINE M. WILLIS of the firm of Allen, Stein & Durbin, P.C., to appear for the undersigned at the Status Conference set for September 14, 2004, at 1:30 p.m. due to the fact that the undersigned is unavailable.

II.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court accept its Notice and for such other and further relief to which it may show itself justly entitled to receive.

Respectfully submitted,

ALLEN, STEIN & DURBIN, P.C.
6243 IH-10 West, 7th Floor
P. O. Box 101507
San Antonio, Texas 78201
Tel:  (210) 734-7488
Fax:  (210) 738-8036

By: *Robert A. Allen by KMW*
ROBERT A. ALLEN
State Bar No. 01051000
Federal Admission No. 13390

KATHERINE M. WILLIS
State Bar No. 24033472
Federal Admission No. 35829

ATTORNEY FOR THIRD-PARTY DEFENDANT,
A-1 AUTO DOOR SYSTEMS, INC.

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing *Notice of Appearance for Attorney in Charge,* was this the 15th day of September, 2004, forwarded via facsimile on:

Mr. Melvin A. Krenek
Krenek & Heinemeyer, P.C.
9601 McAllister Freeway, Suite 1110
San Antonio, Texas 78216
Fax No. (210) 342-1266

Mr. Ronald Armstrong
R. W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Fax No. (956) 546-0470

Mr. Norton A. Colvin, Jr.
Ms. Sarah A. Nicolas
Rodriquez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
Fax No. (956) 541-2170

ROBERT A. ALLEN
KATHERINE M. WILLIS

#387938/1391 170