United States District Court
Southern District of Texas
ENTERED

NOV 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., ET. AL. | § § § § | |
| VS. | § § | |
| UNITED DOOR SERVICE | § § § | |
| VS. | § § | |
| A-1 AUTO DOOR SYSTEMS, INC. | § | |

## AGREED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. Mediation shall be completed by **January 31, 2005**.

2. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **November 1, 2004.**

3. Plaintiff shall file her designation of testifying experts and shall serve on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) by **March 1, 2005**. Defendant Staples The Office Superstore d/b/a Staples The Office Superstore East, Inc. shall file its designation of testifying experts and shall serve on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) by **April 1, 2005**. Third Party Plaintiff, United Door Service shall file its designation of testifying experts and shall serve on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) by

**April 15, 2005.** Third Party Defendant A-1 Auto Door Systems, Inc. shall file its designation of testifying experts and shall serve on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) by **May 1, 2005.** All designators of rebuttal experts shall be filed within 15 days of receipt of the deposition of the opposing expert.

5.   An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, by **June 1, 2005.**

6.   The parties shall complete all discovery on or before **June 1, 2005.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7.   All dispositive motions shall be filed no later than **June 15, 2005.**

8.   This case is set for ~~trial [docket call, or jury selection]~~ FINAL PRETRIAL CONFERENCE OCT ___, 2005, 1:30 P.M. JURY SELECTION IS SET FOR OCTOBER 6, 2005 AT 9:00 A.M. at ~~9:00 a.m. The parties should consult the local rules regarding matters to be filed in advance of trial.~~ BEFORE JUDGE ANDREW S. HANEN. TRIAL IS SET FOR OCTOBER, 2005 DOCKET CALL.

SIGNED AND ENTERED this _21_ day of _OCTOBER_, 2004.

_____
HONORABLE UNITED STATES MAGISTRATE JUDGE