IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 8 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § § | |
| VS. | § § | |
| UNITED DOOR SERVICE | § § | |
| VS. | § § | |
| A-1 AUTO DOOR SYSTEMS, INC. | § | |

## MOTION TO SUBSTITUTE COUNSEL FOR
## THIRD-PARTY DEFENDANT/THIRD-PARTY PLAINTIFF UNITED DOOR SERVICE

TO HONORABLE JUDGE OF SAID COURT:

COMES NOW UNITED DOOR SERVICE, Third-Party Defendant/Third-Party Plaintiff in the above-styled and numbered cause, and respectfully moves this Court to allow MELVIN A. KRENEK of the Law Firm of KRENEK & HEINEMEYER, P.C., attorney of record for UNITED DOOR SERVICE, his withdrawal from the representation of said Third-Party Defendant/Third-Party Plaintiff and to substitute as attorney of record for said Third-Party Defendant/Third-Party Plaintiff, MONTE J. ENGLISH of the Law Firm of ENGLISH & CLEMONS, L.L.P.

1. MONTE J. ENGLISH will substitute in as the attorney in charge for Third-Party Defendant/Third-Party Plaintiff UNITED DOOR SERVICE. His federal bar number is 2776 and his state bar number is 06625700. His office address, telephone number and fax number are as follows: 555 N. Carancahua, Ste. 1500, Corpus Christi, Texas

78478, telephone (361) 882-2244, fax (361) 882-2773.

2.  UNITED DOOR SERVICE approves the substitution. The withdrawal and substitution of attorneys will not delay these proceedings.

WHEREFORE, PREMISES CONSIDERED, counsel for Third-Party Defendant/Third-Party Plaintiff UNITED DOOR SERVICE prays that this Motion be granted and that MONTE J. ENGLISH be allowed to substitute in as attorney of record, and for such other and further relief to which said Third-Party Defendant/Third-Party Plaintiff may be entitled.

Dated: 19th January, 2005.

Respectfully submitted,

By: _____
Melvin A. Krenek
State Bar No. 11725000
Federal I.D. No. 12242
KRENEK & HEINEMEYER, P.C.
9601 McAllister Freeway, Suite 1110
San Antonio, TX 78216
(210) 342-1080
FAX (210) 342-1266

**ATTORNEY IN CHARGE FOR THIRD-PARTY DEFENDANT/THIRD-PARTY PLAINTIFF UNITED DOOR SERVICE**

By: _____ by permission
Monte J. English
State Bar No. 06625700
Federal I.D. No. 2776
ENGLISH & CLEMONS, L.L.P.
555 N. Carancahua, Suite 1500
Corpus Christi, Texas 78478
TEL: (361) 882-2244
FAX: (361) 882-2773

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded in the manner indicated below to all counsel of record this ___27___ day of January, 2005:

**VIA FAX AND FIRST CLASS MAIL**

R.W. Armstrong
R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521-1450
ATTORNEY FOR PLAINTIFF

Robert A. Allen
ALLEN, STEIN & DURBIN, P.C.
6243 IH-10 West, 7th Floor
P.O. Box 101507
San Antonio, TX 78201
ATTORNEY FOR THIRD-PARTY DEFENDANT
A-1 AUTO DOOR SYSTEMS, INC.

Norton A. Colvin, Jr.
Sarah A. Nicolas
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, TX 78522
ATTORNEYS FOR DEFENDANT/THIRD-PARTY PLAINTIFF
STAPLES THE OFFICE SUPERSTORE d/b/a THE STAPLES OFFICE
SUPERSTORE EAST, INC.

*[signature]*
MELVIN A. KRENEK