IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 3 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |
| | § | |
| VS. | § | |
| | § | |
| A-1 AUTO DOOR SYSTEMS, INC. | § | |

## ORDER TO SUBSTITUTE COUNSEL

On the 31st day of January of 2005, came on to be considered Third-Party Defendant/Third-Party Plaintiff UNITED DOOR SERVICE's Motion to Substitute Counsel, and the Court finds that said request should be GRANTED; it is therefore,

ORDERED, ADJUDGED AND DECREED that Monte J. English of the law firm of ENGLISH & CLEMONS, L.L.P. be substituted for Melvin A. Krenek in the representation of Third-Party Defendant/Third-Party Plaintiff UNITED DOOR SERVICE, in the above-entitled and numbered cause. The Clerk should so indicate said representation on the records of this cause.

SIGNED FOR ENTRY this 31st day of January, 2005.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

**Copies to:**

Melvin A. Krenek, KRENEK & HEINEMEYER, P.C., 9601 McAllister Freeway, Suite 1110, San Antonio, TX 78216
Monte J. English, ENGLISH & CLEMONS, L.L.P., 555 N. Carancahua, Suite 1500, Corpus Christi, Texas 78478
R.W. Armstrong, R.W. ARMSTRONG & ASSOC., 2600 Old Alice Road, Ste. A, Brownsville, Texas 78521-1450
Robert A. Allen, ALLEN, STEIN & DURBIN, P.C., 6243 IH-10 W, 7th Fl, P.O. Box 101507, San Antonio, TX 78201
Norton A. Colvin, Jr., Sarah A. Nicolas, RODRIGUEZ, COLVIN & CHANEY, L.L.P., 1201 East Van Buren, Post Office Box 2155, Brownsville, TX 78522