**ENGLISH & CLEMONS, L.L.P.**
ATTORNEYS AT LAW
555 NORTH CARANCAHUA, SUITE 1500
CORPUS CHRISTI, TEXAS 78478
TELEPHONE: (361) 882-2244
FAX: (361) 882-2773

DIRECT COMMUNICATIONS TO CORPUS CHRISTI OFFICE
MENGLISH@ENGCLEM.COM

McALLEN, TEXAS OFFICE
(956) 393-2121

SAN ANTONIO, TEXAS OFFICE
(210) 212-9007

January 28, 2005

Ms. Linda Garcia, Case Manager/Deputy Clerk
Honorable Magistrate Judge John W. Black
UNITED STATES DISTRICT COURT
For the Southern District of Texas - Brownsville Division
204 Federal Bldg.
600 E. Harrison St.
Brownsville, TX 78520-7114

RE: Civil Action No. B-03-125;
*Claudia Gonzalez vs. Staples, et al. vs. United Door Service vs. A-1 Auto Door Systems, Inc.*
Our File No. 520.0023s

Dear Ms. Garcia:

My substitution of lead counsel for Third-Party Defendant/Third-Party Plaintiff United Door Services was sent to your Court on or about January 27, 2005. This will confirm that the above case has been scheduled for jury selection and trial on Thursday, October 6, 2005. As a courtesy, I do wish to advise the court I have prior trial settings on the following Tuesday, October 11, 2005, as follows:

1. Cause No. 03-09-41816-CV; *Danny Lee v. Alma Coronado*, pending in the 79th District Court of Jim Wells County, Texas;

2. Cause No. 03-06-41499; *Mayra Garza, et al. v. Mathew Alonso Martinez*, pending in the 79th District Court of Jim Wells County, Texas;

3. Cause No. 03-05-41429; *Don Peters v. John Michael Heuston*, pending in the 79th District Court of Jim Wells County, Texas;

Ms. Linda Garcia, Case Manager/Deputy Clerk
January 28, 2005
Page 2

    4.    Cause No. 03-08-41751-CU; *Mario Jimenez, et al. v. Noemi Rocha, et al.*, pending in the 79th District Court of Jim Wells County, Texas;

    5.    Cause No. 04-04-42346; *Anna Moreno, et al. v. Aaron Alan Anderson, et al.*, pending in the 79th District Court of Jim Wells County, Texas.

By copy of this correspondence, I am notifying opposing counsel of these prior trial settings.

Please feel free to contact my office should you have any questions. Thank you for your assistance.

Sincerely yours,

Monte J. English

MJE/bt

cc:    Mr. R.W. Armstrong
    R.W. ARMSTRONG & ASSOCIATES
    2600 Old Alice Road, Suite A
    Brownsville, Texas 78521-1450
    *ATTORNEY FOR PLAINTIFF*

    Mr. Robert A. Allen
    ALLEN, STEIN & DURBIN, P.C.
    6243 IH-10 West, 7th Floor
    P.O. Box 101507
    San Antonio, TX 78201
    *ATTORNEY FOR THIRD-PARTY DEFENDANT*
    *A-1 AUTO DOOR SYSTEMS, INC.*

    Mr. Norton A. Colvin, Jr.
    Mr. Sarah A. Nicolas
    RODRIGUEZ, COLVIN & CHANEY, L.L.P.
    1201 East Van Buren
    Post Office Box 2155
    Brownsville, TX 78522
    *ATTORNEYS FOR DEFENDANT/THIRD-PARTY PLAINTIFF*
    *STAPLES THE OFFICE SUPERSTORE d/b/a THE STAPLES OFFICE*
    *SUPERSTORE EAST, INC.*