United States District Court
Southern District of Texas
FILED

JAN 3 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-125 |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | |
| VS. | § § | |
| UNITED DOOR SERVICE | § § | |
| VS. | § § | |
| A-1 AUTO DOOR SYSTEMS, INC. | § | |

## AGREED MOTION FOR EXTENSION OF MEDIATION DEADLINE

TO THE HONORABLE JUDGE:

COME NOW, PLAINTIFF CLAUDIA GONZALEZ, DEFENDANT STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., THIRD PARTY DEFENDANT/THIRD PARTY PLAINTIFF UNITED DOOR SERVICE and THIRD PARTY DEFENDANT A-1 AUTO DOOR SYSTEMS, INC. (hereinafter "the Parties") and file this Agreed Motion for Extension of Mediation Deadline. In support, the Parties state as follows:

I.

This case has been is currently set for jury selection on October 5, 2005. The Parties' current mediation deadline is January 31, 2005. Due to conflicting trial settings, scheduling conflicts and limited availability of the agreed to mediator, the Parties have agreed to extend the mediation deadline to April 1, 2005 in an attempt to resolve this matter. At this time, the Parties

have tentatively agreed to proceed with mediation on February 25, 2005. While the Parties have reached an agreement regarding the new deadline, the Parties nonetheless respectfully request that this Honorable Court extend the mediation deadline in this cause to April 1, 2005, and that they receive such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: *[signature]* Norton A. Colvin, Jr. by pem rmv
Norton A. Colvin, Jr.
State Bar No. 04632100
Federal Admissions No. 1918
RosaMaria Villagomez-Vela
State Bar No. 24008210
Federal Admissions No. 22983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
**ATTORNEYS FOR DEFENDANT STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST**

By: _____
Ronald W. Armstrong
State Bar No. 01323500
Federal Admissions No. 2237
R.W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, TX 78521
(956) 546-5556
(956) 546-0470
**ATTORNEYS FOR PLAINTIFF**

agreed to extend the mediation deadline to April 1, 2005 in an attempt to resolve this matter. At this time, the Parties have tentatively agreed to proceed with mediation on February 25, 2005. While the Parties have reached an agreement regarding the new deadline, the Parties nonetheless respectfully request that this Honorable Court extend the mediation deadline in this cause to April 1, 2005, and that they receive such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____
Norton A. Colvin, Jr.
State Bar No. 04632100
Federal Admissions No. 1918
RosaMaria Villagomez-Vela
State Bar No. 24008210
Federal Admissions No. 22983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
**ATTORNEYS FOR DEFENDANT**

By: _____
Ronald W. Armstrong
State Bar No. 01323500
Federal Admissions No. 2237
R.W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, TX 78521
(956) 546-5556

By: *[signature]*
Melvin A. Krenek
State Bar No. 11725000
Federal Admissions No. 12242
Krenek & Heinemeyer, P.C.
9601 McAllister Freeway, Suite 1110
San Antonio, Texas 78216-4605
(210) 342-1080
(210) 342-1266
**ATTORNEYS FOR THIRD PARTY DEFENDANT UNITED DOOR SERVICE**

By: _____
Robert A. Allen
State Bar No. 01051000
Federal Admissions No. 13390
Allen, Stein & Durbin, P.C.
6243 IH-10 West, 7th Floor
P.O. Box 101507
San Antonio, TX 78201
(210) 734-7488
(210) 738-8036
**ATTORNEY FOR THIRD PARTY DEFENDANT A-1 AUTO DOOR SYSTEMS, INC.**

01/31/05 15:53 FAX 210 738 2802 ALLEN, STEIN, & DURBIN ⌘002
JAN. 31. 2005 3:04PM Rodriguez Colvin & Chaney NO. 009 P. 6/9
Case 1:03-cv-00125 Document 70 Filed in TXSD on 01/31/2005 Page 5 of 6

(956) 546-0470
**ATTORNEYS FOR PLAINTIFF**

By: _____
Melvin A. Krenek
State Bar No. 11725000
Federal Admissions No. 12242
Krenek & Heinemeyer, P.C.
9601 McAllister Freeway, Suite 1110
San Antonio, Texas 78216-4605
(210) 342-1080
(210) 342-1266
**ATTORNEYS FOR THIRD PARTY
DEFENDANT UNITED DOOR SERVICE**

By: *Robert A. Allen* /s/
Robert A. Allen
State Bar No. 01051000
Federal Admissions No. 13390
Allen, Stein & Durbin, P.C.
6243 IH-10 West, 7th Floor
P.O. Box 101507
San Antonio, TX 78201
(210) 734-7488
(210) 738-8036
**ATTORNEY FOR THIRD PARTY
DEFENDANT A -1 AUTO DOOR
SYSTEMS, INC.**

*STAPLES/Gonzalez*
*Agreed Motion For Extension Of Mediation Deadline*                                                Page 3

01/31/2005 MON 15:09 [TX/RX NO 7225] ⌘006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

>Ronald W. Armstrong
>R.W. Armstrong & Associates
>2600 Old Alice Road, Suite A
>Brownsville, TX 78521
>
>Melvin A. Krenek
>Krenek & Heinemeyer, P.C.
>9601 McAllister Freeway, Suite 1110
>San Antonio, Texas 78216-4605
>
>Robert A. Allen
>Allen, Stein & Durbin, P.C.
>6243 IH-10 West, 7th Floor
>P.O. Box 101507
>San Antonio, TX 78201

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 31 day of January 2005.

_____
ROSAMARIA VILLAGOMEZ-VELA