United States District Court
Southern District of Texas
ENTERED

FEB 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CLAUDIA GONZALEZ | § |
| | § |
| VS. | § CIVIL ACTION NO. B-03-125 |
| | § |
| STAPLES THE OFFICE SUPERSTORE | § |
| d/b/a STAPLES THE OFFICE | § |
| SUPERSTORE EAST, INC., ET. AL. | § |
| | § |
| VS. | § |
| | § |
| UNITED DOOR SERVICE | § |
| | § |
| VS. | § |
| | § |
| A-1 AUTO DOOR SYSTEMS, INC. | § |

ORDER GRANTING

CAME ON BEFORE THE COURT on the 3 day of February 2005, the Parties, Plaintiff Claudia Gonzalez, Defendant Staples The Office Superstore d/b/a Staples The Office Superstore East, Inc., Third Party Defendant/Third Party Plaintiff United Door Service and Third Party Defendant A-1 Auto Door Systems, Inc. Agreed Motion for Extension of Mediation Deadline, and the Court finds that the Motion should be GRANTED;

IT IS THEREFORE ORDERED that the Agreed Motion for Mediation Deadline is hereby extended from January 31, 2005, to April 1, 2005, as needed to mediate this case.

SIGNED FOR ENTRY this the 3 day of February 2005.

_____
PRESIDING JUDGE

*STAPLES/Gonzalez*
*Agreed Motion For Extension Of Mediation Deadline*                                        *Page 5*

Copies to:
Norton A. Colvin, Rodriguez Colvin Chaney & Saenz, LLP, 1201 E. Van Buren, Brownsville, TX 78520
Ronald W. Armstrong, R.W. Armstrong & Associates, 2600 Old Alice Road, Ste. A, Brownsville, TX 78521
Melvin A. Krenek, Law Offices of Krenek & Heinemeyer, P.C., 9601 McAllister Freeway, Ste. 1110, San Antonio, TX 78216
Robert A. Allen, Allen Stein & Durbin, P.C., 6243 IH-10 West, 7th Fl., P.O. Box 101507, San Antonio, TX 78201