# Gyro-Tech/Lanson cases – Active

| Case: | Flora Salivaras, *et al. vs.* Riser Foods, Inc., *et al.* State of Ohio, Cuyahoga County, Court of Common Pleas, Case #258301 | Seq. No. 102 |
|---|---|---|
| Attorney: | John J. McCarthy<br>1370 Ontario Street, First Floor<br>Cleveland, OH 44113-1792 | 216-621-2300<br>216-694-5218 |
| Equipment: | Gyro-Tech swinging door with control mats. | |
| Description: | Middle aged woman struck by prematurely closing door – tore rotator cuff. | |
| Deposition: | Trial: | Outcome: May have settled. |

| Case: | Marguerite A. Sellers *v.* Camden-Clark Foundation, Inc. *et al.* | Seq. No. 103 |
|---|---|---|
| Attorney: | Harry G. Deitzler<br>HILL, PETERSON, CARPER, BEE & DEITZLER<br>500 Tracy Way<br>Charleston, WV 25311-1555 | 304-345-5667 |
| Equipment: | Gyro Tech, Inc. sliding door. | |
| Description: | Woman injured while attempting to leave through automatic sliding doors at Camden-Clark Memorial Hospital in Parkersburg, WV. | |
| Deposition: | Trial: | Outcome: May have settled. |

| Case: | Donna and Edmund Krzeminski *v.* County of Wayne and The Stanley Works, Civil Action No. 98-822994-NO | Seq. No. 104 |
|---|---|---|
| Attorney: | Charles W. Palmer<br>20500 Eureka Road, Suite 313<br>Taylor, MI 48180-6395 | 734-284-5550 |
| Equipment: | Gyro Tech, Inc. swinging door maintained by Stanley. | |
| Description: | Plaintiff's shoulder injured with torn rotator cuff, July, 1995. | |
| Deposition: | Trial: | Outcome: |

| Case: | Mary Johnson *vs.* Ocean State Jobbers, Inc., *et al.* | Seq. No. 105 |
|---|---|---|
| Attorney: | Alexander P. Borré<br>Morrison, Mahoney & Miller, L.L.P.<br>250 Summer Street<br>Boston, MA 02210-1181 | 617-439-7423 |
| Equipment: | Gyro Tech, Inc. swinging door with Microwave Sensor D-7 and BEA, Inc., DK-12/LO-21 | |
| Description: | 86 year old woman struck and injured while attempting to exit through door. | |
| Deposition: | Trial: | Outcome: |

| Case: | Celia DeMario and Joseph DeMario *vs.* Erspamers, Inc., Gyro Tech, Inc., Microwave Sensors, Inc., *et al.* State of Wisconsin Circuit Court, Iron County, No. 93-CV-31 | | | | Seq. No. 106 |
|---|---|---|---|---|---|
| Attorney: | A. Dennis Cossi<br>COSSI LAW OFFICE<br>225 East Aurora Street<br>Ironwood, MI 49938-2111 | | | | 906-932-1221 |
| Equipment: | Gyro-Tech, Inc. biparting sliding door actuated by Microwave Sensors, Inc. D7 microwave motion sensor and single hold open beam. | | | | |
| Description: | Woman struck by prematurely closing door while leaving store. | | | | |
| Deposition: | 10/25/96 | Trial: | | Outcome: | Case settled in 4/97 in favor of plaintiff. Amount undisclosed. |

| Case: | Alice Hart and John Hart *vs.* Automated Entrance Systems, Inc.; Lanson Industries, Inc., *et al.*; Court of Common Pleas, Allegheny County, PA, Civil Division G.D. No. 96-15426 | | | | Seq. No. 107 |
|---|---|---|---|---|---|
| Attorney: | Daniel M. Berger<br>BERGER LAW FIRM, P.C.<br>The Frick Building, Suite 912<br>Pittsburgh, PA 15219-6003 | | | | 412-471-4300 |
| Equipment: | Gyro-Tech biparting sliding door. Single hold open beam and BEA, Inc. VG047 unidirectional microwave motion sensors. | | | | |
| Description: | Woman in 80's entering supermarket struck and injured by sliding door. | | | | |
| Deposition: | | Trial: | 9/24/98 | Outcome: | Jury awarded $450,000 to plaintiff with $40,000 in delay damages pending. |

| Case: | Lora Bird and husband Virg Bird *vs.* The Kroger Co., Access Services, Inc., NABCO, Inc. and Gyro Tech, Inc. | | | | Seq. No. 108 |
|---|---|---|---|---|---|
| Attorney: | Paul V. Previte<br>Adam & Previte, P.L.L.C.<br>500 Throckmorton Street, Suite 3400<br>Ft. Worth, TX 76102-3821 | | | | 817-332-2580 |
| Equipment: | Gyro-Tech "Whisper Slide" Series 1100 bi-parting sliding door equipped with dual hold open beams and BEA, Inc. VG087/C unidirectional microwvave motion sensors. | | | | |
| Description: | Plaintiff exiting Kroger store struck by prematurely closing door on February 7, 1997. | | | | |
| Deposition: | | Trial: | | Outcome: | Case settled on or about April 28, 2000. |

## Gyro-Tech/Lanson cases – Inactive

| Case: | Lavoie v. Price Chopper | | | Seq. No. 109 |
|---|---|---|---|---|
| Attorney: | Roger J. Brunelle<br>7 State Street<br>Worcester, MA 01609-2895 | | | 508-755-2277 |
| Equipment: | Swinging door actuated by control mats. | | | |
| Description: | Woman lost part of finger trying to extract it when swinging door closed on her unexpectedly while she was standing on the swing side control mat. | | | |
| Deposition: | | Trial: | Outcome: | Settled, January, 2002 |

## Dor-O-Matic cases – Active

| Case: | Estate of Lillian Woodward and Phyllis L. Crowe v. BJs Wholesale Club, Inc. | | | | Seq. No. 110 |
|---|---|---|---|---|---|
| Attorney: | F. Dore' Hunter<br>Flanagan & Hunter, P.C.<br>64 Broad Street, Suite 200<br>Boston, MA 02109-4346 | | | | 617-482-3366 |
| Equipment: | Dor-O-Matic Astro-Slide bi-parting sliding door actuated by microwave motion sensors and dual hold open beams. | | | | |
| Description: | Plaintiff struck by prematurely closing door while exiting from BJs on December 20, 1997. See also Elsie Wolf case on page 3. | | | | |
| Deposition: | | Trial: | | Outcome: | May have settled. |

| Case: | Dorothy Farewell v. K-Mart | | | | Seq. No. 111 |
|---|---|---|---|---|---|
| Attorney: | Edward F. Hoffman<br>Cada & Associates<br>1024 K Street<br>Lincoln, NB 68508-2851 | | | | 402-477-2233 |
| Equipment: | Dor-O-Matic single panel sliding door. | | | | |
| Description: | Door closed prematurely on woman as she exited K-Mart store. | | | | |
| Deposition: | | Trial: | | Outcome: | |

| Case: | Stevie v. Southern Ohio Door Control, et al. | | | | Seq. No. 112 |
|---|---|---|---|---|---|
| Attorney: | William B. Strubbe<br>Suite 1925 Kroger Building<br>1014 Vine Street<br>Cincinnati, OH 45202-1141 | | | | 513-621-4775 |
| Equipment: | Dor-O-Matic low energy power operated swinging door. | | | | |
| Description: | Man fractured hip after being struck and knocked down by prematurely closing door. | | | | |
| Deposition: | | Trial: | | Outcome: | |

| Case: | Mary Jane Postizzi vs. Accuracy Glass & Mirror, Co., Inc., et al. | | | | Seq. No. 113 |
|---|---|---|---|---|---|
| Attorney: | Justin M. Clouser<br>Edward M. Bernstein & Associates<br>500 South Fourth Street<br>Las Vegas, NV 89101-6599 | | | | 702-384-4000 |
| Equipment: | Dor-O-Matic series 9600 bi-parting sliding door | | | | |
| Description: | Woman stuck and injured by bi-parting sliding door. | | | | |
| Deposition: | | Trial: | | Outcome: | |

## Dor-O-Matic cases – Active

| Case: | Lemma Louise Barton *v.* SAKS, Incorporated, d/b/a Parisian, *et al.* Knox County Circuit Court No. 1-205-03 | | | Seq. No. 114 |
|---|---|---|---|---|
| Attorney: | Mark E. Floyd<br>Pryor, Flynn, Priest & Harber<br>Two Centre Square, Suite 600<br>625 Gay Street<br>Knoxville, TN 37902-1604 | | | 865-522-4191 |
| Equipment: | Dor-O-Matic Astroslide bi-parting slider with hold open beams. | | | |
| Description: | 85 year old woman struck and injured while entering Parisian department store. | | | |
| Deposition: | | Trial: | Outcome: | |

## Dor-O-Matic cases – Inactive

| Case: | Valda Levesque v. Shaw's Supermarket, Inc., et al. | | | | Seq. No. 115 |
|---|---|---|---|---|---|
| Attorney: | John E. Sedgewick<br>BERMAN & SIMMONS, P.A.<br>129 Lisbon Street, P.O. Box 961<br>Lewiston, ME 04243-0961 | | | | 207-784-3576 |
| Equipment: | Dor-O-Matic swinging door with infrared presence detector. | | | | |
| Description: | Woman struck by premature closing of swinging door while on swing side of door. | | | | |
| Deposition: | | Trial: | | Outcome: | |

| Case: | Claus vs. Memorial Medical Center, et al. | | | | Seq. No. 116 |
|---|---|---|---|---|---|
| Attorney: | James O. Wilson, Jr.<br>WALDROP & WILSON<br>329 Lawrence Street<br>P. O. Box 667<br>Marietta, GA 30061-2056 | | | | 770-427-2476 |
| Equipment: | Dor-O-Matic biparting sliding door with microwave motion sensors and dual hold open beams. | | | | |
| Description: | Woman struck by premature closing of swinging door while on swing side of door. | | | | |
| Deposition: | 5/14/99 | Trial: | | Outcome: | Case settled in favor of the plaintiff with a confidentiality agreement on or about July 1, 1999. |

| Case: | Whiting/Kuhlthau vs. Fred Meyers Stores, Inc., Dor-O-Matic, et al. | | | | Seq. No. 117 |
|---|---|---|---|---|---|
| Attorney: | Stuart Goldstein<br>Stuart Goldstein Law Firm<br>2700 North 3rd Street, Suite 2010<br>Phoenix, AZ 85004-4602 | | | | 602-279-1666 |
| Equipment: | Dor-O-Matic Astro-Slide bi-parting sliding door actuated by microwave motion sensors and Look-See™ IR presence sensor. | | | | |
| Description: | 86 year old woman struck by prematurely closing door while exiting from supermarket. Woman died of her injuries. | | | | |
| Deposition: | | Trial: | | Outcome: | Case settled on 8/1/03. |

| Case: | Frances Mulhall v. Gordon Food, et al.<br>Circuit Court, Cook County, IL Case No. 02 L 005435 | | | | Seq. No. 118 |
|---|---|---|---|---|---|
| Attorney: | David J. Heyer<br>Law Office of David J. Heyer, Ltd.<br>212 West Washington, Suite 908<br>Chicago, IL 60606-3426 | | | | 312-372-4950 |
| Equipment: | Dor-O-Matic bi-parting sliding door | | | | |
| Description: | Elderly woman stuck and injured (hairline hip fracture) by bi-parting sliding door. | | | | |
| Deposition: | 1/22/04 | Trial: | | Outcome: | Settled on 1/22/04 for $75,000 to Plaintiff. |

## Keane Monroe cases – Active

| Case: | Mary Ernst and Irven Ernst *vs*. The United States Postal Service | | | Seq. No. 119 |
|---|---|---|---|---|
| Attorney: | Kelly H. Musleh<br>P. O. Box 1866<br>Ocala, FL 34478-1866 | | | 352-732-0600 |
| Equipment: | Bi-parting sliding door actuated by Microwave Sensors, Inc., X-band microwave motion sensors. | | | |
| Description: | Elderly woman struck by sliding door, knocked down and broke hip while entering post office. | | | |
| Deposition: | | Trial: | Outcome: | |

## Keane Monroe cases – Inactive

| Case: | Roseann and Timothy Bartzer *v.* Keane Monroe *et al.*, Court of Common Pleas, Montgomery County, PA, Civil Division, Case Nos: 91-20964 and 92-21388. | | | | Seq. No. 120 |
|---|---|---|---|---|---|
| Attorney: | Stuart W. Kessler<br>KESSLER & ASSOCIATES, P.C.<br>111 West Germantown Pike<br>Plymouth Meetng, PA 19462-1450 | | | | 610-834-1060 |
| Equipment: | Keane Monroe sliding door actuated by a single hold open beam and a C&K microwave motion sensor on each side of door at time of accident. | | | | |
| Description: | Young woman's shoulder pinned between sliding door panels. She subsequently suffered severed nerves in left brachial plexus during surgery resulting from injuries sustained in attempting to extricate herself from the door. | | | | |
| Deposition: | | Trial: | | Outcome: | Settled on October 21, 1997, for $800,000 on the eve of trial. |

## Boon Edam, Inc. cases – Active

| Case: | Robert vs. Boon Edam, Inc., et al. | | | Seq. No. 121 |
|---|---|---|---|---|
| Attorney: | Lawrence J. Smith<br>Benson Bertoldo Baker & Carter, Chtd.<br>7408 West Sahara Avenue<br>Las Vegas, NV 89117-2740 | | | 702-228-2600 |
| Equipment: | | | | |
| Description: | | | | |
| Deposition: | | Trial: | Outcome: | |

## Boon Edam, Inc. cases – Inactive

| Case: | Seta Masse vs. Flamingo Hilton | | | | Seq. No. 122 |
|---|---|---|---|---|---|
| Attorney: | Daniel E. Carvalho<br>Pico & Mitchell, Ltd.<br>2000 South Eastern Avenue<br>Las Vegas, NV 89104-4100 | | | | 702-457-9099 |
| Equipment: | Tournex Diamondhead Model 202 16 foot diameter revolving door. | | | | |
| Description: | Woman struck from behind by revolving door. | | | | |
| Deposition: | | Trial: | | Outcome: | Settled on, or about, 3/26/02 |

| Case: | Nancy Charleston v. St. John Macomb Hospital, *et al.* | | | | Seq. No. 123 |
|---|---|---|---|---|---|
| Attorney: | Leslie H. Kutinsky<br>Leslie H. Kutinsky, P.C.<br>201 West 13 Mile Road<br>Madison Heights, MI 48071-1803 | | | | 248-588-7272 |
| Equipment: | Boon Edam *Doutour* revolving door with handicapped button. | | | | |
| Description: | 84 year old woman struck and broke hip. | | | | |
| Deposition: | 1/20/03<br>3/13/03 | Trial: | 7/30/03 | Outcome: | Jury awarded $450,000 to Plaintiff. Found defective sensor design. |

## Miscellaneous cases – Active

| Case: | LaDonna Marie DeCourcey *vs.* Simon Property Group, Inc. and Retail Property Trust | Seq. No. 124 |
|---|---|---|
| Attorney: | Peter J. Galasso<br>Galasso Langione<br>600 Old Country Road, Suite 304<br>Garden City, NY 11530-2010 | 516-222-6500 |
| Equipment: | Swinging door. Manufacturer unknown at this time. | |
| Description: | Elderly woman using walker struck by prematurely closing door. | |
| Deposition: | Trial: | Outcome: |

| Case: | Ralph Groom, Mary-Jo Piggott Groom *v.* Frommelt Dock & Door | Seq. No. 125 |
|---|---|---|
| Attorney: | Linda J. Keogh<br>Swartz & Swartz<br>10 Marshall Street<br>Boston, MA 02108-2490 | 617-742-1900 |
| Equipment: | Rite-Hite Corp. "Protecdor" Model 8000 "Hi-speed" door | |
| Description: | Worker struck and seriously injured by overhead door. | |
| Deposition: | Trial: | Outcome: |

| Case: | Mildred Russo *v.* Handicap Mobility | Seq. No. 126 |
|---|---|---|
| Attorney: | David P. Angueira<br>Swartz & Swartz<br>10 Marshall Street<br>Boston, MA 02108-2490 | 617-742-1900 |
| Equipment: | Sliding door. Manufacturer unknown at this time. | |
| Description: | | |
| Deposition: | Trial: | Outcome: |

| Case: | Langus-Galitzer v. Dan's Supreme Supermarkets, Inc. | Seq. No. 127 |
|---|---|---|
| Attorney: | Harry D. Hersh<br>Davis & Hersh, L.L.P.<br>200 Parkway Drive South<br>Hauppauge, New York 11788-2023 | 631-543-2900 |
| Equipment: | Woman struck by single panel swinging door actuated by control mats. Manufacturer unknown at this time. | |
| Description: | | |
| Deposition: | Trial: | Outcome: |

## Miscellaneous cases – Inactive

| Case: | Gold *v.* Panasonic | Seq. No. 128 |
|---|---|---|
| Attorney: | Paul R. Schneider<br>ARDIFF & MORSE, P.C.<br>One Corporate Place<br>55 Ferncroft Road<br>Danvers, MA 01923 | 508-774-7123 |
| Equipment: | Panasonic microwave oven | |
| Description: | Woman developed skin and blood symptoms that may have resulted from radiation from defective seal on microwave oven. | |
| Deposition: | Trial: | Outcome: Case abandoned by plaintiff for lack of cause. |

| Case: | Hawley *v.* Wonder Market Companies, AAEC, *et al.* | Seq. No. 129 |
|---|---|---|
| Attorney: | Roger J. Brunelle<br>7 State Street<br>Worcester, MA 01609-2895 | 508-755-2277 |
| Equipment: | American Automatic Entrance Corporation (AAEC) "Power-Slide" with Microwave Sensors, Inc. D7W microwave motion sensor. Presence sensor is "photobeam and reflector" of currently unknown manufacturer. | |
| Description: | Woman struck by left slider panel as she attempted to get around a man who preceded her through the door. | |
| Deposition: | Trial: | Outcome: Case settled on or about January 20, 2000. |

| Case: | Jean Louise Tennihill *v.* Delta Airlines, Inc., Cause No. 93-5079-B. District Court, Nueces County, TX, 117th Judicial District | Seq. No. 130 |
|---|---|---|
| Attorney: | Paul J. Raleigh<br>RALEIGH & VELA<br>545 N. Upper Broadway, Suite 1000<br>Corpus Christi, TX 78476 | 512-887-1888<br>800-835-3521 |
| Equipment: | Refurbished 3-wing, 8-foot revolving door set up as one-way security door originally manufactured by RESS (Related Energy and Security Systems) International. Microwave motion sensor on activate side only. Sectorial control mat and metal detectors within door preventing use in reverse direction. | |
| Description: | Middle aged woman sustained brain damage when struck on head due to sudden reversal of door as a result of security stop and reversal sequence. | |
| Deposition: | Trial: | Outcome: Settled in mediation on 10/12/95 in favor of plaintiff for approximately $250,000. |

## Miscellaneous cases – Inactive

| Case: | Grassley v. Rite-Hite Corporation, Franklin Superior Court docket No. | | | | Seq. No. 131 |
|---|---|---|---|---|---|
| Attorney: | David M. Yarnell<br>KISSANE, YARNELL, CRONIN, BUGBEE & COUNOS<br>Two North Main Street<br>St. Albans, VT 05478-1668 | | | | 802-524-9546 |
| Equipment: | Rite-Hite Model 8050 SR industrial automatic door. | | | | |
| Description: | Plaintiff, David Grassley, an employee of Ben & Jerry's, was injured when the subject industrial door closed on him as he was passing through the door opening. | | | | |
| Deposition: | | Trial: | | Outcome: | Case settled on, or about, January 2, 1999, for an undisclosed amount. |

| Case: | Bernettie V. Krieger v. CB Building Corp., et al. | | | | Seq. No. 132 |
|---|---|---|---|---|---|
| Attorney: | Adam T. Suroff<br>Walters, Bender, Strohbehn, Vaughan, P.C.<br>1100 Main Street, Suite 2500<br>Kansas City, MO 64105-5193 | | | | 816-421-6620 |
| Equipment: | International Revolving Door Co., manual revolving door | | | | |
| Description: | Pedestrian within manual revolving door struck from behind when door pushed too fast. | | | | |
| Deposition: | | Trial: | | Outcome: | Settled on, or about, January 3, 2003. |

| Case: | Sally Aguilar v. Walgreens, Case No. 99 L 14486 | | | | Seq. No. 133 |
|---|---|---|---|---|---|
| Attorney: | John J. Seno<br>Executive Towers<br>5901 N. Cicero Avenue, Suite 310<br>Chicago, IL 60646-5719 | | | | 773-545-9000 |
| Equipment: | Crane 6' 6" diameter manual revolving door. | | | | |
| Description: | Elderly woman struck from behind by door panel. | | | | |
| Deposition: | 4/5/02 | Trial: | | Outcome: | Settled on, or about, April 1, 2003. |

ATTORNEYS

| Name | Page |
|---|---|
| Anderson, Robert S. | 5 |
| Angueira, David P. | 14, 41 |
| Arleo, Frank P. | 13 |
| Awbrey, Nolan E. | 23 |
| Bauer, Lane D. | 26 |
| Beausay, T. Jeffery | 26 |
| Bell, James L. | 25 |
| Berger, Daniel M. | 32 |
| Beveridge, William | 28 |
| Bishop, L. Randall | 30 |
| Bloomenthal, Leslie E. | 5 |
| Borré, Alexander P. | 31 |
| Bradley, Brent F. | 20, 28 |
| Bromagen, William L. | 7 |
| Brunelle, Roger J. | 26, 33, 42 |
| Burke, Robert L. | 18 |
| Caldwell, John W. | 4 |
| Cardillo, Matthew J. | 30 |
| Carvalho, Daniel E. | 40 |
| Chapin, Charles S. | 11 |
| Chapin, Donald E. | 11 |
| Clouser, Justin M. | 34 |
| Coles, Jason L. | 24 |
| Coren, E. Steven | 22 |
| Corrigan, David P. | 23 |
| Cossi, A. Dennis | 32 |
| Cramer, James J. | 4 |
| Crow, Michael J. | 29 |
| Davis, Mark W. | 3 |
| Deitzler, Harry G. | 31 |
| Depew, Craig V. | 27 |
| Dochney, Kevin R. | 19 |
| Feiner, Michael A. | 19 |
| Fitzgerald, William P. | 16 |
| Floyd, Mark E. | 35 |
| Forchione, Frank G. | 5 |
| Friedlander, William S. | 15 |
| Galasso, Peter J. | 41 |
| Gill, Jeffrey P. | 20 |
| Godbout, Kevin M. | 27 |
| Goldstein, Stuart | 36 |
| Hasbrook, T. David | 29 |
| Hatala, Robert S. | 11 |
| Haubrich, Greg | 19 |
| Hay, Richard W. | 8 |
| Hayes, John | 21 |
| Hersh, Harry D. | 41 |
| Heyer, David J. | 36 |
| Hoch, Timothy M. | 26 |
| Hof, Philip M. | 23 |
| Hoffman, Edward F. | 34 |
| Holzberg, Glenn J. | 16 |
| Hunter, F. Dore' | 34 |
| Jensen, Travis N. | 25 |
| Johnson, Michael S. | 29 |
| Karz, Laurence M. | 23 |
| Keogh, Linda J. | 41 |
| Kessler, Stuart W. | 38 |
| Kirk, E. Clyde | 25 |
| Koch, J. Michael | 9 |
| Kopsick, Richard S. | 4 |
| Kowalski, Michael J. | 13 |
| Kunken, Stephen | 8 |
| Kushlefsky, Noah H. | 4 |
| Kutinsky, Leslie H. | 40 |
| Lambert, Christopher | 14 |
| Lancione, John A. | 18 |
| Lantz, Michael W. | 16 |
| Lord, Greg R. | 8 |
| Lyman, Christopher B. | 14 |
| Madison, Kevin R. | 3 |
| Massey, Edward R. | 21 |

McCarthy, John J. — 31
McGarry, Julieann — 16
McNally, Thomas J. — 14
Molnar, Edward S. — 7
Mullins, Stacey D. — 2
Musleh, Kelly H. — 37

Najeway, John Patrick — 19
Noll, Carl F. — 2
Noriega, James E. — 9
Norvell, David L. — 10

O'Brien, Ann Marie — 15

Palmer, Charles W. — 31
Peraldo, Jeffrey K. — 13
Perry, Henry Lawrence — 25
Pittman, Keith A. — 9
Poliakoff, Gary W. — 21
Potter, Steven B. — 22
Previte, Paul V. — 32

Rafferty, Edson H. — 11
Raleigh, Paul J. — 42
Ramey, Hardin R. — 22
Rico, Andres O. — 13
Rose, Kevin M. — 20

St. Denis, Donald — 28
Sanders, David M. — 10, 27
Schneider, Kent B. — 3
Schneider, Paul R. — 42
Sedgewick, John E. — 36
Segal, Kenneth — 12
Seno, John J. — 43
Seuthe, Eric Bryan — 7
Shabbick, Barry C. — 18
Sheldon, Donald S. — 15
Sigler, Daniel J. — 2
Simonson, Terry A. — 6
Small, Douglas D. — 3
Smith, Lawrence J. — 39

Smith, Michael S. — 22
Smock, Thomas F. — 8
Strubbe, William B. — 34
Suroff, Adam T. — 43

Thetford, John M. — 17
Todd, Terry — 12
Tollison, Gray — 21
Trombly, Kenneth M. — 7

Vecchio, Richard S. — 15

Walker, John F. (Jack) — 28
Watson, Leila H. — 2
Wilhite, George W. — 10
Williams, Steven J. — 20
Williams, Timothy C. — 29
Wilson, James O. — 36

Yarnell, David M. — 12, 18, 43
Young, Thomas J. — 10

Zolot, Lawrence P. — 5

## CLIENTS

Aguilar, Sally — 43
Allard — 19
Allen, Lucy — 2
Augustus — 2

Balizer, Trudy & Joel — 8
Ball — 9
Barton, Lemma L. — 35
Bartzer, Roseann & Timothy — 38
Becker, Sally — 10
Bird, Lora — 32
Brookshire Grocery Company — 28
Bryant, David — 14
Buckey, Sarah — 27
Butler — 25

| | | | |
|---|---|---|---|
| Cain, Julia | 5 | Hayes, Leroy | 2 |
| Cartwright, Vlasta | 30 | Hess, Charlotte Ann | 25 |
| Charleston, Nancy | 40 | Higgins, Mary B. | 14 |
| Clark, Eula C. & Devon | 13 | Holloway, Pauline D. | 28 |
| Claus, Linda | 36 | Holtzman, Ruth | 16 |
| Cohen, Kitty | 22 | Hooker, Beverly | 7 |
| Connolly, Robert | 8 | Hurst, Carl W. & Alta B. | 25 |
| Crowe, Phyllis L. | 34 | | |
| Curry, William S. | 11 | Ihle, Mary Elizabeth | 20 |
| | | | |
| DeCourcey, LaDonna Marie | 41 | Jenkins | 19 |
| Delliquadri, Kenneth | 5 | Johnson, Mary | 31 |
| DeMario, Celia & Joseph | 32 | Jones, Gloria | 7 |
| Derogatis, Olga | 19 | Jordan, Geneva | 27 |
| Dignan, Dorothy | 26 | | |
| Doty, Harriet L. | 26 | Kascsak, Al | 4 |
| | | Kick | 4 |
| Ebersold, Pamela | 21 | King, Alice | 11 |
| Edwards, Grace L. | 18 | Klofkorn, Edith M. | 27 |
| Eisenstein, Grete | 13 | Knight, Hazel | 21 |
| Ernst, Mary and Irven | 37 | Knox, Hyla | 28 |
| | | Koonce, Angela | 10 |
| Fanion, Evelyn | 14 | Krieger, Bernettie V. | 43 |
| Farewell, Dorothy | 34 | Krzeminski, Donna & Edmund | 31 |
| Fitzgerald, Nancy & Arthur | 21 | Kubach, Helen | 3 |
| Foust, Pearl M. & Arthur | 15 | Kuhlthau | 36 |
| Francisco, Bruce | 16 | Kull | 9 |
| Franke, Hermann | 22 | | |
| | | Labbe, Pamela & Brian | 10 |
| Galitzer, Hymen | 41 | Labelle | 26 |
| Gay, Elizabeth | 8 | Langus-Galitzer, Ruth | 41 |
| Gold | 42 | Lavoie | 33 |
| Grassley | 43 | Leary, Carolyn D. | 15 |
| Grimes, Mary Francis | 10 | Legato, Teresa | 23 |
| Groom, Ralph | 41 | Lehman, Charles | 26 |
| Groom, Mary-Jo Piggott | 41 | Levesque, Valda | 36 |
| | | Long, Eva | 21 |
| Hanawitt, Sylvia | 12 | | |
| Harkins, Sibyl | 29 | | |
| Hart, Alice & John | 32 | | |
| Hawley | 42 | | |
| Hayes, Catherine | 11 | | |

| Name | Page |
|---|---|
| Macke, Rita | 29 |
| Masse, Seta | 40 |
| Massengale, Jean & Bryce | 20 |
| Masters, Margaret | 27 |
| McCarthy, Debora & Michael | 25 |
| McDonald, Pamela | 19 |
| Morsch | 18 |
| Mulhall, Frances | 36 |
| Newton, Leigh | 20 |
| Ontiveros, Trinidad & Domingo | 3 |
| Pacini | 4 |
| Palek, Paul | 13 |
| Payless Drug Stores | 8 |
| Pignona Estate | 18 |
| Pittman, Loretta | 17 |
| Placensia, Margarita | 13 |
| Poritzky | 15 |
| Postizzi, Mary Jane | 34 |
| Prescott, Adelaide | 27 |
| Pullis, Elizabeth | 21 |
| Ray, Elizabeth | 2 |
| Richardson, Virginia T. | 29 |
| Rivera, Elizabeth & Edward | 5 |
| Robert | 39 |
| Rorick | 18 |
| Rosenblum, Alan & Robin | 23 |
| Russo, Mildred | 41 |
| Salivaras, Flora | 31 |
| Sanders, Roben L. J. | 28 |
| Sellers, Marguerite A. | 31 |
| Silver, Deborah R. | 5 |
| Sokolski, Estelle & Marion | 24 |
| Stein, Evelyn | 18 |
| Stevie, Robert J. | 34 |
| Tarr, Paula | 20 |
| Tears, Edward | 23 |
| Teitelbaum, Betty | 22 |
| Tennihill, Jean Louise | 42 |
| Tessier, Rose | 12 |
| Toolan | 4 |
| Tricoli, Nellie | 22 |
| Tuman, Silvia | 16 |
| Turoso, Patsy | 7 |
| Vitale, Carmela & Alberto | 3 |
| Vowell, Constance P. | 16 |
| Washburn | 12 |
| Washington, Leslie | 15 |
| Wenner, Seymour | 7 |
| Whiting | 36 |
| Williams, Stacy N. | 23 |
| Wirell, Gudrun S. | 14 |
| Witzke, Laurie R. | 6 |
| Wood, Audrey Laine | 29 |
| Woodward, Lillian | 34 |
| Wolf, Elsie | 3 |
| Zeier | 30 |

# Fee Schedule – Retainer Agreement

*for*

## Automatic Pedestrian Door Consulting Services

Davis Associates, Inc.
43 Holden Road
Newton, MA 02465-1909

Tel. 617-244-1450  -  FAX 617-964-4917

---

1. *Travel Expenses - $150/hr plus expenses*

    Charged for time spent in transit between work site and site of investigation/testimony. Travel expenses include, but are not limited to, air fare, ground transportation fees, lodging and meals.

    All travel expenses and costs must be paid in advance of any trip, based upon an estimate by my office of the trip costs. Any shortfall or overpayment will be charged or credited against the next bill sent.

2. *Laboratory/Research time - $200/hr plus expenses*

    For physical examination of equipment and/or evidence, verbal consulting, testing, construction, simulation, library research, report generation and other verbal, written, graphic, electronic, computer or video research or communication on behalf of the client, except for sworn testimony.

3. *Sworn Deposition - $300/hr plus expenses*

    For testimony under oath.

4. *Trial Testimony - $400/hr plus expenses*

    For testimony at any hearings, arbitrations, mediations, or trials.

5. *Retainer - $800 in advance, at the above hourly rates*

    For time spent and materials utilized while working on the preliminary investigation. Additional time and materials in excess of the above retainer billed at the above hourly rates.

    These preliminary investigations may include non-destructive evaluation of the evidence, evaluation of pertinent technical records, preliminary theoretical analysis, guidance in obtaining the proper documentation during the discovery process, and verbal conversations concerning the expert opinion to be rendered.

    This retainer fee is non-refundable in all events.

6. *Billings*

    When the retainer has been used in full, *Davis Associates, Inc.* will bill you on a regular basis for any additional time and materials. Payment of such billings will be due on receipt. Any payments not received within 10 (ten) days of the billing date will accrue interest at the rate of 1.5% per month.

*Davis Associates, Inc.* reserves the right to request payment in advance for time and expenses for any deposition, hearing or trial, or for any work or consultation performed outside the Boston metropolitan area. Also, if *Davis Associates, Inc.* is not paid in full within 10 days of any billing date, *Davis Associates, Inc.* reserves the right to refuse to perform additional work until

(i)   the previous billing is paid in full, and

(ii)  advance payment in full is made for any additional work requested.

This agreement shall act as a lien on your behalf on any settlement or judgement received in this case.

Sincerely,

DAVIS ASSOCIATES, INC.

*[signature]*

Warren F. Davis, Ph.D.
President

## Agreement

I have read and understand the above terms and conditions and, by executing the following, I agree on behalf of myself, my law firm, and my client to be bound by them.

Signature _____ Date _____

Name *(Please print or type)* _____

Firm _____

Address _____

City _____ State _____ ZIP _____

Telephone _____ FAX _____

Method of payment of retainer:   Enclosed check ☐   Credit card ☐   Other _____

If retainer paid by credit card: **MasterCard / VISA**

Card No. _____ Exp. Date _____

Signature _____
*(Must be signed if using credit card)*