# EXHIBIT "C"

Records Pertaining to: Claudia Gonzalez

Records From:      HELSON PACHECO, M.D.
                   NEGATIVE DEPOSITION OF FILMS

Cause No.:         B-03-125; *CLAUDIA GONZALEZ v. STAPLES THE OFFICE SUPERSTORE D/B/A/ STAPLES THE OFFICE SUPERSTORE EAST, INC.*

Deliver to:        Ms. Sarah A. Nicolas
                   RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P
                   1201 E. Van Buren
                   Brownsville, Texas 78522

*Litigation Support Services Include:*

- *Courthouse Filings, Research, Retrieval & Copying*
- *Coordination of Document Productions & Express Delivery to Multiple Parties*
- *Document Numbering & Indexing*
- *Scanning onto Diskette*
- *File Duplication Including Indices, Tabs, Labels, Folders, Binders, etc.*
- *Creation of Brief Covers on Cardstock & Binding*
- *Volume Copying*

## EXHIBIT "A"

## SUBPOENA IN A CIVIL CASE

R04060215   HELSON PACHECO, M.D.
CUSTODIAN OF RECORDS
1700 N. Oregon, Ste. 515
El Paso, Texas  79902

Produce for inspection and copying any and all x-rays, x-ray reports, MRI, CT Scan films and imaging modalities and any other type of photographic record pertaining to Claudia Gonzalez, social security number 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, date of birth 05/30/62

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLAUDIA GONZALEZ
    PLAINTIFF

V.   CIVIL ACTION NUMBER B-03-125

STAPLES THE OFFICE
SUPERSTORE D/B/A/ STAPLES THE
OFFICE SUPERSTORE EAST, INC.
    DEFENDANTS

**Direct Questions To Be Propounded To The**
Custodian Of X-Rays, MRI, CT Scans and Imaging Modialities Or Other Qualified Witness For
**HELSON PACHECO, M.D.**

1. State your full name, occupation and official title.
ANSWER: _Donna Alba (temporary manager)_

2. Are you the custodian of X-Rays, MRI, CT Scans and Imaging Modialities or other qualified witness for HELSON PACHECO, M.D.?
ANSWER: _At this time yes_

3. Did you or an authorized representative receive a subpoena to produce for inspection and photocopying any and all x-rays, x-ray reports, MRI, CT Scan films and imaging modalities and any other type of photographic record **pertaining to Claudia Gonzalez, social security number 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, date of birth 05/30/62?**
ANSWER: _yes_

4. Please hand to the Notary Public taking your answers to these questions a true, correct and complete copy of the original records (films) identified in the preceding question pertaining to Claudia Gonzalez and confirm that a copy of such original records (films) has been attached to the deposition at the time it is presented to you for signing. Have you done so? If not, why not?
ANSWER: _yes, but no films_

5. As part of your duties as official custodian of records (films) or other qualified witness, are you among those who have possession, custody, control or access to any and all records (films) of HELSON PACHECO, M.D.?
ANSWER: _At this time yes_

6. Are the reports (films) of HELSON PACHECO, M.D. made and kept under your care, supervision, direction, custody and/or control in the regular course of business of HELSON PACHECO, M.D.?
ANSWER: _yes, but no films_

7. Is it in the regular course of business of HELSON PACHECO, M.D. for a person with knowledge of the acts, events, status, condition or diagnosis recorded to make the records or to transmit information thereof to be included in such records of HELSON PACHECO, M.D.?

ANSWER: __Yes__

8. Are the memoranda or documents (films) that are transmitted to your files original entries on the part of the Custodian or other employee or member of the staff of HELSON PACHECO, M.D., he or she being a person with knowledge of the acts, events, status, condition or diagnosis therein recorded?

ANSWER: __Yes, but no films__

9. Are the records (films) of HELSON PACHECO, M.D. made at the time of the acts, events, status, condition or diagnosis or very soon thereafter?

ANSWER: __Yes__

10. Are the records (films) of HELSON PACHECO, M.D. kept as described in the preceding questions?

ANSWER: __Yes__

11. Does the source of the information and the method and circumstances of the preparation of the records of HELSON PACHECO, M.D. establish the trustworthiness of the records (films)?

ANSWER: __Yes__

12. Are there any other files, documents, (films) or information maintained by you as described in question number 3 above or in the subpoena previously served, in your possession, custody or control that you have not attached to this deposition?

ANSWER: __No__

13. If your answer to the above question is YES, please describe each such file, document, (films) or information, its location and your reason for not producing same.

ANSWER: __N/A__

14. Are you aware that it may be necessary to subpoena you or your employer to a court at the time of the trial of this case, and/or to appear in person to turn over such documents or for the taking of an oral deposition prior to the time of trial of this case, if you have not provided to the Notary Public taking your deposition, all papers, documents, records, (films) correspondence, or tangible matters of any kind as described in question number 3 above or in the subpoena previously served?

ANSWER: __Yes__

I, _____Lorna Allen_____, do swear or affirm that my answers to the above questions are the truth, the whole truth, and nothing but the truth, so help me, God.

_____
Signature Of Custodian Of X-Rays, MRI, CT Scans and Imaging Modialities Or Other Qualified Witness For HELSON PACHECO, M.D.

I, the undersigned Notary Public in and for the State of **Texas**, do hereby certify that the facts as stated in the caption hereto are true, that the foregoing answers of the witness were the said witness', made before me and were sworn to and subscribed before me by the witness. The records attached hereto are the originals or exact duplicates of the original records.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this the 20 day of _____July_____, 2004.

_____
Notary Public, State of Texas
My Commission Expires: June 6, 2007

A. FRAUSTO
Notary Public, State of Texas
My Commission Expires
JUNE 6, 2007