# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ, | ) ( | |
| Plaintiff | ) ( | |
| | ) ( | |
| VS. | ) ( | CIVIL ACTION NO. B-03-125 |
| | ) ( | |
| STAPLES THE OFFICE | ) ( | |
| SUPERSTORE D/B/A STAPLES | ) ( | |
| THE OFFICE SUPERSTORE | ) ( | |
| EAST, INC., | ) ( | |
| Defendants | ) ( | |

---

ORAL DEPOSITION OF

CLAUDIA Z. GONZALEZ

APRIL 5, 2004

and

APRIL 6, 2004

---

ORAL DEPOSITION OF CLAUDIA Z. GONZALEZ, produced as a witness at the instance of the DEFENDANTS, taken in the above-styled and numbered cause on APRIL 5, 2004, and APRIL 6, 2004, reported by RHONDA A. MARTIN, Certified Court Reporter No. 4297, in and for the State of Texas, at the offices of R.W. Armstrong & Associates, 2600 Old Alice Road, Brownsville, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached therein.

BRYANT & STINGLEY, INC.

| McAllen | Harlingen | Brownsville |
|---|---|---|
| (956)618-2366 | (956)428-0755 | (956)542-1020 |

(800)462-0253 (STATEWIDE)

Page 66

1    A. No, I didn't go.
2    Q. Why not?
3    A. He said that it was going to hurt a lot. And I
4    was walking and with my therapy I was feeling well.
5    Q. Did you ever at one point agree to go to the
6    hospital for the test that he wanted to do?
7    A. Yes, but I cancelled it.
8    Q. When you had the surgery with Dr. Pacheco, did
9    he ever do any tests on your back before he conducted
10   the actual -- or performed the actual surgery?
11   A. He ordered an MRI and urgent x-rays. In fact,
12   he sent me on an emergency basis. And I was not able
13   to wait for the time of my appointment, the appointment
14   that I already had.
15   Q. Okay. Other than the MRIs and the x-rays that
16   he did, did he perform any other tests on your back
17   before he did the actual surgery?
18   A. A physical exam with some of my movements, yes,
19   he did.
20   Q. Okay. Did he ever do anything where he stuck a
21   needle in your back?
22   A. I don't remember.
23   Q. If Dr. Pisharodi had proposed doing a regular
24   back surgery like Dr. Pacheco eventually did, not with
25   Dr. Pisharodi's invention, but a regular surgery, would

Page 67

1    you have done that surgery with Dr. Pisharodi?
2    A. I needed an operation at that time -- I did not
3    need an operation at that time.
4    Q. At which time?
5    A. Before the accident.
6    Q. So if all of Dr. Pisharodi's records say that
7    you needed surgery, you would disagree with all of
8    that?
9    A. There was no guarantee that I would end up
10   well. The same guarantee for the operation to be a
11   success was the same guarantee that I would be worse,
12   so I didn't consider it to be necessary to have an
13   operation.
14   Q. And weren't those same risks -- didn't you have
15   the same risks when you eventually did have the surgery
16   with Dr. Pacheco?
17   A. Yes. But I was unable to walk at that time and
18   the pain was very, very strong. I asked him to operate
19   on me because I couldn't bear it anymore.
20   Q. And, in fact, you had had severe pain to your
21   back even before the incident that we've talked about
22   at Staples, right?
23   A. Let's say strong pain, but not as severe to
24   undergo an operation.
25   Q. Did you ever tell Dr. Pisharodi that on a scale

Page 68

1    from zero to ten, zero being no pain and ten being the
2    worse pain, you were experiencing a ten?
3    A. I don't remember a ten. But I -- but I had
4    never experienced the kind of pain that I experienced
5    before I was operated on.
6    Q. When you were seeing Dr. Pisharodi, were you
7    also seeing a doctor in Monterrey?
8    A. I went to have an MRI there.
9    Q. Why did you have the MRI done in Monterrey?
10   A. Because it was less expensive.
11   Q. Do you remember the name of the clinic or
12   office that did the MRI in Monterrey?
13   A. I don't remember, but there is a sheet of paper
14   where it says where the test was done, and my sister
15   was the one who made the appointment for me.
16   Q. Okay. Do you still have the piece of paper?
17   A. Yes, I must have it.
18   Q. Do you actually have the MRI study, the -- the
19   big films from that test?
20   A. The ones from Monterrey?
21   Q. Yes.
22   A. Unfortunately, they threw them away in the
23   garbage when Dr. Pacheco left town and I only kept the
24   paper.
25   Q. Who threw them away?

Page 69

1    A. At the office. I don't --
2    Q. The office in Monterrey?
3    A. No. Here. Here in Brownsville.
4    Q. Oh, Dr. Pacheco's office?
5    A. Yes.
6    Q. But you have had new MRIs with Dr. Pacheco?
7    A. Yes.
8    Q. And you said when you saw Dr. Pacheco in
9    February of 2002, you saw him on an emergency basis,
10   correct?
11   A. Yes.
12   Q. What part of the month did you have that
13   surgery? Was it the beginning, the middle, or the end?
14   A. At the beginning of the month of February.
15   Q. And how recently before that had you seen Dr.
16   Melton for therapy?
17   A. I don't remember the amount of times that I
18   went to see him, but I went to see him on several
19   times -- several occasions.
20   Q. Okay. Who referred you, if anybody, to Dr.
21   Pacheco?
22   A. One of my daughters' teachers, Dulce's teacher.
23   She was operated by Dr. Pacheco and she gave me
24   excellent referrals. Fortunately, they added more
25   doctors to the list of doctors that my husband had from

18 (Pages 66 to 69)

Page 122

ERRATA SHEET/SIGNATURE PAGE

PAGE LINE CHANGE                REASON

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I, CLAUDIA Z. GONZALEZ, have read the foregoing
transcript and hereby affix my signature that same is
true and correct, except as noted above.

_____
CLAUDIA Z. GONZALEZ

THE STATE OF TEXAS
COUNTY OF CAMERON
        SUBSCRIBED AND SWORN TO BEFORE ME, the
undersigned authority on this the _____ day of
_____, 2004.

_____
Notary Public in and for
The State of Texas
BRYANT & STINGLEY, INC.
McAllen     Harlingen     Brownsville
(956)618-2366  (956)428-0755  (956)542-1020
(800)462-0253 (STATEWIDE)

---

Page 124

WITNESS MY HAND on this the _____ day of
_____, 2004.

_____
RHONDA A. MARTIN, Texas CSR 4297
Expiration Date: 12-31-05
Bryant & Stingley, Inc.
2010 East Harrison
Harlingen, Texas 78550
(956) 428-0755

BRYANT & STINGLEY, INC.
McAllen     Harlingen     Brownsville
(956)618-2366  (956)428-0755  (956)542-1020
(800)462-0253 (STATEWIDE)

---

Page 123

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLAUDIA GONZALEZ,        )(
        Plaintiff          )(
                          )(
VS.                       )( CIVIL ACTION NO. B-03-125
                          )(
STAPLES THE OFFICE        )(
SUPERSTORE D/B/A STAPLES  )(
THE OFFICE SUPERSTORE     )(
EAST, INC.,               )(
        Defendants        )(

REPORTER'S CERTIFICATION
    I, RHONDA A. MARTIN, Certified Court Reporter,
certify that the witness, CLAUDIA Z. GONZALEZ, was duly
sworn by me, and that the deposition is a true and
correct record of the testimony given by the witness on
APRIL 5, 2004 and APRIL 6, 2004; that the deposition
was reported by me in stenograph and was subsequently
transcribed by me or under my supervision.
    I FURTHER CERTIFY that I am not a relative,
employee, attorney or counsel of any of the parties,
nor a relative or employee of such attorney or counsel,
nor am I financially interested in the action.

BRYANT & STINGLEY, INC.
McAllen     Harlingen     Brownsville
(956)618-2366  (956)428-0755  (956)542-1020
(800)462-0253 (STATEWIDE)

32 (Pages 122 to 124)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLAUDIA GONZALEZ,      ) (
      Plaintiff     ) (
                 ) (
VS.                ) (  CIVIL ACTION NO. B-03-125
                 ) (
STAPLES THE OFFICE    ) (
SUPERSTORE D/B/A STAPLES ) (
THE OFFICE SUPERSTORE   ) (
EAST, INC.,         ) (
      Defendants    ) (

## REPORTER'S CERTIFICATION

I, RHONDA A. MARTIN, Certified Court Reporter, certify that the witness, CLAUDIA Z. GONZALEZ, was duly sworn by me, and that the deposition is a true and correct record of the testimony given by the witness on APRIL 5, 2004 and APRIL 6, 2004; that the deposition was reported by me in stenograph and was subsequently transcribed by me or under my supervision.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

BRYANT & STINGLEY, INC.
McAllen      Harlingen
(956)618-2366  (956)428-0755    Brownsville
                            (956)542-1020
(800)462-0253 (STATEWIDE)

WITNESS MY HAND on this the 13th day of

April             , 2004.


_Rhonda Martin_
RHONDA A. MARTIN, Texas CSR 4297
Expiration Date:  12-31-05
Bryant & Stingley, Inc.
2010 East Harrison
Harlingen, Texas 78550
(956) 428-0755