IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., ET. AL. | § § § | |
| VS. | § | |
| UNITED DOOR SERVICE | § | |
| VS. | § | |
| A-1 AUTO DOOR SYSTEMS, INC. | § | |

## ORDER GRANTING
### DEFENDANT'S STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. MOTION TO EXCLUDE PLAINTIFF'S EXPERT DR. ALEJANDRO BETANCOURT

ON THIS DAY came on to be considered Defendant's Staples The Office Superstore D/B/A Staples The Office Superstore East, Inc. Motion To Strike Plaintiff's Expert Dr. Alejandro Betancourt, and the Court after having reviewed the Motion and the pleadings on file herein, is of the opinion that the same should be **GRANTED**.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Motion To Strike Plaintiff's Expert Dr. Alejandro Betancourt is **GRANTED** and that Plaintiffs' expert, Dr. Alejandro Betancourt is stricken.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff is not allowed to use Dr. Alejandro Betancourt to testify on behalf of Plaintiff at this trial.

SIGNED this the _____ day of _____, 2005.

_____
JUDGE PRESIDING

Copies to:
Ron Armstrong
RosaMaria Villagomez-Vela
Monte English
Robert Allen