United States District Court
Southern District of Texas
FILED

MAR 1 5 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| d/b/a STAPLES THE OFFICE | § | |
| SUPERSTORE EAST, INC., ET. AL. | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |
| | § | |
| VS. | § | |
| | § | |
| A-1 AUTO DOOR SYSTEMS, INC. | § | |

## MOTION FOR EXPEDITED HEARING ON
## DEFENDANT'S STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE
## OFFICE SUPERSTORE EAST, INC.
## MOTION TO EXCLUDE PLAINTIFF'S EXPERT
## DR. ALEJANDRO BETANCOURT

COMES NOW, STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. (hereinafter "Staples") Defendant in the above-entitled and numbered cause, and files this its Motion For Expedited Hearing on Defendant's Staples The Office Superstore D/B/A Staples The Office Superstore East, Inc. Motion to Exclude Plaintiff's Expert Dr. Alejandro Betancourt, and in support thereof shows the Court as follows:

I.

Pursuant to the parties' Agreed Scheduling Order entered in October 2004, Plaintiff was required to designate experts and tender reports to all parties by no later than March 1, 2005. To date, Plaintiff Claudia Gonzalez has failed to produce an expert report for neurosurgeon Dr. Alejandro Betancourt designated to opine specifically on Plaintiff's alleged back injury. Defendant Staples' has moved to exclude any and all

expert testimony by Dr. Betancourt <u>only</u> pursuant to Rule 37(c) as Staples, without an expert report, has not been afforded a reasonable opportunity or a fair basis to arrange for expert testimony on the specific issue of Plaintiff's alleged back injury.

Defendant Staples' expert designation deadline is currently set for **April 1, 2005.** Staples stands to suffer great prejudice and unfair surprise if Defendant is required to tender an expert report on the nature of Plaintiff's back injuries absent a detailed statement of Dr. Betancourt's opinions and basis thereof. In light of the impending deadline and exigent circumstances, Defendant Staples therefore respectfully requests that this Court expedite consideration of and hearing on its Motion to Exclude Plaintiff's Expert Dr. Alejandro Betancourt.

WHEREFORE, PREMISES CONSIDERED, Defendant, STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., requests that this honorable Court grant its Motion For Expedited Hearing on Defendant's Staples The Office Superstore D/B/A Staples The Office Superstore East, Inc. Motion to Exclude Plaintiff's Expert Dr. Alejandro Betancourt, and enter an Order setting hearing, as well as all other relief Defendant STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. is justly entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.

By: _____
     Norton A. Colvin, Jr.
State Bar No. 04632100
Federal Admissions No. 1918
     RosaMaria Villagomez-Vela
State Bar No. 24008210
Federal Admissions No. 22983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

    I hereby certify that I have attempted to confer with Plaintiff's counsel by
telephone regarding the substance of this motion. Plaintiff's counsel has not responded to
my call and, therefore, I assume he is opposed to this motion.

_____
RosaMaria Villagomez-Vela

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

>       Ronald W. Armstrong
>       Law Offices of Ronald W. Armstrong
>       State Bar No. 01323500
>       2600 Old Alice Road, #A
>       Brownsville, Texas  78521
>       *Attorney for Plaintiff*
>
>       Robert A. Allen
>       P.O. Box  101507
>       San Antonio, Texas  78201
>       *Attorney for A-1 Auto Door Service*
>
>       Monte English
>       English & Clemmons, LLP
>       555 N. Carancahua, Ste 1500
>       Corpus Christi, Texas 78478
>       *Attorney for United Door*

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 15 day of March, 2005.

                                   _____
                                   RosaMaria Villagomez-Vela