IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CLAUDIA GONZALEZ | § |
| | § |
| VS. | § CIVIL ACTION NO. B-03-125 |
| | § |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., ET. AL. | § |
| | § |
| VS. | § |
| | § |
| UNITED DOOR SERVICE | § |
| | § |
| VS. | § |
| | § |
| A-1 AUTO DOOR SYSTEMS, INC. | § |

## ORDER GRANTING
## MOTION FOR EXPEDITED HEARING ON
## MOTION TO EXCLUDE PLAINTIFF'S EXPERT
## DR. ALEJANDRO BETANCOURT AND SETTING HEARING

ON THIS DAY CAME ON TO BE CONSIDERED Defendant's Motion for Expedited Hearing on Staples The Office Superstore D/B/A Staples The Office Superstore East, Inc.'s Motion To Exclude Plaintiff's Expert Dr. Alejandro Betancourt, and the Court being of the opinion that said Motion should be **GRANTED** and Defendant's Motion to Exclude Plaintiff's Expert Dr. Alejandro Betancourt be **SET FOR HEARING**, it is therefore

ORDERED that Defendant's Staples The Office Superstore D/B/A Staples The Office Superstore East, Inc. Motion to Exclude Plaintiff's Expert Dr. Alejandro Betancourt be, and the same is hereby, set for hearing on the _____ day of **March, 2005** at _____ a.m/ p.m.

ENTERED THIS _____ day of _____, 2005, in Brownsville, Texas.

_____
JUDGE PRESIDING

Copies to:
Ron Armstrong
RosaMaria Villagomez
Robert Allen
Monte English