IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CLAUDIA GONZALEZ, Plaintiff, § § § | |
| vs. § | CIVIL ACTION No. B-03-125 |
| § | |
| STAPLES THE OFFICE SUPERSTORE, d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., ET. AL. § § § § | |
| vs. § § | |
| UNITED DOOR SERVICE, § § | |
| vs. § § | |
| A-1 AUTO DOOR SYSTEM, INC. Defendants. § § | |

## ORDER

Before the Court is Defendant's Motion for Expedited Hearing on Defendant's Staples The Office Superstore, d/b/a Staples the Office Superstore East, Inc. Motion to Exclude Plaintiff's Expert Dr. Alejandro Betancourt filed on March 15, 2005. (Docket No. 72).

On March 16, 2005, Defendant's notified the court by means of a faxed letter of its intent to withdraw said Motion. Therefore, Defendant's Motion for Expedited Hearing on Defendant's Staples The Office Superstore, d/b/a Staples the Office Superstore East, Inc., Motion to Exclude Plaintiff's Expert Dr. Alejandro Betancourt (Docket No. 72) is hereby rendered **MOOT**.

DONE at Brownsville, Texas, this 16th day of March, 2005.

John Wm. Black
United States Magistrate Judge