# RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
## ATTORNEYS AT LAW
### A REGISTERED LIMITED LIABILITY PARTNERSHIP
1201 EAST VAN BUREN
P.O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
LECIA L. CHANEY

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY*

LAURA J. URBIS
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGOMEZ-VELA
TERI L. DANISH
SARAH A. NICOLAS
SHAWN MATHIS ISBELL
CHRISTOPHER E. MOORE
LINDA L. MALONEY

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

*BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

March 16, 2005

The Honorable Judge John Wm. Black         *Via Facsimile 956-548-2792*
U.S. Magistrate Judge
United States Courthouse
600 East Harrison Street
Brownsville, Texas 78520

Re: Civil Action No. B-03-125
*Claudia Gonzalez v. Staples The Office Superstore East, Inc. et al.*

Your Honor:

Please allow this letter to confirm my conversation of this morning with your staff regarding Defendant Staples' withdrawal of its Motion to Exclude Plaintiff's Expert Dr. Alejandro Betancourt and Defendant's Motion for Expedited Hearing. Although I unsuccessfully attempted to confer with Plaintiff's counsel yesterday prior to the filing of said Motion. I spoke with Mr. Armstrong this morning who indicates that Dr. Betancourt's report was faxed to our office sometime ago. I indicated to Mr. Armstrong that while I was unable to locate said document, I would withdraw my Motion pending receipt of another copy of that transmission. I apologize for any inconvenience this may have caused the Court and counsel. By copy hereof, I am serving all counsel of record with a copy of this letter.

Thank you for your assistance in this matter.

Very truly yours,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.

RosaMaria Villagomez-Vela

McALLEN, TEXAS OFFICE: 4900 NORTH 10TH STREET, BUILDING A-2, 78504, TELEPHONE (956) 686-1287 TELECOPIER (956) 686-6197
HARLINGEN, TEXAS OFFICE: 402 EAST VAN BUREN STREET, 78550, TELEPHONE (956) 423-0213 TELECOPIER (956) 423-2035

The Honorable John Wm. Black
March 16, 2005
Page 2

cc:  *Via Facsimile*
Ronald W. Armstrong
Law Offices of Ronald W. Armstrong
2600 Old Alice Road, #A
Brownsville, Texas 78521

*Via Facsimile*
Melvin A. Krenek
Krenek & Heinemeyer, P.C.
9601 McAllister Fwy., Suite 1110
San Antonio, Texas 78216-4605

*Via Facsimile*
Robert A. Allen
Allen, Stein & Durbin, P.C.
P.O. Box 101507
San Antonio, Texas 78201

## RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
### ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
LECIA L. CHANEY

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY*

LAURA J. URBIS
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI L. DANISH
SARAH A. NICOLAS
SHAWN MATHIS ISBELL
CHRISTOPHER E. MOORE
LINDA L. MALONEY

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

*BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

## FAX TRANSMITTAL COVER SHEET

**CONFIDENTIALITY NOTICE:** The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named below. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopy's information is strictly prohibited.

*********************************************************************

TO: The Honorable Judge John Wm. Black

FAX: (956) 548-2792

DATE: March 16, 2005

FROM: RosaMaria Villagomez-Vela

RE: Civil Action No. B-03-125
Claudia Gonzalez v. Staples The Office Superstore East, Inc.

RODRIGUEZ, COLVIN, CHANEY & SAENZ FILE NO. 19.277

*********************************************************************

NUMBER OF PAGES
INCLUDING COVER: Three (3)

DOCUMENT SENT: Letter of today withdrawing our Motions filed yesterday

IF PROBLEMS OCCUR DURING TRANSMISSION, CALL: (956) 542-7441 ASK FOR: Merriwood

McALLEN, TEXAS OFFICE: 4900 NORTH 10TH STREET, BUILDING A-2, 78504, TELEPHONE (956) 686-1287 TELECOPIER (956) 686-6197
HARLINGEN, TEXAS OFFICE: 402 EAST VAN BUREN STREET, 78550, TELEPHONE (956) 423-0213 TELECOPIER (956) 423-2035