UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

MAR 23 2005

Michael N. Milby, Clerk of Court

CLAUDIA GONZALEZ
V.                                    Plaintiff(s)          DIVISION   BROWNSVILLE
STAPLES THE OFFICE SUPERSTORE, et al                        CIVIL ACTION NO. B-03-125
V.
UNITED DOOR SERVICE
                                      Defendant(s)

ADR METHOD:     Mediation    X          Arbitration    ____
                Mini-trial   ____       Summary Jury Trial ____

TYPE OF CASE:   Personal Injury

1. Please check one of the following:
   The case referred to ADR settled ___ did not settle  X

2. My total fee and expenses were: $ 2,000.00.
   (If you had no fees and expenses, please indicate if the case settled before
   ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant
   to order of the Court or agreement of the parties.)
   _____
   _____

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Claudia Gonzalez, Plaintiff              A-1 Automatic Door Svc, Defend.
   Mr. Ronald Armstrong, Attorney           Mr. Robert A. Allen, Attorney
   R. W. ARMSTRONG & ASSOCIATES             ALLEN, STEIN & DURBIN, et al
   2600 Old Alice Road, Ste. A              6243 IH 10 West, 7th Floor
   Brownsville, Texas 78521                 San Antonio, Texas 78201
   (956) 546-5556 - telephone               (210) 734-7488 - telephone
   (956) 546-0470 - telefax                 (210) 738-8036 - telefax

   Staples The Office Supersore, Defendants United Door Service, Defendants
   Mr. Norton A. Colvin, Jr., Attorney      Mr. Monte J. English, Attorney
   RODRIGUEZ, COLVIN & CHANEY               ENGLISH & CLEMONS, L.L.P.
   1201 East Van Buren                      555 N. Carancahua, Ste. 1500
   Brownsville, Texas 78522                 Corpus Christi, Texas 78478
   (956) 542-7441 - telephone               (361) 882-2244 - telephone
   (956) 541-2170 - telefax                 (361) 882-2773 - telefax

                                            ADR PROVIDER

Date: 03/11/05                              Name:        Alfred T. Denham
                                            Signature:   /s/ Alfred T. Denham

SDTX-ADR-5/(Rev. 6-15-93)