United States District Court
Southern District of Texas
FILED

APR 18 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |
| | § | |
| VS. | § | |
| | § | |
| A-1 AUTO DOOR SYSTEMS, INC. | § | |

## THIRD-PARTY DEFENDANT/THIRD-PARTY PLAINTIFF UNITED DOOR SERVICE'S FIRST AMENDED ORIGINAL ANSWER

TO HONORABLE JUDGE OF SAID COURT:

COMES NOW UNITED DOOR SERVICE, Third-Party Defendant/Third-Party Plaintiff herein, and files this First Amended Original Answer to Defendant's Original Third Party Petition and in support thereof would show unto the Court as follows:

I.

PARTIES, JURISDICTION AND VENUE

1.01  Third-Party Defendant/Third-Party Plaintiff admits the allegations of Paragraph 1.01, 1.02, 1.03, and 1.04 of Paragraph I of Defendant's Original Third Party Petition.

## II.

## FACTS

2.01    Third-Party Defendant/Third-Party Plaintiff admits the allegations of Paragraph 2.01 of Defendant's Original Third Party Petition.

2.01    Third-Party Defendant/Third-Party Plaintiff has insufficient information at this time to admit or deny the allegations of Paragraph 2.02 of Defendant's Original Third Party Petition and, therefore, the same are denied.

2.03    Third-Party Defendant/Third-Party Plaintiff has insufficient information at this time to admit or deny the allegations of Paragraph 2.03 of Defendant's Original Third Party Petition and, therefore, the same are denied.

## III.

## CAUSES OF ACTION

3.01    Third-Party Defendant/Third-Party Plaintiff denies the allegations of Paragraph 3.01 of Defendant's Original Third Party Petition.

3.02    Third-Party Defendant/Third-Party Plaintiff denies the allegations of Paragraph 3.02 of Defendant's Original Third Party Petition.

## IV.

## DAMAGES

4.01    Third-Party Defendant/Third-Party Plaintiff denies the allegations of Paragraph 4.01 of Defendant's Original Third Party Petition.

## V.

## DEFENSES

5.01   For further answer herein, Third-Party Defendant/Third-Party Plaintiff UNITED DOOR SERVICE would show that Defendant and Third Party Plaintiff, STAPLES THE OFFICE SUPERSTORE, D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC., was guilty of one or more acts of negligence or breach of its premises liability duty of care toward Plaintiff, which solely, proximately caused, or which proximately caused the incident in question and the alleged injuries and damages of Plaintiff so that, in the event that damages are awarded to Plaintiff herein, Third-Party Defendant/Third-Party Plaintiff be granted judgment for contribution and/or indemnity against Defendant and Third Party Plaintiff, STAPLES, for damages in such amount as the jury may find.

5.02   For further answer herein, if same be required, Third-Party Defendant/Third-Party Plaintiff would show that Plaintiff herself was guilty of one or more acts of contributory negligence which proximately caused, or which proximately contributed to said cause, said accident and the damages allegedly sustained by the Plaintiff herein.

5.03   For further answer herein, if same be required, and in the alternative, Third-Party Defendant/Third-Party Plaintiff says that in no event was Third-Party Defendant/Third-Party Plaintiff guilty of negligence proximately causing said accident, and that if the same was not caused by negligence on the part of the Plaintiff or of negligence of the Plaintiff or Third Party Plaintiff, then same was an unavoidable accident.

5.04   Third-Party Defendant/Third-Party Plaintiff would further show that Plaintiff's alleged injuries and damages are not due and will not be due to the accident made the basis of this

lawsuit, but are due instead to other prior bodily conditions, injuries or infirmities, or subsequently developing bodily conditions, injuries or infirmities.

WHEREFORE, PREMISES CONSIDERED, counsel for Third-Party Defendant/Third-Party Plaintiff UNITED DOOR SERVICE prays that Third Party Plaintiff take nothing and that in the unlikely event of any recovery against Third-Party Defendant/Third-Party Plaintiff, that Third-Party Defendant/Third-Party Plaintiff have judgment for contribution and/or indemnity against Defendant, STAPLES, and for such other and further relief, general or special, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

By:_____
Monte J. English
State Bar No. 06625700
Federal I.D. No. 2776
ENGLISH & CLEMONS, L.L.P.
555 N. Carancahua, Suite 1500
Corpus Christi, Texas 78478
TEL: (361) 882-2244
FAX: (361) 882-2773

**ATTORNEY IN CHARGE FOR THIRD-PARTY DEFENDANT/THIRD-PARTY PLAINTIFF UNITED DOOR SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded in the manner indicated below to all counsel of record this ____15____ day of April, 2005:

**VIA FAX AND FIRST CLASS MAIL**

R.W. Armstrong
R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521-1450
ATTORNEY FOR PLAINTIFF

Robert A. Allen
ALLEN, STEIN & DURBIN, P.C.
6243 IH-10 West, 7th Floor
P.O. Box 101507
San Antonio, TX 78201
ATTORNEY FOR THIRD-PARTY DEFENDANT
A-1 AUTO DOOR SYSTEMS, INC.

Norton A. Colvin, Jr.
RosaMaria Villagomez-Vela
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, TX 78522
ATTORNEYS FOR DEFENDANT/THIRD-PARTY PLAINTIFF
STAPLES THE OFFICE SUPERSTORE d/b/a THE STAPLES OFFICE
SUPERSTORE EAST, INC.

_____
Monte J. English