# EXHIBIT "A-F"
# PREVIOUSLY PROVIDED