# EXHIBIT "G"
# RULE 26 LIST OF PAUL DURGIN'S PRIOR DEPOSITIONS

David Bryant *v.* Stanley and Mount Vernon Towers

Settled on, or about, April 29, 2002


In 1983 I was deposed in a case that involved Hatchers Sales and Giant Foods in Kingsport Tennessee, I do not recall the plaintiff's name.

I have been deposed in other cases in the early 1990's.

Deposed in a case involving Stanley Magic Door and a Hospital in Northern VA.

Deposed in a case involving Georgia Entrance Systems, Besam and Cub food, I do not have a record of the plaintiff. Store was located in Dekalb county Georgia.


Paul E. Durgin




Deft's Exh. G