# EXHIBIT "A"



**BIODYNAMIC RESEARCH CORPORATION**

April 29, 2005

Mr. Robert A. Allen
Allen, Stein, & Durbin, P.C.
P.O. Box 101507
6243 IH-10W, 7th Floor
San Antonio, TX  78201

Re:    *Claudia Gonzalez vs. Staples*

Dear Mr. Allen,

In accordance with your request, I am pleased to submit this report with regard to the referenced matter.  The purpose of this report is to set forth my general qualifications and preliminary opinions of the injury mechanisms involved in Ms. Gonzalez's incident.

I am a medically-qualified consultant employed by Biodynamic Research Corporation (BRC), and have been so since February 1995.  I consult in the fields of biomechanics, impact analysis, occupant kinematics, and injury causation.  My educational background includes a BSc degree in Physiology, MB BS medical degrees (United Kingdom equivalent to MD), and a PhD in Human Physiology, all from the University of London.  My professional background is documented in more detail in the attached copy of my curriculum vitae.  A copy of my Testifying History for the past four years is also attached.  My time is billed by Biodynamic Research Corporation at $340 per hour.

During the course of my study of this matter I have had access to the following items:

·        Customer Incident Report;

·        Reports of:

               Warren Davis, Ph.D.
               Loren Slayhaugh
               Paul Durgin;

·        Color photocopies of photographs of incident site;

Mr. Robert A. Allen
April 29, 2005
Page 2


- Videotapes of Surveillance;

- Plaintiff's Answers to Interrogatories;

- Depositions of:

    Ricardo Balli
    Claudia Gonzalez; and

- Medical records of Claudia Gonzalez from:

    Dr. G. Stern
    Valley Regional Medical Center
    Neurophysiology Laboratory
    Obispado Central de Radiologia
    Dr. T. Langan
    Customer Accident Report
    Melton Chiropractic Clinic
    Brownsville Open MRI
    Valley Orthopaedic Surgery
    Brownsville Neurosurgical Institute
    Brownsville Medical Center
    Brownsville Physical Therapy & Sports Medicine
    Dr. A. Arrona H.
    Dr. J. Vazquez Rivas
    Harlingen Medical Center
    Work History Report.

The subject sliding door has also been inspected and tested at my request by a BRC Engineer (Mr. H. Guzman).

I have arrived at the following observations and preliminary opinions:

- On September 1, 2001, at approximately 1210 hours, Ms. Claudia Gonzalez (age 39, height 5 ft 3 in, weight 135 lb) was exiting an office supply store through the inner set of bi-parting automatic sliding doors when she was reportedly struck by the right door as it closed. Ms. Gonzalez has testified that she did not fall during this event, but that the door was displaced from its rail and fell outward away from her. As a consequence of this incident, Ms. Gonzalez has asserted that she sustained injuries to the right side of her

Mr. Robert A. Allen
April 29, 2005
Page 3

body including her right shoulder, low back, and hip, and that she required surgery on the first and second of these.

- Review of Ms. Gonzalez's available pre-incident and post-incident medical records reveals the following chronology.

- Between March 23 and June 14, 1999, Ms. Gonzalez was seen by an obstetrician and gynecologist (Dr. Stern) on a number of occasions for a variety of medical issues including acute pharyngitis and sinusitis, fever and malaise, and on June 7, 1999, for abdominal pain and vomiting for which an ultrasound study of her gall bladder and x-rays of her lumbar spine were requested.

- Accordingly, on June 10, 1999, Ms. Gonzalez underwent abdominal sonography which revealed no abnormalities; while x-rays of her lumbar spine revealed relative narrowing of the L4 and L5 interspaces "somewhat suggestive" of disc degeneration or injury.

- During follow-up with Dr. Stern four days later, Ms. Gonzalez indicated that her right upper quadrant abdominal pain had subsided, but that her low back pain continued. Her recent imaging studies were reviewed, and Dr. Stern's diagnostic impression was of disc degeneration and narrowing. Management was by means of medications and referral to Dr. Lozano (from whom no medical records were available for review). No further medical records from Dr. Stern were available for review.

- On July 30, 1999, Ms. Gonzalez was seen by a neurosurgeon (Dr. Pisharodi), upon referral from Dr. Stern, for her symptoms of low back pain (unrelated to any trauma that Ms. Gonzalez could recall). Ms. Gonzalez denied headaches and neck pain but indicated that she had back pain since June 1999. Following physical examination and review of Ms. Gonzalez's lumbar spine x-rays, Dr. Pisharodi's diagnostic impressions were of chronic low back pain and lumbar degenerative disc disease. Ms. Gonzalez underwent electromyography, nerve conduction velocity studies, and somatosensory-evoked potential studies by Dr. Pisharodi which were all reported to show no abnormalities.

- On July 31, 1999, Ms. Gonzalez underwent an MRI study of her lumbar spine at Obispado Central de Radiologia and, five days later, returned to Dr. Pisharodi to whom she indicated that her low back pain was progressively worsening. Dr. Pisharodi noted that the MRI study revealed degenerative disc disease. Following his physical examination of Ms. Gonzalez, Dr. Pisharodi's diagnostic impressions were unchanged. Management was by means of medications and a recommendation for an analgesic block.

- When next seen by Dr. Pisharodi on April 10, 2000, Ms. Gonzalez reported persistent low back pain and numbness in her right toe, and she requested an epidural block and

Mr. Robert A. Allen
April 29, 2005
Page 4

surgery for her back. Dr. Pisharodi's diagnostic impression at this stage was of chronic
low back pain, lumbar degenerative disc disease, and lumbar sacral radiculopathy.
Management was by means of medications, and discography was recommended.

- Ms. Gonzalez returned to Dr. Pisharodi on October 23, 2000, and indicated that she had
undergone injections in Matamoros which provided two days benefit. Treatment options
were discussed, and discography was again recommended.

- When next seen by Dr. Pisharodi on December 11, 2000, Ms. Gonzalez indicated that she
had not undergone discography because she was fearful of such a study. Physical
examination was as before. Dr. Pisharodi recommended continued medications with
return to the clinic in two months, but no further medical records from this provider were
available for review.

- Between January 30 and July 11, 2001, Ms. Gonzalez was seen for four office visits by
Dr. Langan for a variety of medical issues including a sore throat and ear pain, elevated
blood pressure, a rash and dark spots on her back, abdominal pain, constipation, low back
pain, and arthritis.

- On September 6, 2001, Ms. Gonzalez sought the advice of a chiropractor (Dr. Melton) to
whom she described the door incident five days earlier in which closure occurred in an
"inopportune" manner and the door struck her in the face and on the right side of her
body. Ms. Gonzalez described the immediate onset of pain in her neck and shoulder and,
when seen by Dr. Melton, she reported neck pain and stiffness, right deltoid pain,
intermittent tingling in her right hand, and right side pain. Constant low back pain was
also described, but Ms. Gonzalez indicated that this condition was related to a previous
work related injury. Physical examination revealed limited and painful cervical and
dorsolumbar ranges of motion, limited and painful right shoulder range of motion, and
multiple positive chiropractic and orthopedic tests. X-rays of Ms. Gonzalez's cervical
spine and lumbar spine were reported to show chiropractic changes and narrowing of the
L5-S1 disc space; while an x-ray of her right shoulder was reported to show slight
acromioclavicular joint separation, but was negative for a fracture. Dr. Melton's
diagnostic impressions included: cervical strain, myospasm, and myofascitis; lumbar
strain, myospasm, and myalgia; and right shoulder strain (with a possible rotator cuff
tear), myofascitis, and myospasm. A management plan involved chiropractic modalities
which were initiated the following day and continued on approximately nine occasions
until September 19, 2001. During this period, Ms. Gonzalez's symptoms persisted and,
on September 17, 2001, MRI studies were ordered.

- Accordingly, on September 24, 2001, an MRI study of Ms. Gonzalez's cervical spine was
reported to show a right lateral tiny bulge (with mild right lateral recess stenosis) at the

Mr. Robert A. Allen
April 29, 2005
Page 5

C6-7 level; while an MRI study of her right shoulder was reported to show early mild degenerative changes in the acromioclavicular joint.

- Ms. Gonzalez was next seen by Dr. Melton on September 27, 2001, at which time she was referred to an orthopedic surgeon (Dr. Clark) for her continuing problems.

- Thus, on October 1, 2001, Ms. Gonzalez underwent evaluation of her right shoulder symptoms by Dr. Clark. A history of the event on month previously in which a sliding door struck her on the right shoulder was related, as was her continued pain, and some numbness in her hand. Physical examination revealed full active motion of Ms. Gonzalez's right shoulder with a positive impingement sign. Dr. Clark opined that Ms. Gonzalez's MRI study appeared to be normal, although he noted some disc disease in her cervical spine on the right. A diagnostic impression of possible rotator cuff tendonitis was made, for which a subacromial injection was recommended and performed that day. Medications were also prescribed.

- On October 24, 2001, Ms. Gonzalez returned to Dr. Langan to whom she described swelling of her eye, popping in her ears, increased thirst, elevated blood pressure, and palpitations. Ms. Gonzalez also reported that she had injured her right shoulder, and Dr. Langan noted that she was "very stressed – very weepy". Diagnostic impressions of anxiety and depression were recorded, and Ms. Gonzalez's medications were adjusted.

- When next seen by Dr. Clark on November 12, 2001, Ms. Gonzalez indicated that she was doing better: she was referred for further therapy with Dr. Melton.

- On December 5, 2001, Ms. Gonzalez returned to Dr. Melton for chiropractic therapy and was seen on approximately 12 occasions until December 31, 2001. During this period, Ms. Gonzalez noted temporary relief with therapy but increased symptomatology associated with activities.

- When next seen by Dr. Clark on December 19, 2001, Ms. Gonzalez's clinical status remained unchanged, although medications in the form of *Disalcid* helped her shoulder "somewhat". Dr. Clark opined that "there is little more I have to offer her at this juncture".

- On return to Dr. Langan on January 24, 2002, Ms. Gonzalez described persistent head and neck pain after her September 2001 injury almost five months previously, and problems with her toe nails (for which medications were prescribed). Dr. Langan noted that Ms. Gonzalez was under the care of a chiropractor, and had undergone injections to her right shoulder.

Mr. Robert A. Allen
April 29, 2005
Page 6

- On February 6, 2002, upon referral by Dr. Pisharodi, Ms. Gonzalez was seen at the Brownsville Neurosurgical Institute by a second neurosurgeon (Dr. Pacheco-Serrant) for her history of back and left leg pain for approximately three years but with recent worsening. Dr. Pacheco-Serrant noted no history of trauma to Ms. Gonzalez's back, although surgery had apparently been recommended, but not performed. Physical examination revealed limited range of motion and tenderness of Ms. Gonzalez's low back and decreased sensation in both her legs. Dr. Pacheco-Serrant's diagnostic impression was of lumbar radiculopathy for which medications were prescribed in the form of *Relafen*, *Robaxin*, *Darvocet*, a *Medrol Dosepak*, and *Zantac*. An MRI study was requested, carried out that day, and was reported to show chronic nuclear disc injury at the L3, L4 and (especially) L5 levels, with a central and leftward herniated disc at the L5-S1 level "which is much larger now than at the time of the 1999 examinations [*sic*]". Tiny annular tears with tiny central herniated discs at the L3-4 and L4-5 levels were also described.

- On February 7, 2002, Ms. Gonzalez was admitted to the Brownsville Medical Center under the care of Dr. Pacheco-Serrant with a diagnosis of a large L5-S1 herniated disc, radiculopathy, and instability, for which he performed a posterior lumbar decompression with bilateral discectomy, foraminotomies, partial facetectomy, and interbody fusion. Ms. Gonzalez was discharged from the hospital on February 12, 2002, and was subsequently seen by Dr. Pacheco-Serrant for post-operative visits on March 5 and April 17, 2002. On the latter date she was noted to be doing well, and was advised to return to the clinic in three months. No further medical records from Dr. Pacheco-Serrant were available for review apart from undated (but probably written in mid 2004) correspondence from his colleague (Dr. Betancourt) to Attorney Armstrong which provided a narrative of Ms. Gonzalez's evaluation and care at the Brownsville Neurosurgical Institute.

- On March 13, 2002, Ms. Gonzalez underwent a physical therapy evaluation for a several year history of back problems with recent lumbar surgery, and of recent worsening low back pain. Between that date and April 2, 2002, Ms. Gonzalez was seen on nine occasions for treatment modalities during which time she reported some relief of her continuing low back pain with therapy.

- On April 10, 2002, Ms. Gonzalez returned to Dr. Clark (whom she had last seen on December 19, 2001) and described persistent right shoulder pain for which therapy was prescribed. Dr. Clark noted that if conservative therapy failed the only alternative would be a surgical procedure.

- On April 16, 2002, Ms. Gonzalez returned to Dr. Langan for refill of her *Amitriptyline* medication.

Mr. Robert A. Allen
April 29, 2005
Page 7

- On May 22, 2002, x-rays of Ms. Gonzalez's lumbar spine were reported to show *status-post* surgical changes at the L5-S1 level with hardware in good position.

- On July 3, 2002, Ms. Gonzalez returned to Dr. Langan with symptoms of depression and acute nasopharyngitis.

- On August 20, 2002, Ms. Gonzalez returned to Dr. Melton (whom she had last seen in December 2001), reported persistent arm symptoms (for which right shoulder surgery had been recommended), and indicated that she had undergone surgery to her low back.

- In correspondence dated August 28, 2002, Dr. Clark reiterated a history of the injury to Ms. Gonzalez's right shoulder with unresolved chronic post-traumatic tendonitis.

- Ms. Gonzalez returned to Dr. Melton on October 1, 2002, and again described persistent neck and right shoulder pain. No further medical records from this provider were available for review.

- On January 20, 2003, Dr. Langan provided a Mental Status Report on Ms. Gonzalez with regard to his diagnoses of anxiety and depression. No further medical records from this provider were available for review.

- On May 5, 2003, Ms. Gonzalez received a prescription for *Prozac* from a cardiologist (Dr. Arrona) in Matamoros; while on November 5, 2003, she received a prescription for *Lexotan* from a general practitioner (Dr. Vazquez Rivas), also in Matamoros.

- Ms. Gonzalez was next seen by Dr. Clark on January 22, 2004, and reported persistent symptoms in her shoulder, for which surgery was recommended.

- Accordingly, on January 23, 2004, almost two years and five months after the September 2001 event, Ms. Gonzalez was admitted to the Harlingen Medical Center under the care of Dr. Clark for diagnoses of right shoulder pain, post-traumatic arthropathy, secondary osteoarthrosis, and subdeltoid rotator cuff tendonitis. Dr. Clark performed arthroscopic repair of lesions of Ms. Gonzalez's superior labrum, arthroscopic resection of the distal clavicle, and arthroscopic resection of the acromion.

- Between March 4 and April 13, 2004, Ms. Gonzalez was seen on nine occasions for physical therapy for persistent severe pain in her right shoulder. On the former date, a history of the September 2001 event was reiterated, as well as her lumbar surgery in February 2002. A history of depression currently being treated by *Prozac* and *Ambien* was also recorded.

Mr. Robert A. Allen
April 29, 2005
Page 8

- On March 16, 2004, according to a billing statement, Ms. Gonzalez was seen by Dr. Clark for a post-operative visit.

- No further medical records for Ms. Gonzalez were available for review apart from correspondence from Dr. Clark To Whom It May Concern dated May 22, 2004, in which he reiterated a history of the September 2001 door incident, and of his subsequent evaluation and care of Ms. Gonzalez's right shoulder.

- To a reasonable biomechanical and medical probability, Ms. Gonzalez's involvement in the door incident of September 1, 2001, posed no injurious threat to any part of her body apart from the possibility of some mild soft tissue blunt trauma as a consequence of any direct contact with the door. It should be noted that the door "broke away" (as intended) as a consequence of the impact, and fell away from Ms. Gonzalez. This leads to the conclusion that the door did not strike Ms. Gonzalez at right angles to her body: rather, that she walked into it and struck it with the anterior right side of her shoulder and right side of her body. It is my further opinion, therefore, that Ms. Gonzalez failed to recognize the threat posed by the door as it closed and inadvertently struck it with the right side of her body.

- Again, to a reasonable biomechanical and medical probability, it is my opinion that this incident had no potential to cause permanent harm to Ms. Gonzalez's neck, right shoulder, or low back. With regard to the latter, the low back is not susceptible to injury from single acute mechanical events of this nature, and the door closing incident would neither have caused nor aggravated her low back condition. Ms. Gonzalez's pre-existing low back pathology was the result of degenerative disc disease: that it later required surgical intervention cannot be attributed to the incident with the sliding door.

- Similarly, there was no potential for differential motion of Ms. Gonzalez's right shoulder on contact with the door, which yielded as expected to an applied force: accordingly her shoulder joint (including the anterior labrum and the rotator cuff) was not at risk of injury. Thus, the requirement for surgical intervention on Ms. Gonzalez's right shoulder (some 29 months after the event) also cannot be related to the sliding door incident.

As additional information is made available to me or as new facts are uncovered during the investigation and discovery process, my professional opinions may change to reflect the newfound information. The opinions expressed herein, however, are current and accurately reflect my conclusions based upon the information reviewed and the analysis performed as of this date.

Mr. Robert A. Allen
April 29, 2005
Page 9


Should you require additional information, please do not hesitate to contact me.

Yours very truly,

Richard M. Harding, BSc, MB BS, PhD


RMH/la
Enclosures:  RMH CV and Testifying History

# EXHIBIT "B"


BIODYNAMIC RESEARCH CORPORATION

# RICHARD M. HARDING, BSc, MB BS (London), PhD

## CURRICULUM VITAE

### EDUCATION

| | | |
|---|---|---|
| PhD | Doctor of Philosophy (Human Physiology)<br>St. Bartholomew's Hospital Medical College<br>University of London | 1985 |
| | Associate of the Faculty of Occupational Medicine<br>Royal College of Physicians (London) | 1981 |
| | Diploma in Aviation Medicine<br>Royal College of Physicians (London) | 1981 |
| MB BS | Bachelor of Medicine, Bachelor of Surgery<br>(United Kingdom MD Equivalent)<br>London Hospital Medical College<br>University of London | 1974 |
| BSc | Bachelor of Science, Physiology (1st Class Honors)<br>London Hospital Medical College<br>University of London | 1971 |

### POST-GRADUATE STUDIES

| | |
|---|---|
| Traffic Accident Reconstruction<br>Northwestern University Traffic Institute, Evanston, Illinois | 1995 |
| Aerospace Medical Association Board Certification<br>In Aerospace Physiology | 1989 |
| RAF Initial Medical Officers Course,<br>RAF Institutes of Community Medicine and Aviation Medicine<br>(Certificate of Aviation Medicine, UK Civil Aviation<br>Authority and Ministry of Defense) | 1976 |
| United States Educational Commission for Foreign Medical<br>Graduates (ECFMG) Certification (0-237-223-3) | 1975 |

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 1 of 16
January 2005

## PROFESSIONAL EXPERIENCE

Principal Consultant                                               1995-Present
Biodynamic Research Corporation
San Antonio, Texas

Senior Medical Officer                                             1981-1995
Deputy Department Head & Head of Aircrew Systems Division
Department of Aeromedicine and Neuroscience              1994-1995
Defense Research Agency's Center for Human Sciences

Head of Aircrew Systems Division                             1991-1994
RAF Institute of Aviation Medicine

RAF Exchange Medical Officer                               1988-1991
Chief, Acceleration Effects Function Aerospace Research        1989
Branch Crew Technology Division
United States Air Force School of Aerospace Medicine
Brooks Air Force Base, San Antonio, Texas

Senior Specialist, Head of Breathing Systems Research Section    1985-1988
Altitude Division, RAF Institute of Aviation Medicine
Farnborough, Hampshire, United Kingdom

Medical Officer Instructor                                   1978-1981
RAF Specialist in Aviation Medicine                             1980
RAF Aviation Medicine Training Center
RAF North Luffenham, Rutland

United Medical Officer                                        1976-1977
Acting Senior Medical Officer                                 1977
RAF Marham, Norfolk

House Physician in Acute Medicine, Geriatrics and Dermatology    1976
The London Hospital (Bethnal Green)

House Surgeon in Accident and Emergency Medicine          1975
The London Hospital (Whitechapal)

House Physician in Acute Medicine                            1975
Southend General Hospital

Student Research Fellow                                        1971
Cardiovascular Research Institute
University of California at San Francisco

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 2 of 16
January 2005

## PROFESSIONAL REGISTRATIONS

| | |
|---|---|
| Consultant in Aviation Medicine | 1987-1995 |
| General Medical Council, Registration #2249854 | 1976-Present |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| British Medical Association | 1994-Present |
| Royal Aeronautical Society | 1982-Present |
| · Aviation Medicine Group Committee | 1981-1992 |
| International Academy of Aviation and Space Medicine | 1984-Present |
| Aerospace Medical Association (Fellow) 1997) | 1988-Present |
| · Aerospace Physiology Society, (Awards Committee, 1990) | 1988-Present |
| · Life Sciences and Biomedical Engineering Branch | 1988-Present |
| SAFE National Organization | 1988-Present |
| Society of Automotive Engineers | 1995-Present |
| Association for the Advancement of Automotive Medicine | 1996-Present |
| NATO Military Agency for Standardization | |
| · Aeromedical Working Party | 1991-1995 |
| Air Standardization Coordinating Committee | |
| · Working Party 61 | 1991-1996 |

## HONORS AND AWARDS

| | |
|---|---|
| Welcome Trust Foundation Award | 1992 |
| Mackenzie Lecturer | 1984 |
| Edith Forbes Memorial Scholarship [Awarded by the London Hospital Medical College] | 1971 |
| BSc Scholarship [Awarded by the Medical Research Council] | 1969 |
| Ford Travel Scholarship [Awarded by the Ford Motor Company] | 1967 |

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 3 of 16
January 2005

## PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| Co-Chairman, Aerospace Medical Association Panel on "Aerospace Medicine in a non-traditional setting: the physiology & safety of amusement rides and racing." 74th Annual Meeting, San Antonio, TX. | May 2003 |
| Visiting Consultant in Aviation Medicine to the Department of Aeromedicine and Neuroscience, Center for Human Sciences, Defence Research Agency Farnborough, U.K. | 1996-Present |
| Lecturer in Aerospace Medicine US Department of Transportation, Federal Aviation Administration | 1995-Present |
| Member of the Editorial Advisory Panel <u>The Journal of the British Interplanetary Society</u> | 1988-1992 |
| Member of the Editorial Advisory Panel <u>Aviation Medicine Quarterly</u> | 1986-1989 |
| Member of the Microgravity Panel and Life Sciences Sub-Committee British National Space Center | 1986 |
| Aviation Medical Adviser to Dan Air Medical Services and to International Aeradio Ltd | 1985-1988 |
| Lecturer in Human and Applied Physiology University of London MSc and Intercollegiate BSc courses (Core lectures) | 1985-1988 & 1991-1995 |
| Medical Officer to the Farnborough and Aldershot Branch of the British Sub-Aqua Association | 1984-1988 |
| Lecturer in Human Physiology Royal College of Nursing Diploma Farnborough College of Technology | 1982-1983 |
| Examiner, DHSS Health and Safety Executive First Aid Courses Farnborough College of Technology | 1982-1986 |
| Local examiner in First Aid, St John's Ambulance Brigade NE Hampshire, United Kingdom | 1982-1988 |

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 4 of 16
January 2005

| | |
|---|---|
| Examiner, National Road Transport First Aid Association | 1981 |
| Local examiner in First Aid, St John's Ambulance Brigade Leicester, United Kingdom | 1979 |
| Locum Medical Officer British Medical Association Deputizing Services Leicester, United Kingdom | 1978-1981 |

## PUBLICATIONS

### Thesis

Human respiratory responses during high performance flight. PhD Thesis, University of London, 1985

### Textbooks

Harding R M, "Pressure changes and hypoxia in aviation." In: Textbooks of Military Medicine - Special Environments Section, Environmental Stress Volume. Office of the US Army Surgeon General & the Borden Institute, Washington DC: 2002, 995-1023.

Harding R M, Banks R D, Smith H S. "Assessing injury potential in rear-end vehicle collisions." In: Yoganandan N, Pintar FA, Eds. Frontiers in Whiplash Trauma: Clinical and Biomechanical. IOS Press, The Netherlands: 2000, 25-40.

Harding R M, "Health problems associated with air travel." In: Lockie C, Walker E, Calvert L, et al, eds. Travel Medicine and Migrant Health. Churchill Livingston, Edinburgh: 2000, 99-106.

Harding R M, "Recent Developments in Aerospace Medicine." In: Scagell R, Wasserman E, eds. The New Illustrated Science and Invention Encyclopedia: How It Works. H S Stuttman Inc, West Port, Connecticut, 1993.

Harding R M, "Aviation medicine." In: Smith A, ed. The British Medical Association Complete Family Health Medical Encyclopaedia. Dorling Kindersley, London: 1990.

Harding R M, "Man in space – physiological constraints." In: Dutton L, ed. Military Space. Brasseys, London: 1990, 121-139.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 5 of 16
January 2005

Harding R M, "Survival in space: the medical problems of manned spaceflight." Routledge, London 1989.

Harding R M, "Units of measurement" (Appendix). In: Ernsting J, King P, eds. <u>Aviation Medicine</u>. Butterworths, London 1988: 716-723.

Harding R M, Bagshaw M and Turner J C D, "Medical aspects of special types of flight." In: Ernsting J, King P, eds. <u>Aviation Medicine</u>. Butterworths, London 1988: 471-489.

Harding R M, "Oxygen equipment and pressure clothing." In: Ernsting J, King P, eds. <u>Aviation Medicine</u>. Butterworths, London 1988: 72-111.

Harding R M, "Hypoxia and hyperventilation." In: Ernsting J, King P, eds. <u>Aviation Medicine</u>. Butterworths, London 1988: 45-59 (revised).

Harding R M, "The earth's atmosphere." In: Ernsting J, King P, eds. <u>Aviation Medicine</u>. Butterworths, London 1988: 3-13.

Harding R M, "The early symptoms of cerebral hypoxia." In: Amery W K, Wauquier A, eds. <u>The Prelude to the Migraine Attack</u>. Ballière Tindall, London 1986; 54-58.

Harding R M, "Air travel." In: Dawood R, ed. Travellers' Health. Oxford University Press, Oxford 1986; 195-205. [2nd edn 1989; 221-232] [3rd edn 1992; 186-195] [4th edn 2002; 250-264]


<u>Other Open Publications</u>

McConnell WE; Guzman HM; Krenrich SW; Bomar JB; Harding RM; Raddin JH; Funk JR, and Smith DA. Human kinematics during non-collinear low velocity rear end collisions. 47th Annual Proceedings of the Association for the Advancement of Automotive Medicine 2003; 47:467-494.

Banks, R; Harding, R; Hatsell, C. Letters to the Editor: Roll vs. Pitch Rotation Under Orthostatic Stress. Aviat Space Environ Med September 2000; Vol 71, No 9, Section 1, 966-968.

Harding RM, Howard RP, Krenrich SW. "The biomechanics of whiplash in low velocity collisions." In: The Proceedings of the International Body Engineering Conference. Detroit, MI, September 1999.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 6 of 16
January 2005

Harding R M, Miller R L, Ernsting J, Tedor J B, Ikels K G, and Harris D J. "Current molecular sieve oxygen generation systems." In: Ernsting J, Miller R L, eds. <u>Advanced Oxygen Systems for Aircraft</u>. Advisory Group for Aerospace Development and Research, AGARDograph 286, April 1996.

Harding R M, "High altitude breathing systems and requirements." In: Pilmanis A A, Sears W J, eds. Raising the Operation Ceiling: A Workshop on the Life Support and Physiological Issue of Flight at 60,000 Feet and Above. Brooks Air Force Base, Texas: The Armstrong Laboratory, June 1995, AL/CF-SR-1995-0021, 67-73.

Harding R M, "Some physiological problems associated with air travel." In: Lockie C, ed. <u>Course Notes for the Diploma in Travel Medicine</u>. Module I, Unit 6(c), Dept. of Public Health, University of Glasgow, 1995.

Harding R M, "Aeromedical aspects of commercial air travel." J Travel Med 1994; 4: 211-5.

Harding R M, Pedersen O F, Miller M R, Sigsgaard T, and Tidley M, "Portable peak flow meters: physical characteristics, influence of temperature, altitude, and humidity." <u>Eur Respir J</u> 1994; 7: 991-7.

Harding R M, "Cabin air quality in aircraft." <u>Br Med J</u> 1994; 308: 427-8.

Harding R M, "Aviation Medicine." In: Baron C, ed. <u>Distance Learning Course in Occupational Medicine</u>. Centre for Occupational Health, University of Manchester, Oct 93.

Harding R M and Lupa H T, "Medical in-flight incidents: RAF fixed-wing experience 1981 - 1992." Abstracts of the 1993 Annual Scientific Meeting of the Aerospace Medical Association. <u>Aviat Space Environ Med</u> 1993; 64: 434.

Harding R M, "Respiratory tract problems and the air traveller." <u>Scottish Medicine</u> 1993; 13 (1): 7-8.

Harding R M, "ENT problems and the air traveller." <u>Travel Medicine International</u> 1992; 10(3):98-100.

Harding R M, "Future high altitude operations." In: Pilmanis A A, ed. The Proceedings of the 1990 Hypobaric Decompression Sickness Workshop. Brooks Air Force Base, Texas: The Armstrong Laboratory, June 1992, AL-SR-1992-0005, 537-538.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 7 of 16
January 2005

Harding R M, "Decompression sickness experience outside North America."
In: Pilmanis A A, ed The Proceedings of the 1990 Hypobaric Decompression
Sickness Workshop. Brooks Air Force Base, Texas: The Armstrong
Laboratory, June 1992, AL-SR-1992-0005, 467-471.

Harding R M, "Aerospace Medicine Research in the 21st Century - Aircrew
Protective Equipment." Abstracts of the 1992 Annual Scientific Meeting of
the Aerospace Medical Association. Aviat Space Environ Med 1992; 63: 438.

Harding R M, Lyons T J, Freeman J E, and Oakley C J, "G-induced loss of
consciousness accidents: USAF experience 1982-1990." Aviat Space Environ
Med 1992; 63: 60-66.

Harding R M, "The use of pressure breathing in modern fighter aircraft (Pt
2)." Bulletin of the Asociacion Iberoamericana de Medicina Aerospacial
1991; 2(3): 3 - 4.

Harding R M, "The use of pressure breathing in modern fighter aircraft
(Pt 1)." Bulletin of the Asociacion Iberoamericana de Medicina Aerospacial
1991; 2(2): 3 - 4.

Harding R M, Lyons T J, Freeman J E and Oakley C J, "G-induced loss of
consciousness accidents: USAF experience 1982 - 1990." In: High Altitude
and High Acceleration Protection for Military Aircrew. Neuilly sur Seine,
France: NATO Advisory Group for Aerospace Research and Development,
1991, AGARD-CP 516, 5.1 - 5.9.

Harding R M, Blick M, Krock L P, Hopper N and Munson R A,
"Echocardiographic changes during positive pressure breathing." Abstracts of
the 1991 Annual Scientific Meeting of the Aerospace Medical Association.
Aviat Space Environ Med 1991; 62: 448.

Harding R M, Thomas P and Milledge J, "Peak expiratory flow at altitude."
Thorax, 1990; 45: 620-622.

Harding R M and Bomar J B, "Positive pressure breathing for acceleration
protection and its role in prevention of in-flight G-induced loss of
consciousness." Aviat Space Environ Med, 1990; 61: 845-849.

Harding R M, Chopp C S, Bomar J B, Holden R D, Bauer D H, "Rapid
decompression to 50,000 feet: effect on heart rate response." Aviat Space
Environ Med, 1990; 61: 604-608.

Harding R M, "Molecular sieve oxygen concentrators in military aircraft."
Aeromedical & Training Digest, 1990; 4(1): 47-54.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 8 of 16
January 2005

Harding R M and Robertson K, "Simultaneous respiratory responses during flight in a two-seat high performance aircraft." Abstracts of the 1989 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1989; 60: 481.

Harding R M, Stone B M, Brown G A, Nicholson A N, and Smith P A, "Hypoxic ventilatory responses and sleep at altitude." Proceedings of the Birmingham Medical Research Expeditionary Society Symposium on Acute Mountain Sickness, Birmingham 1988.

Harding R M, "Medical support for manned spaceflight." Aviat Med Qtrly 1988; 2: 43-55.

Harding R M, Cresswell G., McPhate D, and Farmer E.W., "Positive pressure breathing with and without chest counterpressure - an assessment in air combat manoeuvering flight." Abstracts of the 1988 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1988; 59: 480.

Harding R M, "The role of molecular sieves in modern fighter aircraft. DHSS Health Service Estate, No 61, Dec 1987: 50-53.

Harding R M and Cresswell G., "Royal Air Force flight trials of positive pressure breathing." Proceedings of the RAeS Symposium on High G and High G Protection, Oct 1987.

Harding R M, "Human respiratory responses during high performance flight." Advisory Group for Aerospace Development and Research, AGARDograph 312, 1987.

Harding R M, Ernsting J., Harmer P. and Tonkins W.J. "The laboratory assessment of the advanced oxygen system for the Harrier GR Mk5 aircraft." Abstracts of the 1986 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1986; 57: 512.

Harding R M, "Physiological problems of ascent to altitude." Int J Av Safety 1985; 3: 242-245.

Harding R M, "Human problems of space travel." Spaceflight 1985; 27: 254-256.

Harding R M, "Human respiratory responses during high performance flight." Abstracts of the 1985 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1985; 56: 483.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 9 of 16
January 2005

Harding R M, "In-flight respiratory responses in high performance aircraft."
Preprints of the 54th Annual Scientific Meeting of the Aerospace Medical
Association, 1983, 104-105.

A series of 19 articles on Aviation Medicine was commissioned
by the British Medical Journal and published between April and
August 1983. The collected articles were published in book form
in November 1983, reprinted in 1985, and a revised second edition
was published in November 1988. An extensively updated third
edition was published in October 1993. Journal citations are as
follows:

Harding R M and Mills F J

"Problems of altitude I: Hypoxia and hyperventilation." 286:
1408-1410

"Problems of altitude II: Decompression sickness and other effects
of pressure changes." 286: 1498-1500

"Function of the special senses in flight I: Vision and spatial
disorientation." 286: 1728-1731

"Function of the special senses in flight II: Motion sickness, and
noise and communication." 286: 1808-1808

"Is the crew fit to fly? I: Licensing requirements for aircrew."
287: 114-116

"Is the crew fit to fly? II: Specific medical considerations." 287:
192-195

"Medical aspects of airline operations I: Health and hygiene." 286:
2041-2043

"Medical aspects of airline operations II: Aircrew schedules and
emergency considerations." 287: 37-39

"Special forms of flight I: Balloons, gliders and hang gliders." 287:
277-278

"Special forms of flight II: Helicopters." 287: 346-349

"Aviation medicine: a valediction." 287: 543

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 10 of 16
January 2005

Mills F J and Harding R M

"Acceleration I: Long duration acceleration." 286: 1557-1559

"Acceleration II: Short duration acceleration." 286: 1630-1631

"Medical emergencies in the air I: Incidence and legal aspects."
286: 1311-1312

"Medical emergencies in the air II: Equipment and prevention."
286: 1204-1206

"Fitness to travel by air I: Physiological considerations." 286:
1269-1271

"Fitness to travel by air II: Specific medical considerations." 286:
1340-1341

"Special forms of flight III: Supersonic transport." 287: 411-412

"Special forms of flight IV: Manned spacecraft." 287: 478-482

## Service Publications

Harding R M, Armstrong Laboratory Sustained Acceleration Technical Area
Plan, Aug 90.

Harding R M, Brown G A, Gradwell D P and Lupa H T, "An evaluation of
counterpressure garments by spirometric measurements of lung volume."
RAF IAM Report No 669, 1989.

Harding R M, "USAFSAM Man-rating of the YF-22A life support system."
Letter Report, Oct 89.

Harding R M, "USAFSAM Man-rating of the YF-23A life support system."
Letter Report, Aug 89.

Harding R M, "Physiologic effects of positive pressure breathing."
USAFSAM Position Paper, Nov 88.

Harding R M, "Oxygen installations." Revision of Defence Standard 00-970,
Volume 1, Chapter 718, 1987.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 11 of 16
January 2005

Harding R M, "I learnt about integration from that ..." Report of the 26th meeting of the Air Standardization Coordinating Committee's Working Party 61, Nov 85; 4: 65.

Harding R M, "Procedures for calibration of in-flight data acquisition equipment." ASCC Air Standardization Agreement 61/41, 1985.

Harding R M, "Respiratory physiology during flight: a review." RAF IAM Report No 642, 1985.

Harding R M, RAF IAM Accident Investigation Report No 6/85 - Hawk T Mk1 XX293, 17 Apr 85.

Harding R M and Barwood A J, RAF IAM Accident Investigation Report No 5/85 - Jaguar GR1 XZ368, 1 Apr 85.

Harding R M, "A comparison between the noise-attenuating properties of two flexible mask hoses and the standard oxygen mask hose used in Harrier aircraft." RAF IAM Aircrew Equipment Report No 507, 1984.

Harding R M, "The in-flight assessment of aircrew equipment assemblies for use by Tornado ADV flight test crew." RAF IAM Aircrew Equipment Group Report No 506, 1984.

Harding R M, "RAF medical officers in-flight incident guide and check list." 1983. [Coordinator]

Harding R M, "The in-flight study of respiratory variables: a report on the RAF IAM flight trial at RAF Brawdy." August and September 1983. RAF IAM Altitude Division Report No A19, 1983.

Harding R M, "An in-flight assessment of two visors for use with helmet-mounted displays." RAF IAM Altitude Division Report No A18, 1983.

Harding R M, "Oxygen equipment and assemblies." AP3456, Part 1, Section 2, Chapter 1, 1982.

Harding R M, "A standardization of the numerical conversion of liquid to gaseous oxygen." RAF IAM Altitude Division Report No A5, 1982.

Harding R M and Harrison R, "Assessment of an NBC hose assembly for use in Jaguar aircraft." RAF IAM Aircrew Equipment Group Report No 451, 1981.

Harding R M, "Hyperventilation." Air Clues, May 1981: 188.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 12 of 16
January 2005

Harding R M, "Hypoxia - another fuel crisis." Air Clues, Feb 1980: 60-61.


<u>Formal Presentations</u>

"Statistics of amusement ride deaths and injuries: why we are here." Panel on "Aerospace Medicine in a non-traditional setting: the physiology and safety of amusement rides and racing." 74th Annual Meeting of the Aerospace Medical Association, San Antonio, TX, May 2003.

"On Site Investigation: What Does the Biomechanics Expert Need to Know?" State Bar of Texas, Prosecuting or Defending a Trucking Accident Case, San Antonio, TX, September 2002.

"Injury Causation Analysis" New York Statewide Traffic Accident Reconstruction Society (NYSTARS) Conference, Yorktown Heights, NY, April 2002.

"Back to Basics: Fundamentals of automotive safety engineering and accident analysis", with Ford-Corrigan, C. American Bar Association Conference on Emerging Issues in Motor Vehicle Product Liability Litigation, Phoenix, AZ, March 2002.

"Impact Biomechanics for the Health Care Professions" Pre-Conference Seminar. 44th Association for the Advancement of Automotive Medicine Annual Scientific Conference, Chicago, IL, October 2000.

"Products over the Pond: is US style litigation invading the UK?" American Bar Association 2000 Annual Meeting, London, England, July 2000.

Banks, R.D.; Harding, R.M. Human Interaction with Deploying Air Bags. 71st Annual Meeting of the Aerospace Medical Association, Houston, TX, 2000.

"Effective retention, utilization and coordination of experts in a trucking case." American Bar Association, Transportation Mega-Conference III, New Orleans, LA, May 1997.

"Understanding 'Whiplash': Analysis of Low Speed Rear-Impact Testing Using Human Test Subjects." Society of Automotive Engineers, Inc., Low Speed Collision TOPTEC, Richmond, BC, Canada, Aug 96.

"Aviation physiology issues in aircraft accident investigation." Presentation to the seminar on medical aspects of aircraft accident investigation. Civil Aeromedical Institute, Oklahoma City, OK, June 95.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 13 of 16
January 2005

"Is there a doctor on board?" Travel Medicine Symposium. Mid Staffordshire Post-Graduate Medical Centre, Feb 94.

"Aviation Medicine." Watford Post-Graduate Medical Centre meeting, Sep 93.

"The physiology of positive pressure breathing for G protection." Panel presentation to the 1993 Annual Scientific Meeting of the Aerospace Medical Association.

"Aviation Physiology." St Mary's Hospital Medical School, 3rd year medical students applied physiology course, Dec 92.

"Aviation Medicine." St George's Hospital anaesthetic department meeting, Jul 92.

"Manned Spaceflight." Department of Air Warfare Senior Officers Course, RAF Cranwell, Jun 92.

"Medical Selection of Space Travellers." Presentation to the 1991 International Space Development Conference, San Antonio TX, May 91.

"The Role of the RAF Institute of Aviation Medicine." Presentation to the Alamo Chapter of the SAFE Organization, Brooks AFB, San Antonio TX, Apr 90.

"Pressure Breathing in Modern Fighter Aircraft." Presentation to Rotary Club of San Antonio West, Lackland AFB, San Antonio TX, Mar 90.

"The Place and Problems of Pressure Breathing in Modern Fighter Aircraft." Sixth Annual NATO Flight Surgeons' Conference, Ramstein Air Base, FRG, Mar 90.

"Physiologic Effects of Positive Pressure Breathing." Panel Session on Research and Development Needs in Aircrew Protection Technology. Annual SAFE Symposium, New Orleans LA, Dec 89.

"Advanced Oxygen Systems." Presentation to the Air Force Test and Evaluation Center (AFOTEC), Kirtland AFB, Albuquerque NM, Oct 89.

"Royal Air Force Flight Trials of PBG." Third Annual Interservice/Industry Acceleration Colloquium. Armstrong Aerospace Medical Research Laboratory, Wright-Patterson AFB, Dayton OH, May 89.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 14 of 16
January 2005

"Historic Background of PPB." Third Annual Interservice/Industry Acceleration Colloquium. Armstrong Aerospace Medical Research Laboratory, Wright-Patterson AFB, Dayton OH, May 89.

"RAF flight trials of positive pressure breathing." Panel Session on Breathing Systems and Acceleration Protection. Annual SAFE Symposium, Las Vegas NV, Dec 88.

"Medical support for manned spaceflight." RAeS Symposium on Manned Spaceflight, London, Mar 88.

"Aviation medicine in the Royal Air Force." Leeds University Medical School, Mar 88.

"Manned spaceflight." Department of Air Warfare Senior Officers Course, RAF Cranwell, Feb 88 & Jun 88.

"Recent advances in aircrew breathing systems." Meeting of the United Services Section of the Royal Society of Medicine, London, Dec 87.

"Fit to fly." VIth Annual Meeting of Senior Registrars in Chest Medicine, Cambridge, Sep 87.

"Aviation medicine." Redhill Hospital British Medical Association meeting, Feb 87.

"Aviation medicine." St Bartholomew's Hospital post-graduate medical meeting, Feb 87.

"Medical problems of manned spaceflight." RAF Cranwell Branch of the RAeS, Jan 87.

"Respiratory aspects of aviation medicine." Scottish Thoracic Society's winter meeting, Glasgow, Nov 86.

"In-flight incidents." AGARD Aviation Medicine Refresher Course for NATO Flight Surgeons. Farnborough, Oct 86.

"Oxygen systems of NATO fast jet aircraft." AGARD Aviation Medicine Refresher Course for NATO Flight Surgeons. Farnborough, Oct 86.

"Cardiovascular aspects of manned flight." The London Chest Hospital post-graduate medical meeting, Aug 86.

"Aviation medicine." Royal Berkshire Hospital post-graduate medical meeting, May 86.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 15 of 16
January 2005

"Respiratory physiology in flight." University of Nottingham Physiology Department post-graduate meeting, Mar 86.

"Aviation medicine." RAF Hospital Ely post-graduate medical meeting, Sep 85.

"Aviation medicine." Chase Farm post-graduate medical meeting, Mar 85.

"Human physiological and mental adaptability to space." British Interplanetary Society Biannual Meeting, Brighton, Nov 84.

"Aviation medicine - the safe passage of an aircraft." Mackenzie Lecture, May 1984.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 16 of 16
January 2005