# EXHIBIT "C"

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Starley, Scott vs. Crete Carrier Corp. | 04/05 | D | 3rd Judicial District<br>Salt Lake City, UT | 020907021 PI |
| Sears, Terry vs. Novak, John E. | 03/05 | D | 240th Judicial District<br>Ford Bend County, TX | 03-CV-132245 |
| Stewart, Anastasia vs. LEARJET, Inc. | 02/05 | D | 9th Judicial District<br>Orange County, FL | CI0-00-0007811 |
| Rosas, Ramiro vs. Wren, Clay | 02/05 | D | 165th Judicial District<br>Harris County, TX | 200336768 |
| Hayes, Darrell C. vs. Collinson, Doris A. | 02/05 | D | Superior Court<br>King County, WA | 03-2-28320-7 SEA |
| Johnson, Marcus vs. Nelson, John | 01/05 | D | 284th Judicial District<br>Montgomery County, TX | 03-05-03439-CV |
| Ochoa, Rogelio vs. Williams Brothers Construction Co. | 01/05 | D | 389th Judicial District<br>Hidalgo County, TX | C-079-02-H |
| Hutton, Bill R. vs. Ford | 01/05<br>08/03 | B | 192nd Judicial District<br>Dallas, TX | 02-4658 |
| Whitley, Christine vs. Wytrzyszczewska, Maria | 01/05 | D | Circuit Court<br>Cook County, IL | 02 L 09036 |
| Rodriguez, Robertina vs. Ford | 12/04 | D | Circuit Ct., 13th Jud. Dist.<br>Hillsborough County, FL | 01004696 |
| Schempf, Gregory vs. Polaris Industries | 12/04 | D | District Court<br>Adams County, CO | 03CV437 |

Page 1

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Hoffman, Mikki vs. Rowland, Joseph | 12/04 | D | District Court<br>Lancaster County, NE | CI 031185 |
| Brichetto, Anthony vs. C. N. Brown Company | 12/04 | T | Superior Court<br>Cumberland County, ME | CV-02524 |
| Cowden, Kerry vs. Grider, Ronald | 11/04 | D | 5th Judicial Circuit<br>Vermillion County, IL | 03-L-50 |
| Davies, William vs. Florida Auto Auction of Orlando, Inc. | 10/04 | D | 9th Judicial Circuit<br>Orange County, FL | 03-CA 5344 |
| Wedekind, Lynn vs. Kemper Insurance Company | 10/04 | A | Superior Court<br>King County, WA | 95-2-06325-8SEA |
| Redeker, Deana vs. Lonati, Chrissy | 10/04 | T | Superior Court<br>County of Maricopa, AZ | CV-2001-017787 |
| Robinson, Patrick vs. Kansas City Southern Railway Co. | 10/04<br>09/04 | B | 393rd Judicial District<br>Denton County, TX | 2003-60130-393 |
| Ash, Laurel vs. Ford Motor Company | 10/04 | D | Circuit Court<br>Wayne County, MI | 03-331831-NP |
| Allen, John Milford vs. Nao, Tuyet Mai | 10/04 | D | 99th Judicial District<br>Lubbock County, TX | 2001-516,082 |
| King, Thomas & Catherine vs. Airborne Express | 10/04 | D | 17th Judicial District<br>Broward County, FL | 03 005291 09 |
| Capetillo, Amelia vs. County of Hidalgo | 08/04 | D | District Court<br>Hidalgo County, TX | C-1672-99-F |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Levis, Richard, Jrs. vs. Shell Oil Company | 08/04 | D | Circuit Court, 17th Judicial District Broward County, FL | 96-015500-12 |
| Tircuit, Jessica vs. McKenzie, Orville | 07/04 | D | Circuit Court, 17th Judicial District Broward County, FL | 03-02224-CACE 05 |
| Peifer, Laury vs. Krupa, Richard Patrick | 06/04 | D | 15th Judicial District Palm Beach County, FL | CA 02-05049 AO |
| Presley, Rebecca vs. Witcher, James | 06/04 | D | United States District Court Western District of KY at Louisville | 3:03-CV-00117 |
| Putman, Albert P. vs. Eagle Concrete Contractors, Inc. | 05/04 | D | 18th Judicial Circuit Dupage County, IL | 98 L 680 |
| McLendon, Michael vs. Nissan Motor Co., Ltd. | 03/04 | D | United States District Court Eastern District of TX, Marshall Div. | 2-03CV-015 |
| Brown, Randi R. vs. Recreational Equipment, Inc. | 02/04 07/03 | B | United States District Court District of Arizona | CIV 02 0857 PNX FJM |
| Page, Lynn D. vs. Howe, Winston A. | 02/04 | D | 18th Judicial District, Div 2 Douglas County, CO | 2001CV93 |
| Edmondson, Edward R. vs. Waits, Charles O. | 02/04 | D | Division Ten Jefferson Circuit Court, KY | 00-CI-08296 |
| Martinez, Roberto vs. Michelin Corp. | 02/04 | D | 352nd Judicial District Tarrant County, TX | 197320-03 |
| Pogge, John vs. Cassio, Cheryl | 01/04 | D | District Court Arapahoe County, CO | 02CV1615 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Page 3

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Ochoa, Maria "Belen" vs. Velal, Severiano | 01/04 | D | 389th Judicial District Hidalgo County, TX | C-911-02-H |
| Speed, Henry J. vs. The Sports Authority, Inc. | 01/04 | D | State Court Fulton County, GA | 00VS012400F |
| Hendricks, Suzanne vs. Shaffer, Leonard | 01/04 | T | District Court Jefferson County, CO | 03-CV-0260 Div. 6 |
| Peralez, Jesus G. vs. General Motors Corporation | 12/03 | D | 381st Judicial District Starr County, TX | DC-020375 |
| Sepe, Louis vs. Torma, Joseph G. | 12/03 | T | Supreme Court Broome County, NY | 199600438 |
| Haley, Tina vs. Kittmer, Donald | 11/03 | T | Superior Court Pierce County, WA | 00-2-8598-8 |
| Molina, Alejandro vs. Valdez, Frederico | 10/03 | D | 19th Judicial Circuit Martin County, FL | 03-303 CA |
| Bramlett, Dean vs. Provident Ins. | 09/03 | T | United States District Court Middle District of FL, Tampa Division | 01-CV-2111-T-24MAP |
| Pettyjohn, Pam vs. Wimmer, Jacquelyn | 09/03 | D | Circuit Court Greene County, MO | 102CC2458 |
| Contreras, Dufferian vs. State Farm | 08/03 | D | Civil Division Berrien County, MI | 02-3839-NF-M |
| Abernethy, Teresa vs. Lory Jonathan | 08/03 | D | 20th Circuit Court Lee County, FL | 02-1348 CA |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Page 4

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Houle, Delores vs. Botchev, Anton | 08/03 | T | District Court – NE Div, Issaquah King County, WA | 01-2-23494-3 SEA |
| Allen, Julie Ann vs. L. H. Lacy Co., Ltd. | 08/03 | D | 362nd Judicial District Denton County, TX | 2002-41230-362 |
| Carter-Wrothwell, Ruthie vs. The Lucks Company | 07/03 | T | District Court, Seattle Div. King County, WA | 99 08257 |
| Lourenco, Deborah vs. Whitt, Thomas R. | 06/03 | D | 13th Judicial Circuit Hillsborough County, FL | 01-7415 |
| Munden-Yearly, Vicki vs. The BNSF Railway Company | 06/03 | D | Circuit Court Jackson County, MO | 01-CV-21958 |
| Williams, Bonnie vs. Northside Ford | 06/03 | D | 57th Judicial District Bexar County, TX | 2000-CI-02315 |
| Pointer, Robyn vs. Detroit Edison | 06/03 | D | Circuit Court Macomb County, MI | 01-712-NI |
| Conner, James vs. Ocean Inn | 06/03 05/03 | B | 7th Judicial District Volusia County, FL | 2002-30621-CICI (DIV.32) |
| Minnex, Thomas vs. Miner-Dederick Constructors, Inc. | 06/03 | D | Probate Court Number One Harris County, TX | 327-369-401 |
| Smith, Robert vs. Duly, Jan | 05/03 | D | Circuit Court Daviess County, MO | CV300-59CC |
| Androvic, Richard vs. Miller, Michael | 05/03 | D | Superior Court J.D. of Newhaven, CT | CV-99-0431449-S |

Page 5

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Tellez, Manuel vs. Stewart & Stevenson Services | 05/03 | D | 206th District Court<br>Hidalgo County, TX | C-692-02-D |
| Haley, Tina vs. Kittmer, Donald | 05/03 | D | Superior Court<br>Pierce County, WA | 00-2-08598-8 |
| Colter, Emma vs. AIG Insurance Company | 05/03 | D | Court of Common Pleas<br>Cuyahoga County, OH | 442157 |
| Smith, Jackie vs. FedEx Ground Package System, Inc. | 05/03 | T | United States District Court<br>Eastern District of TX<br>Marshall Division | 2-01 CV205-DF |
| O'Brien, Rita vs. Ford | 05/03 | D | Circuit Court<br>Mobile County, AL | CV-2001-2973 |
| Gutierrez, Guillermina vs. Mattar, Marguerite | 04/03<br>01/99<br>07/98 | B | County Court at Law Number One<br>Hidalgo County, TX | CL-29, 172-A |
| Corapi, Richard vs. Spontak, Joseph | 04/03 | D | 18th Judicial Circuit Court<br>Brevard County, FL | 05-2001-CA-5915 |
| May, John vs. New Ridge Mining Co. | 04/03 | D | Circuit Court<br>Mingo County, WV | 02-C-107 |
| Rice, Melissa vs. Wal-Mart Stores, Inc. | 03/03 | D | United States District Court<br>Southern District of TX, Houston Div. | H-01-2507 |
| Larsen, Wilhelm vs. George, Curtis Lee | 03/03<br>12/01 | B | 15th Judicial District<br>Palm Beach County, FL | CL 99-2516 AB |
| Torres, Joel vs. Lee, Delma Eugene | 03/03 | D | 353rd Judicial District<br>Travis County, TX | GN-104252 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Page 6

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Reynolds, Thomas vs. LeBlanc, Amy Lynn | 03/03 | D | Circuit Court<br>Seminole County, FL | 00-CA-1858-08-K |
| Cotter, Matthew vs. Schroeder, Donald | 02/03 | T | District Court<br>Adams County, CO | 00CV2009 Division A |
| Watts, Sheila vs. Colbert, Regean | 02/03<br>07/02 | D | 352nd Judical District<br>Tarrant County, TX | 352-187370-01 |
| Rico, Benigno vs. Titan Tire Corporation of Texas | 02/03 | D | District Court<br>Cameron County, TX | 2002-04-1465-B |
| Fait, Joseph vs. C & S Trailers, Inc. | 02/03 | D | Circuit Court<br>Duval County, FL | 01-8466-CA |
| Arenivas, Audilio vs. Lehr, Randy Bert | 01/03 | D | District Court<br>Oklahoma County, OK | CJ-2002-999 |
| Nowakowski, Marisela vs. Ford | 01/03 | D | 275th Judicial Court<br>Hidalgo County, TX | C-124-02-E |
| Guillory, Connie vs. Adams, Dewayne | 12/02 | D | 14th Judicial Court<br>Parish of Calcaseiu, LA | 2002-001171 |
| Aguilera, Raquel Emilia Agreda vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN,<br>Indianapolis Div. | IP 01-5193-C-B/S |
| Vallenilla, Elsa vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN,<br>Indianapolis Div. | IP 01-5231-C-B/S |
| Underwood, Alan vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN,<br>Indianapolis Div. | IP 01-C-5546-B/S |

Page 7

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Salegui, Eduardo Urdaneta vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5011-C-B/S |
| Rujano, Rufino vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5013-C-B/S |
| Pedraza, Antonio vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5268-C-B/S |
| Pedraza, Nidia vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5321-C-B/S |
| David, Antonio vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5120-C-B/S |
| David, Sumaya vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5115-C-B/S |
| David, Sumaye vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5119-C-B/S |
| David, Jessica vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5114-C-B/S |
| Paniz, Nedo vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5111-C-B/S |
| Paniz, Hilda vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5107-C-B/S |
| Paniz, Ennio vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5102-C-B/S |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Page 8

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Johnson, Wilma J. vs. Robinson, Debrah Akemon | 10/02 | T | Superior Court<br>Jackson County, IN | 36 D01-0003-CT-9 |
| Poku, Kwasi vs. Johnson, Melvin Thomas | 09/02 | T | Superior Court<br>King County, WA | 01-2-10756-9KNT |
| Roberts, Allen vs. Contract Freighters, Inc. | 09/02 | T | United States District Court<br>Southern District of TX, Laredo Division | 5-01-CV-66 |
| Cole, Mary Jane vs. Gilbane Building Co. | 08/02 | D | 57th Judicial District<br>Bexar County, TX | 99-CI-08979 |
| Mack, Robert Phillip vs. Dietz, Christine Lynn | 08/02 | D | 17th Judicial District<br>Broward County, FL | 00-006653 (18) |
| Harrell, Linda vs. Lynch, Jeffery | 07/02 | D | Scott Circuit Court<br>Scott County, IN | 72C01-0007-CT-90 |
| Goolsby, Larry vs. Continental General Tire | 06/02 | D | United States District Court<br>Southern District of TX | G-01-486 |
| Thomas, Gary Allen vs. G&K Services, Co. | 06/02 | D | United States District Court<br>Eastern District of LA | 01-1637 |
| Campos, Kristina vs. Dickerson, Sammy | 06/02 | D | 200th Judicial District<br>Travis County, TX | GN001611 |
| Rodriguez, Ezequiel vs. Brazos Masonry, Inc. | 05/02<br>04/02 | B | 238th Judicial District<br>Midland County, TX | CV-42,815 |
| Briant, Larry vs. The Grounds Keeper, Inc. | 05/02 | D | Iowa District Court<br>Polk County, IO | CL 85096 |

Page 9

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Larson, Billy Joe vs. Heritage Trucking, Inc. | 05/02 | D | Industrial Commission of AZ | 98212325726 |
| Hentzell, Shannon Lynn vs. Time Warner Entertainment | 04/02 | D | 103rd Judicial District Cameron County, TX | 2001-06-2965-D |
| Dulla, Betty Ann vs. Drayton, Shalonda | 04/02 | D | Superior Court Lake County, IN | 45D01-9910-CT-764 |
| Sterrett, Linda vs. Landon, Steven | 04/02 | T | District Court Adams County, CO | 99CV2296 |
| Kemp, Larry vs. Nguyen, Hai T. | 04/02 | T | County Court at Law Number One Tarrant County, TX | 2000-004032-1 |
| Cooley, Richard vs. Pheasant Run Condominiums | 03/02 | D | Circuit Court Brevard County, FL | CI 96-4635 |
| Hopson, Jack L. vs. Uhlman, Kenneth R. | 03/02 | D | District Court Douglas County, NE | DOC 1000 NO 056 |
| Comeau, Charlene vs. Motil, Lance | 03/02 01/02 | B | Circuit Court Pinellas County, FL | 98-8210-CI-13 |
| Adams, Mandy vs. Sorensen, Jesse | 03/02 02/02 | B | Circuit Court Pennington County, SD | 99-756 |
| Young, Ricky L. vs. Gainey Transportation | 02/02 03/01 | B | 17th Judicial Circuit Kent County, MI | 99-11214-NI |
| Walker, Chris L. vs. Pepsi Food Services | 02/02 | D | Circuit Court Orange County, FL | CI98-2229 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Page 10

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Little, Randi vs. CSR America | 02/02 | D | 12th Judicial Circuit Collier County, FL | 99-3744 CA |
| Lopez, Michael vs. Telluride Gravel | 01/02 | T | District Court San Miguel County, CO | 00CV71 Div 2 |
| Pelini, Joanne vs. Kleegar, Shelby | 01/02 | T | Supreme Court Nassau County, NY | 99-006905 |
| Pierce, E. Gene vs. Humber, Richard | 12/01 | D | Circuit Court Jefferson County, WV | 00-C-309 |
| Boyd, Glenna vs. Webster, Shari | 12/01 | T | 3rd Judicial District Brookings County, SD | 00-0055 |
| McAlister, Philip vs. Owens County Sausage | 12/01 | D | District Court Cleveland County, OK | CJ-2001-178 L |
| Vela, Daniel vs. Express Trucking, Inc. | 12/01 | D | United States District Court Southern District of TX, McAllen Division | M-00-211 |
| Escajeda, Anthony J. vs. Burlington Northern RR | 11/01 | D | 2nd Judicial District Bernalillo County, NM | CV 99-09355 |
| Caviness, Nadine vs. Central Freight Lines, Inc. | 11/01 | D | 62nd Judicial District Hopkins County, TX | 32746 |
| Martinez, Josie vs. Pacific Gas and Electric Corp. | 11/01 | D | 49th Judicial District Webb County, TX | 2000-CVQ-1258-D1 |
| Anderson, Edward vs. R & B Falcon | 10/01 | D | 16th Judicial District Iberia Parish, LA | 95,031 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Page 11

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Cage, Bert vs. Saddler, Jimmie | 10/01 | D | 19th Judicial District St. Lucie County, FL | 00-CA-000859AN |
| Etienne, Monique vs. Staples, Charity | 08/01 | D | 8th Judicial Circuit Aluchua County, FL | 01-00-CA-2695 K |
| McCord, Jessica vs. Marquez, Guillermo | 08/01 | D | 223rd District Court Gray County, TX | 31,611 |
| Cumiford, Curtis vs. Valdez, Jose | 08/01 | T | Superior Court Yakima County, WA | 00-2-01621-1 |
| Hull, Regina vs. Alagasco | 07/01 | D | Circuit Court Montgomery County, AL | 99-3069-SH |
| Asher, Dorothy Cooper vs. SW Bell Telephone | 07/01 | D | 150th Judicial District Bexar County, TX | 99CI02894 |
| Norman, Marsha vs. Trinity Valley Electric Coop, Inc. | 07/01 | D | 134th Judicial District Dallas County, TX | DV99-6963-G |
| Lockamy, Vernie vs. City of Tucson | 06/01 04/01 | B | Superior Court Pima County, AZ | 326586 |
| Armijo, Phillip vs. Texas Medical, Inc. | 06/01 | D | 192nd Judicial District Dallas County, TX | DV99-02948-K |
| Rueda, Maria vs. Richardson, J. Shannon | 06/01 | D | County Court at Law No. 3 Hidalgo County, TX | CL-29,810-C |
| Peters, Tim vs. Gutherman, Daniel | 06/01 | D | 9th Judicial District Orange County, FL | CI99-8342 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Compean, Apolinar vs. Ford | 05/01 | D | United States District Court<br>Southern Dist. of TX, Brownsville Div. | B-00-028 |
| Rauch, Maria del Carmen vs. National Distributing | 05/01<br>02/01 | B | 293rd Judicial District<br>Maverick County, TX | 98-12-15662-CV |
| Dunn, Kyle vs. Oakes, Brian | 05/01<br>01/01 | B | 20th Judicial District<br>Lee County, FL | 99-4474-CA-JBR |
| Lewis, Carl vs. Thrifty Payless, Inc. | 04/01 | D | District Court<br>Clark County, NV | A414767 Dept. No. XII |
| Weatherford, Theresa vs. Brookshire Grocery | 04/01 | D | 62nd Judicial District<br>Hopkins County, TX | 31,776 |
| Murphy, Catherine vs. Amica Mutual Ins. Co. | 04/01 | D | United States District Court<br>District of CT | 3:99 CV2411 (JBA) |
| Segura, Arthur vs. TexStar Enterprises | 04/01 | D | 57th Judicial District<br>Bexar County, TX | 99-CI-04852 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Page 13

EXHIBIT "D"


BIODYNAMIC RESEARCH CORPORATION

# HERBERT M. GUZMAN

## CURRICULUM VITAE

### EDUCATION

| | | |
|---|---|---|
| B.S. | Mechanical Engineering<br>The University of Texas at San Antonio<br>San Antonio, Texas | 1988 |
| | San Antonio Community College<br>San Antonio, Texas | 1982 |
| | College of Architecture<br>Universidad Rafael Landivar<br>Guatemala City, Guatemala<br>(Courses in graphic expression, construction<br>drafting, applied descriptive geometry, and<br>design.) | 1980-1981 |

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Senior Engineer<br>Biodynamic Research Corporation<br>San Antonio, Texas | 1995-Present |
| Engineer<br>Biodynamic Research Corporation<br>San Antonio, Texas | 1988-1995 |
| Junior Engineer<br>Biodynamic Research Corporation<br>San Antonio, Texas | 1986-1988 |
| Computer Operator (Part-time)<br>Western Union<br>San Antonio International Airport<br>San Antonio, Texas | 1985-1986 |

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HERBERT M. GUZMAN
Curriculum Vitae
Page 1 of 4
January 2004

## SPECIALIZED SKILLS

Computer Languages and Systems

> Waterloo Pascal on IBM 370 series mainframe
> Borland Turbo Pascal 5.5 on IBM PC/compatible personal computers
> DEC Fortran 77 on Digital VAX mainframes/workstations
> Microsoft For on IBM PC compatible personal computers
> Microsoft Basic 4.5 on IBM PC/compatible personal computers
> Hewlett-Packard Basic on Hewlett-Packard workstations
> DEC PL1 on IBM 370 and DEC VAX mainframes
> Matlab-Controls, Matlab-Signal Processing,
> Simulink, MathCad, Labview Data Acquisition/Signal Processing
> Data Acquisition/Signal Conditioning Equipment
> Borland C/C++ on personal computers
> MIT, High-Speed Videography and Photography Course
> Northwestern University, Traffic Accident Reconstruction I Course
> Madymo, Mathematical Dynamical Model Course I
> ATB, Dynaman

## PUBLICATIONS

Guzman, HM; Burgess, JM; Singh, YP. Data Acquisition and Controls of Mold Oscillator Mechanisms for Continuous Casters. Proceedings of the 1989 ASME International Computers in Engineering Conference and Exposition. 1989; 1:565-70.

Burgess, JM; Guzman, HM; Singh, YP. Mold Oscillator Mechanisms for Continuous Casters, Synthesis and Computerized Design. Proceedings of the 1989 ASME International Computers in Engineering Conference and Exposition. 1989; 1:257-64.

Raddin, JH, Jr.; Scott, WR; Bomar, JB; Smith, HL; Benedict, JV; McConnell, WE; Perret, PK; Guzman, HM. Adapting the Adam Manikin Technology for Injury Probability Assessment. Final Report for Contract #F41624-91-C-6003. Prepared for Armstrong Laboratory, Human Systems Division, Crew Systems Directorate, United States Air Force, Brooks AFB, Texas. Submitted for Publication as USAF Armstrong Laboratory Technical Report SBIR Contract F41624-91-C-6003. February, 1992.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HERBERT M. GUZMAN
Curriculum Vitae
Page 2 of 4
January 2004

Scott, MW, McConnell, WE, Guzman, HM, et al. Comparison of Human and ATD Head Kinematics During Low-Speed Rear-end Impacts. SAE Technical Papers Series #930094. Presentation to Society of Automotive Engineers, Inc., 1993 SAE International Congress & Exposition, Detroit, MI, March 1993.

McConnell, WE; Howard, RP; Guzman, HM; Bomar, JB; Raddin, JH, Jr.; Benedict, JV; Smith, HL; and Hatsell, CP. Analysis of Human Test Subject Kinematic Responses to Low Velocity Rear End Impacts. SAE Technical Papers Series #930889. Presentation to Society of Automotive Engineers, Inc., 1993 SAE International Congress & Exposition, Detroit, MI, March 1993.

Scott, Michael W.; Labra, John J.; Guzman, Herbert M.; Benedict, James V.; Smith, Harry L.; and Ziegler, James. "Injury Analysis of Impacts Between a Gage-Type Propeller Guard and a Submerged Head". Safe Journal. October 1994; 24(3):12-28.

McConnell, WE; Howard, RP; Van Poppel, J; Krause, R; Guzman, HM; Bomar, JB; Raddin, JH, Jr.; Benedict, JV; and Hatsell, CP. "Human Head and Neck Kinematics After Low Velocity Rear-End Impacts – Understanding 'Whiplash'". Presentation to Society of Automotive Engineers, Inc., 39th Annual Stapp Car Crash Conference Proceedings, Coronado, CA, November 1995.

Howard, Richard P.; Hatsell, Charles P.; and Guzman, Herbert M. "Temporomandibular Joint Injury Potential Imposed by the Low-Velocity Extension-Flexion Maneuver." J. Oral Maxillofac Surg. 1995; 53: 256-262.

Howard, Richard P.; Bowles, Alfred P.; Guzman, Herbert M; and Krenrich, Scott W. "Head, Neck, and Mandible Dynamics Generated by 'Whiplash'". Accid. Anal. and Prev. 1998; 30(4):525-534.

## PENDING PUBLICATIONS

Guzman, HM; McConnell, WE; and Smith, D. "Human Acceleration Measurements in Low-Speed, Angled Rear End Collisions." To be Presented at the Instrumentation Systems and Automation Society (ISA) Exposition 2003, Houston, TX, October 2003.

Guzman, HM; McConnell, WE; and Smith, D. "Vehicle Dynamics in Non-Collinear Low-Velocity Rear End Collisions." To be presented at the SAE Congress and Exposition, March 2004 (pending approval).

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HERBERT M. GUZMAN
Curriculum Vitae
Page 3 of 4
January 2004

McConnell, WE; Guzman, HM; Krenrich, SW; Bomar, JB, Jr.; Harding, RM; Raddin, JH, Jr.; and Funk, JR. "Human Kinematics During Non-Collinear Low Velocity Rear End Collisions." To be presented at the AAAM Conference, Lisbon, Portugal, September 2003.

Funk, JR; Pancratz, DJ; Bomar, JB; and Guzman, HM. "Vehicle Dynamics in Staged Low Speed Sideswipe Collisions." To be presented at the SAE Congress and Exposition, March 2004 (pending approval).

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HERBERT M. GUZMAN
Curriculum Vitae
Page 4 of 4
January 2004

# EXHIBIT "E"

# BRC
BIODYNAMIC RESEARCH CORPORATION

**Rate Schedule and Billing Practices
for Full or Limited Scope Services**

## BILLING RATES

Biodynamic Research Corporation (BRC) establishes hourly billing rates for employees and affiliates based on their individual experience, education/training and skill level. Following are the standard hourly billing rate ranges for BRC's various staff classifications:

**Lead Consultant** ................................................................................................................................................. **$210 - $575**
> Senior technical professional responsible for directing the conduct of all work on an engagement. Also responsible for delivering/communicating the technical content and results of the engagement.

**Physician and Ph.D. Engineer** ............................................................................................................................ **$210 - $300**
> Senior technical professional providing specialized/high level medical or engineering support on an engagement. May also be responsible for technically directing an engagement. May also be capable of delivering/communicating the technical content and results of the engagement.

**Senior and Staff Engineer** ................................................................................................................................... **$100 - $195**
> Engineering professionals skilled and experienced in managing and/or executing technical assignments in support of an engagement.

**Illustrator/Animator** ............................................................................................................................................ **$90 - $165**
> Degreed professionals responsible for the development of diagrams, illustrations, animations, simulations, film documentaries and/or working models in support of an engagement.

**Nurse Analyst** ....................................................................................................................................................... **$105**
> Registered and licensed nurse professionals trained and experienced in organizing, analyzing and summarizing medical records in support of an engagement.

**Information Research Specialist** ........................................................................................................................... **$95**
> Degreed professionals responsible for the design and execution of information research approaches in support of an engagement.

**Legal Assistant** ..................................................................................................................................................... **$86**
> Professionals trained and experienced organizing and summarizing information in support of an engagement.

**Technical Assistant** .............................................................................................................................................. **$55 - $140**
> Engineering, laboratory or graphics technician, or other support personnel responsible for the execution of specialized tasks in support of technical or other engagement related activities.

**File Initiation Fee** ................................................................................................................................................. **$125 - $375**
> Charges for all engagement related long-distance telephone, regular postage, facsimile, and photocopy costs (excluding copy requests from non-clients) are billed in a one time, fixed price administrative expense charge for each engagement. The fixed price charge will vary based on the nature of the engagement.

## PROFESSIONAL FEES

It is BRC's practice to charge professional fees based on the actual time worked and the above-noted billing rates.

## EQUIPMENT AND PROPRIETARY PRODUCT CHARGES AND RIGHTS

Special testing equipment and systems may be charged at daily or hourly rates which are comparable to rental rates from commercial equipment leasing companies. Proprietary products such as software, illustrations, animations or technical products will be charged at rates that reflect development costs and technical value. Equipment and proprietary products, including their copyrights and intellectual property rights, will remain the property of BRC unless other arrangements are made in writing. Specific equipment and proprietary product charges and terms will be provided upon request.

## EXPENSES AND OTHER CHARGES

Air travel expenses are billed at ticketed cost. However, local mileage is charged in accordance with I.R.S. guidelines. Engagement related out-of-pocket expenses incurred are billed at cost. Internally manufactured supplies, bulk illustration materials and X-ray film duplications are billed at standard expense rates. There is a $30 per deposition charge for deposition transcripts which are received and processed in hard copy format; those received and processed in ASCII format are not assessed this charge. Specific administrative expense charges and standard expense rates will be provided upon request.

## BILLING PRACTICE

It is BRC's standard practice to submit monthly invoices for professionals fees, equipment/proprietary product charges, and expenses incurred. All invoices are due and payable in U.S. dollars upon receipt.

## COST MANAGEMENT

To contain costs, it is BRC's practice to use personnel at lower billing rates, when possible and appropriate, to accomplish engagement related assignments. To facilitate cost management, fee estimates and engagement cost tracking and reporting services are available upon request. Additionally, when the work requested can be sufficiently defined and the related expenses can be reasonably predicted, BRC may provide services on a fixed price basis. Standard hourly billing rates are modified on January 1 or otherwise at the discretion of BRC, and all of the preceding billing practices are subject to change at the discretion of BRC.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281  Fax (210) 691-8823
www.BRConline.com