# "EXHIBIT G"
# (Herb Guzman's CV)



# HERBERT M. GUZMAN

## CURRICULUM VITAE

### EDUCATION

| | | |
|---|---|---|
| B.S. | Mechanical Engineering<br>The University of Texas at San Antonio<br>San Antonio, Texas | 1988 |
| | San Antonio Community College<br>San Antonio, Texas | 1982 |
| | College of Architecture<br>Universidad Rafael Landivar<br>Guatemala City, Guatemala<br>(Courses in graphic expression, construction drafting, applied descriptive geometry, and design.) | 1980-1981 |

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Senior Engineer<br>Biodynamic Research Corporation<br>San Antonio, Texas | 1995-Present |
| Engineer<br>Biodynamic Research Corporation<br>San Antonio, Texas | 1988-1995 |
| Junior Engineer<br>Biodynamic Research Corporation<br>San Antonio, Texas | 1986-1988 |
| Computer Operator (Part-time)<br>Western Union<br>San Antonio International Airport<br>San Antonio, Texas | 1985-1986 |

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HERBERT M. GUZMAN
Curriculum Vitae
Page 1 of 4
January 2004

## SPECIALIZED SKILLS

Computer Languages and Systems

      Waterloo Pascal on IBM 370 series mainframe
      Borland Turbo Pascal 5.5 on IBM PC/compatible personal computers
      DEC Fortran 77 on Digital VAX mainframes/workstations
      Microsoft For on IBM PC compatible personal computers
      Microsoft Basic 4.5 on IBM PC/compatible personal computers
      Hewlett-Packard Basic on Hewlett-Packard workstations
      DEC PL1 on IBM 370 and DEC VAX mainframes
      Matlab-Controls, Matlab-Signal Processing,
      Simulink, MathCad, Labview Data Acquisition/Signal Processing
      Data Acquisition/Signal Conditioning Equipment
      Borland C/C++ on personal computers
      MIT, High-Speed Videography and Photography Course
      Northwestern University, Traffic Accident Reconstruction I Course
      Madymo, Mathematical Dynamical Model Course I
      ATB, Dynaman

## PUBLICATIONS

Guzman, HM; Burgess, JM; Singh, YP.  Data Acquisition and Controls of Mold Oscillator Mechanisms for Continuous Casters.  Proceedings of the 1989 ASME International Computers in Engineering Conference and Exposition.  1989; 1:565-70.

Burgess, JM; Guzman, HM; Singh, YP.  Mold Oscillator Mechanisms for Continuous Casters, Synthesis and Computerized Design. Proceedings of the 1989 ASME International Computers in Engineering Conference and Exposition.  1989; 1:257-64.

Raddin, JH, Jr.; Scott, WR; Bomar, JB; Smith, HL; Benedict, JV; McConnell, WE; Perret, PK; Guzman, HM.  Adapting the Adam Manikin Technology for Injury Probability Assessment. Final Report for Contract #F41624-91-C-6003.  Prepared for Armstrong Laboratory, Human Systems Division, Crew Systems Directorate, United States Air Force, Brooks AFB, Texas. Submitted for Publication as USAF Armstrong Laboratory Technical Report SBIR Contract F41624-91-C-6003. February, 1992.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HERBERT M. GUZMAN
Curriculum Vitae
Page 2 of 4
January 2004

Scott, MW, McConnell, WE, Guzman, HM, et al. Comparison of Human and ATD Head Kinematics During Low-Speed Rear-end Impacts. SAE Technical Papers Series #930094. Presentation to Society of Automotive Engineers, Inc., 1993 SAE International Congress & Exposition, Detroit, MI, March 1993.

McConnell, WE; Howard, RP; Guzman, HM; Bomar, JB; Raddin, JH, Jr.; Benedict, JV; Smith, HL; and Hatsell, CP. Analysis of Human Test Subject Kinematic Responses to Low Velocity Rear End Impacts. SAE Technical Papers Series #930889. Presentation to Society of Automotive Engineers, Inc., 1993 SAE International Congress & Exposition, Detroit, MI, March 1993.

Scott, Michael W.; Labra, John J.; Guzman, Herbert M.; Benedict, James V.; Smith, Harry L.; and Ziegler, James. "Injury Analysis of Impacts Between a Gage-Type Propeller Guard and a Submerged Head". Safe Journal. October 1994; 24(3):12-28.

McConnell, WE; Howard, RP; Van Poppel, J; Krause, R; Guzman, HM; Bomar, JB; Raddin, JH, Jr.; Benedict, JV; and Hatsell, CP. "Human Head and Neck Kinematics After Low Velocity Rear-End Impacts – Understanding 'Whiplash'". Presentation to Society of Automotive Engineers, Inc., 39th Annual Stapp Car Crash Conference Proceedings, Coronado, CA, November 1995.

Howard, Richard P.; Hatsell, Charles P.; and Guzman, Herbert M. "Temporomandibular Joint Injury Potential Imposed by the Low-Velocity Extension-Flexion Maneuver." J. Oral Maxillofac Surg. 1995; 53: 256-262.

Howard, Richard P.; Bowles, Alfred P.; Guzman, Herbert M; and Krenrich, Scott W. "Head, Neck, and Mandible Dynamics Generated by 'Whiplash'". Accid. Anal. and Prev. 1998; 30(4):525-534.

## PENDING PUBLICATIONS

Guzman, HM; McConnell, WE; and Smith, D. "Human Acceleration Measurements in Low-Speed, Angled Rear End Collisions." To be Presented at the Instrumentation Systems and Automation Society (ISA) Exposition 2003, Houston, TX, October 2003.

Guzman, HM; McConnell, WE; and Smith, D. "Vehicle Dynamics in Non-Collinear Low-Velocity Rear End Collisions." To be presented at the SAE Congress and Exposition, March 2004 (pending approval).

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HERBERT M. GUZMAN
Curriculum Vitae
Page 3 of 4
January 2004

McConnell, WE; Guzman, HM; Krenrich, SW; Bomar, JB, Jr.; Harding, RM; Raddin, JH, Jr.; and Funk, JR. "Human Kinematics During Non-Collinear Low Velocity Rear End Collisions." To be presented at the AAAM Conference, Lisbon, Portugal, September 2003.

Funk, JR; Pancratz, DJ; Bomar, JB; and Guzman, HM. "Vehicle Dynamics in Staged Low Speed Sideswipe Collisions." To be presented at the SAE Congress and Exposition, March 2004 (pending approval).

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HERBERT M. GUZMAN
Curriculum Vitae
Page 4 of 4
January 2004

# "EXHIBIT H"
# (Testifying History of Dr. Harding)

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Stanley, Scott vs. Crete Carrier Corp. | 04/05 | D | 3rd Judicial District Salt Lake City, UT | 020907021 PI |
| Sears, Terry vs. Novak, John E. | 03/05 | D | 240th Judicial District Ford Bend County, TX | 03-CV1-132345 |
| Stewart, Anastasia vs. LEARJET, Inc. | 02/05 | D | 9th Judicial District Orange County, FL | CI0-00-0007811 |
| Rosas, Ramiro vs. Wren, Clay | 02/05 | D | 165th Judicial District Harris County, TX | 200336768 |
| Hayes, Darrell C. vs. Collinson, Doris A. | 02/05 | D | Superior Court King County, WA | 03-2-28320-7 SEA |
| Johnson, Marcus vs. Nelson, John | 01/05 | D | 284th Judicial District Montgomery County, TX | 03-05-03439-CV |
| Ochoa, Rogelio vs. Williams Brothers Construction Co. | 01/05 | D | 389th Judicial District Hidalgo County, TX | C-079-02-H |
| Hutton, Bill R. vs. Ford | 01/05 08/03 | B | 192nd Judicial District Dallas, TX | 02-4658 |
| Whitley, Christine vs. Wyrzyszczewska, Maria | 01/05 | D | Circuit Court Cook County, IL | 02 L 09036 |
| Rodriguez, Robertina vs. Ford | 12/04 | D | Circuit Ct., 13th Jud. Dist. Hillsborough County, FL | 01004696 |
| Schempf, Gregory vs. Polaris Industries | 12/04 | D | District Court Adams County, CO | 03CV437 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Hoffman, Mikki vs. Rowland, Joseph | 12/04 | D | District Court Lancaster County, NE | CI 031185 |
| Brichetto, Anthony vs. C. N. Brown Company | 12/04 | T | Superior Court Cumberland County, ME | CV-02524 |
| Cowden, Kerry vs. Grider, Ronald | 11/04 | D | 5th Judicial Circuit Vermillion County, IL | 03-L-50 |
| Davies, William vs. Florida Auto Auction of Orlando, Inc. | 10/04 | D | 9th Judicial Circuit Orange County, FL | 03-CA 5344 |
| Wedekind, Lynn vs. Kemper Insurance Company | 10/04 | A | Superior Court King County, WA | 95-2-06325-8SEA |
| Redeker, Deana vs. Lonati, Chrissy | 10/04 | T | Superior Court County of Maricopa, AZ | CV-2001-017787 |
| Robinson, Patrick vs. Kansas City Southern Railway Co. | 10/04 09/04 | B | 393rd Judicial District Denton County, TX | 2003-60130-393 |
| Ash, Laurel vs. Ford Motor Company | 10/04 | D | Circuit Court Wayne County, MI | 03-331831-NP |
| Allen, John Milford vs. Nao, Tuyet Mai | 10/04 | D | 99th Judicial District Lubbock County, TX | 2001-516,082 |
| King, Thomas & Catherine vs. Airborne Express | 10/04 | D | 17th Judicial District Broward County, FL | 03 005291 09 |
| Capotillo, Amelia vs. County of Hidalgo | 08/04 | D | District Court Hidalgo County, TX | C-1672-99-F |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Levis, Richard, Jrs. vs. Shell Oil Company | 08/04 | D | Circuit Court, 17th Judicial District Broward County, FL | 96-015500-12 |
| Tircuit, Jessica vs. McKenzie, Orville | 07/04 | D | Circuit Court, 17th Judicial District Broward County, FL | 03-02224-CACE 05 |
| Peifer, Laury vs. Krupa, Richard Patrick | 06/04 | D | 15th Judicial District Palm Beach County, FL | CA 02-05049 AO |
| Presley, Rebecca vs. Witcher, James | 06/04 | D | United States District Court Western District of KY at Louisville | 3-03-CV-00117 |
| Putman, Albert P. vs. Eagle Concrete Contractors, Inc. | 05/04 | D | 18th Judicial Circuit DuPage County, IL | 98 L 680 |
| McLendon, Michael vs. Nissan Motor Co., Ltd. | 03/04 | D | United States District Court Eastern District of TX, Marshall Div. | 2-03CV-015 |
| Brown, Randi R. vs. Recreational Equipment, Inc. | 02/04 07/03 | B | United States District Court District of Arizona | CIV 02 0857 PNX FJM |
| Page, Lynn D. vs. Howe, Winston A. | 02/04 | D | 18th Judicial District, Div 2 Douglas County, CO | 2001CV93 |
| Edmondson, Edward R. vs. Waits, Charles O. | 02/04 | D | Division Ten Jefferson Circuit Court, KY | 00-CI-08296 |
| Martinez, Roberto vs. Michelin Corp. | 02/04 | D | 352nd Judicial District Tarrant County, TX | 197320-03 |
| Pogge, John vs. Cassio, Cheryl | 01/04 | D | District Court Arapahoe County, CO | 02CV1615 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Ochoa, Maria "Belen" vs. Velal, Severiano | 01/04 | D | 389th Judicial District Hidalgo County, TX | C-911-02-H |
| Speed, Henry J. vs. The Sports Authority, Inc. | 01/04 | D | State Court Fulton County, GA | 00VS012400F |
| Hendricks, Suzanne vs. Shaffer, Leonard | 01/04 | T | District Court Jefferson County, CO | 03-CV-0260 Div. 6 |
| Peralez, Jesus G. vs. General Motors Corporation | 12/03 | D | 381st Judicial District Starr County, TX | DC-020375 |
| Sepe, Louis vs. Torma, Joseph G. | 12/03 | T | Supreme Court Broome County, NY | 199600438 |
| Haley, Tina vs. Kitmer, Donald | 11/03 | T | Superior Court Pierce County, WA | 00-2-8598-8 |
| Molina, Alejandro vs. Valdez, Frederico | 10/03 | D | 19th Judicial Circuit Martin County, FL | 03-303 CA |
| Bramlet, Dean vs. Provident Ins. | 09/03 | T | United States District Court Middle District of FL, Tampa Division | 01-CV-2111-T-24MAP |
| Pettyjohn, Pam vs. Wimmer, Jacquelyn | 09/03 | D | Circuit Court Greene County, MO | 102CC2458 |
| Contreras, Dufferian vs. State Farm | 08/03 | D | Civil Division Berrien County, MI | 02-3839-NF-M |
| Abernethy, Teresa vs. Lory Jonathan | 08/03 | D | 20th Circuit Court Lee County, FL | 02-1348 CA |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Page 4

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Houle, Delores vs. Botchev, Anton | 08/03 | T | District Court – NE Div, Issaquah King County, WA | 01-2-23494-3 SEA |
| Allen, Julie Ann vs. L. H. Lacy Co., Ltd. | 08/03 | D | 362nd Judicial District Denton County, TX | 2002-41230-362 |
| Carter-Wrothwell, Ruthie vs. The Lucks Company | 07/03 | T | District Court, Seattle Div. King County, WA | 99 08257 |
| Lourenco, Deborah vs. Whitt, Thomas R. | 06/03 | D | 13th Judicial Circuit Hillsborough County, FL | 01-7415 |
| Munden-Yearly, Vicki vs. The BNSF Railway Company | 06/03 | D | Circuit Court Jackson County, MO | 01-CV-21958 |
| Williams, Bonnie vs. Northside Ford | 06/03 | D | 57th Judicial District Bexar County, TX | 2000-CI-02315 |
| Pointer, Robyn vs. Detroit Edison | 06/03 | D | Circuit Court Macomb County, MI | 01-712-NI |
| Conner, James vs. Ocean Inn | 06/03 05/03 | B | 7th Judicial District Volusia County, FL | 2002-30621-CICI (DIV.32) |
| Minnex, Thomas vs. Minex-Dederick Constructors, Inc. | 06/03 | D | Probate Court Number One Harris County, TX | 327-369-401 |
| Smith, Robert vs. Duly, Jan | 05/03 | D | Circuit Court Daviess County, MO | CV300-59CC |
| Androvic, Richard vs. Miller, Michael | 05/03 | D | Superior Court J.D. of Newhaven, CT | CV-99-0431449-S |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Tellez, Manuel vs. Stewart & Stevenson Services | 05/03 | D | 206th District Court Hidalgo County, TX | C-692-02-D |
| Haley, Tina vs. Kitmer, Donald | 05/03 | D | Superior Court Pierce County, WA | 00-2-08598-8 |
| Colter, Emma vs. AIG Insurance Company | 05/03 | D | Court of Common Pleas Cuyahoga County, OH | 442157 |
| Smith, Jackie vs. FedEx Ground Package System, Inc. | 05/03 | T | United States District Court Eastern District of TX Marshall Division | 2-01 CV205-DF |
| O'Brien, Rita vs. Ford | 05/03 | D | Circuit Court Mobile County, AL | CV-2001-2973 |
| Gutierrez, Guillermina vs. Mattar, Marguerite | 04/03 01/99 07/98 | B | County Court at Law Number One Hidalgo County, TX | CL-29, 172-A |
| Corapi, Richard vs. Spontak, Joseph | 04/03 | D | 18th Judicial Circuit Court Brevard County, FL | 05-2001-CA-5915 |
| May, John vs. New Ridge Mining Co. | 04/03 | D | Circuit Court Mingo County, WV | 02-C-107 |
| Rice, Melissa vs. Wal-Mart Stores, Inc. | 03/03 | D | United States District Court Southern District of TX, Houston Div. | H-01-2507 |
| Larsen, Wilhelm vs. George, Curtis Lee | 03/03 12/01 | B | 15th Judicial District Palm Beach County, FL | CL 99-2516 AB |
| Torres, Joel vs. Lee, Delma Eugene | 03/03 | D | 353rd Judicial District Travis County, TX | GN-104252 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Reynolds, Thomas vs. LeBlanc, Amy Lynn | 03/03 | D | Circuit Court Seminole County, FL | 00-CA-1858-08-K |
| Cotter, Matthew vs. Schroeder, Donald | 02/03 | T | District Court Adams County, CO | 00CV2009 Division A |
| Watts, Sheila vs. Colbert, Regean | 02/03 07/02 | D | 352nd Judicial District Tarrant County, TX | 352-187370-01 |
| Rico, Benigno vs. Titan Tire Corporation of Texas | 02/03 | D | District Court Cameron County, TX | 2002-04-1465-B |
| Fait, Joseph vs. C & S Trailers, Inc. | 02/03 | D | Circuit Court Duval County, FL | 01-8466-CA |
| Arenivas, Audilio vs. Lehr, Randy Bert | 01/03 | D | District Court Oklahoma County, OK | CJ-2002-999 |
| Nowakowski, Marisela vs. Ford | 01/03 | D | 275th Judicial Court Hidalgo County, TX | C-124-02-E |
| Guillory, Connie vs. Adams, Dewayne | 12/02 | D | 14th Judicial Court Parish of Calcasein, LA | 2002-001171 |
| Aguilera, Raquel Emilia Agreda vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 01-5193-C-B/S |
| Vallenilla, Elsa vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 01-5231-C-B/S |
| Underwood, Alan vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 01-C-5546-B/S |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Salegui, Eduardo Urdaneta vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5011-C-B/S |
| Rujano, Rufino vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5013-C-B/S |
| Pedraza, Antonio vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5268-C-B/S |
| Pedraza, Nidia vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5321-C-B/S |
| David, Antonio vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5120-C-B/S |
| David, Sumaya vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5115-C-B/S |
| David, Sumaye vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5119-C-B/S |
| David, Jessica vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5114-C-B/S |
| Paniz, Nedo vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5111-C-B/S |
| Paniz, Hilda vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5107-C-B/S |
| Paniz, Ennio vs. Ford | 11/02 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP 00-5102-C-B/S |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Johnson, Wilma J. vs. Robinson, Debrah Akemon | 10/02 | T | Superior Court Jackson County, IN | 36 D01-0003-CT-9 |
| Poku, Kwasi vs. Johnson, Melvin Thomas | 09/02 | T | Superior Court King County, WA | 01-2-10756-9KNT |
| Roberts, Allen vs. Contract Freighters, Inc. | 09/02 | T | United States District Court Southern District of TX, Laredo Division | 5-01-CV-66 |
| Cole, Mary Jane vs. Gilhare Building Co. | 08/02 | D | 57th Judicial District Bexar County, TX | 99-CI-08979 |
| Mack, Robert Phillip vs. Dietz, Christine Lynn | 08/02 | D | 17th Judicial District Broward County, FL | 00-006653 (18) |
| Harrell, Linda vs. Lynch, Jeffery | 07/02 | D | Scott Circuit Court Scott County, IN | 72C01-0007-CT-90 |
| Goolsby, Larry vs. Continental General Tire | 06/02 | D | United States District Court Southern District of TX | G-01-486 |
| Thomas, Gary Allen vs. G&K Services, Co. | 06/02 | D | United States District Court Eastern District of LA | 01-1637 |
| Campos, Kristina vs. Dickerson, Sammy | 06/02 | D | 200th Judicial District Travis County, TX | GN001611 |
| Rodriguez, Ezequiel vs. Brazos Masonry, Inc. | 05/02 04/02 | B | 238th Judicial District Midland County, TX | CV-42,815 |
| Briant, Larry vs. The Grounds Keeper, Inc. | 05/02 | D | Iowa District Court Polk County, IO | CL 85096 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Page 9

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Larson, Billy Joe vs. Heritage Trucking, Inc. | 05/02 | D | Industrial Commission of AZ | 9821232S726 |
| Hentzell, Shannon Lynn vs. Time Warner Entertainment | 04/02 | D | 103rd Judicial District Cameron County, TX | 2001-06-2965-D |
| Dulla, Betty Ann vs. Drayton, Shalonda | 04/02 | D | Superior Court Lake County, IN | 45D01-9910-CT-764 |
| Sterrett, Linda vs. Landon, Steven | 04/02 | T | District Court Adams County, CO | 99CV2296 |
| Kemp, Larry vs. Nguyen, Hai T. | 04/02 | T | County Court at Law Number One Tarrant County, TX | 2000-004032-1 |
| Cooley, Richard vs. Pheasant Run Condominiums | 03/02 | D | Circuit Court Brevard County, FL | CI 96-4635 |
| Hopson, Jack L. vs. Uhlman, Kenneth R. | 03/02 | D | District Court Douglas County, NE | DOC 1000 NO 056 |
| Comeau, Charlene vs. Motil, Lance | 03/02 / 01/02 | B | Circuit Court Pinellas County, FL | 98-8210-CI-13 |
| Adams, Mandy vs. Sorensen, Jesse | 03/02 / 02/02 | B | Circuit Court Pennington County, SD | 99-756 |
| Young, Ricky L. vs. Gainey Transportation | 02/02 / 03/01 | B | 17th Judicial Circuit Kent County, MI | 99-11214-NI |
| Walker, Chris L. vs. Pepsi Food Services | 02/02 | D | Circuit Court Orange County, FL | CI98-2229 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Page 10

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Little, Randi vs. CSR America | 02/02 | D | 12th Judicial Circuit Collier County, FL | 99-3744 CA |
| Lopez, Michael vs. Telluride Gravel | 01/02 | T | District Court San Miguel County, CO | 00CV71 Div 2 |
| Pelini, Joanne vs. Kloeger, Shelby | 01/02 | T | Supreme Court Nassau County, NY | 99-006905 |
| Pierce, E. Gene vs. Humber, Richard | 12/01 | D | Circuit Court Jefferson County, WV | 00-C-309 |
| Boyd, Glenna vs. Webster, Shari | 12/01 | T | 3rd Judicial District Brookings County, SD | 00-0035 |
| McAlister, Philip vs. Owens County Sausage | 12/01 | D | District Court Cleveland County, OK | CJ-2001-178 L |
| Vela, Daniel vs. Express Trucking, Inc. | 12/01 | D | United States District Court Southern District of TX, McAllen Division | M-00-211 |
| Escajeda, Anthony J. vs. Burlington Northern RR | 11/01 | D | 2nd Judicial District Bernalillo County, NM | CV 99-09355 |
| Caviness, Nadine vs. Central Freight Lines, Inc. | 11/01 | D | 62nd Judicial District Hopkins County, TX | 32746 |
| Martinez, Josie vs. Pacific Gas and Electric Corp. | 11/01 | D | 49th Judicial District Webb County, TX | 2000-CVQ-1258-D1 |
| Anderson, Edward vs. R & B Falcon | 10/01 | D | 16th Judicial District Iberia Parish, LA | 95,031 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Cage, Bert vs. Saddler, Jimmie | 10/01 | D | 19th Judicial District St. Lucie County, FL | 00-CA-000859AN |
| Etienne, Monique vs. Staples, Charity | 08/01 | D | 8th Judicial Circuit Aluchua County, FL | 01-00-CA-2695 K |
| McCord, Jessica vs. Marquez, Guillermo | 08/01 | D | 223rd District Court Grey County, TX | 31,611 |
| Cumiford, Curtis vs. Valdez, Jose | 08/01 | T | Superior Court Yakima County, WA | 00-2-01621-1 |
| Hull, Regina vs. Alagasco | 07/01 | D | Circuit Court Montgomery County, AL | 99-3069-SH |
| Asher, Dorothy Cooper vs. SW Bell Telephone | 07/01 | D | 150th Judicial District Bexar County, TX | 99CI02894 |
| Norman, Marsha vs. Trinity Valley Electric Coop, Inc. | 07/01 | D | 134th Judicial District Dallas County, TX | DV99-6963-G |
| Lockamy, Vernie vs. City of Tucson | 06/01 04/01 | B | Superior Court Pima County, AZ | 326586 |
| Armijo, Phillip vs. Texas Medical, Inc. | 06/01 | D | 192nd Judicial District Dallas County, TX | DV99-02948-K |
| Rueda, Maria vs. Richardson, J. Shannon | 06/01 | D | County Court at Law No. 3 Hidalgo County, TX | CL-29,810-C |
| Peters, Tim vs. Gutterman, Daniel | 06/01 | D | 9th Judicial District Orange County, FL | CI99-8342 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

Testifying History For 4 Years Ending April 15, 2005
Richard M. Harding, BSc, MB BS, PhD

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Compean, Apolinar vs. Ford | 05/01 | D | United States District Court Southern Dist. of TX, Brownsville Div. | B-00-028 |
| Rauch, Maria del Carmen vs. National Distributing | 05/01 02/01 | B | 293rd Judicial District Maverick County, TX | 98-12-15662-CV |
| Dunn, Kyle vs. Oakes, Brian | 05/01 01/01 | B | 20th Judicial District Lee County, FL | 99-4474-CA-JBR |
| Lewis, Carl vs. Thrifty Payless, Inc. | 04/01 | D | District Court Clark County, NV | A414767 Dept. No. XII |
| Weatherford, Theresa vs. Brookshire Grocery | 04/01 | D | 62nd Judicial District Hopkins County, TX | 31,776 |
| Murphy, Catherine vs. Amica Mutual Ins. Co. | 04/01 | D | United States District Court District of CT | 3:99 CV2411 (JBA) |
| Segura, Arthur vs. TexStar Enterprises | 04/01 | D | 57th Judicial District Bexar County, TX | 99-CI-04852 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
A = Arbitration

# "Exhibit I"
# (Dr. Harding's Report)



**BIODYNAMIC RESEARCH CORPORATION**

April 29, 2005

Mr. Robert A. Allen
Allen, Stein, & Durbin, P.C.
P.O. Box 101507
6243 IH-10W, 7th Floor
San Antonio, TX 78201

Re:    *Claudia Gonzalez vs. Staples*

Dear Mr. Allen,

In accordance with your request, I am pleased to submit this report with regard to the referenced matter. The purpose of this report is to set forth my general qualifications and preliminary opinions of the injury mechanisms involved in Ms. Gonzalez's incident.

I am a medically-qualified consultant employed by Biodynamic Research Corporation (BRC), and have been so since February 1995. I consult in the fields of biomechanics, impact analysis, occupant kinematics, and injury causation. My educational background includes a BSc degree in Physiology, MB BS medical degrees (United Kingdom equivalent to MD), and a PhD in Human Physiology, all from the University of London. My professional background is documented in more detail in the attached copy of my curriculum vitae. A copy of my Testifying History for the past four years is also attached. My time is billed by Biodynamic Research Corporation at $340 per hour.

During the course of my study of this matter I have had access to the following items:

·    Customer Incident Report;

·    Reports of:

        Warren Davis, Ph.D.
        Loren Slayhaugh
        Paul Durgin;

·    Color photocopies of photographs of incident site;

Mr. Robert A. Allen
April 29, 2005
Page 2


- Videotapes of Surveillance;

- Plaintiff's Answers to Interrogatories;

- Depositions of:

    Ricardo Balli
    Claudia Gonzalez; and

- Medical records of Claudia Gonzalez from:

    Dr. G. Stern
    Valley Regional Medical Center
    Neurophysiology Laboratory
    Obispado Central de Radiologia
    Dr. T. Langan
    Customer Accident Report
    Melton Chiropractic Clinic
    Brownsville Open MRI
    Valley Orthopaedic Surgery
    Brownsville Neurosurgical Institute
    Brownsville Medical Center
    Brownsville Physical Therapy & Sports Medicine
    Dr. A. Arrona H.
    Dr. J. Vazquez Rivas
    Harlingen Medical Center
    Work History Report.

The subject sliding door has also been inspected and tested at my request by a BRC Engineer
(Mr. H. Guzman).

I have arrived at the following observations and preliminary opinions:

- On September 1, 2001, at approximately 1210 hours, Ms. Claudia Gonzalez (age 39,
height 5 ft 3 in, weight 135 lb) was exiting an office supply store through the inner set of
bi-parting automatic sliding doors when she was reportedly struck by the right door as it
closed. Ms. Gonzalez has testified that she did not fall during this event, but that the door
was displaced from its rail and fell outward away from her. As a consequence of this
incident, Ms. Gonzalez has asserted that she sustained injuries to the right side of her

Mr. Robert A. Allen
April 29, 2005
Page 3

body including her right shoulder, low back, and hip, and that she required surgery on the first and second of these.

· Review of Ms. Gonzalez's available pre-incident and post-incident medical records reveals the following chronology.

· Between March 23 and June 14, 1999, Ms. Gonzalez was seen by an obstetrician and gynecologist (Dr. Stern) on a number of occasions for a variety of medical issues including acute pharyngitis and sinusitis, fever and malaise, and on June 7, 1999, for abdominal pain and vomiting for which an ultrasound study of her gall bladder and x-rays of her lumbar spine were requested.

· Accordingly, on June 10, 1999, Ms. Gonzalez underwent abdominal sonography which revealed no abnormalities; while x-rays of her lumbar spine revealed relative narrowing of the L4 and L5 interspaces "somewhat suggestive" of disc degeneration or injury.

· During follow-up with Dr. Stern four days later, Ms. Gonzalez indicated that her right upper quadrant abdominal pain had subsided, but that her low back pain continued. Her recent imaging studies were reviewed, and Dr. Stern's diagnostic impression was of disc degeneration and narrowing. Management was by means of medications and referral to Dr. Lozano (from whom no medical records were available for review). No further medical records from Dr. Stern were available for review.

· On July 30, 1999, Ms. Gonzalez was seen by a neurosurgeon (Dr. Pisharodi), upon referral from Dr. Stern, for her symptoms of low back pain (unrelated to any trauma that Ms. Gonzalez could recall). Ms. Gonzalez denied headaches and neck pain but indicated that she had back pain since June 1999. Following physical examination and review of Ms. Gonzalez's lumbar spine x-rays, Dr. Pisharodi's diagnostic impressions were of chronic low back pain and lumbar degenerative disc disease. Ms. Gonzalez underwent electromyography, nerve conduction velocity studies, and somatosensory-evoked potential studies by Dr. Pisharodi which were all reported to show no abnormalities.

· On July 31, 1999, Ms. Gonzalez underwent an MRI study of her lumbar spine at Obispado Central de Radiologia and, five days later, returned to Dr. Pisharodi to whom she indicated that her low back pain was progressively worsening. Dr. Pisharodi noted that the MRI study revealed degenerative disc disease. Following his physical examination of Ms. Gonzalez, Dr. Pisharodi's diagnostic impressions were unchanged. Management was by means of medications and a recommendation for an analgesic block.

· When next seen by Dr. Pisharodi on April 10, 2000, Ms. Gonzalez reported persistent low back pain and numbness in her right toe, and she requested an epidural block and

Mr. Robert A. Allen
April 29, 2005
Page 4

surgery for her back. Dr. Pisharodi's diagnostic impression at this stage was of chronic low back pain, lumbar degenerative disc disease, and lumbar sacral radiculopathy. Management was by means of medications, and discography was recommended.

- Ms. Gonzalez returned to Dr. Pisharodi on October 23, 2000, and indicated that she had undergone injections in Matamoros which provided two days benefit. Treatment options were discussed, and discography was again recommended.

- When next seen by Dr. Pisharodi on December 11, 2000, Ms. Gonzalez indicated that she had not undergone discography because she was fearful of such a study. Physical examination was as before. Dr. Pisharodi recommended continued medications with return to the clinic in two months, but no further medical records from this provider were available for review.

- Between January 30 and July 11, 2001, Ms. Gonzalez was seen for four office visits by Dr. Langan for a variety of medical issues including a sore throat and ear pain, elevated blood pressure, a rash and dark spots on her back, abdominal pain, constipation, low back pain, and arthritis.

- On September 6, 2001, Ms. Gonzalez sought the advice of a chiropractor (Dr. Melton) to whom she described the door incident five days earlier in which closure occurred in an "inopportune" manner and the door struck her in the face and on the right side of her body. Ms. Gonzalez described the immediate onset of pain in her neck and shoulder and, when seen by Dr. Melton, she reported neck pain and stiffness, right deltoid pain, intermittent tingling in her right hand, and right side pain. Constant low back pain was also described, but Ms. Gonzalez indicated that this condition was related to a previous work related injury. Physical examination revealed limited and painful cervical and dorsolumbar ranges of motion, limited and painful right shoulder range of motion, and multiple positive chiropractic and orthopedic tests. X-rays of Ms. Gonzalez's cervical spine and lumbar spine were reported to show chiropractic changes and narrowing of the L5-S1 disc space; while an x-ray of her right shoulder was reported to show slight acromioclavicular joint separation, but was negative for a fracture. Dr. Melton's diagnostic impressions included: cervical strain, myospasm, and myofascitis; lumbar strain, myospasm, and myalgia; and right shoulder strain (with a possible rotator cuff tear), myofascitis, and myospasm. A management plan involved chiropractic modalities which were initiated the following day and continued on approximately nine occasions until September 19, 2001. During this period, Ms. Gonzalez's symptoms persisted and, on September 17, 2001, MRI studies were ordered.

- Accordingly, on September 24, 2001, an MRI study of Ms. Gonzalez's cervical spine was reported to show a right lateral tiny bulge (with mild right lateral recess stenosis) at the

Mr. Robert A. Allen
April 29, 2005
Page 5

C6-7 level; while an MRI study of her right shoulder was reported to show early mild degenerative changes in the acromioclavicular joint.

Ms. Gonzalez was next seen by Dr. Melton on September 27, 2001, at which time she was referred to an orthopedic surgeon (Dr. Clark) for her continuing problems.

Thus, on October 1, 2001, Ms. Gonzalez underwent evaluation of her right shoulder symptoms by Dr. Clark. A history of the event on month previously in which a sliding door struck her on the right shoulder was related, as was her continued pain, and some numbness in her hand. Physical examination revealed full active motion of Ms. Gonzalez's right shoulder with a positive impingement sign. Dr. Clark opined that Ms. Gonzalez's MRI study appeared to be normal, although he noted some disc disease in her cervical spine on the right. A diagnostic impression of posible rotator cuff tendonitis was made, for which a subacromial injection was recommended and performed that day. Medications were also prescribed.

On October 24, 2001, Ms. Gonzalez returned to Dr. Langan to whom she described swelling of her eye, popping in her ears, increased thirst, elevated blood pressure, and palpitations. Ms. Gonzalez also reported that she had injured her right shoulder, and Dr. Langan noted that she was "very stressed – very weepy". Diagnostic impressions of anxiety and depression were recorded, and Ms. Gonzalez's medications were adjusted.

When next seen by Dr. Clark on November 12, 2001, Ms. Gonzalez indicated that she was doing better: she was referred for further therapy with Dr. Melton.

On December 5, 2001, Ms. Gonzalez returned to Dr. Melton for chiropractic therapy and was seen on approximately 12 occasions until December 31, 2001. During this period, Ms. Gonzalez noted temporary relief with therapy but increased symptomatology associated with activities.

When next seen by Dr. Clark on December 19, 2001, Ms. Gonzalez's clinical status remained unchanged, although medications in the form of *Disalcid* helped her shoulder "somewhat". Dr. Clark opined that "there is little more I have to offer her at this juncture".

On return to Dr. Langan on January 24, 2002, Ms. Gonzalez described persistent head and neck pain after her September 2001 injury almost five months previously, and problems with her toe nails (for which medications were prescribed). Dr. Langan noted that Ms. Gonzalez was under the care of a chiropractor, and had undergone injections to her right shoulder.

Mr. Robert A. Allen
April 29, 2005
Page 6

· On February 6, 2002, upon referral by Dr. Pisharodi, Ms. Gonzalez was seen at the Brownsville Neurosurgical Institute by a second neurosurgeon (Dr. Pacheco-Serrant) for her history of back and left leg pain for approximately three years but with recent worsening. Dr. Pacheco-Serrant noted no history of trauma to Ms. Gonzalez's back, although surgery had apparently been recommended, but not performed. Physical examination revealed limited range of motion and tenderness of Ms. Gonzalez's low back and decreased sensation in both her legs. Dr. Pacheco-Serrant's diagnostic impression was of lumbar radiculopathy for which medications were prescribed in the form of *Relafen, Robaxin, Darvocet,* a *Medrol Dosepak,* and *Zantac.* An MRI study was requested, carried out that day, and was reported to show chronic nuclear disc injury at the L3, L4 and (especially) L5 levels, with a central and leftward herniated disc at the L5-S1 level "which is much larger now than at the time of the 1999 examinations [*sic*]". Tiny annular tears with tiny central herniated discs at the L3-4 and L4-5 levels were also described.

· On February 7, 2002, Ms. Gonzalez was admitted to the Brownsville Medical Center under the care of Dr. Pacheco-Serrant with a diagnosis of a large L5-S1 herniated disc, radiculopathy, and instability, for which he performed a posterior lumbar decompression with bilateral discectomy, foraminotomies, partial facetectomy, and interbody fusion. Ms. Gonzalez was discharged from the hospital on February 12, 2002, and was subsequently seen by Dr. Pacheco-Serrant for post-operative visits on March 5 and April 17, 2002. On the latter date she was noted to be doing well, and was advised to return to the clinic in three months. No further medical records from Dr. Pacheco-Serrant were available for review apart from undated (but probably written in mid 2004) correspondence from his colleague (Dr. Betancourt) to Attorney Armstrong which provided a narrative of Ms. Gonzalez's evaluation and care at the Brownsville Neurosurgical Institute.

· On March 13, 2002, Ms. Gonzalez underwent a physical therapy evaluation for a several year history of back problems with recent lumbar surgery, and of recent worsening low back pain. Between that date and April 2, 2002, Ms. Gonzalez was seen on nine occasions for treatment modalities during which time she reported some relief of her continuing low back pain with therapy.

· On April 10, 2002, Ms. Gonzalez returned to Dr. Clark (whom she had last seen on December 19, 2001) and described persistent right shoulder pain for which therapy was prescribed. Dr. Clark noted that if conservative therapy failed the only alternative would be a surgical procedure.

· On April 16, 2002, Ms. Gonzalez returned to Dr. Langan for refill of her *Amitriptyline* medication.

Mr. Robert A. Allen
April 29, 2005
Page 7

- On May 22, 2002, x-rays of Ms. Gonzalez's lumbar spine were reported to show *status-post* surgical changes at the L5-S1 level with hardware in good position.

- On July 3, 2002, Ms. Gonzalez returned to Dr. Langan with symptoms of depression and acute nasopharyngitis.

- On August 20, 2002, Ms. Gonzalez returned to Dr. Melton (whom she had last seen in December 2001), reported persistent arm symptoms (for which right shoulder surgery had been recommended), and indicated that she had undergone surgery to her low back.

- In correspondence dated August 28, 2002, Dr. Clark reiterated a history of the injury to Ms. Gonzalez's right shoulder with unresolved chronic post-traumatic tendonitis.

- Ms. Gonzalez returned to Dr. Melton on October 1, 2002, and again described persistent neck and right shoulder pain. No further medical records from this provider were available for review.

- On January 20, 2003, Dr. Langan provided a Mental Status Report on Ms. Gonzalez with regard to his diagnoses of anxiety and depression. No further medical records from this provider were available for review.

- On May 5, 2003, Ms. Gonzalez received a prescription for *Prozac* from a cardiologist (Dr. Arrona) in Matamoros; while on November 5, 2003, she received a prescription for *Lexotan* from a general practitioner (Dr. Vazquez Rivas), also in Matamoros.

- Ms. Gonzalez was next seen by Dr. Clark on January 22, 2004, and reported persistent symptoms in her shoulder, for which surgery was recommended.

- Accordingly, on January 23, 2004, almost two years and five months after the September 2001 event, Ms. Gonzalez was admitted to the Harlingen Medical Center under the care of Dr. Clark for diagnoses of right shoulder pain, post-traumatic arthropathy, secondary osteoarthrosis, and subdeltoid rotator cuff tendonitis. Dr. Clark performed arthroscopic repair of lesions of Ms. Gonzalez's superior labrum, arthroscopic resection of the distal clavicle, and arthroscopic resection of the acromion.

- Between March 4 and April 13, 2004, Ms. Gonzalez was seen on nine occasions for physical therapy for persistent severe pain in her right shoulder. On the former date, a history of the September 2001 event was reiterated, as well as her lumbar surgery in February 2002. A history of depression currently being treated by *Prozac* and *Ambien* was also recorded.

Mr. Robert A. Allen
April 29, 2005
Page 8

- On March 16, 2004, according to a billing statement, Ms. Gonzalez was seen by Dr. Clark for a post-operative visit.

- No further medical records for Ms. Gonzalez were available for review apart from correspondence from Dr. Clark To Whom It May Concern dated May 22, 2004, in which he reiterated a history of the September 2001 door incident, and of his subsequent evaluation and care of Ms. Gonzalez's right shoulder.

- To a reasonable biomechanical and medical probability, Ms. Gonzalez's involvement in the door incident of September 1, 2001, posed no injurious threat to any part of her body apart from the possibility of some mild soft tissue blunt trauma as a consequence of any direct contact with the door. It should be noted that the door "broke away" (as intended) as a consequence of the impact, and fell away from Ms. Gonzalez. This leads to the conclusion that the door did not strike Ms. Gonzalez at right angles to her body: rather, that she walked into it and struck it with the anterior right side of her shoulder and right side of her body. It is my further opinion, therefore, that Ms. Gonzalez failed to recognize the threat posed by the door as it closed and inadvertently struck it with the right side of her body.

- Again, to a reasonable biomechanical and medical probability, it is my opinion that this incident had no potential to cause permanent harm to Ms. Gonzalez's neck, right shoulder, or low back. With regard to the latter, the low back is not susceptible to injury from single acute mechanical events of this nature, and the door closing incident would neither have caused nor aggravated her low back condition. Ms. Gonzalez's pre-existing low back pathology was the result of degenerative disc disease: that it later required surgical intervention cannot be attributed to the incident with the sliding door.

- Similarly, there was no potential for differential motion of Ms. Gonzalez's right shoulder on contact with the door, which yielded as expected to an applied force: accordingly her shoulder joint (including the anterior labrum and the rotator cuff) was not at risk of injury. Thus, the requirement for surgical intervention on Ms. Gonzalez's right shoulder (some 29 months after the event) also cannot be related to the sliding door incident.

As additional information is made available to me or as new facts are uncovered during the investigation and discovery process, my professional opinions may change to reflect the newfound information. The opinions expressed herein, however, are current and accurately reflect my conclusions based upon the information reviewed and the analysis performed as of this date.

Mr. Robert A. Allen
April 29, 2005
Page 9


Should you require additional information, please do not hesitate to contact me.

Yours very truly,

Richard M. Harding, BSc, MB BS, PhD


RMH/la
Enclosures:  RMH CV and Testifying History