United States District Court
Southern District of Texas
FILED

MAY 1 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CLAUDIA GONZALEZ | § |
| | § |
| VS. | §   CIVIL ACTION NO. B-03-125 |
| | § |
| STAPLES THE OFFICE SUPERSTORE | § |
| D/B/A STAPLES THE OFFICE | § |
| SUPERSTORE EAST, INC. | § |
| | § |
| VS. | § |
| | § |
| UNITED DOOR SERVICE | § |
| | § |
| VS. | § |
| | § |
| A-1 AUTO DOOR SYSTEMS, INC. | § |

**FIRST AMENDED ORIGINAL ANSWER OF
THIRD-PARTY DEFENDANT, A-1 AUTO DOOR SYSTEMS, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now A-1 Auto Door Systems, Inc., a third-party defendant in the above-styled and numbered cause, and in response to the Original Third-Party Petition filed herein by Third-Party Defendant / Third-Party Plaintiff, United Door Service, would respectfully show the Court the following:

A. Admissions and Denials

1. Third-Party Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 1.01 of the Original Third-Party Petition and, therefore, denies them.

2. Third-Party Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 1.02 of the Original Third-Party Petition and, therefore, denies them.

3. Third-Party Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 1.03 of the Original Third-Party Petition and, therefore, denies them.

4. Third-Party Defendant admits the allegations in Paragraph 1.04 of the Original Third-Party Petition.

5. Third-Party Defendant admits the allegations in Paragraph 1.05 of the Original Third-Party Petition.

6. Third-Party Defendant denies the allegations in Paragraph 2.01 of the Original Third-Party Petition.

7. Third-Party Defendant denies the allegations in Paragraph 2.02 of the Original Third-Party Petition.

8. Third-Party Defendant denies the allegations in Paragraph 3.01 of the Original Third-Party Petition.

9. Third-Party Defendant denies the allegations in Paragraph 3.02 of the Original Third-Party Petition.

10. Third-Party Defendant denies the allegations in Paragraph 4.01 of the Original Third-Party Petition.

B. Affirmative Defenses

Further, pleading affirmatively and alternatively, Third-Party Defendant states as follows:

1. Third-Party Defendant alleges that Plaintiff, CLAUDIA GONZALEZ, was negligent in many particulars which proximately caused or contributed to cause Plaintiff's alleged damages. Third-Party Defendant pleads contributory negligence by way of defense. The negligence of Plaintiff constituted the sole

cause of the accident in question, or in the alternative, was greater than the negligence, if any, of any party against whom recovery is sought. Plaintiff's negligence is, therefore, a bar to her recovery. In the alternative, Plaintiff's damages should be reduced in proportion to her negligence.

2. Third-Party Defendant says the occurrence in question was the result of an unavoidable accident.

3. Third-Party Defendant says that if Plaintiff, Claudia Gonzalez, is suffering from any physical condition or disability, that such condition or disability pre-existed the accident made the basis of this lawsuit or resulted from acts or events subsequent to the accident made the basis of this lawsuit. Third-Party Defendant says the claims of injury made by Plaintiff are unrelated to the accident in question.

4. Third-Party Defendant says that the contribution claim made against Third-Party Defendant is barred because such claim is a derivative claim and the claim from which such claim derives is barred by the two-year statute of limitations.

WHEREFORE, PREMISES CONSIDERED, Third-Party Defendant, A-1 AUTO DOOR SYSTEMS, INC., prays that Third-Party Plaintiff, UNITED DOOR SERVICE, take nothing, that Third-Party Defendant recover its costs of court and for such other and further relief to which it may be justly entitled, whether at law or in equity.

Respectfully submitted,

ALLEN, STEIN & DURBIN, P.C.
6243 IH-10 West, 7th Floor
P. O. Box 101507
San Antonio, Texas 78201
Tel:    (210) 734-7488
Fax:   (210) 738-8036

By: _____
ROBERT A. ALLEN
State Bar No. 01051000
Federal Admission No. 13390

ATTORNEY FOR THIRD-PARTY DEFENDANT,
A-1 AUTO DOOR SYSTEMS, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing *First Amended Original Answer of Third-Party Defendant, A-1 Auto Door Systems, Inc.*, was this the 13th day of May, 2005, forwarded via facsimile on:

Mr. Monte J. English
English & Clemons, L.L.P.
555 N. Carancahua, Suite 1500
Corpus Christi, Texas 78478
Fax No. (361) 882-2773

Mr. Ronald Armstrong
R. W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Fax No. (956) 546-0470

Mr. Norton A. Colvin, Jr.
Ms. Sarah A. Nicolas
Ms. RosaMaria Villagomez-Vela
Rodriquez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
Fax No. (956) 541-2170

_____
ROBERT A. ALLEN

#419787/1391-170

4