# EXHIBIT "H"

## DEPOSITIONS AND TRIALS GIVEN BY LOREN SLAYBAUGH, AUTOMATIC DOOR EXPERT

1. **March 23, 2000:  Deposition**
   *Baird v. Automated Entrance Products* and *Automated Entrance Products v. Ingersoll Rand,* Minneapolis, MN;

2. **August 24, 2000:  Trial**
   *Harold Powers v. Trinity Health Systems and Nabco Entrances, Inc. and Jobco, Inc.,* Rock Island, IL

3. **February 13, 2001:  Deposition**
   *Pearline Kruss v. NT Dor-O-Matic,* Cape Girardean, MO

4. **May 1, 2001:  Deposition**
   *Johnson v. Dash Door and Closer Systems,* Miami, FL

5. **June 15, 2001:  Deposition**
   *Galletti v. Besom Midwest, Inc.,* Chicago, IL

6. **November 16, 2001:  Deposition**
   *Dora Garza v. N.T. Dor-O-Matic,* Corpus Christi, TX

7. **January 27, 2002:  Deposition**
   *Linda Kay Bauhaus and Donald Harper Representatives of Ida Mintia v. Ingersoll-Rand, Inc.,*  Prior, OK

8. **September 13, 2004:  Deposition**
   *Aretha Burwell v. Concord Buying Group, Inc. t/a A.J. Wright and Carolina Door Control, Inc., Cause No. CL01-1052,* Richmond, VA

# EXHIBIT "I"

Testimony Cases                Martin Steiner, M.D.                        Page 2

### TRIAL TESTIMONY

11. 11/05/98 - Cause No. 97-299-39; Sharon Farrell v. Domingo Corona et al, in the 295th
Judicial District Court of Harris County, Texas

12. 12/11/98 - Cause No. 95-28612; Lee Thomas v. Miyko III, Inc. and r 7 t Architects, Inc.;
In the 127th Judicial District Court of Harris County, Texas

   Total: 3

### 1999

13. 03/31/99 - Cause No. 98-21720; Rebekah Collingsworth, et al v. Rodolfo Banda, et al; In
the 270th Judicial District Court of Harris County, Texas.  C.A. File No.
81,767.

14. 07/28/99 - Cause No.96-63633; Keith and Tammy McCoy v. Compressor Engineering
Corporation; In the 113th Judicial District Court of Harris County, Texas

   Total: 2

### 2000

15. 03/14/00 - Cause No.98-25835; Pyong Ashms v. Vijay Gollapudi; In the 189th Judicaial
District Court of Harris County, Texas

   Total: 1

### 2001

16. 05/08/01 - Cause No. 99-43689; Kimulita Mann v. Kades and Clark corporation; In the
190th Judicial District Court of Harris County, Texas

17. 05/18/01 - Cause No. 49,918-A  Theresa and Ray Monts v.Mother Francis Hospital
Regional HealthCare Center, et al.

   Total: 2

### 2002

18. 03/21/02- Cause No. 199950393; Jeffrey Alan Harris and wife, Helen Catherine Harris v.
B.R. Brick and Masonry, Inc. et al, 11th Judicial District Court of Harris
County, Texas

Testimony Cases                    Martin Steiner, M.D.                    Page 3

## TRIAL TESTIMONY

19. 04/11/02- No 00-11-06617-CV, Kim Drake vs. Jose Navarrete,  Individually, and d/b/a/
        Navarrete Trucking, and Jose Mata;  In the 410th Judicial District Court of
        Montgomery County ,Texas

20. 05/07/02-  Cause No. 39,698; Nancy Clark v. Casa Ole' of Beaumont, Inc., d/b/a Casa
        No. 42; In the 356th Judicial District Court of Hardin County, Texas.

21. 07/11/02-  Cause No. 99-2929B;  Terry W. Danielson vs. Trinity-Mother Francis Health
        System;

22. 11/11/02-  Cause No.111,385; Rebecca Branning, Stephen Branning, Darla Wenzel and
        Edward m. Wenzel, Jr. vs. Rustin Transportation Company LP and Kevin
        Dean Handy; In the 400th Judicial District Court of Fort Bend County, Texas.
        [Our File No.: 904862.284]

        Total: 5


                                        2003

23. 01/15/03- Cause No. 2001-65549; Penelope Thacker v. Royal Baths Manufacturing
        Company and Leonel Vela In the 164th Judicial District Court of Harris
        County, Texas

24. 02/21/03- Cause No. 00CV0666; Joe E. Hooton, II vs Bradley J. fish; In the 56th Judicial
        District Court of Galveston County, Texas

25. 10/07/03- Cause No. 792184; Kenneth  W. Barchus vs. State Farm Fire & Casualty
        Company; In the County Civil Court at Law No. 4 Of Harris County, Texas

26. 10/29/03-Cause No. 38,210-S; Olga Espinoza, Mitchell Gentry vs. A.G. Transport, Jose
        Alfredo Rodriguez and Henry Conrado Aguilar;

27. 10/31/03-Cause No. 2001-63915; Albert and Diane Reyna vs. Benito Bacerra &
        Guillermo; In the 133th Judical District Court of Harris County, Texas.

        Total: 5

                                        2004

28. 03/05/04- Cause No. 54285CV; Armstrong vs. Gourley; In the District Court of Brazos
        County.

29. 03/30/04-Cause No. 18-C2290937; Gilbertson vs. Wal-Mart Stores, By Phone
        Testimony.

Testimony Cases                     Martin Steiner, M.D.                          Page 4

## TRIAL TESTIMONY

30. 06/03/04- Cause No. 02-CV-1369; Andrea E. Filecia v. Brooke J. Toohey; In the 56th
Judicial District Court of Galveston County, Texas.

Deposition Testimony          Martin R. Steiner, M.D.                    Page 5

54. 06/21/00 –Cause No.99-29341: Anita Bell v. Asset Partners, Inc. In the District Court
    11th Judicial District Harris County, Texas

55. 06/26/00 –Cause No. 99-34865; Adam Cisneros v. Waste Management of Texas, Inc.; In
    the 281st Judicial District Court of Harris County, Texas

56. 09/05/00 –Cause No. 704.760; Safeco Lloyds Insurance Company v. Dennis Punzalan,
    Michael Sims and Southwestern Bell Telephone Company, In the County
    Civil Court at Law Number One (1) of Harris County, Texas

57. 09/28/00 –Cause No. 1999-05839 Gloria Fuentes and Atlantic Mutual Insurance
    Company, As Subrogee v. Evans Interiors, Inc. In the District Court of Harris
    County, Texas 152nd Judicial District

58. 10/17/00 –Cause No. 10059*RM99 Valerie Lux v. State Farm County Mutual Insurance
    Company of Texas In the District Court of Brazoria County, Texas 149th
    Judicial District

59. 10/24/00 –Cause No. 00-287-C; Ivan Cavazos, etux. V. Berry Fabricators, et al.; in the
    94th Judicial District Court of Nueces County, Texas

60. 11/20/00 –Cause No. 99-41117; David Dempsey v. Ginger Ann Bailey; In the 280th
    Judicial District Court of Harris County, Texas    -

        Total: 21

                    2001

61. 01/15/01 –Cause No. 1999-29562; 80th Judicial District Court of Harris County, Texas;
    Kimberly H. Edwards Cashmere v. Cougar Landfill, Inc. and Waste
    Management, Inc.

62. 02/05/01 –Cause No. 9952896; Rebecca L. Kocurek v. Janis Blauert Hervey; District
    Court, 295th Judicial District, Harris County, Texas

63. 02/27/01 –Cause No. C.A. No. H-00-0543; In the matter of the Complaint of J&M
    Marine, Inc. for Exoneration from Limitation of Liability as Owner and
    Operator of the M/V DIANNA M: In the U.S. District Court, Southern
    District of Texas; Houston Division

64. 03/02/01 –Cause No. 11792*JG00; Tomlin Plank et al; In the 239th District Court of
    Brazoria County, Texas

65. 03/12/01 –Cause No. 2000-26656; Joan Gray v. Noe Zapata and John R. Wink
    Individually and D/B/A J.W. DELIVERY: In the District Court 133rd Judicial
    District Harris County, Texas

Deposition Testimony            Martin R. Steiner, M.D.                    Page 6

66. 03/13/01 —Cause No. 96-63633; Keith and Tammy McCoy v. Compressor Engineering
        Corp. In the District Court of Harris County, Texas 113th Judicial District

67. 05/10/01 —Cause No. 2000-0595; Tommy Peavy, et ux  v. William E. Davis et al; In the
        District Court of Harris County, Texas;  185th Judicial District

68. 05/10/01 —Civil Action no. g-00-229 Admiralty Billy Horton v. Rex Erectors Inc., Malin
        in the United States District Court for the Southern District of Texas
        Galveston Division

69. 05/30/01 —Cause No. 2000-01542; Christopher Lockwood and L. Lorie Lockwood v.
        Lillie Gilford Lloyd; In the 281st Judicial District Court of Harris County,
        Texas

70. 07/02/01 —Cause No. 9942976; David Cheatham v. Gardner, Middlebrook, Fleming,
        Gibbons, P.C. and Kathleen M. Scanion; In the 80th Judicial District Court of
        Harris County, Texas

71. 07/11/01 —Cause No. 727815 Michelle Momayezi v. Marnita Chaney in the County Civil
        Court of Law # 3 Harris County, Texas

72. 07/31/01 —Cause No. 9957220; Ealey Mitchum, Jr. v. The Kroger Co.; In the 157th
        District Court of Harris County, Texas

73. 08/13/01 —Cause No. 114,877; Naomi Cathi Newbaker v. Betty Pace Thompson and
        Owens Country Sausage; In the 240th Judicial District Court of Fort Bend
        County, Texas

74. 09/06/01 —Cause No. 1999-44960; Hank Gill v. Clifford J. Pugh; In the District Court of
        Harris County, Texas; 113th Judicial District

        Claim No. 78 42 B 210943

75. 09/17/01 —Cause No. 2000-25337; Karl Ferraro, v. Konecranes, Lanel, Inc., et al;
        Pending in the 190th Judicial District Court of Harris County, Texas

76. 10/10/01 —Cause No. C99-947C; Refugio Maciel and Sylvia Maciel, Individually and
        a/n/f of Christina Maciel, a minor v. Comal Independent School District and
        Walter Ennis, Jr.; In the 274th Judicial District Court of Comal County, Texas

77. 10/12/01 — No. 2000-35045; Charlotte Pavlides as next friend of Lydia Nagy v. Prime
        Care Ambulance Service, Inc.; In the 215th District Court of Harris County,
        Texas

78. 10/25/01 —Cause No.; 2000-17192; Eugene Thomas, Individually and as Representative
        of the Estate of Vercie Thomas et al v. HCCI-Houston, Inc. and Dr. Amjar F.
        Najar; In the 165th Judicial District Court of Harris County, Texas

Deposition Testimony          Martin R. Steiner, M.D.                    Page 7

Total: 18

2002

79. 01/10/02 –Cause No: 2000-07943; Maria Abundes vs. Azariahu Reuben;

80. 03/13/02—Deborah Novasad vs Aurora Equipment;

81. 04/09/02—Cause No. 2000-34162; Amoco Corporation v. John F. Heinrich: In the
          133th     Judicial District Court of Harris County, Texas

82. 04/17/02—Cause NO. C-172,022,001, James Belk vs Daniel Theesfeld;

83. 05/06/02—Cause No. 2000-62326; Constitution State Service Company as Subrogee of
          Alonzo Wade Golden vs. Elaine Gobert;

84. 08/21/02—No. 8718*RM99; Alisa Elizabeth Navarro vs. The Kroger Company;  In the
          149th Judical District Court of Brazoria County, Texas

85. 09/05/02—Cause No. 2001-42507; Daniel Ortega vs. Jerry Hoffpauir;

86. 09/30/02—Cause No. 01a-018;   Ken Howard Jr. vs. Tyler Equipment, Inc. d/b/a
          Athens Equipment Company and Stephen William McLaughlin;

87. 10/01/02—Cause No. 111,385; Rebecca Branning, Stephen Branning, Darla Wenzel,
          and Edward M Wenzel, jR.. vs. Rustin Transportation Company LP and
          Kevin Dean Hardy: In the District Court of Fort Bend County, Texas 400th
          Judicial District.

88. 10/21/02-Cause No. 23954: K-Mart Corporation v. Beverly A. Agee In the 83rd Judicial
          District Clerk of Val Verde County, Texas

89. 11/21/02- Cause No. 2001-49933; Kelly J. Hare v. Hewitt Properties IV, LLC, PM
          Realty Group, LP d/b/a/ PM Realty Group, and d/b/a PM Liquidators, Ltd.: In
          the 259th Judicial District Court of Harris County, Texas

90. 12/16/02- Cause No. 2001-27,577; Continental Casualty Company v. Terry Hammer; In
          the 164th Judicial District Court of Harris County. Texas

91. 12/19/02- Cause No. 10CV1083; Egbert vs. Boyd

92. 12/30/02- Cause No. 48,247; Gunter v. Ladd; In the County Court at Law Number 2 of
          Galveston County, Texas

93. 12/31/02- Cause No. 2001-65549; Penelope Thacker v. Royal Baths Manufacturing
          Company and Leonel Vela In the 164th Judicial District Court of Harris
          County, Texas

Total: 15

Deposition Testimony          Martin R. Steiner, M.D.                    Page 8

2003

94. 01/06/03- Cause No. 1998-62816; Jose Martinez vs. USA Waste Services of Houston, Inc.

95. 02/13/03- Cause No. 2002-05913; Anthony Newton vs. Proler Southwest, Inc,. d/b/a Metal Management Gulf states, Inc.;

96. 02/24/03- Cause No. 2001-61337;  Joseph R. Barney and Stephanie Barney vs. William Hollins and Gourley's Transport, , Inc; In the 270th Judicial District Court of Harris County, Texas

97. 02/26/03- Cause No. 2001-13297; Jerry R. Davis and Melinda A. Davis vs Safeco Lloyds Insurance Company;

98. 02/27/03- Cause No: 2001-46038; Joseph B Long v. Presswood Trucking Co., Inc., and Ramon Garza; In the 270th Judicial District Court of Harris County, Texas

99. 03/03/03- C.A. H-01-2507; Melissa Rice; et al v. Wal-Mart Stores, Inc., et al; In the United States District Court, Southern District of Texas, Houston, Texas

100. 03/18/03- Cause No. CV-33,490; Daniel Trujillo and Yvonne Trujillo v. William Charles Dubose and Nacogdoches Truck & Equipment, Inc.; In the District Court of Angelina County, Texas

101. 03/19/03- Cause No. 2001-63915; Albert and Diane Reyna vs. Benito Becerra & Guillermo Gonzales; In the 133rd Judicial District Court of Harris County, Texas

102. 03/24/03- Cause No. 2002-12334, Carroll vs. Pendergraft; In the 55th District Court of Harris County Texas

103. 03/26/03-Cause No. 32,602-99-12; Arturo Lozano vs. Brazos Valley Community Action Agency, Inc., Brazos Transit System, Lufkin Transit System and Emmitt Davis , Jr,; In the District of Angelina County, Texas

104. 03/31/03- Cause No. 2002-43700; Samantha Lewis vs. USA Restoration, Inc.; In the 55th Judicial District Court of Harris County, Texas.

105. 04/08/03- Cause No. 03007206-01-CC Benny Rich vs. Texas  Mutual Company.

106. 04/14/03- Cause No. 34,858-01-12; Thomas E. Semprevivo vs. Eddie Dwayne Bailey and Clamon Cattle Company, Inc.;

107. 04/24/03- Cause No B-161,234; Carol H. Lowe and James C. Robichaux, Jr. vs. Kathy Lynn Lowry, Kyung Ho Yoon and Hi Seong Yoon; In the 60th Judicial District Court of Jefferson County, Texas

Deposition Testimony          Martin R. Steiner, M.D.                Page 9

108. 07/01/03- Cause No. G-02-306; Major Batton v. Union Pacific Railroad Co.; In the
        United States District Court for the Southern District of Texas, Galveston
        Division.  Daw File No.:  111-378

109. 07/31/03- Cause No. 2002-34173; Lisa Maggard vs. The May Department Stores
        Company and Foley's;

110. 08/19/03- Cause No. 755,524; Dunlap v. Janson; In the County Civil Court at Law
        Number 4 of Harris County, Texas

111. 09/8/03- Cause No.: 2002-37,435; Joanne Hottois vs. Betty Johnson and Eugene wells;
        In the 165th Judicial District Court of Harris County, Texas

112. 10/13/03- Cause No.38,210-S; Olga Espinoza, Mitchell Gentry vs. A.G. Transport Jose
        Alfredo Rodriguez, and Henry Conrado Aguilar, In the 329th District Court of
        Wharton  County, Texas

113. 10/30/03- Cause No. 02-11-11513CV Lamberto Solis, Sr. and Josefina Solis,
        Individually and as Surviving Parents of Lamberto Solis, Jr., Deceased v El
        Paso Production Oil & Gas Company, Power Chokes I, L.L.C., Power
        Chokes, L.P. In the 79th Judicial District Court of Brooks County, Texas

114. 11/6/03- Civil Action No. H-02-3676 Columbus Eugene and his Wife, Mary Eugene,
        Individually and on Behalf of their Minor Children, Steven Eugene, Amber
        Eugene, Dana Eugene, Cristy Eugene, Quincy Eugene, Kayla Eugene, Joshua
        Eugene, and Kaleb Eugene vs Pittsburg Tank and Tower Company Elevated
        Tank Division, Inc. In the United States District Court for the Southern
        District of Texas, Houston Division

115. 11/10/03- Cause No. 54285CV; Armstrong vs. Gourley, et al.

        Total: 22

                                2004

116. 01/05/04- Cause No. 2002-12334: Roger G. Carroll v. Cristen June Pendergraft: In The
        55th Judicial District Court of Harris county, Texas

117. 02/02/04- Cause No. 2002-65778; Roberson, et al v. Bridges In the 234th District Court
        of Harris County, Texas

118. 02/10/04- Cause No. 2002-45515; Colette Michalec versus Paul Edward Golden,
        Metropolitan Transit Authority, and Dutch Allen Rice

119. 03/03/04- Cause No. 2002-51999;  Kenneth Ralph vs. United Equipment  Rentals Gulf,
        L.P.;

120. 03/25/04-Cause No. 2003-23858; Naomi Nemitz v. Karen Hrebec; In the 295th Judicial District Court of Harris County Texas.

121. 05/13/04-Cause No. G-03-435; Ben Isgitt v. Seabulk Offshore, Inc; In the United States District Court; For the Southern District of Texas; Galveston Division.

122. 05/18/04-Cause No. G-02-306:  Major Batton v. Union Pacific Railroad Co.; In the United States District Court for the Southern District of Texas, Galveston Division.

123. 06/03/04-Cause No. 2003-32570; Onken V. Garcia; In the 152nd Judicial District of Harris County, Texas

124. 08/05/04-Cause No. 2003-22102; Meeker,III V. Rhodes; In the 113th District Court of Harris County, Texas

125. 9/13/04-Cause No. 03-08-06282-CV;James H. Stillwell v. Guy M. Lewis, D.D.S.; In the 410th Judicial District Court of Montgomery County, Texas.

126. 9/20/04-Cause No. 2003-53002; Eugene M. Stevens v. John H. Galey, In the 152nd Judicial District of Harris County, Texas

127. 9/23/04-Cause No. 2002-65737; Margarett L. Dixon and James Dixon, Individually v. Stuart M. Dobbs, M.D.; Elizabeth H. Lindsey, M.D.; Eugene C. Lai, M.D.; Katherine H. Noe, M.D.; Luis G. Schaeffer, M.D.; Dr. Luis G. Schaeffer & Associates, P.A. and Cleveland Regional Medical Center, L.P.; In the 133rd Judicial District Court og Harris County, Texas

128. 10/14/04-Cause No. 2003-17563; Terry D. McCoy and Terri L. McCoy v. Gulf Coast Regional Blood Center; Pending in the 125th Judicial District Court of Harris County, Texas.

129. 10/18/04-Civil Action No. 1:03-CV-00073;Scott D. Craigen vs. International Maintenance Corporation and International Maintenance Company, L.L.C.; In the United States District Court for the Eastern District of Texas, Beaumont Division; SBF File No. 105020

130. 11/30/04-Cause No. 2003-33926; Rodriguez v. Harris County; In the 127th Judicial District Court of Harris County; Texas; CA File No. 03 TRL 0191

131. 12/16/04- Cause No. C-747-03-l;  Eduardo Bolado versus Texas Regional Bank Shares; File No. 2003-176

Total: 16

2005

Deposition Testimony          Martin R. Steiner, M.D.                    Page 11

132. 2/21/05- Cause No. A0200433-C; Tammy E. Cox as Guardian for Jessica Nicole Cox
     & Dustin Cox v. Richard Scott Smith & Superior Carriers, Inc.; In the 128th Judicial
     District; Orange County, Texas

133. 3/17/05- Cause No. 31,364H; Tacquard v. Rice; In the County Civil Court at Law
     Number 2 of Brazoria County, Texas DOL: 9/17/02

134. 3/30/05 – Cause No. B – 167 061; Carlyn Jarrell v. William N. Hawkins, M.D.; In the
     60th Judicial District Court, Jefferson County, Texas

135. 4/27/05 – File No.: 5159-31065; Eric Hayward v. Gainey Transportation Services, Inc.

136. 5/03/05 – Cause No. 25129; Zamora v. McClure; In the 239th District Court of Brazoria
     County, Texas