IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 1 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |
| | § | |
| VS. | § | |
| | § | |
| A-1 AUTO DOOR SYTEMS, INC. | § | |

**FIRST SUPPLEMENTAL RULE 26(a) DISCLOSURES
AND DESIGNATION OF EXPERT WITNESSES OF
THIRD-PARTY DEFENDANT, A-1 AUTO DOOR SYSTEMS, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now A-1 Auto Door Systems, Inc., Third-Party Defendant in the above-styled and numbered cause, and makes these disclosures in accordance with Rule 26(a) of the Federal Rules of Civil Procedure. Third-Party Defendant makes the following disclosures subject to and without waiving its right to protect from disclosure (a) any and all communications protected from disclosure by the attorney-client privilege, (b) any and all work-product conclusions, opinions, or legal theories of Third-Party Defendant's attorneys or other representatives concerning this litigation, and (c) any and all confidential information until a suitable protective order is entered to protect the confidentiality of such information. Moreover, Third-Party Defendant makes these disclosures with the best information available to it at the time disclosure was required by the Federal Rules of Civil Procedure. Third-Party Defendant reserves the right

to amend or supplement these disclosures as may be allowed by applicable Federal Rules of Civil Procedure or order of this Court.

**Rule 26(a)(1)(A)**  The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleading, identifying the subject of the information.

**RESPONSE:**

    Claudia Gonzalez
    1618 Harvard Avenue
    Brownsville, Texas 78520
    (956) 982-1078
    Plaintiff

    Staples The Office Superstore
    Agents, Employees and/or Custodian of Records
    2436 Pablo Kisel
    Brownsville, TX 78521
    (956) 541-1500
    Defendant / Third-Party Plaintiff

    Rick Balli
    Staples The Office Superstore
    2436 Pablo Kisel
    Brownsville, TX 78521
    (956) 541-1500
    And
    28320 S. Palm Court Drive
    Harlingen, TX 78552
    Staples Store Manager

    Lou Garcia
    Staples The Office Superstore
    2436 Pablo Kisel
    Brownsville, TX 78521
    (956) 541-1500
    Staples Store Assistant Manager

    United Door Service
    Agents, Employees and/or Custodian of Records
    Concourse Building
    1 Copley Parkway, Suite 212
    Morrisville, NC 27560
    Third-Party Defendant / Third-Party Plaintiff

A-1 Auto Door Systems, Inc.
110 Blanco Road
San Antonio, Texas 78212
(210) 732-1214
Third-Party Defendant

Larry Mangum
Landon Mangum
Edward Salazar
110 Blanco Road
San Antonio, Texas 78212
(210) 732-1214
Representatives of A-1 Auto Door Systems, Inc., with knowledge of work performed at the Staples store where the incident is alleged to have occurred

David Edwards
1406 High Street
Harlingen, Texas 78550
(956) 423-0558
Former employee of A-1 Auto Door Systems, Inc., with knowledge of work performed at the Staples store where the incident is alleged to have occurred

Dor-O-Matic
Agents, Employees and/or Custodian of Records
730 West Wilson Ave.
Harwood Heights, IL 60706
Manufactured Automatic Doors at Staples store

Bliss Clark, M.D.
Agents, Employees and/or Custodian of Records
Rio Grande Orthopedic Center
1601 Treasure Hills Blvd.
Harlingen, Texas 78550
Plaintiff's healthcare provider

Mike Melton, D.C.
Agents, Employees and/or Custodian of Records
Brownsville Chiropractic Clinic
55 West Elizabeth
Brownsville, Texas 78520
(956) 548-1980
Plaintiff's healthcare provider

Madhaven Pisharodi, M.D.
Agents, Employees and/or Custodian of Records
942 Wild Rose Ln.
Brownsville, Texas 78520
(956) 541-6725
Plaintiff's healthcare provider

Brownsville Open MRl
Agents, Employees and/or Custodian of Records
908 Paredes Line Rd.
Brownsville, Texas 78520
(956) 541-4488
Plaintiff's healthcare provider

Dr. Aguilar
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider

Dr. Joel De La Garza
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider

Dr. Alejandro Arrora Hernandez
Agents, Employees and/or Custodian of Records
Hospital Guadalupe
6a entre Rayon y Victoria No. 72
H. Matamoros, Tamaulipas, Mexico
813-94-15 or 813-95-17
Plaintiff's healthcare provider

Dr. Terence Langan
Agents, Employees and/or Custodian of Records
409 Boca Chica Blvd.
Brownsville, TX  78520
(956) 541-7451
Plaintiff's healthcare provider

Dr. Luevano
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider

Dr. Helson Pacheco
Agents, Employees and/or Custodian of Records
1700 N. Oregon, Ste. 515
El Paso, TX 79902
Plaintiff's healthcare provider

Dr. Jesus Vasquez Rivas
Agents, Employees and/or Custodian of Records
Av. Rio Bravo 16 y 18 No. 615
Col. San Francisco
H. Matamoros, Tamaulipas, Mexico
01 (868) 813-10-47
Plaintiff's healthcare provider

Dr. Roberto Robles
Agents, Employees and/or Custodian of Records
95 E. Price Road, Building C
Brownsville, TX 78521
(956) 504-3278
Plaintiff's healthcare provider

Dr. Jose Luis Rodriguez
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider

Dr. Gustavo Stern
Agents, Employees and/or Custodian of Records
864 Central Blvd., Ste. 300
Brownsville, TX 78520
(956) 541-8361
Plaintiff's healthcare provider

Brownsville Medical Center
Agents, Employees and/or Custodian of Records
1040 W. Jefferson
Brownsville, TX 78520
(956) 544-1400
Plaintiff's healthcare provider

Brownsville Physical Therapy
Agents, Employees and/or Custodian of Records
1714 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-2401
Plaintiff's healthcare provider

Harlingen Medical Center
Agents, Employees and/or Custodian of Records
5501 S. Expressway 77/83
Harlingen, TX 78550
(956) 365-3947
Plaintiff's healthcare provider

MRI in Monterrey
Agents, Employees and/or Custodian of Records
Monterrey, Mexico
Plaintiff's healthcare provider

Mosqueda Clinic
Agents, Employees and/or Custodian of Records
44 E. Levee St.
Brownsville, TX 78520
(956) 542-2555
Plaintiff's healthcare provider

Valley Regional Medical Center
Agents, Employees and/or Custodian of Records
100A Alton Gloor Blvd.
Brownsville, Texas 78521
(956) 350-7525
Plaintiff's healthcare provider

Richard Fremaux, M.D.
Agents, Employees and/or Custodian of Records
Valley Regional Medical Center
100A Alton Gloor Blvd.
Brownsville, Texas 78521
(956) 350-7525
Plaintiff's healthcare provider

Alejandro Betancourt, M.D.
Agents, Employees and/or Custodian of Records
Harlingen Spine & Neurological Spine Institute
2121 Pease Street, Ste. 304
Harlingen, TX 78550
And
844 Central Blvd., Ste. 360
Brownsville, TX 78520
(956) 425-3706
Plaintiff's healthcare provider and designated as expert witness

Warren F. Davis
43 Holden Road
Newton, MA 02465-1909
(617) 244-1450
Expert Witness Designated by Plaintiff

Loren Slaybaugh
136 Dixie Avenue
Lake Placid, FL 33852
(863) 699-1729
Expert Witness Designated by Defendant / Third-Party Plaintiff, Staples The Office Superstore

Martin R. Steiner, M.D.
Agents, Employees and/or Custodian of Records
Houston Neurology Associates
8200 Wednesbury Lane, Suite 111
Houston, TX 77074-2002
(713) 777-4122
Expert Witness Designated by Defendant / Third-Party Plaintiff, Staples The Office Superstore

Daniel Backlas, M.D.
Agents, Employees and/or Custodian of Records
Knapp Medical Center
Department of Radiology
Weslaco, TX 78596
(956) 969-5175
Expert Witness Designated by Defendant / Third-Party Plaintiff, Staples The Office Superstore

Dr. Bruce Berberian
Agents, Employees and/or Custodian of Records
Valley Radiologist & Associates
2026 E. Tyler
Harlingen, Texas 78550
Expert Witness Designated by Third-Party Defendant / Third-Party Plaintiff, United Door Service

Paul Durgin
Carolina Doors Control, Inc.
97 Old Marietta Path
Dallas, Georgia 30132
Expert Witness Designated by Third-Party Defendant / Third-Party Plaintiff, United Door Service

>   Richard M. Harding, BSc, MB BS, PhD.
>   Herbert M. Guzman
>   Biodynamic Research Corporation
>   5711 University Heights Blvd., Suite 100
>   San Antonio, Texas 78249
>   (210) 691-0281
>   **Expert Witness of Third-Party Defendant, A-1 Auto Door Systems, Inc.**

**Third-Party Defendant also hereby identifies all custodian of records for all healthcare providers and facilities identified herein, at the corresponding address and phone number listed for the provider and/or facility.**

**Rule 26(a)(1)(B)**   A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

>   **See all medical records, medical bills, income tax records, wage records, and employment records produced or subpoenaed by any party. See the documents produced by Third-Party Defendant, A-1 Auto Door Systems, Inc., as exhibits to its responses and supplemental responses to requests for production propounded by Plaintiff, Claudia Gonzalez. See the exhibits attached to these disclosures and designation of expert witnesses. See all expert reports produced by any party. See all photographs produced by any party. See all depositions taken in this lawsuit and any attached exhibits. See the discovery responses and attached exhibits of all parties to this lawsuit.**

**Rule 26(a)(1)(C)**   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or evidentiary material, not privileged or protected from disclosure, on which such compilation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

>   **Third-Party Defendant is not seeking any damages.**

**Rule 26(a)(1)(D)**   For inspection and copying as under Rule 34 any insurance agreements under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

    **Third-Party Defendant will supplement.**

**Rule 26(a)(2)(A)**   In addition to the disclosures required by paragraph (1), a party shall disclose to other parties the identity of any other person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

**RESPONSE:**

    1.    **Third-Party Defendant reserves the right to cross-examine any witnesses and expert witnesses who are allowed to express opinions in Plaintiff's case in chief, if any, and to elicit opinions from them during same without agreeing with or vouching for any and all opinions such persons may have. Third-Party Defendant specifically does not waive any and all objections it has to any of the persons, designated as witnesses or expert witnesses by Plaintiff, being permitted to express opinions in this case.**

    2.    **Third-Party Defendant designates and reserves the right to call as expert witnesses, without agreeing with or vouching for their opinions, any and all treating physicians of Plaintiff and all witnesses and expert witnesses designated by Plaintiff, if any.**

        **Third-Party Defendant reserves the right to call the individuals listed below who are or potentially could be expert witnesses with knowledge of relevant facts in this case. However, to the extent that their knowledge of relevant facts is derived or arises from special knowledge and skill which they have acquired as a result of specialized training and experience, they are listed here as fact expert witnesses. Third-Party Defendant regards these witnesses in a special category of experts because they are primarily fact witnesses over whom Third-Party Defendant and its counsel have no control or right of control.**

Further, the full and/or complete names, identities, and addresses of custodian of records are unknown to Third-Party Defendant at this time other than that information contained herein. If necessary, Third-Party Defendant may call any of these individuals to testify regarding the custody, authenticity, genuineness, and completeness of the medical records, billing records, radiology studies, business records, and documents and materials in their possession, custody, and/or control. In addition, Third-Party Defendant may call any of these individuals regarding the necessity and reasonableness of the charges or expenses with respect to any billings or expenses or records relating to such matters.

Any and all treating physicians and/or healthcare providers who treated Plaintiff may be called to testify on the topic of their care, treatment, diagnosis, and prognosis. They are expected to testify on any and all treatment or evaluation of Plaintiff including any and all pre-existing conditions that may have caused the alleged injuries of Plaintiff. Specifically, but without limitation, Third-Party Defendant reserves the right to call the following treating physicians:

Bliss Clark, M.D.
Agents, Employees and/or Custodian of Records
Rio Grande Orthopedic Center
1601 Treasure Hills Blvd.
Harlingen, Texas 78550
Plaintiff's healthcare provider

Mike Melton, D.C.
Agents, Employees and/or Custodian of Records
Brownsville Chiropractic Clinic
55 West Elizabeth
Brownsville, Texas 78520
(956) 548-1980
Plaintiff's healthcare provider

Madhaven Pisharodi, M.D.
Agents, Employees and/or Custodian of Records
942 Wild Rose Ln.
Brownsville, Texas 78520
(956) 541-6725
Plaintiff's healthcare provider

Brownsville Open MRI
Agents, Employees and/or Custodian of Records
908 Paredes Line Rd.
Brownsville, Texas 78520
(956) 541-4488
Plaintiff's healthcare provider

10

Dr. Aguilar
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider

Dr. Joel De La Garza
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider

Dr. Alejandro Arrora Hernandez
Agents, Employees and/or Custodian of Records
Hospital Guadalupe
6a entre Rayon y Victoria No. 72
H. Matamoros, Tamaulipas, Mexico
813-94-15 or 813-95-17
Plaintiff's healthcare provider

Dr. Terence Langan
Agents, Employees and/or Custodian of Records
409 Boca Chica Blvd.
Brownsville, TX 78520
(956) 541-7451
Plaintiff's healthcare provider

Dr. Luevano
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider

Dr. Helson Pacheco
Agents, Employees and/or Custodian of Records
1700 N. Oregon, Ste. 515
El Paso, TX 79902
Plaintiff's healthcare provider

Dr. Jesus Vasquez Rivas
Agents, Employees and/or Custodian of Records
Av. Rio Bravo 16 y 18 No. 615
Col. San Francisco
H. Matamoros, Tamaulipas, Mexico
01 (868) 813-10-47
Plaintiff's healthcare provider

Dr. Roberto Robles
Agents, Employees and/or Custodian of Records
95 E. Price Road, Building C
Brownsville, TX 78521
(956) 504-3278
Plaintiff's healthcare provider

Dr. Jose Luis Rodriguez
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider

Dr. Gustavo Stern
Agents, Employees and/or Custodian of Records
864 Central Blvd., Ste. 300
Brownsville, TX 78520
(956) 541-8361
Plaintiff's healthcare provider

Brownsville Medical Center
Agents, Employees and/or Custodian of Records
1040 W. Jefferson
Brownsville, TX 78520
(956) 544-1400
Plaintiff's healthcare provider

Brownsville Physical Therapy
Agents, Employees and/or Custodian of Records
1714 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-2401
Plaintiff's healthcare provider

Harlingen Medical Center
Agents, Employees and/or Custodian of Records
5501 S. Expressway 77/83
Harlingen, TX 78550
(956) 365-3947
Plaintiff's healthcare provider

MRI in Monterrey
Agents, Employees and/or Custodian of Records
Monterrey, Mexico
Plaintiff's healthcare provider

Mosqueda Clinic
Agents, Employees and/or Custodian of Records
44 E. Levee St.
Brownsville, TX 78520
(956) 542-2555
Plaintiff's healthcare provider

Valley Regional Medical Center
Agents, Employees and/or Custodian of Records
100A Alton Gloor Blvd.
Brownsville, Texas 78521
(956) 350-7525
Plaintiff's healthcare provider

Richard Fremaux, M.D.
Agents, Employees and/or Custodian of Records
Valley Regional Medical Center
100A Alton Gloor Blvd.
Brownsville, Texas 78521
(956) 350-7525
Plaintiff's healthcare provider

Alejandro Betancourt, M.D.
Agents, Employees and/or Custodian of Records
Harlingen Spine & Neurological Spine Institute
2121 Pease Street, Ste. 304
Harlingen, TX 78550
And
844 Central Blvd., Ste. 360
Brownsville, TX 78520
(956) 425-3706
Plaintiff's healthcare provider and designated as expert witness

The opinions and impressions of these healthcare providers are known to Third-Party Defendant only through their records will be obtained in the discovery of this case and which are incorporated herein by reference for all purposes. The facts known to these experts on which their opinions and impressions are based will also be known to Third-Party Defendant only through the above-referenced records. Since these are the treating physicians of Plaintiffs, they are in a better position to know their impressions, opinions, and the factual basis for same than Third-Party Defendant.

>By including these persons as non-retained experts, Third-Party Defendant is not stipulating to their qualifications as experts and retains the right to challenge any expert on that basis. Third-Party Defendant further reserves the right to elicit opinions from them without agreeing with or vouching for any or all opinions such persons may have. Third-Party Defendant further reserves the right to supplement or otherwise alter these responses as discovery progresses.

3. Third-Party Defendant also reserves the right to call and elicit testimony from any expert witness designated by Plaintiff, Claudia Gonzalez, Defendant / Third-Party Plaintiff, Staples The Office Superstore, and/or Third-Party Defendant / Third-Party Plaintiff, United Door Service, including, but not limited to, the following:

Alejandro Betancourt, M.D.
Agents, Employees and/or Custodian of Records
Harlingen Spine & Neurological Spine Institute
2121 Pease Street, Ste. 304
Harlingen, TX 78550
And
844 Central Blvd., Ste. 360
Brownsville, TX 78520
(956) 425-3706
Plaintiff's healthcare provider and designated as expert witness

Warren F. Davis
43 Holden Road
Newton, MA 02465-1909
(617) 244-1450
Expert Witness Designated by Plaintiff

Loren Slaybaugh
136 Dixie Avenue
Lake Placid, FL 33852
(863) 699-1729
Expert Witness Designated by Defendant / Third-Party Plaintiff, Staples The Office Superstore

Martin R. Steiner, M.D.
Agents, Employees and/or Custodian of Records
Houston Neurology Associates
8200 Wednesbury Lane, Suite 111
Houston, TX 77074-2002
(713) 777-4122
Expert Witness Designated by Defendant / Third-Party Plaintiff, Staples The Office Superstore

Daniel Backlas, M.D.
Agents, Employees and/or Custodian of Records
Knapp Medical Center
Department of Radiology
Weslaco, TX 78596
(956) 969-5175
Expert Witness Designated by Defendant / Third-Party Plaintiff, Staples The Office Superstore

Dr. Bruce Berberian
Agents, Employees and/or Custodian of Records
Valley Radiologist & Associates
2026 E. Tyler
Harlingen, Texas 78550
Expert Witness Designated by Third-Party Defendant / Third-Party Plaintiff, United Door Service

Paul Durgin
Carolina Doors Control, Inc.
97 Old Marietta Path
Dallas, Georgia 30132
Expert Witness Designated by Third-Party Defendant / Third-Party Plaintiff, United Door Service

Third-Party Defendant specifically does not waive any and all objections it has to any of the persons designated as expert witnesses by any other party and is not stipulating to their qualifications as experts. Third-Party Defendant reserves the right to challenge the qualifications of the experts and the reliability of their opinions. These experts are not retained by or subject to the control of Third-Party Defendant. See the expert report and curriculum vitae previously produced for each of the experts by the appropriate designating party.

4. In addition to the foregoing, Third-Party Defendant designates the following persons who be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

Richard M. Harding, BSc, MB BS, PhD.
Herbert M. Guzman
Biodynamic Research Corporation
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281
Expert Witnesses of Third-Party Defendant, A-1 Auto Door Systems, Inc.

**Rule 26(a)(2)(B)**  Except as otherwise stipulated or directed by the court, this disclosure shall, with respect to a witness who is retained or specially employed to provide expert testimony in the case or whose duties as an employee of the party regularly involve giving expert testimony, be accompanied by a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefore; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

**RESPONSE:**

    **See the expert report dated April 29, 2005, previously produced as Exhibit "A".**

    **See the curriculum vitae of Dr. Harding previously produced as Exhibit "B".**

    **See the testifying history of Dr. Harding previously produced as Exhibit "C".**

    **See the curriculum vitae of Mr. Guzman previously produced as Exhibit "D".**

    **See the rate schedule for Biodynamic Research Corporation previously produced as Exhibit "E".**

Respectfully submitted,

ALLEN, STEIN & DURBIN, P.C.
6243 IH-10 West, 7th Floor
P. O. Box 101507
San Antonio, Texas 78201
Tel: (210) 734-7488
Fax: (210) 738-8036

By: _____
ROBERT A. ALLEN
State Bar No. 01051000
Federal Admission No. 13390

ATTORNEY FOR THIRD-PARTY DEFENDANT,
A-1 AUTO DOOR SYSTEMS, INC.

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing *First Supplemental Rule 26(a) Disclosures and Designation of Expert Witnesses of Third-Party Defendant, A-1 Auto Door Systems, Inc.,* was this the 25th day of May, 2005, forwarded via certified mail, return receipt requested, on:

Mr. Ronald Armstrong
R. W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

Mr. Norton A. Colvin, Jr.
Ms. Sarah A. Nicolas
Ms. RosaMaria Villagomez-Vela
Rodriquez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522

Mr. Monte J. English
English & Clemons, L.L.P.
555 N. Carancahua, Suite 1500
Corpus Christi, Texas 78478

_____
ROBERT A. ALLEN

#422896/1391-170