United States District Court
Southern District of Texas
FILED

JUN 0 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| d/b/a STAPLES THE OFFICE | § | |
| SUPERSTORE EAST, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |
| | § | |
| VS. | § | |
| | § | |
| A-1 AUTO DOOR SYSTEMS, INC. | § | |

## AGREED MOTION FOR EXTENSION OF CERTAIN DEADLINES AND CONTINUANCE OF JURY SELECTION DATE

TO THE HONORABLE JUDGE:

COME NOW, PLAINTIFF CLAUDIA GONZALEZ, DEFENDANT STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., THIRD PARTY DEFENDANT/THIRD PARTY PLAINTIFF UNITED DOOR SERVICE and THIRD PARTY DEFENDANT A-1 AUTO DOOR SYSTEMS, INC. (hereinafter "the Parties") and file this Agreed Motion for Extension of Certain Deadlines. In support, the Parties state as follows:

### I.

This case is currently set for jury selection on October 5, 2005. Despite the parties' best efforts, the parties have been unable to complete the expert discovery necessary to

adequately prepare this matter for trial due to conflicting trial settings, scheduling conflicts, and limited availability of witnesses. Consequently, the Parties have agreed to extend the certain agreed deadlines in an attempt to finalize expert discovery in this matter. At this time, the Parties have agreed to extend the discovery deadline, the dispositive motion deadline and the deadline to object to the reliability of any expert's testimony. While the Parties have reached an agreement regarding the new deadlines, the Parties nonetheless respectfully request that this Honorable Court enter an amended scheduling order as to the foregoing dates as referenced in the parties' Agreed Partial Scheduling Order submitted with this Motion.

## II.

The expert discovery sought to be completed by the parties is material to the issues in this case and is fundamental to preparation of this case for trial. At this time, the parties are unable to adequately prepare for trial by the October 5, 2005 jury selection deadline in light of the number of experts to be deposed and have therefore agreed to a thirty (30) day continuance. The Parties respectfully request that this Honorable Court grant the parties' request for a short continuance of the jury selection and pre-trial dates and enter an amended scheduling order reflecting the parties' request. The parties do not seek a continuance for purposes of delay, but in order to obtain the discovery that is needed in order to prepare for trial in this matter.

WHEREFORE, the parties respectfully request that this Honorable Court enter the parties' Agreed Partial Scheduling Order; grant the parties request for a thirty (30) day continuance of the October 5, 2005 jury selection and pre-trial dates; and grant such other and further relief, at law or in equity, to which the Parties may show themselves to be justly entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.

By: _____
　　　Norton A. Colvin, Jr.　*by permission*
State Bar No. 04632100
Federal Admissions No. 1918
　　　RosaMaria Villagomez-Vela
State Bar No. 24008210
Federal Admissions No. 22983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
**ATTORNEYS FOR DEFENDANT**
**STAPLES THE OFFICE SUPERSTORE**
**D/B/A STAPLES THE OFFICE**
**SUPERSTORE EAST**

By: _____
Ronald W. Armstrong　*by permission*
State Bar No. 01323500
Federal Admissions No. 2237
R.W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, TX 78521
(956) 546-5556
(956) 546-0470

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.


By: _____
        Norton A. Colvin, Jr.
State Bar No. 04632100
Federal Admissions No. 1918
        RosaMaria Villagomez-Vela
State Bar No. 24008210
Federal Admissions No. 22983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
**ATTORNEYS FOR DEFENDANT
STAPLES THE OFFICE SUPERSTORE
D/B/A STAPLES THE OFFICE
SUPERSTORE EAST**



By: _____
Ronald W. Armstrong
State Bar No. 01323500
Federal Admissions No. 2237
R.W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, TX 78521
(956) 546-5556
(956) 546-0470

**ATTORNEYS FOR PLAINTIFF**

By: _____

Monte English

State Bar No. 06625700

Federal ID No. 2776

English & Clemons, LLP

555 N. Carancahua, Suite 1500

Corpus Christi, Texas 78478

361-882-2244

361-882-2773

**ATTORNEYS FOR THIRD PARTY
DEFENDANT UNITED DOOR SERVICE**


By: _____

Robert A. Allen

State Bar No. 01051000

Federal Admissions No. 13390

Allen, Stein & Durbin, P.C.

6243 IH-10 West, 7th Floor

P.O. Box 101507

San Antonio, TX 78201

(210) 734-7488

(210) 738-8036

**ATTORNEY FOR THIRD PARTY
DEFENDANT A -1 AUTO DOOR
SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

> Ronald W. Armstrong
> R.W. Armstrong & Associates
> 2600 Old Alice Road, Suite A
> Brownsville, TX 78521
>
> Monte English
> English & Clemons, LLP
> 555 N. Carancahua, Suite 1500
> Corpus Christi, Texas 78478
>
> Robert A. Allen
> Allen, Stein & Durbin, P.C.
> 6243 IH-10 West, 7th Floor
> P.O. Box 101507
> San Antonio, TX 78201

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the __1st__ day of _June_ 2005.

ROSAMARIA VILLAGOMEZ-VELA