IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZÁLEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., ET. AL. | § § § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |
| | § | |
| VS. | § | |
| | § | |
| A-1 AUTO DOOR SYSTEMS, INC. | § | |

**AGREED PARTIAL SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Partial Scheduling Order:

1. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, by **August 1, 2005**.

2. The parties shall complete all discovery on or before **August 1, 2005**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

3.  All dispositive motions shall be filed no later than **August 15, 2005.**

4.  Final Pre trial and Jury Selection is scheduled for _____, 2005

before United States District Judge Andrew S. Hanen at _____ o'clock a.m.

**SIGNED AND ENTERED** this _____ day of _____, 2005.

_____
HONORABLE UNITED STATES MAGISTRATE JUDGE

Copies to:
RosaMaria Villagomez, Rodriguez Colvin Chaney & Saenz, LLP, 1201 E. Van Buren, Brownsville, TX 78520
Ronald W. Armstrong, R.W. Armstrong & Associates, 2600 Old Alice Road, Ste. A, Brownsville, TX 78521
Monte English, English&Clemons, 555 N. Carancahua, Suite 1500, Corpus Christi, Texas 78478
Robert A. Allen, Allen Stein & Durbin, P.C., 6243 IH-10 West, 7th Fl., P.O. Box 101507, San Antonio, TX 78201