United States District Court
Southern District of Texas
FILED

JUN 1 5 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| d/b/a STAPLES THE OFFICE SUPERSTORE | § | |
| EAST, INC. | § | |

## DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., Defendant in the above-entitled and numbered cause, and makes these disclosures in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure. Defendant makes the following disclosures subject to and without waiving its right to protect from disclosure (a) any and all communications protected from disclosure by the attorney-client privilege, (b) any and all work-product conclusions, opinions, or legal theories of Defendant's attorneys or other representative concerning this litigation, and (c) any and all confidential information until a suitable protective order is entered to protect the confidentiality of such information. Moreover, Defendant makes these disclosures with the best information available to it at the time disclosure was required by the Federal Rules of Civil Procedure. Defendant's investigation is continuing and incomplete.

**Rule 26(a)(1)(A)** The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleading, identifying the subjects of the information.

**RESPONSE:**

Claudia Gonzalez
1618 Harvard Avenue
Brownsville, Texas 78520
(956) 982-1078
Plaintiff

Bliss Clark, M.D.
Rio Grande Orthopedic Center
1601 Treasure Hills Blvd.
Harlingen, Texas 788550
Plaintiff's healthcare provider.

Mike Melton, D.C.
Brownsville Chiropractic Clinic
55 West Elizabeth
Brownsville, Texas 78520
(956) 548-1980
Plaintiff's healthcare provider.

Dr. Madhaven Pisharodi
942 Wild Rose Ln
Brownsville, Texas 78520
(956) 541-6725

Open MRI
Brownsville, Texas 78520
(956) 541-4488
Plaintiff's healthcare provider.

United Door Service
Concourse Building
1 Copley Parkway, Suite 212
Morrisville, NC 27560
Company that performed maintenance on the door in question.

Mr. Rick Balli, Manager
Staples The Office Superstore
2436 Pablo Kisel
Brownsville, Texas 78521
(956) 541-1500

Defendant also hereby identifies all custodians of record for all healthcare providers and facilities identified herein, at the corresponding address and phone number listed for the provider and/or facility.

**Rule 26(a)(1)(B)** A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

**RESPONSE:**

Please see documents attached hereto as Exhibit "A".

Defendant is continuing its investigation of this matter. If Defendant identifies other documents that are not privileged that Defendant may use to support its claims or defenses in this matter, Defendant will supplement this response.

**Rule 26(a)(1)(C)** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the document or other evidentiary materials, not privileged or protected from disclosure, on which such computation is based, including materials bearing the nature and extent of injuries suffered.

**RESPONSE:**

Defendant is not claiming damages at this time.

**Rule 26(a)(1)(D)** For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

Defendant has requested any applicable insurance agreement. Upon receipt, Defendant will supplement.

**Rule 26(a)(2)(A)** In addition to the disclosures required to paragraph (1), a party shall disclose to other parties the identity of any other person who may be

used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

**RESPONSE:**

> No experts have been retained at this time. Defendant reserves the right to supplement after further discovery is completed.

**Rule 26(a)(2)(B)**      Except as otherwise stipulated or directed by the court, this disclosure shall, with respect to a witness who is retained or specially employed to provide expert testimony in the case or whose duties as an employee of the party regularly involve in giving expert testimony, be accompanied by a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefore; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study of the testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

**RESPONSE:**

> Defendant reserves its right to supplement this request with the report of their experts pursuant to the provisions of Rule 26(e) 1-2, of the Federal Rules of Civil Procedure.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, LLP

By: *[signature]* by pen
    Norton A. Colvin, Jr.
    State Bar No. 04632100
    Federal Admissions No. 1918
    Sarah A. Nicolas
    State Bar No. 24013543
    Federal Admissions No. 32122
    RosaMaria Villagomez-Vela
    State Bar No. 24008210
    Federal Admissions No. 22983
    1201 East Van Buren
    Post Office Box 2155
    Brownsville, Texas 78522
    Tel: (956) 542-7441
    Fax: (956) 541-2170

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was previously served by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure on October 7, 2003 upon all counsel of record, to-wit:

>Ronald W. Armstrong
>Law Offices of Ronald W. Armstrong
>State Bar No. 01323500
>2600 Old Alice Road, #A
>Brownsville, Texas 78521
>(956) 546-5556
>Fax (956) 546-0470

By copy hereof, I hereby certify that a true and correct copy of this document is being served by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure on this 15th day of June, 2005 upon all additional counsel of record, to-wit:

>Robert A. Allen
>Allen, Stein & Durbin, PC.
>6243 IH-10 West, 7th Floor
>P.O. Box 101507
>San Antonio, Texas 78201
>*Attorney for A-1 Auto Door Service*
>
>Monte English
>English & Clemmons, LLP
>555 N. Carancahua, Ste 1500
>Corpus Christi, Texas 78478
>*Attorney for United Door*

_____
RosaMaria Villagomez-Vela