# EXHIBIT A

# BROWNSVILLE **OPEN MRI**

PATIENT NAME      : GONZALEZ, CLAUDIA           CHART: 3495
LOCATION          : Brownsville Open MRI
DOB               : 05-30-62
PHYSICIAN         : MIKE MELTON, D.C.
EXAM              : EXTENDED (Greater than 25 slices) MRI OF THE CERVICAL
                    SPINE
DATE              : 09-24-2001
PERTINENT HISTORY: RIGHT ARM AND HAND NUMBNESS.

No prior studies.

Multiplanar, multisequence MR images of the cervical spine are submitted using the disc disease protocol.

The study demonstrates preserved vertebral body height, marrow signal intensity, and alignment. The disc space heights and signal intensities are preserved with the exception of minimally decreased signal intensity at the 6-7 disc.

At 6-7, there is a right lateral tiny, approximately one mm. disc bulge causing mild degree of right lateral recess stenosis. Otherwise, the disc space levels are normal. The facets are normal at levels. The spinal canal and its contents including the visualized segments of the spinal cord are normal. The paraspinal soft tissues are normal. The visualized posterior fossa anatomy is normal.

IMPRESSION:
1. MILD EARLY DEGENERATIVE DISC DISEASE AT 6-7 ON THE RIGHT WITH MILD RIGHT LATERAL RECESS STENOSIS.
2. NO ACUTE FINDINGS.

Bruce Berberian, M.D.

BB/era
D: 09-24-01
T: 09-24-01

FY: BROWNSVILLE OPEN MRI;          5414361;          SEP-25-01  3:44PM;          PAGE 2/2

# BROWNSVILLE OPEN MRI

PATIENT NAME   : GONZALEZ, CLAUDIA          CHART: 3495
LOCATION       : Brownsville Open MRI
DOB            : 05-30-62
PHYSICIAN      : MIKE MELTON, D.C.
EXAM           : EXTENDED (Greater than 25 slices) MRI OF THE RIGHT SHOULDER
DATE           : 09-24-2001
PERTINENT HISTORY: RIGHT ARM AND HAND NUMBNESS.

Multiplanar, multisequence MR images of the right shoulder are submitted and demonstrate preserved bone marrow signal intensity. No effusions are identified. The rotator cuff tendon and biceps tendon are normal. The glenoid fossa and its labrum are normal. There is mild early right AC joint degenerative change with slight down-sloping configuration to the acromion, which in the appropriate clinical context could cause a dynamic impingement syndrome. The periarticular muscle bulk is normal.

IMPRESSION:
1. MILD EARLY AC JOINT DEGENERATIVE CHANGE.
2. CONGENITAL DOWN-SLOPING CONFIGURATION OF THE ACROMION.
3. NO ACUTE FINDINGS.

Bruce Berberian, M.D.

BB/cra
D: 09-24-01
T: 09-24-01