# CURRICULUM VITAE

## DANIEL R. BACKLAS, M.D.
SS# 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

**DATE AND PLACE OF BIRTH:**

March 2, 1952
Buffalo, New York

**MARITAL STATUS:**

Married

**EDUCATION AND TRAINING:**

B.S., University of Florida, Gainsville, Florida, June 1974

M.D., University of Madrid, Madrid, Spain, June 1982

Internship: Transitional Program in Surgery and Medicine
State University of New York
Buffalo, New York
June 1982 - June 1983

Residency: (PGY II-IV), Radiology, Assistant Clinical Instructor
State University of New York
Buffalo, New York
July 1983 - June 1986

Fellowship: (PGY), CT, Angiography and Interventional Radiology
Buffalo General Hospital
State University of New York
July 1986 - January 1988

**LICENSURE:**

Louisiana License #07839R
Texas License #H3642
New York License #185337-1
New Jersey License #MA46102

**CERTIFICATION:**

ECFMG #331-272-5
FLEX: Medical Licensing Board of New Jersey #520302014
American Board of Radiology
Radiation Safety Officer
   Veterans Administration Hospital, Biloxi, Mississippi
   Knapp Medical Center, Weslaco, Texas

Daniel R. Backlas, M.D.

APPOINTMENT:

    Associate Staff, Department of Radiology
    McAllen Medical Center
    January 1988 - August 1988

    Assistant Professor of Radiology
    Tulane University, New Orleans, LA
    September 1988 - December 1990

    Chief of Radiology/Nuclear Medicine (Representing Tulane University)
    Veterans Administration Hospital, Biloxi, Mississippi
    January 1990 - November 1990

    Section Chief of Musculoskeletal Radiology
    Tulane Medical Center, New Orleans, LA
    September 1988 - December 1990

    Associate Staff, Department of Radiology
    Rio Grande Regional Hospital
    December 1990 - January 1992

    Associate Staff, Department of Radiology
    Valley Regional Hospital, Brownsville, Texas
    March 1992 - July 31, 1992

    Chief of Radiology
    Knapp Medical Center, Weslaco, Texas
    August 1992 - Present

SOCIETY MEMBERSHIP:

    American College of Radiology
    Radiological Society of North America
    Texas Medical Association
    Hidalgo-Starr Counties Medical Society
    Texas Radiological Society

CURRICULUM VITAE

Martin Roth Steiner, M.D.

ADDRESS
    Home:   4121 Marquette, Houston, Texas 77005
    Office:  8200 Wednesbury Lane, #111, Houston, Texas, 77074

BORN
    August 15, 1941

MARRIED
    Barbara Ann Steiner, April 1965

CHILDREN
    Julie
    Suzanne
    Michelle

EDUCATION
    1959-1963 Florida State University - B.A.
    1963-1967 University of Florida College of Medicine -M.D.
    1967-1968 Internship - Medicine - Ben Taub General Hospital,
        Houston, Texas
    1968-1971 Neurology Residency - Mt. Sinai Hospital, New
        York, New York

MILITARY SERVICE
    1971-1973 Major U.S. Air Force, Wilford Hall Medical Center,
        San Antonio, Texas.  Staff Neurologist

PRACTICE HISTORY
    1973 to present - Private practice in Neurology - Houston,
        Texas

BOARD CERTIFICATION
    April 1974.- American Board of Psychiatry and Neurology

LICENSURE
    1972 Texas - E 0154

MEMBERSHIPS
    Harris County Medical Society
    Texas Medical Association
    American Medical Association
    Houston Neurological Society
    Texas Neurological Society
    Fellow - American Academy of Neurology
    Fellow - American Academy of Disability Evaluating
        Physicians

HOSPITAL APPOINTMENTS
    Memorial-Hermann Southwest Hospital - Active Staff
    Memorial-Hermann Long Term Care Hospital S.W. - Active Staff

ACADEMIC APPOINTMENTS
    Clinical Instructor Neurosciences U.T. Medical School at San
        Antonio - 1972-1973
    Clinical Instructor Neurology - U.T. Medical School at
        Houston - 1974-1977
    Clinical Assistant Professor of Neurology - U.T. Medical
        School at Houston - 1977 - to present.
    Board Examiner - American Board of Psychiatry and Neurology
        - 1981

ELECTED OFFICES
    Secretary/Treasurer - Texas Neurological Society 1978-1979,
        1979 - 1980.
    President - Texas Neurological Society 1981-1982
    Vice Chief of Staff - Memorial Southwest Hospital 1981
    Chairman, Section of Neurology - Memorial Southwest Hospital
        1979, 1984,
        1989, 1998
    Chairman, Department of Medicine - Sharpstown General
        Hospital 1986 &amp;    1987
    Chief of Staff - Sharpstown General Hospital 1990
    President - Houston Neurological Society 1995-1996

OTHER
- President - Neurology Southwest, P.A. 1976-1981 Outpatient CAT Scanning Facility
- President - Sharpstown Imaging Associates, P.A. 1981 - 1991 Outpatient CAT Scanning Facility
- President - MRI Southwest, Inc. 1987 to 1993 Outpatient Magnetic Resonance imaging facility.
- Advisor to the Legislative Oversight Committee on Workers' Compensation 1991, 1992 - Senator Bob Glasgow, chair.
- Member of Medical Advisory Board - Parkinson Foundation of Harris County 1989 to present.
- Member of the Board of Directors - Houston Neurological Society - 1992 to 1997
- Member Bioethics Committee - Memorial Southwest Hospital - 1995 to present.
- Member Pharmacy and Therapeutics Committee - Memorial Hospital 1995 to present. Chairman 1999.
- Member Joint Quality and Review Committee - Memorial Southwest Hospital 1999.

Rev. 12/21/03