# EXHIBIT "A"

# HOUSTON NEUROLOGY ASSOCIATES

8200 Wednesbury Lane, Suite 111
Houston, Texas 77074-2002
713-777-4122
Fax: 713-270-7533

LEONARD HERSHKOWITZ, M.D., F.A.A.N.*
RAYMOND A. MARTIN, M.D., F.A.A.N.*
MARTIN R. STEINER, M.D., F.A.A.N.*
SHAHIN SHIRZADI, M.D.*

March 24, 2005

ELECTROMYOGRAPHY
ELECTROENCEPHALOGRAPHY
NEURO-OPHTHALMOLOGY

* DIPLOMATES AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY

Ms. Rosa Maria Villagomez-Vela
c/o Rodriguez, Colvin, Chaney, and Saenz, L.L.P.
P.O. Box 2155
Brownsville, TX 78522
Fax #: 956-541-2170

Re:    **CLAUDIA GONZALES** v. Staples

Dear Ms. Villagomez-Vela:

The following letter is a supplement to my original report dated June 14, 2004, regarding
the case of Claudia Gonzales versus Staples. Please be informed that I have now read
the report of Dr. Alejandro J. Betancourt, M.D. The report is undated.

My review of this narrative does not change in any way the opinions expressed in my
letter of June 14, 2004. I am still of the opinion that Claudia Gonzales had evidence of
pre-existing low back pain as well as evidence of a herniated disc at the L5-S1 level.
This latter finding is documented by the MRI report dated 2/6/2002.

The incident in question as described would not, within reasonable medical probability,
be expected to cause an aggravation of the disc abnormality at the L5-S1 level.
Consequently it is still my contention that the surgery performed at the L5-S1 level by
Dr. Helson Pacheco was not related to the incident that occurred at the Staples store on
September 1, 2001.

Furthermore, in all due respect to Dr. Betancourt, he should be informed that the lumbar
fusion surgery actually took place at the L5-S1 level and not at the L4-5 level, as stated
in his undated report.

The above opinions are based on reasonable medical probability.

If any additional information becomes available, I reserve the right to revise my opinions
accordingly.

Re:   **CLAUDIA GONZALES**
March 24, 2005
Page 2

If I can be of any further service to you, please do not hesitate to call.

Sincerely yours,

Martin R. Steiner, M.D.

MRS/BT/aeh

# HO◯.ON NEUROLOGY ASS◯.ATES

8200 Wednesbury Lane, Suite 111
Houston, Texas 77074-2002
713-777-4122
Fax: 713-270-7533

LEONARD HERSHKOWITZ, M.D., F.A.A.N.*
RAYMOND A. MARTIN, M.D., F.A.A.N.*
MARTIN R. STEINER, M.D., F.A.A.N.*
SHAHIN SHIRZADI, M.D.*

June 14, 2004

ELECTROMYOGRAPHY
ELECTROENCEPHALOGRAPHY
NEURO-OPHTHALMOLOGY

* DIPLOMATES AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY

Ms. Sarah Nicolas
c/o Rodriguez, Colvin, Chaney, and Saenz, L.L.P.
P.O. Box 2155
Brownsville, TX 78522

Re:    **CLAUDIA GONZALEZ** v. Staples

Dear Ms. Nicolas:

I have reviewed the following records that you have sent me regarding Claudia
Gonzalez:

1)    Gustavo Stern, M.D.
2)    Pisharodi Clinic.
3)    Terrence Langan, M.D.
4)    Brownsville Chiropractic Clinic.
5)    Brownsville Open MRI.
6)    Valley Orthopedic Surgery.
7)    Helson Pacheco, M.D.
8)    Brownsville Medical Center.
9)    Brownsville Physical Therapy.
10)   Harlingen Medical Center.

Based on my review of the above documents, I have reached the following opinions:

1)    Claudia Gonzalez had a history of low back pain beginning in June of 1999,
with decreased sensation in the left leg and a diminished left ankle reflex,
documented on April 20, 2000.

2)    Claudia Gonzalez continued to have documented low back pain as late as
July 9, 2001, two months prior to the alleged incident at Staples.

3)    Claudia Gonzalez at most sustained a minor contusion to her right arm and
right hip secondary to being allegedly struck by a closing door on September
1, 2001.   A minor contusion is the type of injury that would be expected to
resolve spontaneously in one to two weeks.  Consequently any treatment

Re:   CLAUDIA GONZALEZ
June 14, 2004
Page 2

beyond one to two weeks of the date of injury, in my opinion, would be unreasonable and unnecessary.

4)    A minor contusion would not require chiropractic therapy, a subacromial injection, or surgical intervention at L5-S1.   Consequently all of the above-mentioned interventions given to Claudia Gonzalez would be considered unreasonable and unnecessary.

5)    The medical records clearly document pre-existing disease at L5-S1.   Dr. Helson Pacheco failed to document any specific abnormality in Claudia Gonzalez secondary to the alleged incident in question that would require surgical intervention at L5-S1.   Consequently the surgery performed by Dr. Helson Pacheco on February 8, 2002, was unreasonable and unnecessary in regards to the alleged incident at the Staples store on September 1, 2001.

6)    Dr. Bliss Clark likewise failed to document any specific clinical abnormality in Claudia Gonzalez that would require arthroscopic surgery on her right shoulder on January 23, 2004, secondary to the alleged incident that occurred on September 1, 2001.   Therefore, the right shoulder arthroscopic surgery was unreasonable and unnecessary in regards to the alleged incident of September 1, 2001.

The above opinions are based on the information that has been provided. Should any additional information become available, I reserve the right to revise my opinions accordingly.

I have based my opinions on reasonable medical probability.

If I can be of any further service to you, please do not hesitate to call.

Sincerely yours,

Martin R. Steiner, M.D.

MRS/BT/aeh

# EXHIBIT "B"

# HOUSTON NEUROLOGY ASSOCIATES

8200 Wednesbury Lane, Suite 111
Houston, Texas 77074-2002
713-777-4122
Fax: 713-270-7533

RECEIVED

MAR - 8

RODRIGUEZ, COLVIN & CHANEY

LEONARD HERSHKOWITZ, M.D., F.A.A.N.*
RAYMOND A. MARTIN, M.D., F.A.A.N.*
MARTIN R. STEINER, M.D., F.A.A.N.*
SHAHIN SHIRZADI, M.D.*

* DIPLOMATES AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY

ELECTROMYOGRAPHY
ELECTROENCEPHALOGRAPHY
NEURO-OPHTHALMOLOGY

Martin R. Steiner, M.D.

### Fee Schedule

| | |
|---|---|
| Depositions | $400.00hr |
| Record Review | $400.00hr |
| Independent Medical Exams | $400.00 |
| Trial Testimony & Conference | $400.00hr |

# EXHIBIT "C"



# RICHARD M. HARDING, BSc, MB BS (London), PhD

## CURRICULUM VITAE

### EDUCATION

| | | |
|---|---|---|
| PhD | Doctor of Philosophy (Human Physiology)<br>St. Bartholomew's Hospital Medical College<br>University of London | 1985 |
| | Associate of the Faculty of Occupational Medicine<br>Royal College of Physicians (London) | 1981 |
| | Diploma in Aviation Medicine<br>Royal College of Physicians (London) | 1981 |
| MB BS | Bachelor of Medicine, Bachelor of Surgery<br>(United Kingdom MD Equivalent)<br>London Hospital Medical College<br>University of London | 1974 |
| BSc | Bachelor of Science, Physiology (1st Class Honors)<br>London Hospital Medical College<br>University of London | 1971 |

### POST-GRADUATE STUDIES

| | |
|---|---|
| Traffic Accident Reconstruction<br>Northwestern University Traffic Institute, Evanston, Illinois | 1995 |
| Aerospace Medical Association Board Certification<br>In Aerospace Physiology | 1989 |
| RAF Initial Medical Officers Course,<br>RAF Institutes of Community Medicine and Aviation Medicine<br>(Certificate of Aviation Medicine, UK Civil Aviation<br>Authority and Ministry of Defense) | 1976 |
| United States Educational Commission for Foreign Medical<br>Graduates (ECFMG) Certification (0-237-223-3) | 1975 |

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 1 of 16
January 2005

## PROFESSIONAL EXPERIENCE

Principal Consultant                                          1995-Present
Biodynamic Research Corporation
San Antonio, Texas

Senior Medical Officer                                       1981-1995
Deputy Department Head & Head of Aircrew Systems Division
Department of Aeromedicine and Neuroscience                  1994-1995
Defense Research Agency's Center for Human Sciences

Head of Aircrew Systems Division                             1991-1994
RAF Institute of Aviation Medicine

RAF Exchange Medical Officer                                 1988-1991
Chief, Acceleration Effects Function Aerospace Research           1989
Branch Crew Technology Division
United States Air Force School of Aerospace Medicine
Brooks Air Force Base, San Antonio, Texas

Senior Specialist, Head of Breathing Systems Research Section  1985-1988
Altitude Division, RAF Institute of Aviation Medicine
Farnborough, Hampshire, United Kingdom

Medical Officer Instructor                                   1978-1981
RAF Specialist in Aviation Medicine                               1980
RAF Aviation Medicine Training Center
RAF North Luffenham, Rutland

United Medical Officer                                       1976-1977
Acting Senior Medical Officer                                    1977
RAF Marham, Norfolk

House Physician in Acute Medicine, Geriatrics and Dermatology     1976
The London Hospital (Bethnal Green)

House Surgeon in Accident and Emergency Medicine                 1975
The London Hospital (Whitechapel)

House Physician in Acute Medicine                                1975
Southend General Hospital

Student Research Fellow                                          1971
Cardiovascular Research Institute
University of California at San Francisco

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 2 of 16
January 2005

## PROFESSIONAL REGISTRATIONS

| | |
|---|---|
| Consultant in Aviation Medicine | 1987-1995 |
| General Medical Council, Registration #2249854 | 1976-Present |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| British Medical Association | 1994-Present |
| Royal Aeronautical Society | 1982-Present |
| · Aviation Medicine Group Committee | 1981-1992 |
| International Academy of Aviation and Space Medicine | 1984-Present |
| Aerospace Medical Association (Fellow) 1997) | 1988-Present |
| · Aerospace Physiology Society, (Awards Committee, 1990) | 1988-Present |
| · Life Sciences and Biomedical Engineering Branch | 1988-Present |
| SAFE National Organization | 1988-Present |
| Society of Automotive Engineers | 1995-Present |
| Association for the Advancement of Automotive Medicine | 1996-Present |
| NATO Military Agency for Standardization | |
| · Aeromedical Working Party | 1991-1995 |
| Air Standardization Coordinating Committee | |
| · Working Party 61 | 1991-1996 |

## HONORS AND AWARDS

| | |
|---|---|
| Welcome Trust Foundation Award | 1992 |
| Mackenzie Lecturer | 1984 |
| Edith Forbes Memorial Scholarship [Awarded by the London Hospital Medical College] | 1971 |
| BSc Scholarship [Awarded by the Medical Research Council] | 1969 |
| Ford Travel Scholarship [Awarded by the Ford Motor Company] | 1967 |

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 3 of 16
January 2005

## PROFESSIONAL APPOINTMENTS

Co-Chairman, Aerospace Medical Association Panel on
"Aerospace Medicine in a non-traditional setting: the
physiology & safety of amusement rides and racing."
74th Annual Meeting, San Antonio, TX.

May 2003

Visiting Consultant in Aviation Medicine to the
Department of Aeromedicine and Neuroscience,
Center for Human Sciences, Defence Research Agency
Farnborough, U.K.

1996-Present

Lecturer in Aerospace Medicine
US Department of Transportation, Federal Aviation
Administration

1995-Present

Member of the Editorial Advisory Panel
The Journal of the British Interplanetary Society

1988-1992

Member of the Editorial Advisory Panel
Aviation Medicine Quarterly

1986-1989

Member of the Microgravity Panel and Life Sciences
Sub-Committee British National Space Center

1986

Aviation Medical Adviser to Dan Air Medical Services
and to International Aeradio Ltd

1985-1988

Lecturer in Human and Applied Physiology
University of London MSc and Intercollegiate BSc courses
(Core lectures)

1985-1988
&
1991-1995

Medical Officer to the Farnborough and Aldershot
Branch of the British Sub-Aqua Association

1984-1988

Lecturer in Human Physiology
Royal College of Nursing Diploma
Farnborough College of Technology

1982-1983

Examiner, DHSS Health and Safety Executive
First Aid Courses
Farnborough College of Technology

1982-1986

Local examiner in First Aid, St John's Ambulance Brigade
NE Hampshire, United Kingdom

1982-1988

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 4 of 18
January 2005

| Examiner, National Road Transport First Aid Association | 1981 |
|---|---|
| Local examiner in First Aid, St John's Ambulance Brigade Leicester, United Kingdom | 1979 |
| Locum Medical Officer British Medical Association Deputizing Services Leicester, United Kingdom | 1978-1981 |

## PUBLICATIONS

### Thesis

Human respiratory responses during high performance flight. PhD Thesis, University of London, 1985

### Textbooks

Harding R M, "Pressure changes and hypoxia in aviation." In: Textbooks of Military Medicine - Special Environments Section, Environmental Stress Volume. Office of the US Army Surgeon General & the Borden Institute, Washington DC: 2002, 995-1023.

Harding R M, Banks R D, Smith H S. "Assessing injury potential in rear-end vehicle collisions." In: Yoganandan N, Pintar FA, Eds. Frontiers in Whiplash Trauma: Clinical and Biomechanical. IOS Press, The Netherlands: 2000, 25-40.

Harding R M, "Health problems associated with air travel." In: Lockie C, Walker E, Calvert L, et al, eds. Travel Medicine and Migrant Health. Churchill Livingston, Edinburgh: 2000, 99-106.

Harding R M, "Recent Developments in Aerospace Medicine." In: Scagell R, Wasserman E, eds. The New Illustrated Science and Invention Encyclopedia: How It Works. H S Stuttman Inc, West Port, Connecticut, 1993.

Harding R M, "Aviation medicine." In: Smith A, ed. The British Medical Association Complete Family Health Medical Encyclopaedia. Dorling Kindersley, London: 1990.

Harding R M, "Man in space – physiological constraints." In: Dutton L, ed. Military Space. Brasseys, London: 1990, 121-139.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 5 of 16
January 2005

Harding R M, "Survival in space: the medical problems of manned spaceflight." Routledge, London 1989.

Harding R M, "Units of measurement" (Appendix). In: Ernsting J, King P, eds. Aviation Medicine. Butterworths, London 1988: 716-723.

Harding R M, Bagshaw M and Turner J C D, "Medical aspects of special types of flight." In: Ernsting J, King P, eds. Aviation Medicine. Butterworths, London 1988: 471-489.

Harding R M, "Oxygen equipment and pressure clothing." In: Ernsting J, King P, eds. Aviation Medicine. Butterworths, London 1988: 72-111.

Harding R M, "Hypoxia and hyperventilation." In: Ernsting J, King P, eds. Aviation Medicine. Butterworths, London 1988: 45-59 (revised).

Harding R M, "The earth's atmosphere." In: Ernsting J, King P, eds. Aviation Medicine. Butterworths, London 1988: 3-13.

Harding R M, "The early symptoms of cerebral hypoxia." In: Amery W K, Wauquier A, eds. The Prelude to the Migraine Attack. Ballière Tindall, London 1986; 54-58.

Harding R M, "Air travel." In: Dawood R, ed. Travellers' Health. Oxford University Press, Oxford 1986; 195-205. [2nd edn 1989; 221-232] [3rd edn 1992; 186-195] [4th edn 2002; 250-264]


Other Open Publications

McConnell WE; Guzman HM; Krenrich SW; Bomar JB; Harding RM; Raddin JH; Funk JR, and Smith DA. Human kinematics during non-collinear low velocity rear end collisions. 47th Annual Proceedings of the Association for the Advancement of Automotive Medicine 2003; 47:467-494.

Banks, R; Harding, R; Hatsell, C. Letters to the Editor: Roll vs. Pitch Rotation Under Orthostatic Stress. Aviat Space Environ Med September 2000; Vol 71, No 9, Section 1, 966-968.

Harding RM, Howard RP, Krenrich SW. "The biomechanics of whiplash in low velocity collisions." In: The Proceedings of the International Body Engineering Conference. Detroit, MI, September 1999.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 8 of 18
January 2005

Harding R M, Miller R L, Ernsting J, Tedor J B, Ikels K G, and Harris D J.
"Current molecular sieve oxygen generation systems." In: Ernsting J, Miller
R L, eds. Advanced Oxygen Systems for Aircraft. Advisory Group for
Aerospace Development and Research, AGARDograph 286, April 1996.

Harding R M, "High altitude breathing systems and requirements." In:
Pilmanis A A, Sears W J, eds. Raising the Operation Ceiling: A Workshop on
the Life Support and Physiological Issue of Flight at 60,000 Feet and Above.
Brooks Air Force Base, Texas: The Armstrong Laboratory, June 1995,
AL/CF-SR-1995-0021, 67-73.

Harding R M, "Some physiological problems associated with air travel." In:
Lockie C, ed. Course Notes for the Diploma in Travel Medicine. Module I,
Unit 6(c), Dept. of Public Health, University of Glasgow, 1995.

Harding R M, "Aeromedical aspects of commercial air travel." J Travel Med
1994; 4: 211-5.

Harding R M, Pedersen O F, Miller M R, Sigsgaard T, and Tidley M,
"Portable peak flow meters: physical characteristics, influence of
temperature, altitude, and humidity." Eur Respir J 1994; 7: 991-7.

Harding R M, "Cabin air quality in aircraft." Br Med J 1994; 308: 427-8.

Harding R M, "Aviation Medicine." In: Baron C, ed. Distance Learning
Course in Occupational Medicine. Centre for Occupational Health,
University of Manchester, Oct 93.

Harding R M and Lupa H T, "Medical in-flight incidents: RAF fixed-wing
experience 1981 - 1992." Abstracts of the 1993 Annual Scientific Meeting of
the Aerospace Medical Association. Aviat Space Environ Med 1993; 64: 434.

Harding R M, "Respiratory tract problems and the air traveller." Scottish
Medicine 1993; 13 (1): 7-8.

Harding R M, "ENT problems and the air traveller." Travel Medicine
International 1992; 10(3):98-100.

Harding R M, "Future high altitude operations." In: Pilmanis A A, ed. The
Proceedings of the 1990 Hypobaric Decompression Sickness Workshop.
Brooks Air Force Base, Texas: The Armstrong Laboratory, June 1992, AL-
SR-1992-0005, 537-538.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 7 of 16
January 2005

Harding R M, "Decompression sickness experience outside North America." In: Pilmanis A A, ed The Proceedings of the 1990 Hypobaric Decompression Sickness Workshop. Brooks Air Force Base, Texas: The Armstrong Laboratory, June 1992, AL-SR-1992-0005, 467-471.

Harding R M, "Aerospace Medicine Research in the 21st Century - Aircrew Protective Equipment." Abstracts of the 1992 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1992; 63: 438.

Harding R M, Lyons T J, Freeman J E, and Oakley C J, "G-induced loss of consciousness accidents: USAF experience 1982-1990." Aviat Space Environ Med 1992; 63: 60-66.

Harding R M, "The use of pressure breathing in modern fighter aircraft (Pt 2)." Bulletin of the Asociacion Iberoamericana de Medicina Aerospacial 1991; 2(3): 3 - 4.

Harding R M, "The use of pressure breathing in modern fighter aircraft (Pt 1)." Bulletin of the Asociacion Iberoamericana de Medicina Aerospacial 1991; 2(2): 3 - 4.

Harding R M, Lyons T J, Freeman J E and Oakley C J, "G-induced loss of consciousness accidents: USAF experience 1982 - 1990." In: High Altitude and High Acceleration Protection for Military Aircrew. Neuilly sur Seine, France: NATO Advisory Group for Aerospace Research and Development, 1991, AGARD-CP 516, 5.1 - 5.9.

Harding R M, Blick M, Krock L P, Hopper N and Munson R A, "Echocardiographic changes during positive pressure breathing." Abstracts of the 1991 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1991; 62: 448.

Harding R M, Thomas P and Milledge J, "Peak expiratory flow at altitude." Thorax, 1990; 45: 620-622.

Harding R M and Bomar J B, "Positive pressure breathing for acceleration protection and its role in prevention of in-flight G-induced loss of consciousness." Aviat Space Environ Med, 1990; 61: 845-849.

Harding R M, Chopp C S, Bomar J B, Holden R D, Bauer D H, "Rapid decompression to 50,000 feet: effect on heart rate response." Aviat Space Environ Med, 1990; 61: 604-608.

Harding R M, "Molecular sieve oxygen concentrators in military aircraft." Aeromedical & Training Digest, 1990; 4(1): 47-54.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 8 of 16
January 2005

Harding R M and Robertson K., "Simultaneous respiratory responses during flight in a two-seat high performance aircraft." Abstracts of the 1989 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1989; 60: 481.

Harding R M, Stone B M, Brown G A, Nicholson A N, and Smith P A, "Hypoxic ventilatory responses and sleep at altitude." Proceedings of the Birmingham Medical Research Expeditionary Society Symposium on Acute Mountain Sickness, Birmingham 1988.

Harding R M, "Medical support for manned spaceflight." Aviat Med Qtrly 1988; 2: 43–55.

Harding R M, Cresswell G., McPhate D, and Farmer B.W., "Positive pressure breathing with and without chest counterpressure - an assessment in air combat manoeuvering flight." Abstracts of the 1988 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1988; 59: 480.

Harding R M, "The role of molecular sieves in modern fighter aircraft. DHSS Health Service Estate, No 61, Dec 1987: 50-53.

Harding R M and Cresswell G., "Royal Air Force flight trials of positive pressure breathing." Proceedings of the RAeS Symposium on High G and High G Protection, Oct 1987.

Harding R M, "Human respiratory responses during high performance flight." Advisory Group for Aerospace Development and Research, AGARDograph 312, 1987.

Harding R M, Ernsting J., Harmer P. and Tonkins W.J. "The laboratory assessment of the advanced oxygen system for the Harrier GR Mk5 aircraft." Abstracts of the 1986 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1986; 57: 512.

Harding R M, "Physiological problems of ascent to altitude." Int J Av Safety 1985; 3: 242-245.

Harding R M, "Human problems of space travel." Spaceflight 1985; 27: 254-256.

Harding R M, "Human respiratory responses during high performance flight." Abstracts of the 1985 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1985; 56: 483.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 9 of 16
January 2005

Harding R M, "In-flight respiratory responses in high performance aircraft." Preprints of the 54th Annual Scientific Meeting of the Aerospace Medical Association, 1983, 104-105.

A series of 19 articles on Aviation Medicine was commissioned by the British Medical Journal and published between April and August 1983. The collected articles were published in book form in November 1983, reprinted in 1985, and a revised second edition was published in November 1988. An extensively updated third edition was published in October 1993. Journal citations are as follows:

Harding R M and Mills F J

"Problems of altitude I: Hypoxia and hyperventilation." 286: 1408-1410

"Problems of altitude II: Decompression sickness and other effects of pressure changes." 286: 1498-1500

"Function of the special senses in flight I: Vision and spatial disorientation." 286: 1728-1731

"Function of the special senses in flight II: Motion sickness, and noise and communication." 286: 1808-1808

"Is the crew fit to fly? I: Licensing requirements for aircrew." 287: 114-116

"Is the crew fit to fly? II: Specific medical considerations." 287: 192-195

"Medical aspects of airline operations I: Health and hygiene." 286: 2041-2043

"Medical aspects of airline operations II: Aircrew schedules and emergency considerations." 287: 37-39

"Special forms of flight I: Balloons, gliders and hang gliders." 287: 277-278

"Special forms of flight II: Helicopters." 287: 346-349

"Aviation medicine: a valediction." 287: 543

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 10 of 16
January 2005

Mills F J and Harding R M

> "Acceleration I: Long duration acceleration." 286: 1557-1559

> "Acceleration II: Short duration acceleration." 286: 1630-1631

> "Medical emergencies in the air I: Incidence and legal aspects."
> 286: 1311-1312

> "Medical emergencies in the air II: Equipment and prevention."
> 286: 1204-1206

> "Fitness to travel by air I: Physiological considerations." 286:
> 1269-1271

> "Fitness to travel by air II: Specific medical considerations." 286:
> 1340-1341

> "Special forms of flight III: Supersonic transport." 287: 411-412

> "Special forms of flight IV: Manned spacecraft." 287: 478-482


## Service Publications

Harding R M, Armstrong Laboratory Sustained Acceleration Technical Area
Plan, Aug 90.

Harding R M, Brown G A, Gradwell D P and Lupa H T, "An evaluation of
counterpressure garments by spirometric measurements of lung volume."
RAF IAM Report No 669, 1989.

Harding R M, "USAFSAM Man-rating of the YF-22A life support system."
Letter Report, Oct 89.

Harding R M, "USAFSAM Man-rating of the YF-23A life support system."
Letter Report, Aug 89.

Harding R M, "Physiologic effects of positive pressure breathing."
USAFSAM Position Paper, Nov 88.

Harding R M, "Oxygen installations." Revision of Defence Standard 00-970,
Volume 1, Chapter 718, 1987.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 11 of 18
January 2005

Harding R M, "I learnt about integration from that ..." Report of the 26th meeting of the Air Standardization Coordinating Committee's Working Party 61, Nov 85; 4: 65.

Harding R M, "Procedures for calibration of in-flight data acquisition equipment." ASCC Air Standardization Agreement 61/41, 1985.

Harding R M, "Respiratory physiology during flight: a review." RAF IAM Report No 642, 1985.

Harding R M, RAF IAM Accident Investigation Report No 6/85 - Hawk T Mk1 XX293, 17 Apr 85.

Harding R M and Barwood A J, RAF IAM Accident Investigation Report No 5/85 - Jaguar GR1 XZ368, 1 Apr 85.

Harding R M, "A comparison between the noise-attenuating properties of two flexible mask hoses and the standard oxygen mask hose used in Harrier aircraft." RAF IAM Aircrew Equipment Report No 507, 1984.

Harding R M, "The in-flight assessment of aircrew equipment assemblies for use by Tornado ADV flight test crew." RAF IAM Aircrew Equipment Group Report No 506, 1984.

Harding R M, "RAF medical officers in-flight incident guide and check list." 1983. [Coordinator]

Harding R M, "The in-flight study of respiratory variables: a report on the RAF IAM flight trial at RAF Brawdy." August and September 1983. RAF IAM Altitude Division Report No A19, 1983.

Harding R M, "An in-flight assessment of two visors for use with helmet-mounted displays." RAF IAM Altitude Division Report No A18, 1983.

Harding R M, "Oxygen equipment and assemblies." AP3456, Part 1, Section 2, Chapter 1, 1982.

Harding R M, "A standardization of the numerical conversion of liquid to gaseous oxygen." RAF IAM Altitude Division Report No A5, 1982.

Harding R M and Harrison R, "Assessment of an NBC hose assembly for use in Jaguar aircraft." RAF IAM Aircrew Equipment Group Report No 451, 1981.

Harding R M, "Hyperventilation." Air Clues, May 1981: 188.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 12 of 18
January 2005

Harding R M, "Hypoxia - another fuel crisis." Air Clues, Feb 1980: 60-61.

Formal Presentations

"Statistics of amusement ride deaths and injuries: why we are here."  Panel on "Aerospace Medicine in a non-traditional setting: the physiology and safety of amusement rides and racing."  74th Annual Meeting of the Aerospace Medical Association, San Antonio, TX, May 2003.

"On Site Investigation: What Does the Biomechanics Expert Need to Know?" State Bar of Texas, Prosecuting or Defending a Trucking Accident Case, San Antonio, TX, September 2002.

"Injury Causation Analysis" New York Statewide Traffic Accident Reconstruction Society (NYSTARS) Conference, Yorktown Heights, NY, April 2002.

"Back to Basics: Fundamentals of automotive safety engineering and accident analysis", with Ford-Corrigan, C. American Bar Association Conference on Emerging Issues in Motor Vehicle Product Liability Litigation, Phoenix, AZ, March 2002.

"Impact Biomechanics for the Health Care Professions" Pre-Conference Seminar. 44th Association for the Advancement of Automotive Medicine Annual Scientific Conference, Chicago, IL, October 2000.

"Products over the Pond: is US style litigation invading the UK?" American Bar Association 2000 Annual Meeting, London, England, July 2000.

Banks, R.D.; Harding, R.M.  Human Interaction with Deploying Air Bags. 71st Annual Meeting of the Aerospace Medical Association, Houston, TX, 2000.

"Effective retention, utilization and coordination of experts in a trucking case." American Bar Association, Transportation Mega-Conference III, New Orleans, LA, May 1997.

"Understanding 'Whiplash': Analysis of Low Speed Rear-Impact Testing Using Human Test Subjects." Society of Automotive Engineers, Inc., Low Speed Collision TOPTEC, Richmond, BC, Canada, Aug 96.

"Aviation physiology issues in aircraft accident investigation." Presentation to the seminar on medical aspects of aircraft accident investigation.  Civil Aeromedical Institute, Oklahoma City, OK, June 95.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 13 of 16
January 2005

"Is there a doctor on board?" Travel Medicine Symposium. Mid Staffordshire Post-Graduate Medical Centre, Feb 94.

"Aviation Medicine." Watford Post-Graduate Medical Centre meeting, Sep 93.

"The physiology of positive pressure breathing for G protection." Panel presentation to the 1993 Annual Scientific Meeting of the Aerospace Medical Association.

"Aviation Physiology." St Mary's Hospital Medical School, 3rd year medical students applied physiology course, Dec 92.

"Aviation Medicine." St George's Hospital anaesthetic department meeting, Jul 92.

"Manned Spaceflight." Department of Air Warfare Senior Officers Course, RAF Cranwell, Jun 92.

"Medical Selection of Space Travellers." Presentation to the 1991 International Space Development Conference, San Antonio TX, May 91.

"The Role of the RAF Institute of Aviation Medicine." Presentation to the Alamo Chapter of the SAFE Organization, Brooks AFB, San Antonio TX, Apr 90.

"Pressure Breathing in Modern Fighter Aircraft." Presentation to Rotary Club of San Antonio West, Lackland AFB, San Antonio TX, Mar 90.

"The Place and Problems of Pressure Breathing in Modern Fighter Aircraft." Sixth Annual NATO Flight Surgeons' Conference, Ramstein Air Base, FRG, Mar 90.

"Physiologic Effects of Positive Pressure Breathing." Panel Session on Research and Development Needs in Aircrew Protection Technology. Annual SAFB Symposium, New Orleans LA, Dec 89.

"Advanced Oxygen Systems." Presentation to the Air Force Test and Evaluation Center (AFOTEC), Kirtland AFB, Albuquerque NM, Oct 89.

"Royal Air Force Flight Trials of PBG." Third Annual Interservice/Industry Acceleration Colloquium. Armstrong Aerospace Medical Research Laboratory, Wright-Patterson AFB, Dayton OH, May 89.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 14 of 16
January 2005

"Historic Background of PPB." Third Annual Interservice/Industry
Acceleration Colloquium. Armstrong Aerospace Medical Research
Laboratory, Wright-Patterson AFB, Dayton OH, May 89.

"RAF flight trials of positive pressure breathing." Panel Session on Breathing
Systems and Acceleration Protection. Annual SAFE Symposium, Las Vegas
NV, Dec 88.

"Medical support for manned spaceflight." RAeS Symposium on Manned
Spaceflight, London, Mar 88.

"Aviation medicine in the Royal Air Force." Leeds University Medical
School, Mar 88.

"Manned spaceflight." Department of Air Warfare Senior Officers Course,
RAF Cranwell, Feb 88 & Jun 88.

"Recent advances in aircrew breathing systems." Meeting of the United
Services Section of the Royal Society of Medicine, London, Dec 87.

"Fit to fly." VIth Annual Meeting of Senior Registrars in Chest Medicine,
Cambridge, Sep 87.

"Aviation medicine." Redhill Hospital British Medical Association meeting,
Feb 87.

"Aviation medicine." St Bartholomew's Hospital post-graduate medical
meeting, Feb 87.

"Medical problems of manned spaceflight." RAF Cranwell Branch of the
RAeS, Jan 87.

"Respiratory aspects of aviation medicine." Scottish Thoracic Society's
winter meeting, Glasgow, Nov 86.

"In-flight incidents." AGARD Aviation Medicine Refresher Course for
NATO Flight Surgeons. Farnborough, Oct 86.

"Oxygen systems of NATO fast jet aircraft." AGARD Aviation Medicine
Refresher Course for NATO Flight Surgeons. Farnborough, Oct 86.

"Cardiovascular aspects of manned flight." The London Chest Hospital post-
graduate medical meeting, Aug 86.

"Aviation medicine." Royal Berkshire Hospital post-graduate medical
meeting, May 86.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 15 of 16
January 2005

"Respiratory physiology in flight." University of Nottingham Physiology Department post-graduate meeting, Mar 86.

"Aviation medicine." RAF Hospital Ely post-graduate medical meeting, Sep 85.

"Aviation medicine." Chase Farm post-graduate medical meeting, Mar 85.

"Human physiological and mental adaptability to space." British Interplanetary Society Biannual Meeting, Brighton, Nov 84.

"Aviation medicine - the safe passage of an aircraft." Mackenzie Lecture, May 1984.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

RICHARD M. HARDING, BSc, MB BS, PhD
Curriculum Vitae
Page 16 of 16
January 2005

# EXHIBIT "D"

# BRC
BIODYNAMIC RESEARCH CORPORATION

## BILLING RATES
Biodynamic Research Corporation (BRC) establishes hourly billing rates for employees and affiliates based on their individual experience, education/training and skill level. Following are the standard hourly billing rate ranges for BRC's various staff classifications:

**Lead Consultant** .............................................................................................................................................................. **$210 - $575**
> Senior technical professional responsible for directing the conduct of all work on an engagement. Also responsible for delivering/communicating the technical content and results of the engagement.

**Physician and Ph.D. Engineer** ......................................................................................................................................... **$210 - $300**
> Senior technical professional providing specialized/high level medical or engineering support on an engagement. May also be responsible for technically directing an engagement. May also be capable of delivering/communicating the technical content and results of the engagement.

**Senior and Staff Engineer** .............................................................................................................................................. **$100 - $195**
> Engineering professionals skilled and experienced in managing and/or executing technical assignments in support of an engagement.

**Illustrator/Animator** ........................................................................................................................................................ **$90 - $165**
> Degreed professionals responsible for the development of diagrams, illustrations, animations, simulations, film documentaries and/or working models in support of an engagement.

**Nurse Analyst** .................................................................................................................................................................. **$105**
> Registered and licensed nurse professionals trained and experienced in organizing, analyzing and summarizing medical records in support of an engagement.

**Information Research Specialist** ...................................................................................................................................... **$95**
> Degreed professionals responsible for the design and execution of information research approaches in support of an engagement.

**Legal Assistant** ................................................................................................................................................................ **$86**
> Professionals trained and experienced organizing and summarizing information in support of an engagement.

**Technical Assistant** ......................................................................................................................................................... **$55 - $140**
> Engineering, laboratory or graphics technician, or other support personnel responsible for the execution of specialized tasks in support of technical or other engagement related activities.

**File Initiation Fee** ............................................................................................................................................................. **$125 - $375**
> Charges for all engagement related long-distance telephone, regular postage, facsimile, and photocopy costs (excluding copy requests from non-clients) are billed in a one time, fixed price administrative expense charge for each engagement. The fixed price charge will vary based on the nature of the engagement.

## PROFESSIONAL FEES
It is BRC's practice to charge professional fees based on the actual time worked and the above-noted billing rates.

## EQUIPMENT AND PROPRIETARY PRODUCT CHARGES AND RIGHTS
Special testing equipment and systems may be charged at daily or hourly rates which are comparable to rental rates from commercial equipment leasing companies. Proprietary products such as software, illustrations, animations or technical products will be charged at rates that reflect development costs and technical value. Equipment and proprietary products, including their copyrights and intellectual property rights, will remain the property of BRC unless other arrangements are made in writing. Specific equipment and proprietary product charges and terms will be provided upon request.

## EXPENSES AND OTHER CHARGES
Air travel expenses are billed at ticketed cost. However, local mileage is charged in accordance with I.R.S. guidelines. Engagement related out-of-pocket expenses incurred are billed at cost. Internally manufactured supplies, bulk illustration materials and X-ray film duplications are billed at standard expense rates. There is a $30 per deposition charge for deposition transcripts which are received and processed in hard copy format; those received and processed in ASCII format are not assessed this charge. Specific administrative expense charges and standard expense rates will be provided upon request.

## BILLING PRACTICE
It is BRC's standard practice to submit monthly invoices for professional fees, equipment/proprietary product charges, and expenses incurred. All invoices are due and payable in U.S. dollars upon receipt.

## COST MANAGEMENT
To contain costs, it is BRC's practice to use personnel at lower billing rates, when possible and appropriate, to accomplish engagement related assignments. To facilitate cost management, fee estimates and engagement cost tracking and reporting services are available upon request. Additionally, when the work requested can be sufficiently defined and the related expenses can be reasonably predicted, BRC may provide services on a fixed price basis. Standard hourly billing rates are modified on January 1 or otherwise at the discretion of BRC, and all of the preceding billing practices are subject to change at the discretion of BRC.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas  78249
(210) 691-0281   Fax (210) 691-8823
www.BRConline.com

Page 1 of 1
January 2005