United States District Court
Southern District of Texas
FILED

JUN 1 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| d/b/a STAPLES THE OFFICE SUPERSTORE | § | |
| EAST, INC. et al. | § | |

**DEFENDANT STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE
OFFICE SUPERSTORE EAST, INC.'S
SIXTH SUPPLEMENTAL RULE 26(a) DISCLOSURES
AND DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., Defendant in the above-entitled and numbered cause, and makes these disclosures in accordance with Rule 26(a) of the Federal Rules of Civil Procedure. Defendant makes the following disclosures subject to and without waiving its right to protect from disclosure (a) any and all communications protected from disclosure by the attorney-client privilege, (b) any and all work-product conclusions, opinions, or legal theories of Defendant's attorneys or other representative concerning this litigation, and (c) any and all confidential information until a suitable protective order is entered to protect the confidentiality of such information. Moreover, Defendant makes these disclosures with the best information available to it at the time disclosure was required by the Federal Rules of Civil Procedure. Defendant reserves the right to amend or supplement these disclosures as may be allowed by applicable Federal Rules of Civil Procedure or order of this Court.

**Rule 26(a)(1)(A)**   The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleading, identifying the subjects of the information.

> Claudia Gonzalez
> 1618 Harvard Avenue
> Brownsville, Texas 78520
> (956) 982-1078
> *Plaintiff*
>
> Staples The Office Superstore
> Agents, Employees and/or Custodian of Records
> 2436 Pablo Kisel
> Brownsville, Texas 78521
> (956) 541-1500
> *Defendant/Third-Party Plaintiff*
>
> Bliss Clark, M.D.
> Agents, Employees and/or Custodian of Records
> Rio Grande Orthopedic Center
> 1601 Treasure Hills Blvd.
> Harlingen, Texas 788550
> *Plaintiff's healthcare provider.*
>
> Mike Melton, D.C.
> Agents, Employees and/or Custodian of Records
> Brownsville Chiropractic Clinic
> 55 West Elizabeth
> Brownsville, Texas 78520
> (956) 548-1980
> *Plaintiff's healthcare provider.*
>
> Dr. Madhaven Pisharodi
> Agents, Employees and/or Custodian of Records
> 942 Wild Rose Ln
> Brownsville, Texas 78520
> (956) 541-6725
> *Plaintiff's healthcare provider.*

Brownsville Open MRI
Agents, Employees and/or Custodian of Records
908 Paredes Line Rd.
Brownsville, Texas  78520
(956) 541-4488
*Plaintiff's healthcare provider*

Larry Mangum
Landon Mangum
Edward Salazar
110 Blanco Road
San Antonio, Texas  78212
(210) 732-1214
*Representatives of A-1 Auto Door Systems, Inc. with knowledge of work performed at the Staples store where the incident is alleged to have occurred*

A-1 Auto Door Systems
110 Blanco Road
San Antonio, Texas  78212
(210) 732 1214
*Third-Party Defendant*

United Door Service
Agents, Employees and/or Custodian of Records
Concourse Building
1 Copley Parkway, Suite 212
Morrisville, NC  27560
*Company that performed maintenance on the door in question.*

Unknown individuals @
Dor-O-Matic
Agents, Employees and/or Custodian of Records
730 West Wilson Ave.
Harwood Heights, IL 60706
*Manufactured Automatic Doors at Staples Store*

Mr. Rick Balli
Staples The Office Superstore
2436 Pablo Kisel
Brownsville, Texas  78521
(956) 541-1500
AND

28320 S. Palm Court Drive
Harlingen, TX 78552
*Staples Store Manager*

Mr. Lou Garcia
Staples The Office Superstore
2436 Pablo Kisel
Brownsville, Texas 78521
(956) 541-1500
AND
c/o Rodriguez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
Brownsville, TX 78520
*Staples Store Assistant Manager*

Staples The Office Superstore
Agents, Employees and/or Custodian of Records
c/o Rodriguez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
Brownsville, TX 78520

Alejandro Betancourt, M.D.
Agents, Employees an/or Custodian of Records
Harlingen Spine & Neurological Spine Institute
2121 Pease Street, Suite 304
Harlingen, Texas 78550
And
844 Central Blvd., Suite 360
Brownsville, Texas 78520
(956) 425-3706
*Plaintiff's healthcare provider*

Warren F. Davis
43 Holden Road
Newton, MA 02465-1909
(617) 244-1450
*Expert Witness Designated by Plaintiff*

Dr. Aguilar
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
*Plaintiff's healthcare provider*

Dr. Joel De La Garza
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider

Dr. Alejandro Arrora Hernandez
Agents, Employees and/or Custodian of Records
Hospital Guadalupe
6a entre Rayon y Victoria No. 72
H. Matamoros, Tamaulipas, Mexico
Tel: 813-94-15 or 813-95-17
*Plaintiff's healthcare provider*

Dr. Terence Langan
Agents, Employees and/or Custodian of Records
409 Boca Chica Blvd.
Brownsville, TX 78520
(956) 541-7451
*Plaintiff's healthcare provider*

Dr. Luevano
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
*Plaintiff's healthcare provider*

Dr. Helson Pacheco
Agents, Employees and/or Custodian of Records
1700 N. Oregon, Ste. 515
El Paso, TX 79902
*Plaintiff's healthcare provider*

Dr. Jesus Vasquez Rivas
Agents, Employees and/or Custodian of Records
Av. Rio Bravo 16 y 18 No. 615
Col. San Francisco
H. Matamoros, Tamaulipas, Mexico
Tel: 01 (868) 813-10-47
*Plaintiff's healthcare provider*

Dr. Roberto Robles
Agents, Employees and/or Custodian of Records
95 E. Price Road, Building C
Brownsville, TX 78521
(956) 504-3278
*Plaintiff's healthcare provider*

Dr. Jose Luis Rodriguez
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
*Plaintiff's healthcare provider*

Dr. Gustavo Stern
Agents, Employees and/or Custodian of Records
864 Central Blvd., Ste. 300
Brownsville, TX 78520
(956) 541-8361
*Plaintiff's healthcare provider*

Brownsville Medical Center
Agents, Employees and/or Custodian of Records
1040 W. Jefferson
Brownsville, TX 78520
(956) 544-1400
*Plaintiff's healthcare provider*

Brownsville Physical Therapy
Agents, Employees and/or Custodian of Records
1714 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-2401
*Plaintiff's healthcare provider*

Harlingen Medical Center
Agents, Employees and/or Custodian of Records
5501 S. E xpressway 77/83
Harlingen, TX 78550
(956) 365-3947
*Plaintiff's healthcare provider*

MRI in Monterrey
Agents, Employees and/or Custodian of Records
Monterrey, Mexico
*Plaintiff's healthcare provider*

Mosqueda Clinic
Agents, Employees and/or Custodian of Records
44 E. Levee St.
Brownsville, TX 78520
(956) 542-2555
*Plaintiff's healthcare provider*

Valley Regional Medical Center
Agents, Employees and/or Custodian of Records
100A Alton Gloor Blvd.
Brownsville, Texas 78521
(956) 350-7525
*Plaintiff's healthcare provider*

Richard Fremaux, MD.
Agents, Employees and/or Custodian of Records
Valley Regional Medical Center
100A Alton Gloor Blvd.
Brownsville, Texas 78521
(956) 350-7525
*Plaintiff's healthcare provider*

Loren Slaybaugh
136 Dixie Avenue
Lake Placid, FL 33852
(863) 699-1729
*Expert Witness Designated by Defendant/Third-Party Plaintiff, Staples the Office Superstore*

Martin R. Steiner, M.D.
Houston Neurology Associates
Agents, Employees and/or Custodian of Records
8200 Wednesbury Lane, Suite 111
Houston, TX 77074-2002
(713) 777-4122
*Expert Witness Designated by Defendant/Third-Party Plaintiff, Staples the Office Superstore*

Daniel Backlas, M.D.
Agents, Employees and/or Custodian of Records
Knapp Medical Center
Department of Radiology
Weslaco, TX 78596
(956) 969-5175
*Expert Witness Designated by Defendant/Third-Party Plaintiff, Staples the Office Superstore*

Richard M. Harding, BSc, MB BS, PhD.
Herbert M. Guzman
Biodynamics Research Corporation
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281
*Expert Witness of Third-Party Defendant, A-1 Door Systems, Inc.*

David Edwards
1406 High Street
Harlingen, Texas 78550
(956) 423-0558
*Former employee A-1Auto Door Systems, Inc., with knowledge of work performed at the Staples store where the incident is alleged to have occurred.*

Dr. Bruce Berberian
Valley Radiologist & Associates
Agents, Employees and/or Custodian of Records
2026 E. Tyler
Harlingen, Texas 78550
*Expert Witness Designated by Third-Party Defendant/Third-Party Plaintiff, United Door Service*

Paul Durgin
Carolina Doors Control, Inc.
97 Old Marietta Path
Dallas, GA 30132
*Expert Witness Designated by Third Party Defendant/Third-Party Plaintiff, United Door Service*

Defendant also hereby identifies all custodians of record for all healthcare providers and facilities identified herein, at the corresponding address and phone number listed for the provider and/or facility.

**Rule 26(a)(2)(A)**    In addition to the disclosures required to paragraph (1), a party shall disclose to other parties the identity of any other person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

**SUPPLEMENTAL RESPONSE:**

1.    Defendant reserves the right to cross-examine any witnesses and expert witnesses who are allowed to express opinions in Plaintiff's case in chief, if any, and to elicit opinions from them during same without agreeing with or vouching for any or all opinions such persons may have.  Defendants specifically do not waive any and all objections it has to any of the persons designated as witnesses or expert witnesses by Plaintiff being permitted to express opinions in this case.

2.    Defendant designates and reserves the right to call as expert witnesses, without agreeing with or vouching for their opinions, any and all treating physicians of Plaintiff and all witnesses and expert witnesses designated by Plaintiff, if any.

3.    Defendant reserves the right to call the individuals listed below who are or potentially could be expert witnesses with knowledge of relevant facts in this case. However, to the extent that their knowledge of relevant facts is derived or arises from special knowledge and skill which they have acquired as a result of specialized training and experience, they are listed here as fact expert witnesses.  Defendant regards these witnesses in a special category of experts because they are primarily fact witnesses over whom Defendant and its counsel have no control or right of control.

Further, the full and/or complete names, identities, and addresses of custodians of records are unknown to Defendant at this time other than that information contained herein. If necessary, Defendant may call any of these individuals to testify regarding the custody, authenticity, genuineness, and completeness of the medical records, billing records, radiology studies, business records, and documents and materials in their possession, custody, and/or control. In addition, Defendant may call any of these individuals regarding the necessity and reasonableness of the charges or expenses with respect to any billings or expenses or records relating to such matters.

Any and all treating physicians and/or healthcare providers who treated Plaintiff may be called to testify on the topic of their care, treatment, a diagnosis, and prognosis. They are expected to testify on any and all treatment or evaluation of Plaintiff including without any and all pre-existing conditions that may have caused the alleged injuries of Plaintiff. Specifically, but without limitation, Defendant reserves the right to call the following treating physicians:

>Bliss Clark, M.D.
>Agents, Employees and/or Custodian of Records
>Rio Grande Orthopedic Center
>1601 Treasure Hills Blvd.
>Harlingen, Texas 788550
>*Plaintiff's healthcare provider.*

>Mike Melton, D.C.
>Agents, Employees and/or Custodian of Records
>Brownsville Chiropractic Clinic
>55 West Elizabeth
>Brownsville, Texas 78520
>(956) 548-1980
>*Plaintiff's healthcare provider.*

Dr. Madhaven Pisharodi
Agents, Employees and/or Custodian of Records
942 Wild Rose Ln
Brownsville, Texas 78520
(956) 541-6725
*Plaintiff's healthcare provider.*

Brownsville Open MRI
Agents, Employees and/or Custodian of Records
908 Paredes Line Rd.
Brownsville, Texas 78520
(956) 541-4488
*Plaintiff's healthcare provider.*

Dr. Aguilar
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
*Plaintiff's healthcare provider*

Dr. Joel De La Garza
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
*Plaintiff's healthcare provider*

Dr. Alejandro Arrora Hernandez
Agents, Employees and/or Custodian of Records
Hospital Guadalupe
6a entre Rayon y Victoria No. 72
H. Matamoros, Tamaulipas, Mexico
Tel: 813-94-15 or 813-95-17
*Plaintiff's healthcare provider*

Dr. Terence Langan
Agents, Employees and/or Custodian of Records
409 Boca Chica Blvd.
Brownsville, TX 78520
(956) 541-7451
*Plaintiff's healthcare provider*

Dr. Luevano
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
*Plaintiff's healthcare provider*

Dr. Helson Pacheco
Agents, Employees and/or Custodian of Records
1700 N. Oregon, Ste. 515
El Paso, TX 79902
*Plaintiff's healthcare provider*

Dr. Jesus Vasquez Rivas
Agents, Employees and/or Custodian of Records
Av. Rio Bravo 16 y 18 No. 615
Col. San Francisco
H. Matamoros, Tamaulipas, Mexico
Tel: 01 (868) 813-10-47
*Plaintiff's healthcare provider*

Dr. Roberto Robles
Agents, Employees and/or Custodian of Records
95 E. Price Road, Building C
Brownsville, TX 78521
(956) 504-3278
*Plaintiff's healthcare provider*

Dr. Jose Luis Rodriguez
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
*Plaintiff's healthcare provider*

Dr. Gustavo Stern
Agents, Employees and/or Custodian of Records
864 Central Blvd., Ste. 300
Brownsville, TX 78520
(956) 541-8361
Plaintiff's healthcare provider

Brownsville Medical Center
Agents, Employees and/or Custodian of Records
1040 W. Jefferson
Brownsville, TX 78520
(956) 544-1400
*Plaintiff's healthcare provider*

Brownsville Physical Therapy
Agents, Employees and/or Custodian of Records
1714 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-2401
*Plaintiff's healthcare provider*

Harlingen Medical Center
Agents, Employees and/or Custodian of Records
5501 S. E xpressway 77/83
Harlingen, TX 78550
(956) 365-3947
*Plaintiff's healthcare provider*

MRI in Monterrey
Agents, Employees and/or Custodian of Records
Monterrey, Mexico
*Plaintiff's healthcare provider*

Mosqueda Clinic
Agents, Employees and/or Custodian of Records
44 E. Levee St.
Brownsville, TX 78520
(956) 542-2555
*Plaintiff's healthcare provider*

Valley Regional Medical Center
Agents, Employees and/or Custodian of Records
100A Alton Gloor Blvd.
Brownsville, Texas 78521
(956) 350-7525
*Plaintiff's healthcare provider*

Richard Fremaux, MD.
Agents, Employees and/or Custodian of Records
Valley Regional Medical Center
100A Alton Gloor Blvd.
Brownsville, Texas 78521
(956) 350-7525
*Plaintiff's healthcare provider*

Dr. Bruce Berberian
Agents, Employees and/or Custodian of Records
Valley Radiologist & Associates
2026 E. Tyler
Harlingen, Texas 78550
*Plaintiff's healthcare provider*

Alejandro Betancourt, M.D.
Agents, Employees an/or Custodian of Records
Harlingen Spine & Neurological Spine Institute
2121 Pease Street, Suite 304
Harlingen, Texas 78550
And
844 Central Blvd., Suite 360
Brownsville, Texas 78520
(956) 425-3706
*Plaintiff's healthcare provider*

The opinions and impressions of these healthcare providers are known to Defendant only through their records which will be obtained in the discovery of this case and which are incorporated herein by reference for all purposes. The facts known to these experts on which their opinions and impressions are based will also be known to Defendant only through the above-referenced records. Since these are the treating physicians of Plaintiffs, they are in a better position to know their impressions, opinions, and the factual basis for same than Defendant.

By including these persons as non-retained experts, Defendant is not stipulating to their qualifications as experts and retains the right to challenge any expert on that basis. Defendant further reserves the right to elicit opinions from them without agreeing with or vouching for any or all opinions such persons may have. Defendant further reserves the right to supplement or otherwise alter these responses as discovery progresses.

3.  In addition to the foregoing, Defendant designates the following persons who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

Loren Slaybaugh
136 Dixie Avenue
Lake Placid, FL  33852
(863) 699-1729

Martin R. Steiner, M.D.
Houston Neurology Associates
8200 Wednesbury Lane, Suite 111
Houston, TX  77074-2002
(713) 777-4122

Daniel Backlas, M.D.
Knapp Medical Center
Department of Radiology
Weslaco, TX  78596
(956) 969-5175

Richard M. Harding, BSc, MB BS, PhD.
Herb Guzman
Biodynamics Research Corporation
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

**Rule 26(a)(2)(B)**   Except as otherwise stipulated or directed by the court, this disclosure shall, with respect to a witness who is retained or specially employed to

provide expert testimony in the case or whose duties as an employee of the party regularly involve giving expert testimony, be accompanied by a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefore; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

**RESPONSE:**

Defendant reserves the right to amend and/or supplement this designation as provided in Federal Rule of Civil Procedure 21(e)(1)-(2). Defendant also reserves the right to amend and/or supplement this report to contradict or rebut evidence offered in the future by Plaintiff on the same subject matter.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____
Norton A. Colvin, Jr.
State Bar No. 04632100
Federal Admissions No. 1918
RosaMaria Villagomez-Vela
State Bar No. 24008210
Federal Admissions No. 22983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
Tel: (956) 542-7441
Fax: (956) 541-2170

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

>Ronald W. Armstrong
>Law Offices of Ronald W. Armstrong
>2600 Old Alice Road, #A
>Brownsville, Texas 78521
>*Attorney for Plaintiff*
>
>Robert A. Allen
>Allen, Stein & Durbin, PC.
>6243 IH-10 West, 7th Floor
>P.O. Box 101507
>San Antonio, Texas 78201
>*Attorney for A-1 Auto Door Service*
>
>Monte English
>English & Clemmons, LLP
>555 N. Carancahua, Ste 1500
>Corpus Christi, Texas 78478
>*Attorney for United Door*

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 16th day of June, 2005.

*[signature]*
RosaMaria Villagomez-Vela