United States District Court
Southern District of Texas
FILED

JUN 3 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC., ET. AL. | § § § § | |
| VS. | § | |
| UNITED DOOR SERVICE | § | |
| VS. | § | |
| A-1 AUTO DOOR SYSTEMS, INC. | § | |

### DEFENDANT STAPLES' JOINDER TO DEFENDANT/THIRD PARTY PLAINTIFF UNITED DOOR SERVICE'S UNOPPOSED MOTION FOR LEAVE TO JOIN THIRD PARTY DEFENDANT AND CROSS-ACTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. (hereinafter "Staples"), Defendant/Third Party Plaintiff in the above-entitled and numbered cause, and files this its Joinder to Defendant/Third Party Plaintiff United Door Service's Unopposed Motion for Leave to Join Third Party Defendant and Cross-Action, and in support thereof would show the Court as follows:

I.

<u>JOINDER</u>

1.  Defendant/Third Party Plaintiff Staples files this its Joinder to Defendant/Third Party Plaintiff United Door Service's Unopposed Motion for Leave to Join Third Party Defendant A-1 Auto Door Service (incorrectly named as A-1 Automatic

Door) as a Third Party Defendant and responsible third party pursuant to section 33.004 Tex. Civ. Prac. & Rem. Code for the reasons stated therein. All of the grounds and reasons averred therein as to the claims made by Defendant/Third Party Plaintiff United Door are also applicable to this Defendant. Staples would further show that United Door Service's Unopposed Motion for Leave has been granted.

WHEREFORE, PREMISES CONSIDERED, Defendant/Third Party Plaintiff Staples requests this Court enter an Order Granting Defendant/Third Party Plaintiff Staples' Joinder to Defendant/Third Party Plaintiff United Door Service's Unopposed Motion for Leave to Join A-1 Auto Door Service (incorrectly named as A-1 Automatic Door) as Third Party Defendant and responsible third party pursuant to section 33.004 Tex. Civ. Prac. & Rem. Code, from whom Staples is entitled to seek a determination by the jury of A-1 Auto Door Service's comparative responsibility and from whom Staples is entitled to contribution and/or indemnity as to any damages awarded to Plaintiff in this action, as well as any other relief to which Defendant/Third Party Defendant Staples may be justly entitled.

II.

## CROSS-ACTION

2.   Staples is a Defendant/Third Party Plaintiff in the above-styled and numbered civil action. Cross-Defendant A-1 Auto Door Systems is a Texas corporation with its principal place of business in San Antonio, Texas. Cross-Defendant has been previously served and answered herein. Service of this Cross-Action may be made by serving a copy on its attorney of record.

3.   Jurisdiction and venue over this cross-action is proper, in that it arises out of Plaintiff's claims against the Defendants and Third Party Defendants over whom this Court has jurisdiction in this matter, and it arises in a suit in which Plaintiff has established proper venue, in that Cameron County is the county in which all or a substantial part of the events or omissions giving rise to Plaintiff's claims occurred.

4. Subject to its denials of liability and affirmative defenses, Staples contends that in the event the alleged damages suffered by Plaintiff were caused by negligence or other responsible actions or inactions, those damages were caused by the negligence of others, including to the extent found by the jury, A-1 Auto Door Systems, Inc., rather than any negligence on the part of this Defendant.

5. Staples asserts that it is entitled to contribution, or alternatively, indemnification, from Cross-Defendant A-1 Auto Door Systems, Inc., jointly and severally, in accordance with the provisions of Chapter 33 of the Texas Civil Practices & Remedies Code. Staples will thus be entitled to, and therefore sues for, a judgment that Cross Defendant A-1 Auto Door Systems, Inc. be required to pay the amount of any percentage of responsibility apportioned to Staples in any judgment and to indemnify Staples to the extent of same.

6. Staples would further show that Cross-Defendant A-1 Auto Door Systems, Inc. is a responsible third party from whom Staples is entitled to seek a determination by the jury of A-1 Auto Door Systems, Inc.'s comparative responsibility from whom Staples is entitled to contribution and/or indemnity as to any damages awarded to Plaintiff in this action. To the extent any damages are awarded to Plaintiff in this action, Staples asks that it be granted judgment for contribution and/or indemnity against A-1 Auto Door System, Inc., for damages in such an amount as found by a jury.

WHEREFORE, Staples The Office Superstore d/b/a Staples The Office Superstore East, Inc., Defendant/Third Party Plaintiff and Cross-Plaintiff, respectfully prays that upon final hearing and trial hereof, it be granted judgment in its favor against Plaintiff and not be held liable to any parties hereto, and in the alternative, should judgment be awarded against Staples to any extent, that Staples have judgment on its Cross-Action against Cross-Defendant A-1 Auto Door Systems, Inc. for contribution and/or indemnity as sought herein, together with its costs and reasonable attorney's fees; and for such other

and further relief as to which this party may show itself justly entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP

By: _____
   Norton A. Colvin, Jr. by pem. Rmv
State Bar No. 04632100
Southern District Admissions No. 1918
   RosaMaria Villagomez-Vela
State Bar No. 24008210
Southern District Admissions No. 22983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT/THIRD PARTY PLAINTIFF, STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Ronald W. Armstrong
Law Offices of Ronald W. Armstrong
State Bar No. 01323500
2600 Old Alice Road, #A
Brownsville, Texas 78521
*Attorney for Plaintiff*

Robert A. Allen
P.O. Box 101507
San Antonio, Texas 78201
*Attorney for A-1 Auto Door Service*

Monte English
English & Clemmons, LLP
555 N. Carancahua, Ste 1500
Corpus Christi, Texas 78478
*Attorney for United Door*

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 30th day of June, 2005.

_____
RosaMaria Villagómez-Vela