IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 5 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CLAUDIA GONZALEZ | § |
| | § |
| VS. | § |
| | § |
| STAPLES THE OFFICE SUPERSTORE | § |
| D/B/A STAPLES THE OFFICE | § CIVIL ACTION NO. B-03-125 |
| SUPERSTORE EAST, INC. | § |
| | § |
| VS. | § |
| | § |
| UNITED DOOR SERVICE | § |

**OPPOSED MOTION FOR PROTECTIVE ORDER
BY PLAINTIFF CLAUDIA GONZALEZ**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CLAUDIA GONZALEZ, Plaintiff in the above numbered and styled cause of action, and files this, her OPPOSED MOTION FOR PROTECTIVE ORDER BY PLAINTIFF CLAUDIA GONZALEZ, and for good cause would respectfully show the Court and Jury the following:

1. Plaintiff Claudia Gonzalez filed this cause on June 10, 2003. The original attorney Reynaldo G. Garza withdrew and this Court substituted R.W. Armstrong on or about August 28th, 2003.

2. In the middle of June, 2005, counsel for Third Party Defendant A-1 AUTOMATED DOOR SYSTEMS notified Plaintiff's counsel that they planned to depose all of the Plaintiff's designated experts. Honorary Robert Allen, counsel for the Third Party Defendant A-1 AUTOMATED DOOR SYSTEMS notified our office through written correspondence that he was unaware if the deposition date, originally thought to have been June 27th, 2005, would remain available as one of his counselors who would attend the deposition had a trial setting and was unsure if the trial would continue as scheduled. As such, Mr. Allen's office contacted the counsel for the Plaintiff on or about June 24th, 2005, to notify the Plaintiff that the trial on June

27th, 2005, would continue as scheduled and the expert deposition of the Plaintiff's expert, Warren F. Davis would be re-noticed for July 6th, 2005, at 10:00 a.m.

3.  The deposition was re-noticed for the 6th day of July, 2005, however, counsel for the Plaintiff notified Mr. Allen that Mr. Davis would be out of the country and would not be able to attend the deposition as scheduled, due to the Third Party Defendant's failure to timely secure the date of the deposition.

4.  On or about June 30th, 2005, at 5:38 p.m., counsel for the Plaintiff, R.W. Armstrong received correspondence that Mr. Allen would go ahead with the deposition as noticed, and intended to file a notice of anon-appearance with the Court in the absence of Mr. Davis, despite their being notified that the deposition had been cancelled. Mr. Allen showed complete disregard for Mr. Davis and his out of state travel arrangements, and now seeks to prejudice the Plaintiff by intentionally discrediting one of the key witnesses in this cause. The Plaintiff will be greatly prejudiced in the event this matter continues without the intervention of the Court.

8.  Plaintiff will suffer actual and substantial prejudice if a protective order for the deposition of Warren F. Davis' deposition is not entered. Mr. Davis is currently out of the country and will return in mid-August, as such, counsel for the Plaintiff suggested a joint and agreed Motion for Continuance, continuing the deposition so that all parties would be convenienced, and the Plaintiff would not be prejudiced.

Plaintiff requests this matter be set for hearing, and that upon hearing the Plaintiff be granted the protective order, and such other and further relief that the Court may deem necessary.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone: (956) 546-5556
Facsimile: (956) 546-0470

R.W. Armstrong
Texas Bar No. 01823500

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CLAUDIA GONZALEZ § | |
| § | |
| VS. § | |
| § | |
| STAPLES THE OFFICE SUPERSTORE § | |
| D/B/A STAPLES THE OFFICE § | CIVIL ACTION NO. B-03-125 |
| SUPERSTORE EAST, INC. § | |
| § | |
| VS. § | |
| § | |
| UNITED DOOR SERVICE § | |

---

## AFFIDAVIT OF RONALD W. ARMSTRONG

---

**STATE OF TEXAS** {
{
**COUNTY OF CAMERON** {

BEFORE ME, the undersigned authority, on this day personally appeared **RONALD W. ARMSTRONG**, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, stated as follows:

"My name is **RONALD W. ARMSTRONG.** I am counsel of record for Plaintiff Claudia Gonzalez in the above-captioned and numbered action. I am licensed to practice law in the State of Texas and before this Court.

"All of the representations made by me in the accompanying MOTION FOR PROTECTIVE ORDER are true and correct by my personal knowledge. In my opinion, under the circumstances of this case as well as the exigencies caused by the other matters I have needed to handle on behalf of Plaintiff Claudia Gonzalez and all of my other clients, I believe that I have been diligent in the preparation of this case for trial, and that should the deposition of the expert Warren F. Davis continue it will greatly and substantially prejudice the Plaintiff."

AFFIANT FURTHER SAYETH NOT

_____
R.W. ARMSTRONG

SUBSCRIBED AND SWORN TO BEFORE ME by the said R.W. Armstrong, this the 6th day of July, 2005.



_____
**NOTARY PUBLIC** in and for the
State of Texas
My Commission Expires: Sept 22, 2005

*Page 4*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing OPPOSED MOTION FOR PROTECTIVE ORDER was on this, the 6th day of July, 2005, sent via facsimile to the following counsel of record:

Hon. Robert Allen
**Allen, Stein & Durbin, P.C.**
6243 IH-10West, Suite 700
San Antonio, Texas 78201

Hon. Rosa Maria Villagomez
**Rodriguez, Colvin, & Chaney L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520

Monte J. English
**English & Clemmons, L.L.P**
555 North Carancahua, Suite 1500
Corpus Christi, Texas 78478

_____
R. W. Armstrong

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| D/B/A STAPLES THE OFFICE | § | CIVIL ACTION NO. B-03-125 |
| SUPERSTORE EAST, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |

## CERTIFICATE OF CONFERENCE

Plaintiff's attorney, R.W. Armstrong has conferred with attorney Robert Allen the attorney for Third Party Defendant A-1 AUTOMATED DOOR SYSTEMS and Rosa Maria Villagomez-Vela, attorney for Defendant STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC., and both were in opposition to the Motion for Protective Order by Plaintiff Claudia Gonzalez. The accompanying correspondence were letters both received by and sent to counselor Robert Allen, in reference to the deposition of Warren F. Davis, and show his unwillingness to resolve this matter without the direct intervention of this Court.

RESPECTFULLY SUBMITTED,

R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone: (956) 546-5556
Facsimile: (956) 546-0470

_____
R.W. Armstrong
Texas Bar No. 01323500