IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § § | |
| VS. | § § | |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § § § § | CIVIL ACTION NO. B-03-125 |
| VS. | § § | |
| UNITED DOOR SERVICE | § | |

**EXHIBIT "A"**

# ALLEN, STEIN & DURBIN, P.C.

ATTORNEYS AT LAW

ROBERT A. ALLEN
MARK R. STEIN
JENNIFER G. DURBIN
JOHN C. HOWELL
ISIDRO O. CASTANON
TOM L. NEWTON, JR.
FRANK J. FORD
AUDREY E. MANRIQUEZ
BRIAN S. JACOB
KATHERINE M. WILLIS
MARK C. JORDAN
CLAY W. MORGAN

SAN ANTONIO
6243 IH-10 WEST, 7TH FLOOR
SAN ANTONIO, TEXAS 78201
210.734.7488
210.738.8036 FAX

RIO GRANDE VALLEY
4121 N. 23RD STREET
MCALLEN, TEXAS 78504
956.984.0011

PALACIOS
609 1ST STREET
PALACIOS, TEXAS 77465
361.972.6006

OF COUNSEL:

SHARON D. HOBBS
JOHN T. DAILEY

June 24, 2005

Mr. Ronald Armstrong
R. W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

*Via Facsimile (956) 546-0470*

RE: Civil Action No. B-03-125
*Claudia Gonzalez*
v.
*Staples The Office Superstore d/b/a
Staples The Office Superstore East, Inc.*
v.
*United Door Service*
v.
*A-1 Auto Door Systems, Inc.*
Our File No. 1391 170

Dear Mr. Armstrong:

Enclosed is a copy of the *Notice of Intention to Take Oral/Video Deposition of Dr. Bliss W. Clark by Subpoena Duces Tecum.*

Thanking you for your courtesy and attention to the above, we remain

Sincerely yours,

*[signature]*

Stacey R. Zimmer
Legal Assistant to Robert A. Allen
and Brian S. Jacob

Mr. Ronald Armstrong
June 24, 2005
Page 2

/srz
Enclosure
#427301
cc:   Mr. Norton A. Colvin, Jr./Ms. Sarah A. Nicolas/Ms. RosaMaria Villagomez-Vela, *Via Facsimile (956) 542-2170*
Mr. Monte J. English, *Via Facsimile (361) 882-2773*
Bryant & Stingley, Inc., *Via Facsimile (956) 428-7133*



LAWYER
BOARD CERTIFIED
PERSONAL INJURY LAW

June 30th, 2005

*Via Facsimile:*
*(210) 738-8036*

Hon. Robert Allen
**Allen, Stein & Durbin, P.C.**
6243 IH-10West, Suite 700
San Antonio, Texas 78201

Re:   Civil Action No. B-03-125; Claudia Gonzalez vs. Staples the Office Superstore d/b/a Staples the Office Superstore East, Inc. vs. United Door Service vs. A-1 Auto Door Systems, Inc. (Our File No. 01-451)

Dear Mr. Allen,

In your June 30th, 2005 correspondence in you incorrectly alleged that the failure to schedule Mr. Davis' deposition was on our office's behalf. Our office, however, provided dates of availability for Mr. Davis deposition far in advance. The response from your office was that Mr. Thaddeus had a trial setting and was not sure if he could attend the deposition scheduled for June 27th, 2005.

After your office failed to follow up and notify our office whether or not Mr. Thaddeus was going to trial, I called Stacy in your office (June 24th, 2005) to request an update on the situation. She called me back later that afternoon and notified me that Mr. Thaddeus was in fact going to trial that coming Monday and we would need to schedule the deposition for July 6th, 2005, a date we had requested that Mr. Davis keep available, pending your office's scheduling of his deposition. At the failure of your office to timely notice his deposition on the 6th of July, and the failure to notify our office of the impending trial setting for Mr. Thaddeus, he is no longer available on the 6th day of July, 2005.

If you wish to make alternative arrangements you will need to contact me by tomorrow afternoon to schedule his deposition on July 5th, 2005. If you are unavailable you are more than welcome to file a motion with the Court requesting additional time. Our offices are closed on Friday, July 1st, 2005, and Monday, July 4th, 2005, in celebration of the July 4th weekend. As such you can reach me any time tomorrow on my cell, (956) 466-6926.

As of right now let this correspondence serve as notice to all counsel of record, that Mr. Davis deposition for July 6th, 2005 is cancelled. We are going out of our way to produce Mr. Davis at the availability of all counsel of record. We will be more than happy to accommodate everyone involved. It is our recommendation that we file a joint, agreed motion for continuance and schedule the deposition upon the return of our expert.

2600 OLD ALICE RD.
BROWNSVILLE, TX.
78521-1450

956-546-5556
FAX 546-0470

        Should you have any question or comments, please feel free to contact me on my cell phone any time tomorrow afternoon.

        Very truly yours,

        Anthony Villarreal
        Paralegal for
        R.W. Armstrong

*Cc: Rosa Norton Colvin (956) 541-2170*
*Monte J. English (361) 882-2773*

**TRANSACTION REPORT**
2005/JUN/30/THU 17:03

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|------|----------|----------|----------|------|-----------|------|
| 01 | JUN/30 | 17:02 | 1361882277355555 | 0:00:51 | 2 | OK  G3 | 7775 |

**TRANSACTION REPORT**

2005/JUN/30/THU 16:47

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|---|---|---|---|---|---|---|---|
| 01 | JUN/30 | 16:47 | 5412170 | 0:00:22 | 2 | OK | SG3 | 7773 |

P.01/01

**TRANSACTION REPORT**

2005/JUN/30/THU 16:41

FAX(TX)

| #  | DATE   | START T. | RECEIVER         | COM.TIME | PAGE | TYPE/NOTE | FILE |
|----|--------|----------|------------------|----------|------|-----------|------|
| 01 | JUN/30 | 16:40    | 12107388036555555 | 0:00:33  | 2    | OK    SG3 | 7770 |

# ALLEN, STEIN & DURBIN, P.C.

6243 IH-10 West, Suite 700
P. O. Box 101507
San Antonio, TX 78201
(210) 734-7488 - Phone
(210) 738-8036 - Fax

June 30, 2005

| | | |
|---|---|---|
| TO: | Mr. Ronald Armstrong | FAX: 956.546.0470 |
| | Mr. Monte J. English | FAX: 361.882.2773 |
| | Ms. RosaMaria Villagomez-Vela | FAX: 956.541.2170 |
| FROM: | Mr. Robert A. Allen/Lisa | |
| RE: | Claudia Gonzalez v. Staples, The Office Superstore, et al. | |
| FILE NO.: | 1391 170 | |
| PAGES: | 3 (including this page) | |

**MESSAGE:**

**URGENT CORRESPONDENCE REGARDING DEPOSITION OF WARREN F. DAVIS SET FOR JULY 6, 2005.**

## ORIGINAL WILL NOT FOLLOW

If there is trouble receiving this fax, please contact The Fax Center at (210) 734-7488.

THIS FACSIMILE MESSAGE IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION AND IS TRANSMITTED FOR THE EXCLUSIVE INFORMATION AND USE OF THE ADDRESSEE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE ADMONISHED THAT THIS COMMUNICATION MAY NOT BE COPIED OR DISSEMINATED EXCEPT AS DIRECTED BY THE ADDRESSEE. IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL THE COMMUNICATION TO US AT OUR LETTERHEAD ADDRESS. FURTHER, IF THE READER OF THIS TRANSMITTAL PAGE IS NOT THE INTENDED RECIPIENT OR A REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISSEMINATION, OR COPYING OF THIS FAX OR THE INFORMATION CONTAINED HEREIN IS PROHIBITED. THANK YOU.

# ALLEN, STEIN & DURBIN, P.C.

### ATTORNEYS AT LAW

ROBERT A. ALLEN
MARK R. STEIN
JENNIFER G. DURBIN
JOHN C. HOWELL
ISIDRO O. CASTANON
TOM L. NEWTON, JR.
FRANK J. FORD
AUDREY E. MANRIQUEZ
BRIAN B. JACOB
KATHERINE M. WILLIS
MARK C. JORDAN
CLAY W. MORGAN

SAN ANTONIO
6243 IH-10 WEST, 7TH FLOOR
SAN ANTONIO, TEXAS 78201
210.734.7488
210.738.8036 FAX

RIO GRANDE VALLEY
4121 N. 23RD STREET
McALLEN, TEXAS 78504
956.684.0011

PALACIOS
903 1ST STREET
PALACIOS, TEXAS 77465
361.972.8005

OF COUNSEL:
SHARON D. HOBBS
JOHN T. DAILEY

June 30, 2005

Mr. Ronald Armstrong                                    Via Facsimile – 956.546.0470
R. W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

RE:   Civil Action No. B-03-125
      Claudia Gonzalez
      v.
      Staples The Office Superstore d/b/a
      Staples The Office Superstore East, Inc.
      v.
      United Door Service
      v.
      A-1 Auto Door Systems, Inc.
      Our File No. 1391 170

Dear Ron:

    This will acknowledge a copy of a letter from Tony dated June 30, 2005, in response to my letter of the same date.

    The letter correctly summarizes the facts with two exceptions. First, Stacey told Tony on Thursday morning that Mr. Thaddeus was going to go to trial. Also, your letter does not acknowledge that you received the notice for the July 6, 2005 deposition on Friday, June 24, 2005. (Your letter indicates you did not receive the notice timely. We believe twelve days is timely notice, especially when the date had been reserved several days before.)

    In any event, we have a problem that needs to be resolved. As I stated in my previous letter, we want to work with you to get an agreeable date for your expert's deposition. If he cannot do it on July 6, 2005, we are willing to reschedule the deposition. The deposition has to be concluded, however, by August 1, 2005, unless the court extends our deadlines.

Mr. Ronald Armstrong
June 30, 2005
Page 2

Please let us have at least two other dates when your expert can be available before August 1, 2005, so that we can attempt to schedule those on our calendar. We must have a response by noon tomorrow or else we will need to go forward with the deposition as noticed. If your expert cannot give us an agreeable date before August 1, 2005, we will take a non-appearance deposition on July 6, 2005, and will ask that the witness be removed from your witness list.

Thanking you for your courtesy and attention to the above and awaiting your response, we remain

Sincerely yours,

Robert A. Allen

RAA/lj
#428146
cc:  Ms. RosaMaria Villagomez-Vela, Via Facsimile – 956.542.2170
     Mr. Monte J. English, Via Facsimile - 361.882.2773



L A W Y E R
BOARD CERTIFIED
PERSONAL INJURY LAW

July 5th, 2005

*Via Facsimile:*
*(210) 738-8036*

Hon. Robert Allen
**Allen, Stein & Durbin, P.C.**
6243 IH-10West, Suite 700
San Antonio, Texas 78201

Re: Civil Action No. B-03-125; Claudia Gonzalez vs. Staples the Office Superstore d/b/a Staples the Office Superstore East, Inc. vs. United Door Service vs. A-1 Auto Door Systems, Inc. (Our File No. 01-451)

Dear Mr. Allen,

I apologize for any confusion there may have been in the scheduling of Mr. Davis' deposition. The fact remains that I attempted to keep the dates for Mr. Davis deposition available. Your office failed to timely notify us whether or not the deposition would be taken on the 26th of June or on the 6th of July, 2005. As such, when you timely noticed our office on the 24th of June for the 6th day of July, our expert had taken your failure to timely notice his deposition as indifference and because of his need to leave the country for the summer, scheduled another event on the 6th day of July, 2005.

Again, this misunderstanding could have been avoided had you timely notified our office when you intended to notice Mr. Davis. I apologize if this may have caused you to believe that we failed to notify our expert or that he was indifferent. On the contrary, he remained available as long as he could.

After contacting Mr. Davis this afternoon it has become apparent that we will need to file a motion for continuance so that his deposition can be taken upon his return to the states in August. If you are in opposition to filing this motion, please notify me immediately, as Mr. Davis' July 6th deposition has been cancelled

Very truly yours,

Anthony Villarreal
Paralegal for
R.W. Armstrong

*Cc: Norton Colvin (956) 541-2170*
*Monte J. English (361) 882-2773*

2600 OLD ALICE RD.
BROWNSVILLE, TX.
78521-1450

956-546-5556
FAX 546-0470

**TRANSACTION REPORT**

2005/JUL/05/TUE 17:48

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 01 | JUL/05 | 17:47 | 1210738803655555 | 0:00:27 | 1 | OK | SG3 | 7813 |

TRANSACTION REPORT
2005/JUL/05/TUE 17:54

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 01 | JUL/05 | 17:53 | 5412170 | 0:00:20 | 1 | OK | SG3 | 7814 |

**TRANSACTION REPORT**

2005/JUL/05/TUE 17:58

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 01 | JUL/05 | 17:57 | 13618822277355555 | 0:00:35 | 1 | OK | G3 | 7815 |