United States District Court
Southern District of Texas
FILED

JUL 0 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CLAUDIA GONZALEZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-125 |
| § | |
| STAPLES THE OFFICE SUPERSTORE § | |
| d/b/a STAPLES THE OFFICE § | |
| SUPERSTORE EAST, INC. § | |
| § | |
| VS. § | |
| § | |
| UNITED DOOR SERVICE § | |
| § | |
| VS. § | |
| § | |
| A-1 AUTO DOOR SYSTEMS, INC. § | |

**THIRD-PARTY DEFENDANT/THIRD-PARTY PLAINTIFF
UNITED DOOR SERVICE'S
THIRD SUPPLEMENTAL DESIGNATION OF EXPERTS AND REPORTS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, UNITED DOOR SERVICE, Third-Party Defendant/Third-Party Plaintiff in the above-entitled and numbered cause, and makes these disclosures in accordance with Rule 26(a) of the Federal Rules of Civil Procedure, Third-Party Defendant/Third-Party Plaintiff makes the following disclosures subject to and without waiving its right to protect from disclosure (a) any and all communications protected from disclosure by the attorney-client privilege, (b) any and all work-product conclusions, opinions, or legal theories of Third-Party Defendant/Third-Party Plaintiff attorneys or other representative concerning this litigation, and (c) any and all confidential information until a suitable protective order is entered to protect the confidentiality of such information, Moreover, Third-Party Defendant/Third-Party Plaintiff makes these disclosures with the best information available to it at the time disclosure was required by

the Federal Rules of Civil Procedure. Third-Party Defendant/Third-Party Plaintiff reserves the right to amend or supplement these disclosures as may be allowed by applicable Federal Rules of Civil Procedure or order of this Court.

**Rule 26(a)(2)** The identity of persons who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence.

Bliss Clark, M.D.
Agents, Employees and/or Custodian of Records
Rio Grande Orthopedic Center
1601 Treasure Hills Blvd.
Harlingen, Texas 788550
Plaintiff's healthcare provider.

Mike Melton, D.C.
Agents, Employees and/or Custodian of Records
Brownsville Chiropractic Clinic
55 West Elizabeth
Brownsville, Texas
78520 (956) 548-1980
Plaintiffs healthcare provider.

Dr. Madhaven Pisharodi
Agents, Employees and/or Custodian of Records
942 Wild Rose Ln.
Brownsville, Texas 78520
(956) 541-6725
Plaintiff's healthcare provider.

Brownsville Open MRI
Agents, Employees and/or Custodian of Records
908 Paredes Line Rd.
Brownsville, Texas 78520
(956) 541-4488
Plaintiff's healthcare provider

United Door Service
Agents, Employees and/or Custodian of Records
Concourse Building
1 Copley Parkway, Suite 212
Morrisville, NC 27560
Company that performed maintenance on the door in question.

Unknown individuals @
Dor-O-Matic
Agents, Employees and/or Custodian of Records
730 West Wilson Ave.
Harwood Heights, IL 60706

Mr. Rick Balli
28320 S. Palm Court Drive
Harlingen, TX 78552

Mr. Lou Garcia
Staples The Office Superstore
C/O Rodriguez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
Brownsville, TX 78520
Assistant Manager

Staples The Office Superstore
Agents, Employees and/or Custodian of Records
C/O Rodriguez, Colvin, Chaney & Saenz, LLP
1201 B. Van Buren
Brownsville, TX 78520

Dr. Aguilar
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider.

Dr. Joel De La Garza
Agents, Employees andlor Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider.

Dr. Alejandro Arrora Hernandez
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider.

Dr. Terence Langan
Agents, Employees and/or Custodian of Records
409 Boca Chica Blvd.
Brownsville, TX 78520
(956) 541-7451
Plaintiff's healthcare provider.

Dr. Luevano
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider.

Dr. Helson Pacheco
Agents, Employees and/or Custodian of Records
1700 N. Oregon, Ste. 515
El Paso, TX 79902
Plaintiff's healthcare provider.

Dr. Jesus Vasquez Rivas
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider.

Dr. Roberto Robles
Agents, Employees and/or Custodian of Records
95 E. Price Road, Building C
Brownsville, TX 78521
(956) 504-3278
Plaintiff's healthcare provider.

Dr. Jose Luis Rodriguez
Agents, Employees and/or Custodian of Records
Matamoros, Mexico
Plaintiff's healthcare provider.

Dr. Gustavo Stern
Agents, Employees and/or Custodian of Records
864 Central Blvd., Ste. 300
Brownsville, TX 78520
(956) 541-8361
Plaintiffs healthcare provider.

Brownsville Medical Center
Agents, Employees and/or Custodian of Records
1040 W. Jefferson
Brownsville, TX 78520
(956) 544-1400
Plaintiff's healthcare provider.

Brownsville Physical Therapy
Agents, Employees and/or Custodian of Records
1714 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-2401
Plaintiff's healthcare provider.

Harlingen Medical Center
Agents, Employees and/or Custodian of Records
5501 S. Expressway 77/83
Harlingen, TX 78550
(956) 365-3947
Plaintiff's healthcare provider.

MRI in Monterrey
Agents, Employees and/or Custodian of Records
Monterrey, Mexico
Plaintiff's healthcare provider.

Mosqueda Clinic
Agents, Employees and/or Custodian of Records
44 E. Levee St.
Brownsville, TX 78520
(956) 542-2555
Plaintiff's healthcare provider.

Valley Regional Medical Center
Agents, Employees and/or Custodian of Records
100A Alton Gloor Blvd.
Brownsville, Texas 78521
(956) 350-7525
Plaintiff's healthcare provider.

Richard Fremaux, M.D.
Agents, Employees and/or Custodian of Records
Valley Regional Medical Center
100A Alton Gloor Blvd.
Brownsville, Texas 78521
(956) 350-7525
Plaintiff's healthcare provider.

Martin R. Steiner, M.D.
Houston Neurology Associates
8200 Wednesbury Lane, Suite 111
Houston, TX 77074-2002
(713) 777-4122

Daniel Backlas, M.D.
Knapp Medical Center
Department of Radiology
Weslaco, TX 78596
(956) 969-5175

Richard M. Harding, BSc, MB BS, PhD.
Biodynamics Research Corporation
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
(210) 691-0281

David Edwards
former employee A-1 Doors
address unknown

Dr. Bruce Berberian
Valley Radiologist & Associates
2026 E. Tyler
Harlingen, Texas 78550

Paul Durgin
Carolina Doors Control, Inc.
97 Old Marietta Path
Dallas GA 30132

A-1 Auto Door Systems, Inc.
110 Blanco Road
San Antonio, Texas 78212
210/732-1214
Third-Party Defendant

Larry Mangum
Landon Mangum
Edward Salazar
110 Blanco Road
San Antonio, Texas 78212
210/732-1214
Representatives of A-1 Auto Door Systems, Inc., with knowledge of work performed at the Staples store where the incident is alleged to have occurred.

Alejandro Betancourt, M.D.
Agents, Employees and/or Custodian of Records
Harlingen Spine & Neurological Spine Institute
2121 Pease Street, Suite 304
Harlingen, Texas 78550
and
844 Central Blvd., Suite 360
Brownsville, Texas 78520
956/425-3706
Plaintiff's healthcare provider and designated as expert witness.

Warren F. Davis
43 Holden Road
Newton, MA 02465-1909
617/244-1450
Expert Witness Designated by Plaintiff.

Herbert M. Guzman
Biodynamic Research Corporation
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
210/691-9281
Expert Witness of Third-Party Defendant, A-1 Auto Door Systems, Inc.

Danny Degott
Technical Advisor
Dor-O-Matic
730 West Wilson Ave.
Harwood Heights, IL 60706
708/867-2901

Third-Party Defendant/Third-Party Plaintiff also hereby identifies all custodians of record for all healthcare providers and facilities identified herein, at the corresponding address and phone number listed for the provider and/or facility.

**(Exhibits A-I previously provided)**

Exhibit A:    Dr. Martin Steiner's March 24, 2005 and June 14, 2004 Reports

Exhibit B:    Dr. Martin Steiner's Fee Schedule

Exhibit C:    Dr. Richard Harding's CV

Exhibit D:    Dr. Richard Harding's Fee Schedule

Exhibit E:    Paul Durgin's July 16, 2004 Report

Exhibit F:    Paul Durgin's CV

Exhibit G:    Herb Guzman's CV

Exhibit H:    Testifying History of Dr. Harding

Exhibit I:    Dr. Harding's Report

**Attached is:**

Exhibit J:　Dr. Bruce Berberian's September 24, 2001 Report.

Exhibit K:　Dr. Daniel Backlas' CV and March 16, 2004 Report

Exhibit L:　Dr. Martin Steiner's CV and Fee Schedule

Respectfully submitted,

**ENGLISH & CLEMONS, L.L.P.**
Attorneys at Law
555 N. Carancahua, Suite 1500
Corpus Christi, Texas 78478
TEL: (361) 882-2244
FAX: (361) 882-2773

BY: _____
Monte J. English
State Bar No. 06625700
Federal Admissions No. 2776

**ATTORNEYS FOR THIRD-PARTY DEFENDANT/THIRD-PARTY PLAINTIFF UNITED DOOR SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to wit:

Ronald W. Armstrong
Law Offices of Ronald W. Armstrong
2600 Old Alice Road, #A
Brownsville, Texas 78521
*Attorney for Plaintiff*

Robert A. Allen
P.O. Box 101507
San Antonio, Texas 78201
*Attorney for A-1 Auto Door Service*

Norton A. Colvin, Jr.
RosaMaria Villagomez-Vela
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
*Attorneys for Defendant Staples Office Superstore East, Inc.*

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the ___ Day of July, 2005.

_____
Monte L. English