# EXHIBIT "A-1"
# PREVIOUSLY PROVIDED

# EXHIBIT "J"

BROWNSVILLE OPEN MRI;    5414361;    SEP-25   44PM;    PAGE 1

# BROWNSVILLE OPEN MRI

PATIENT NAME : GONZALEZ, CLAUDIA            CHART: 3495
LOCATION     : Brownsville Open MRI
DOB          : 05-30-62
PHYSICIAN    : MIKE MELTON, D.C.
EXAM         : EXTENDED (Greater than 25 slices) MRI OF THE CERVICAL
               SPINE
DATE         : 09-24-2001
PERTINENT HISTORY: RIGHT ARM AND HAND NUMBNESS.

No prior studies.

Multiplanar, multisequence MR images of the cervical spine are submitted using the disc disease protocol.

The study demonstrates preserved vertebral body height, marrow signal intensity, and alignment. The disc space heights and signal intensities are preserved with the exception of minimally decreased signal intensity at the 6-7 disc.

At 6-7, there is a right lateral tiny, approximately one mm. disc bulge causing mild degree of right lateral recess stenosis. Otherwise, the disc space levels are normal. The facets are normal at levels. The spinal canal and its contents including the visualized segments of the spinal cord are normal. The paraspinal soft tissues are normal. The visualized posterior fossa anatomy is normal.

IMPRESSION:
1) MILD EARLY DEGENERATIVE DISC DISEASE AT 6-7 ON THE RIGHT WITH MILD RIGHT LATERAL RECESS STENOSIS.
2) NO ACUTE FINDINGS.

_____
Bruce Berberian, M.D.

BB/era
D: 09-24-01
T: 09-24-01

# EXHIBIT "K"

## CURRICULUM VITAE

### DANIEL R. BACKLAS, M.D.
SS# 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

**DATE AND PLACE OF BIRTH:**

March 2, 1952
Buffalo, New York

**MARITAL STATUS:**

Married

**EDUCATION AND TRAINING:**

B.S., University of Florida, Gainsville, Florida, June 1974

M.D., University of Madrid, Madrid, Spain, June 1982

Internship: Transitional Program in Surgery and Medicine
State University of New York
Buffalo, New York
June 1982 - June 1983

Residency: (PGY II-IV), Radiology, Assistant Clinical Instructor
State University of New York
Buffalo, New York
July 1983 - June 1986

Fellowship: (PGY), CT, Angiography and Interventional Radiology
Buffalo General Hospital
State University of New York
July 1986 - January 1988

**LICENSURE:**

Louisiana License #07839R
Texas License #H3642
New York License #185337-1
New Jersey License #MA46102

**CERTIFICATION:**

ECFMG #331-272-5
FLEX: Medical Licensing Board of New Jersey #520302014
American Board of Radiology
Radiation Safety Officer
    Veterans Administration Hospital, Biloxi, Mississippi
    Knapp Medical Center, Weslaco, Texas

**Daniel R. Backlas, M.D.**

**APPOINTMENT:**

Associate Staff, Department of Radiology
McAllen Medical Center
January 1988 - August 1988

Assistant Professor of Radiology
Tulane University, New Orleans, LA
September 1988 - December 1990

Chief of Radiology/Nuclear Medicine (Representing Tulane University)
Veterans Administration Hospital, Biloxi, Mississippi
January 1990 - November 1990

Section Chief of Musculoskeletal Radiology
Tulane Medical Center, New Orleans, LA
September 1988 - December 1990

Associate Staff, Department of Radiology
Rio Grande Regional Hospital
December 1990 - January 1992

Associate Staff, Department of Radiology
Valley Regional Hospital, Brownsville, Texas
March 1992 - July 31, 1992

Chief of Radiology
Knapp Medical Center, Weslaco, Texas
August 1992 - Present

**SOCIETY MEMBERSHIP:**

American College of Radiology
Radiological Society of North America
Texas Medical Association
Hidalgo-Starr Counties Medical Society
Texas Radiological Society




MAR 1 9 2004

RODRIGUEZ, COLVIN & CHANEY

March 16, 2004

Sarah A. Nicolas
Rodriguez, Colvin Chaney & Saenz, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522

Re: Claudia Gonzalez

Dear Ms. Nicolas:

I have reviewed an MRI of the right shoulder dated 9/24/01 from Brownsville Open MRI, pertaining to Claudia Gonzalez. Mild degenerative changes are present at the acromioclavicular joint, with mild down-tilting of the acromion process. There is a subdeltoid bursa. This is a chronic finding, not related to trauma. There is no evidence of rotator cuff injury.

IMPRESSION: No evidence of acute injury.

I have reviewed an MRI of the cervical spine dated 9/24/01 from Brownsville Open MRI. I agree with the findings of a mild asymetrical disc bulge at C6-7, measuring approximatly 1mm. The study is otherwise unremarkable. There is no evidence of acute trauma.

This report is subject to amendment or supplementation based on any new information that may become available.

Please call if you have any questions.

Sincerely,

*Daniel R. Backlas, M.D.*

Daniel R. Backlas, M.D.
Chief of Radiology, Knapp Medical Center
Former section chief of Musculoskeletal Radiology at
Tulane University Medical Center

# EXHIBIT "L"

CURRICULUM VITAE

Martin Roth Steiner, M.D.

**ADDRESS**
Home:  4121 Marquette, Houston, Texas 77005
Office:   8200 Wednesbury Lane, #111, Houston, Texas, 77074

**BORN**
August 15, 1941

**MARRIED**
Barbara Ann Steiner, April 1965

**CHILDREN**
Julie
Suzanne
Michelle

**EDUCATION**
1959-1963 Florida State University - B.A.
1963-1967 University of Florida College of Medicine -M.D.
1967-1968 Internship - Medicine - Ben Taub General Hospital, Houston, Texas
1968-1971 Neurology Residency - Mt. Sinai Hospital, New York, New York

**MILITARY SERVICE**
1971-1973 Major U.S. Air Force, Wilford Hall Medical Center, San Antonio, Texas.  Staff Neurologist

**PRACTICE HISTORY**
1973 to present - Private practice in Neurology -  Houston, Texas

**BOARD CERTIFICATION**
April 1974.- American Board of Psychiatry and Neurology

**LICENSURE**
1972 Texas - E 0154

**MEMBERSHIPS**
    Harris County Medical Society
    Texas Medical Association
    American Medical Association
    Houston Neurological Society
    Texas Neurological Society
    Fellow - American Academy of Neurology
    Fellow - American Academy of Disability Evaluating
        Physicians

**HOSPITAL APPOINTMENTS**
    Memorial-Hermann Southwest Hospital - Active Staff
    Memorial-Hermann Long Term Care Hospital S.W. - Active Staff

**ACADEMIC APPOINTMENTS**
    Clinical Instructor Neurosciences U.T. Medical School at San
        Antonio - 1972-1973
    Clinical Instructor Neurology - U.T. Medical School at
        Houston - 1974-1977
    Clinical Assistant Professor of Neurology - U.T. Medical
        School at Houston - 1977 - to present.
    Board Examiner - American Board of Psychiatry and Neurology
        - 1981

**ELECTED OFFICES**
    Secretary/Treasurer - Texas Neurological Society 1978-1979,
        1979 - 1980.
    President - Texas Neurological Society 1981-1982
    Vice Chief of Staff - Memorial Southwest Hospital 1981
    Chairman, Section of Neurology - Memorial Southwest Hospital
        1979, 1984,
        1989, 1998
    Chairman, Department of Medicine - Sharpstown General
        Hospital 1986 &     1987
    Chief of Staff - Sharpstown General Hospital 1990
    President - Houston Neurological Society 1995-1996

**OTHER**

President - Neurology Southwest, P.A. 1976-1981 Outpatient CAT Scanning Facility

President - Sharpstown Imaging Associates, P.A. 1981 - 1991 Outpatient CAT Scanning Facility

President - MRI Southwest, Inc. 1987 to 1993 Outpatient Magnetic Resonance imaging facility.

Advisor to the Legislative Oversight Committee on Workers' Compensation 1991, 1992 - Senator Bob Glasgow, chair.

Member of Medical Advisory Board - Parkinson Foundation of Harris County 1989 to present.

Member of the Board of Directors - Houston Neurological Society - 1992 to 1997

Member Bioethics Committee - Memorial Southwest Hospital - 1995 to present.

Member Pharmacy and Therapeutics Committee - Memorial Hospital 1995 to present. Chairman 1999.

Member Joint Quality and Review Committee - Memorial Southwest Hospital 1999.

Rev. 12/21/03

# HOUSTON NEUROLOGY ASSOCIATES

8200 Wednesbury Lane, Suite 111
Houston, Texas 77074-2002
713-777-4122
Fax: 713-270-7533

**RECEIVED**
MAR - 8

RODRIGUEZ, COLVIN & CHANEY

LEONARD HERSHKOWITZ, M.D., F.A.A.N.*
RAYMOND A. MARTIN, M.D., F.A.A.N.*
MARTIN R. STEINER, M.D., F.A.A.N.*
SHAHIN SHIRZADI, M.D.*

ELECTROMYOGRAPHY
ELECTROENCEPHALOGRAPHY
NEURO-OPHTHALMOLOGY

* DIPLOMATES AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY

Martin R. Steiner, M.D.

## Fee Schedule

| | |
|---|---|
| Depositions | $400.00hr |
| Record Review | $400.00hr |
| Independent Medical Exams | $400.00 |
| Trial Testimony & Conference | $400.00hr |