UNITED STATES DISTRICT COURT
For the Southern District of Texas

Claudia Gonzalez

        Plaintiff

v.               Case No.: 1:03–cv–00125
                 Judge Andrew S. Hanen

Staples the Office Superstore

        Defendant

---

**NOTICE OF SETTING**

  TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**  7/25/05

**TIME:**  01:30 PM

**TYPE OF PROCEEDING:**  Motion Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date: July 18, 2005

                          Michael N. Milby, Clerk