IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| d/b/a STAPLES THE OFFICE SUPERSTORE | § | |
| EAST, INC. | § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE
## TO FILE AMENDED ANSWER

CAME ON BEFORE THE COURT Defendant Staples The Office Superstore d/b/a Staples The Office Superstore East, Inc.'s Motion for Leave to File Amended Answer, and the Court finds that the same should be GRANTED.

IT IS THEREFORE, ORDERED Defendant Staples The Office Superstore d/b/a Staples The Office Superstore East, Inc.'s Motion for Leave to File Amended Answer is hereby GRANTED.

SIGNED FOR ENTRY this _____ day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE