IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 25 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC. | § | |

VS

UNITED DOOR SERVICE

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.    ☐ Bench   ■ Jury

2. New parties must be joined by:                                    __N/A__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __N/A__

4. The defendant's experts must be named with a report furnished by:   __N/A__

5. Discovery must be completed by:                                   __December 2, 2005__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                             __November 11, 2005__

   Non-Dispositive Motions will be filed by:                         __December 16, 2005__

************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:                                      __December 16, 2005__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:                __January 3, 2006__

9. Jury Selection is set for 9:00 a.m. on:*                          __January 5, 2006__

*Counsel to do voir dire. Jury to be six (6) members.

The case will remain on standby until tried.

Signed this the 25th day of July, 2005.

_____
Andrew S. Hanen
United States District Judge

XC: ALL COUNSEL OF RECORD