**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE SUPERSTORE D/B/A STAPLES THE OFFICE SUPERSTORE EAST, INC., ET AL. | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |
| | § | |
| VS. | § | |
| | § | |
| A-1 AUTO DOOR SYSTEMS, INC. | § | |

**ORDER**

On this 1st day of August, 2005, came on to be considered Defendant Staples' Motion for Leave to File Amended Answer (Docket No. 100), and the Court finds that the same should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Staples' Motion for Leave to File Amended Answer is hereby **GRANTED.**

SIGNED at Brownsville, Texas, on this 1st day of August, 2005.

John Wm. Black
United States Magistrate Judge
