# EXHIBIT "A" - "L"
# PREVIOUSLY PROVIDED