# EXHIBIT "M"
# (Dr. Daniel R. Backlas' July 6, 2005 Report)

July 6, 2006

RosaMaria Villagomez-Vela
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
P. O. Box 2155
Brownsville, Texas 78522

Re: Claudia Gonzalez
    Cause No. 2003-CCL-00573-C

Dear Ms. Vela:

I have reviewed x-rays of the lumbar spine dated 6/10/99 and an MRI of the lumbar spine dated 2/6/02, the studies were performed at Valley Regional Medical Center and pertain to Claudia Gonzalez.

X-rays of the lumbar spine demonstrate decreased height of the L5-S1 disc space, with sclerosis of the adjacent vertebral margins. The study is otherwise unremarkable. MRI of the lumbar spine demonstrates degenerative changes from L3 to S1. Generalized disc bulges are present at L3-4 and L4-5 with concentric annular tears. A generalized disc bulge is present at L5-S1, with a superimposed 13mm left posterior disc extrusion and sequestration. This material causes moderate narrowing of the central canal and compresses the thecal sac. Herniated material is of low signal on T2 weighted images. There is no evidence of muscular spasm. The disc space is narrowed and fatty degenerative changes are present at the vertebral endplates.

IMPRESSION: Generalized disc bulges at L3-4 and L4-5 and concentric annular tears are a part of degeneration and are not related to trauma.

The herniated disc material at L5-S1 is of low signal and is therefore desiccated. Desiccation of herniated material requires years to occur. The herniation therefore cannot be related to the accident of 9/1/01. The entire disc is desiccated and a semi-liquid nucleus pulposus no longer exists. This disc can therefore no longer herniate. I see no evidence of exacerbation of a chronic condition.

This report is subject to amendment or supplementation based on any new information that may become available.

Please call if you have any questions. (956 969 5335)

Sincerely,

Daniel R. Backlas, M.D.
Chief of Radiology, Knapp Medical Center
Former section chief of Musculoskeletal Radiology at
Tulane University Medical Center