# EXHIBIT "N"
(All Parties should already be in possession of Medical & Billing Records regarding Plaintiff Claudia Gonzalez listed on Exhibit "N")