IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 1 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | |
| | § | |
| STAPLES THE OFFICE SUPERSTORE | § | |
| d/b/a STAPLES THE OFFICE | § | |
| SUPERSTORE EAST, INC. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| VS. | § | |
| | § | |
| UNITED DOOR SERVICE | § | |
| | § | |
| VS. | § | |
| | § | |
| A-1 AUTO DOOR SYSTEMS, INC. | § | |

# NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. by and through its respective attorneys in the above-entitled and numbered cause and files this its Notice of Settlement stating as follows:

1. Plaintiff Claudia Gonzalez and Defendants Staples The Office Superstore d/b/a Staples the Office Superstore East, Inc., United Door Service and A-1 Auto Door Systems, Inc. parties to this case have reached a full and final settlement of all claims currently pending before this Court.

2. The parties intend to memorialize their settlement in a written settlement

2. The parties intend to memorialize their settlement in a written settlement agreement and submit a stipulation of dismissal of all claims and proposed order of dismissal upon approval of the settlement by the Bankruptcy Court.

WHEREFORE, all parties respectfully request that this Court stay all further proceedings in this case pending the approval by the Bankruptcy Court, submission of a final stipulation and order of dismissal by the parties.

>Respectfully submitted,
>
>RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP
>
>By: _____
>Norton A. Colvin
>State Bar No. 04632100
>Southern District of Texas Bar No. 1941
>RosaMaria Villagomez-Vela
>State Bar No. 24008210
>Federal Admissions No. 22983
>1201 East Van Buren
>Post Office Box 2155
>Brownsville, Texas 78522
>Tel: (956) 542-7441
>Fax: (956) 541-2170
>
>**ATTORNEYS FOR DEFENDANTS STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

>Ronald W. Armstrong
>Law Offices of Ronald W. Armstrong
>2600 Old Alice Road, #A
>Brownsville, Texas 78521
>*Attorney for Plaintiff*
>
>Robert A. Allen
>Allen, Stein & Durbin, P.C.
>6243 IH-10 West, 7th Floor
>P.O. Box 101507
>San Antonio, Texas 78201
>*Attorney for A-1 Auto Door Service*
>
>Monte English
>English & Clemmons, LLP
>555 N. Carancahua, Ste 1500
>Corpus Christi, Texas 78478
>*Attorney for United Door*

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 21st day of November, 2005.

_____
RosaMaria Villagomez-Vela