IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CLAUDIA GONZALEZ | § |
| VS. | § |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. | § |
| VS. | §   CIVIL ACTION NO. B-03-125 |
| UNITED DOOR SERVICE | § |
| VS. | § |
| A-1 AUTO DOOR SYSTEMS, INC. | § |

# ORDER

In light of the Notice of Settlement filed on November 21, 2005 [Docket No. 106], the pending Opposed Motion for Protective Order by Plaintiff Claudia Gonzalez [Docket No. 94] is hereby **DENIED** as moot.

Signed this 14th day of March, 2006.

Andrew S. Hanen
United States District Judge