**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**-BROWNSVILLE DIVISION-**

**ORDER**

| | | |
|---|---|---|
| CLAUDIA GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-125 |
| | § | |
| STAPLES THE OFFICE | § | |
| SUPERSTORE d/b/a STAPLES THE | § | |
| OFFICE SUPERSTORE EAST, INC. | § | |

TYPE OF CASE:          __x__  CIVIL                    _____  CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE BEFORE MAGISTRATE JOHN WM. BLACK SET FOR MAY 10, 2006, AT 1:30 P.M.**

**FAILURE OF COUNSEL TO APPEAR ON THE DATE AND TIME SET ABOVE WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

PLACE:                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TX**                                    DATE AND TIME:

                                                          **MAY 10, 2006 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    APRIL 7, 2006