IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 0 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CLAUDIA GONZALEZ § § | |
| VS. § § | |
| STAPLES THE OFFICE SUPERSTORE § d/b/a STAPLES THE OFFICE § SUPERSTORE EAST, INC. § § | |
| VS. § | CIVIL ACTION NO. B-03-125 |
| UNITED DOOR SERVICE § § | |
| VS. § § | |
| A-1 AUTO DOOR SYSTEMS, INC. § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff, CLAUDIA GONZALEZ, Defendant and Third Party Plaintiff, STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. (hereinafter "Staples"), Defendant/Third Party Plaintiff UNITED DOOR SERVICE (hereinafter "United Door"), Third Party Defendant A-1 AUTO DOOR SYSTEMS, INC. (hereinafter "A-1 Auto Door") and in the above-referenced proceeding and files this their Joint Stipulation of Dismissal with Prejudice and would show the Court the following:

1. On January 4, 2006, the Honorable United States Bankruptcy Judge Richard S. Schmidt, entered an Order Approving Trustee's Motion to Approve Settlement of Claims Against Staples the Office Superstore East, Inc., et al. attached hereto as Exhibit "A".

2. Pursuant to Rule 41(a)(1), Fed. R. Civ. P., the Parties stipulate to dismissal of this case, all pending claims, cross claims and third party claims with prejudice. It is further

stipulated that Court costs incurred as to the foregoing shall be borne by the party incurring same.

Respectfully submitted,

R.W. ARMSTRONG & ASSOCIATES

By: _____
Ron W. Armstrong    w/ permission
State Bar No. 01323500    McBratney
Federal Admissions No. 2237    SBOT 04631400
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Tel: (956) 546-5556
Fax: (956) 546-0470

**ATTORNEYS FOR PLAINTIFF,
CLAUDIA GONZALEZ**

RODRIGUEZ, COLVIN, CHANEY
& SAENZ, L.L.P.

By: _____
Norton A. Colvin, Jr.    w/ permission
State Bar No. 04632100    McBratney
Federal Admissions No. 1918    SBOT 4631400
RosaMaria Villagomez-Vela
State Bar No. 24008210
Federal Admissions No. 22983
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
Tel: (956) 542-7441
Fax: (956) 541-2170

**ATTORNEYS FOR DEFENDANT AND THIRD PARTY PLAINTIFF, STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC.**

ENGLISH & CLEMONS, L.L.P.

By: _____
    Monte J. English
    State Bar No. 06625700
    Federal Admissions No. 2776
    555 N. Carancahua, Suite 1500
    Corpus Christi, Texas 78478
    Tel: (361) 882-2244
    Fax: (361) 882-2773

*JM - Fed ID 0793 SBN. 17815500*

**ATTORNEYS FOR DEFENDANT/THIRD PARTY PLAINTIFF, UNITED DOOR SERVICE**


ALLEN, STEIN & DURBIN, P.C.


By: _____
    Robert A. Allen  *w/ permission McFetall*
    State Bar No. 01051000    SBOT 046514*
    Federal Admissions No. 13390
    6243 IH-10 West, 7th Floor
    P.O. Box 101507
    San Antonio, Texas 78201
    Tel: (210) 734-7488
    Fax: (210) 738-8036

**ATTORNEYS FOR THIRD PARTY DEFENDANT, A-1 AUTO DOOR SYSTEMS, INC.**

ENGLISH & CLEMONS, L.L.P.

By: _____
Monte J. English
State Bar No. 06625700
Federal Admissions No. 2776
555 N. Carancahua, Suite 1500
Corpus Christi, Texas 78478
Tel: (361) 882-2244
Fax: (361) 882-2773

**ATTORNEYS FOR DEFENDANT/THIRD PARTY PLAINTIFF, UNITED DOOR SERVICE**

ALLEN, STEIN & DURBIN, P.C.

By: *Robert A. Allen by bef*
Robert A. Allen
State Bar No. 01051000
Federal Admissions No. 13390
6243 IH-10 West, 7th Floor
P.O. Box 101507
San Antonio, Texas 78201
Tel: (210) 734-7488
Fax: (210) 738-8036

**ATTORNEYS FOR THIRD PARTY DEFENDANT, A-1 AUTO DOOR SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

>Ronald W. Armstrong
>Law Offices of Ronald W. Armstrong
>2600 Old Alice Road, #A
>Brownsville, Texas 78521
>*Attorney for Plaintiff*
>
>Robert A. Allen
>Allen, Stein & Durbin, P.C.
>P.O. Box 101507
>San Antonio, Texas 78201
>*Attorney for A-1 Auto Door Service*
>
>Monte English
>English & Clemmons, LLP
>555 N. Carancahua, Ste 1500
>Corpus Christi, Texas 78478
>*Attorney for United Door*

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 10th day of May, 2006.

_____
RosaMaria Villagomez-Vela w/ permission
McFatter
SBOT 0463J400