# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALBERTO & CLAUDIA GONZALEZ | § | CASE NO. 01-23531-B-7 |
| DEBTORS | § | CHAPTER 7 |

**ORDER APPROVING**
**TRUSTEE'S MOTION TO APPROVE SETTLEMENT OF CLAIMS AGAINST**
**STAPLES THE OFFICE SUPERSTORE EAST INC., ET. AL.**

On this day came on for consideration, the Motion to Approve Settlement of Claims Against Staples The Office Superstore East, Inc., et. al. The Trustee appeared in support of the Motion. No other party appeared or timely filed an objection thereto. Upon review of the pleadings, the Court finds that cause exists to approve the settlement upon the terms and conditions set forth in the Motion. It is therefore

ORDERED that the Trustee is authorized to settle the claims against the Defendants in Civil Action No. B-03-125, Claudia Gonzalez, Plaintiff v. Staples The Office Superstore East, Inc., United Door Service, Inc., and A-1 Auto Door Systems, pending in the Southern District of Texas, Brownsville Division for the sum of $90,000.00, made payable to Lisa Nichols, Trustee as follows: Staples The Office Superstore: $45,000.00, United Door Service, Inc.: $22,500.00 and A-1 Auto Door Systems: $22,500.00; and it is

FURTHER ORDERED that upon receipt of the settlement proceeds by the Trustee, Agreed Order of Dismissal with Prejudice will be submitted in the Federal Court cause of action, with costs to be taxed to the party incurring same; and it is

FURTHER ORDERED that the Trustee is authorized to execute all documents necessary to effectuate the settlement. Because the Debtor/Plaintiff does not have any interest in the settlement proceeds, the settlement is effective even if he does not execute a mutual release.

Dated: January 4, 2006

*/s/ Richard Schmidt*

RICHARD S. SCHMIDT
U.S. BANKRUPTCY JUDGE