United States District Court
Southern District of Texas
ENTERED

MAY 12 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CLAUDIA GONZALEZ | § |
| VS. | § |
| STAPLES THE OFFICE SUPERSTORE d/b/a STAPLES THE OFFICE SUPERSTORE EAST, INC. | § |
| VS. | § CIVIL ACTION NO. B-03-125 |
| UNITED DOOR SERVICE | § |
| VS. | § |
| A-1 AUTO DOOR SYSTEMS, INC. | § |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF PLAINTIFF' AND THIRD PARTY DEFENDANTS' WITH PREJUDICE

CAME ON BEFORE THE COURT, the parties' Joint Stipulation of Dismissal With Prejudice. Having considered same, the Court is of the opinion that the Joint Stipulation of Dismissal With Prejudice should be granted as to Plaintiff Claudia Gonzalez' claims against Defendants Staples the Office Superstore d/b/a Staples the Office Superstore East, Inc., United Door Service and A-1 Auto Door Systems, Inc. and as to all remaining cross claims and third party claims made herein by the parties.

It is therefore ORDERED that the Joint Stipulation of Dismissal With Prejudice be, and it is hereby, GRANTED. It is further ORDERED that the claims and causes of action brought by Plaintiff Claudia Gonzalez against Defendants Staples the Office Superstore d/b/a Staples the Office Superstore East, Inc., United Door Service and A-1 Auto Door Systems, Inc. be and they are hereby, DISMISSED with prejudice.

It is further ORDERED that all remaining cross claims and third party claims made herein by the parties be and they are hereby, DISMISSED with prejudice.

SIGNED FOR ENTRY this 12th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE